### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CIVIL CASE NO.:_____

**DAVIS CHINCHILLA,**

     **Plaintiff,**

**vs.**

**RACETRAC PETROLEUM, INC.**

     **Defendant.**

_____/

### DEFENDANT'S NOTICE OF REMOVAL OF STATE COURT ACTION TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Defendant, Racetrac Petroleum, Inc. ("Defendant"), with full reservation of any and all defenses, objections, and exceptions, including but not limited to objections to service, venue, and statute of limitations, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes the above-captioned action from the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, to this Court, and in support of removal, states as follows:

1.     Plaintiff, Maria Isabel Garcia ("Plaintiff") filed a Complaint against Defendant in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida styled: *Davis Chinchilla v. Racetrac, Inc. a foreign profit corporation f/k/a Racetrac Petroleum, Inc.*, Case Number CACE-22 - 001961 (04). The Complaint was served upon the Defendant on February 15, 2022. *See* Verified Return of Service and Complaint, attached as **Composite Exhibit "A."**

2.     In the Complaint, Plaintiff, a citizen of Florida, claims that she has been damaged due to the negligence of the Defendant, a corporation organized pursuant to the laws of the State of Georgia with its principal place of business in the State of Georgia. *See Id*.

3.     The Complaint does not allege the damages sought other than to allege that the amount in controversy exceeds the $30,000.00 State of Florida Circuit Court jurisdictional minimum. *See Id*.

4.     However, on February 9, 2019, Plaintiff sent a time-limited Demand Letter to Defendant. *See* February 8, 2019, Demand Letter, attached as **Exhibit "B."**

5.     In the Demand Letter, Plaintiff describes in detail the accident, her injuries (including a distal fibular fracture), medical treatment (including surgery), and ultimately demanded $500,000.00. *See Id*.

6.     Further, as part of the Demand Letter, Plaintiff enclosed her medical records and bills, and it is reasonably believed that her medical invoices exceed **$75,000.00.** *See Id.*

7.     Defendant seeks removal to the United States District Court for the Southern District of Florida, because the citizenship of the parties, coupled with Plaintiff's Demand Letter, gives rise to diversity of jurisdiction pursuant to 28 U.S.C. § 1332.

## FEDERAL DIVERSITY JURISDICTION

8.     This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9.      A defendant may properly remove an action from state court and avail itself of the federal court system in any civil action for which the district courts of the United States have diversity jurisdiction pursuant to the provisions of 28 U.S.C. 1441.

A.      **Diversity of Citizenship.**

10.     As noted *supra*, Plaintiff, now and at all times material to the Complaint, is and was a Texas citizen, domiciled in Brazoria County, Texas.

11.     Defendant is organized and exists pursuant to the laws of the State of Georgia with its principal place of business in the State of Georgia, and is therefore deemed to be a citizen of the State of Georgia pursuant to 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business").

12.     Accordingly, there is diversity of citizenship between the parties as required for Removal.

B.      **Amount In Controversy.**

13.     Defendant, as the party invoking federal jurisdiction, carries the burden of "establish[ing] by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional minimum." *E.S.Y., Inc. v. Scottsdale Insurance Company*, 217 F.Supp. 3d 1356, 1360 (S.D. Fla. 2015) (quoting *S. Fla. Wellness, Inc. v. Allstate Ins. Co.*, 745 F.3d 1312, 1315 (11th Cir. 2014)). "To determine whether a defendant has met its burden, a court evaluates the defendant's notice of removal and evidence submitted by the parties," drawing reasonable deductions and inferences therefrom. *Id.*

14.     The focus of defendants' efforts is not whether the plaintiff is likely to secure an amount greater than $75,000.00, but rather, "the pertinent question is what is *in controversy* in the case, not how much the plaintiffs are ultimately likely to recover." *Id*. (emphasis in original).

15.     As set forth in paragraph 3 through 6, and incorporated herein, Plaintiff is seeking damages in excess of $75,000.00.

16.     In determining the amount in controversy, a district court should look to "the value of the relief being sought by Plaintiff in its complaint." *Viacom, Inc. v. Zebe*, 882 F. Supp. 1063, 1065 (S.D. Fla. 1995). Deciphering such value can be difficult because "a plaintiff who has chosen to file her case in state court will generally wish to remain beyond the reach of federal jurisdiction, and as a result, she will not assign a specific amount to the damages sought in her complaint." *Lowery v. Alabama Power Co*., 483 F. 3d 1184, 1213 n.63 (11th Cir. 2007).

17.     Meeting this burden is helped by the fact that, when a "plaintiff's claim ... is specific and in a pleading signed by a lawyer, [it] deserves deference and a presumption of truth." *Burns v. Windsor Ins. Co.,* 31 F.3d 1092, 1095 (11th Cir. 1994). The court should "assume that plaintiff's counsel best knows the value of his client's case and ... that plaintiff's counsel understands that, because federal removal jurisdiction is in part determined by the amount of damages a plaintiff seeks, the counsel's choices and representations about damages have important legal consequences." *Id*. Accordingly, where a plaintiff claims a series of damages, she claims that she is entitled to each type of damage listed, and each of those claims "deserves defense and a presumption of truth." *Id.*

18.    District court judges should also "appraise the worth of plaintiffs' claims based on the nature of the allegations stated in their complaints." *See Roe v. Michelin North America, Inc*., 613 F. 3d 1058, 1062-63 (11th Cir. 2010).

19.    For example,  in *Roe*, the Court found that where the complaint lacked a specific damage request, "the plaintiff's allegations -- that her slip and fall resulted in severe physical injury, lost wages, lost enjoyment of life, and pain and suffering -- appeared to comprise a claim worth more than $75,000." *Id*.

20.    It is well-settled Federal precedent that the Court can consider a Plaintiff's demand letter, to determine if the threshold is met.

21.    In order to demonstrate by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional threshold, the demand letter must contain an "honest assessment" of the damages claimed. *See Golden v. Dodge-Markham Co., Inc.*, 1 F.Supp.2d at 1360 (M.D. Fla. 1998); *see also Cross v. Wal-Mart Stores, East, LP*, Civil Action No. 7:11–cv– 21 (HL), 2011 WL 976414, at *2 (M.D. Ga. March 17, 2011) ("More weight should be given to a settlement demand if it is an honest assessment of damages.").

22.    Courts have found that such an "honest assessment" exists where the demand letter "provide[s] specific information ... to support [the plaintiff's] claim for damages," *Jackson v. Select Portfolio Servicing, Inc.*, 651 F. Supp. 2d 1279, 1281 (S.D. Ala. 2009) (quotations omitted); there is a "detailed accounting of [the plaintiff's] injuries, medical treatments, prognosis, and future expenses," *Crutchfield v. State Farm Mut. Auto. Ins. Co.*, No. 6:12–cv–1656–Orl–37GJK, 2013 WL 616921, at *2 (M.D. Fla. February 19, 2013), the "demand package ... is based on medical records provided by the Plaintiff," *Katz v. J.C. Penney Corp., Inc.*, No. 09-CV-60067,

2009 WL 1532129, at *5 (S.D. Fla. June 1, 2009), or where the demand letter "delineates the extent of [the plaintiff's] injuries, the physicians who have treated her, and the medical care she received from each of those physicians." *Wilson v. Target Corp.*, No. 10–80451–CIV, 2010 WL 3632794, at *4 (S.D. Fla. September 14, 2010).

      **C.**      <u>**The Procedural Requirements For Removal Are Satisfied**</u>

23.      This Notice has been filed within 30 days of Defendant having adequate notice of a basis for removal and less than one year has passed since the filing of the original Complaint, as such this request for removal is timely.

24.      As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Ace (including Plaintiff's Complaint) are attached as **Composite Exhibit "A."**

25.      Written Notice of the filing of this notice has been furnished to Plaintiff, and a copy of this Notice has been filed with the Clerk of the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida.

26.      Therefore, and for the reasons stated above, all the requirements for diversity jurisdiction, pursuant to 28 U.S.C. 1332(c)(1), have been met in that complete diversity of citizenship exists between Plaintiff and Defendant, and the amount in controversy exceeds the jurisdictional threshold. Thus, it is proper for this Court to exercise subject matter jurisdiction over this action.

      WHEREFORE, Defendant, RACETRAC PETROLEUM, INC., respectfully requests this Court to assume original jurisdiction and grant this Notice for Removal.

**(CERTIFICATE OF SERVICE ON FOLLOWING PAGE)**

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 11th day of March, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system and an electronic copy was furnished to: Michael C. Peckham, Esquire, Mpeckham@schwedlawfirm.com, and whose address is 7111 Fairway Drive, Suite 105, Palm Beach Gardens, Florida 33418.

**LUKS, SANTANIELLO, PETRILLO & COHEN**
Attorneys for Defendant
150 W. Flagler Street
Suite 2600
Miami, FL 33130
Telephone:  (305) 377-8900
Facsimile:  (305) 377-8901

*/s/ Denise M. Stocker*

By:_____
    Denise M. Stocker
    Florida Bar No.:  89244
    DANIEL J. SANTANIELLO
    Florida Bar No.: 860948
    LUKSMIA-Pleadings@LS-Law.com

Exhibit A

IN THE CIRCUIT COURT FOR THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

DAVIS CHINCHILLA,

      Plaintiff,

vs.

RACETRAC, INC., a foreign profit       Case No:
corporation f/k/a RACETRAC
PETROLEUM, INC.,

      Defendant.

_____/

## COMPLAINT

      Plaintiff, DAVIS CHINCHILLA, sues Defendant, RACETRAC, INC., a foreign

profit corporation f/k/a RACETRAC PETROLEUM, INC. (hereinafter "RACETRAC"), and

states the following:

      1.     This is a cause of action for damages in excess of $30,000.00.

      2.     All conditions precedent to filing this action have been complied with,

expired, and/or waived.

      3.     The incident described herein occurred in Broward County, Florida.

      4.     On or about March 31, 2018, Defendant, RACETRAC, was the owner and

in possession of the premises at 3996 Pembroke Road in Pembroke Park, Broward

County, Florida, which Defendant operates as a gas station.

      5.     At that time and place, Plaintiff, DAVIS CHINCHILLA, was a business

invitee lawfully on the premises described above.

      6.     Defendant, RACETRAC, had a duty to maintain the premises in a

reasonably safe condition, correct any dangerous condition of which it either knew or

should have known by the use of reasonable care, and to warn of any dangerous

NOT AN OFFICIAL COPY   NOT AN OFFICIAL COPY   NOT AN OFFICIAL COPY   PUBLIC ACCESS

conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

7.      Defendant, RACETRAC, negligently maintained the premises by allowing liquid and gravel to accumulate and remain on the ground of the premises for an unreasonable length of time so that it caused Plaintiff to slip while maneuvering around the gas pump hose and fall to the ground.

8.      Defendant, RACETRAC, negligently:

a) Failed to exercise due care to maintain the premises in a safe condition;

b) Allowed a dangerous condition to accumulate and remain on the premises for an unreasonable length of time;

c) Failed to adequately inspect the premises, so that a dangerous condition accumulated and remained on the premises for an unreasonable length of time;

d) Failed to make the premises safe for invitees; and

e) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9.      Defendant, RACETRAC, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10.     Defendant, RACETRAC, had actual or constructive notice of the dangerous condition.

11.     As the direct and proximate result of the negligence of Defendant, RACETRAC, Plaintiff, DAVIS CHINCHILLA, suffered bodily injury and resulting pain and

suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, DAVIS CHINCHILLA, demands judgment for damages against Defendant, RACETRAC.

Plaintiff demands trial by jury on all issues so triable.

Respectfully, submitted this **7<u>TH</u>** day of February, 2022.

By: s/ Michael C. Peckham
    **MICHAEL C. PECKHAM**
    Attorney Email: MPeckham@schwedlawfirm.com
    **Eservice Email: eservice@schwedlawfirm.com**
    Bar Number: 77564
    Attorneys for Plaintiff, DAVIS CHINCHILLA
    SCHWED, ADAMS & MCGINLEY, P.A.
    7111 Fairway Drive, Suite 105
    Palm Beach Gardens, Florida 33418
    Telephone: (561) 694-6079
    Facsimile: (561) 694-6089

Page 9

Exhibit B

# Offer of Settlement Package
# For
# Davis Chinchilla
# DOL:03/31/18

By: _____

**Justin D. Cohen, Esq.**
Kanner & Pintaluga, P.A.
Attorney for Plaintiff
925 S. Federal Highway
Sixth Floor
Boca Raton, FL 33432
(561)424-0032    Palm Beach
(954)889-0910    Broward
(239)254-4400    West Coast
Toll Free 888-611-1611



 

KANNER
& PINTALUGA, P.A.

ACCIDENT ATTORNEYS
(Abogados de Accidentes)

MAIN OFFICE:
(Oficina Principal)
Correspondence to:

925 SOUTH FEDERAL HIGHWAY
SIXTH FLOOR
BOCA RATON, FL 33432
TEL: (561) 424-0032
FAX: (561) 853-2188
**Tel: 1(800) 586-5555**

February 8, 2019

Broadspire
Attn: Jennifer Albada
PO Box 14345
Lexington KY, 40512-7322

**Sent via U.S. Mail & Fax to: 859-552-2172**

RE:        Our Client            :        Davis Chinchilla
           Claim Number          :        188733495-001
           Your Insured          :        Racetrac
           Date of Loss          :        March 31, 2018

Attention Jennifer:

Please be advised that our client, Davis Chinchilla, sustained very serious, life-altering permanent injuries as a result of a slip and fall which occurred on or about 3:00 PM pm on March 31, 2019, at Racetrac in Pembroke Park, Florida. As you are, or should be, aware, our pumping gas into his car and slipped and fell on a dark substance which had accumulated on the floor beneath. As a result of the slip and fall, our client landed directly onto his right side and sustained very serious injuries.

As a business inviter in Florida, Racetrac owed duties to Davis to keep its property in a reasonably safe condition, and to warn our client of any dangers of which Racetrac had actual *or* constructive knowledge.  *See Newalk v. Fla. Supermarkets, Inc.*, 610 So. 2d 528, 529 (Fla. 3d DCA 1992); Fla. Stat. § 768.0755(1). Even absent actual knowledge, an inference of Fort Drum Service Plaza constructive knowledge of a dangerous condition can be shown by either (1) the amount of time the substance had been present on the floor; or (2) the fact that the condition occurred with such a frequency that the owner should have known of its existence. Fla. Stat. § 768.0755(1); *DeLeon v. Dollar Tree Stores, Inc.*, 98 So. 3d 96 (Fla. 4th DCA 2012).  Given that the substance was on the ground a sufficient amount of time so as to cause injury to Davis, it is clear that the Racetrac had actual *or* constructive notice of the same and that Racetrac will be held liable for our client's injuries.

Soon after our client fell onto the floor, Davis presented himself to Larkin Community Hospitall for emergency medical attention. Davis then spent a number of hours in the hospital undergoing

a litany of diagnostic tests, thereby incurring significant medical costs, before being discharged with multiple prescription medications, along with instructions regarding follow-up care. It was there where Davis was diagnosed with sustaining a **Right Distal Fibular Fracture**.

Due to the aforementioned injury sustained, our client was forced to undergo surgical intervention in the form of an **Open Reduction Internal Fixation (ORIF) of the Right Fibular Fracture**. As a result of the injuries and needed medical care, our client's medical bills alone are likely to continue to increase significantly into the future along with their general damages.

Given the severity of the injuries sustained by our client, we hereby demand **$500,000.00** in settlement of this matter, to be tendered by 3:00PM February 29, 2019, to our office located at 925 S. Federal Highway, 6th Floor, Boca Raton, FL 33432. The check should be made payable to the Trust Account of Kanner & Pintaluga, P.A. our Tax I.D. 01-0786201.

Please do not hesitate to contact the undersigned if you have any additional questions or concerns. Thank you for your anticipated cooperation.

Sincerely,

Justin D. Cohen, Esq.
**FOR THE FIRM**
jcohen@kpattorney.com

# Offer of Settlement Package
# For
# Davis Chinchilla
# DOL:03/31/18

By: _____

**Justin D. Cohen, Esq.**
Kanner & Pintaluga, P.A.
Attorney for Plaintiff
925 S. Federal Highway
Sixth Floor
Boca Raton, FL 33432
(561)424-0032    Palm Beach
(954)889-0910    Broward
(239)254-4400    West Coast
Toll Free 888-611-1611



KP
**Kanner & Pintaluga**
ATTORNEYS AT LAW

 

**KANNER**
**& PINTALUGA, P.A.**

ACCIDENT ATTORNEYS
(Abogados de Accidentes)

MAIN OFFICE:
(Oficina Principal)
Correspondence to:

925 SOUTH FEDERAL HIGHWAY
SIXTH FLOOR
BOCA RATON, FL 33432
TEL: (561) 424-0032
FAX: (561) 853-2188
**Tel: 1 (800) 586-5555**

February 8, 2019

Broadspire
Attn: Jennifer Albada
PO Box 14345
Lexington KY, 40512-7322

**Sent via U.S. Mail & Fax to: 859-552-2172**

RE:

| | | |
|---|---|---|
| Our Client | : | Davis Chinchilla |
| Claim Number | : | 188733495-001 |
| Your Insured | : | Racetrac |
| Date of Loss | : | March 31, 2018 |

Attention Jennifer:

Please be advised that our client, Davis Chinchilla, sustained very serious, life-altering permanent injuries as a result of a slip and fall which occurred on or about 3:00 PM pm on March 31, 2019, at Racetrac in Pembroke Park, Florida. As you are, or should be, aware, our pumping gas into his car and slipped and fell on a dark substance which had accumulated on the floor beneath. As a result of the slip and fall, our client landed directly onto his right side and sustained very serious injuries.

As a business inviter in Florida, Racetrac owed duties to Davis to keep its property in a reasonably safe condition, and to warn our client of any dangers of which Racetrac had actual *or* constructive knowledge. *See Newalk v. Fla. Supermarkets, Inc.*, 610 So. 2d 528, 529 (Fla. 3d DCA 1992); Fla. Stat. § 768.0755(1). Even absent actual knowledge, an inference of Fort Drum Service Plaza constructive knowledge of a dangerous condition can be shown by either (1) the amount of time the substance had been present on the floor; or (2) the fact that the condition occurred with such a frequency that the owner should have known of its existence. Fla. Stat. § 768.0755(1); *DeLeon v. Dollar Tree Stores, Inc.*, 98 So. 3d 96 (Fla. 4th DCA 2012). Given that the substance was on the ground a sufficient amount of time so as to cause injury to Davis, it is clear that the Racetrac had actual *or* constructive notice of the same and that Racetrac will be held liable for our client's injuries.

Soon after our client fell onto the floor, Davis presented himself to Larkin Community Hospitall for emergency medical attention. Davis then spent a number of hours in the hospital undergoing

**www.kpattorney.com • www.kpabogados.com**

OFFICES THROUGHOUT THE UNITED STATES

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

a litany of diagnostic tests, thereby incurring significant medical costs, before being discharged with multiple prescription medications, along with instructions regarding follow-up care. It was there where Davis was diagnosed with sustaining a **Right Distal Fibular Fracture**.

Due to the aforementioned injury sustained, our client was forced to undergo surgical intervention in the form of an **Open Reduction Internal Fixation (ORIF) of the Right Fibular Fracture**. As a result of the injuries and needed medical care, our client's medical bills alone are likely to continue to increase significantly into the future along with their general damages.

Given the severity of the injuries sustained by our client, we hereby demand **$500,000.00** in settlement of this matter, to be tendered by 3:00PM February 29, 2019, to our office located at 925 S. Federal Highway, 6th Floor, Boca Raton, FL 33432. The check should be made payable to the Trust Account of Kanner & Pintaluga, P.A. our Tax I.D. 01-0786201.

Please do not hesitate to contact the undersigned if you have any additional questions or concerns. Thank you for your anticipated cooperation.

Sincerely,

Justin D. Cohen, Esq.
**FOR THE FIRM**
jcohen@kpattorney.com

KANNER & PINTALUGA, P.A.        Tel 1(800) 586-5555 • www.kpattorney.com • www.kpabogados.com

OFFICES THROUGHOUT THE UNITED STATES

# CHASE ◯

March 09, 2018 through April 06, 2018
Primary Account 00000379343225

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/27 | Card Purchase 0510 03/26 Apl* Itunes.Com/Bill 866-712-7753 CA Card | 2.99 | 280.82 |
| 03/27 | Card Purchase 0510 03/26 Apl* Itunes.Com/Bill 866-712-7753 CA Card | 0.99 | 279.83 |
| 03/27 | Card Purchase With Pin 03/27 Wal-Mart #3235 North Miami B FL Card 0510 | 39.34 | 240.49 |
| 03/27 | Card Purchase 0510 03/27 B2P*Florida Kid Care 904-421-7220 FL Card | 131.20 | 109.29 |
| 03/28 | Card Purchase 0510 03/28 Jie Electronicsinc Miami FL Card 3173 | 25.00 | 84.29 |
| 03/29 | Card Purchase 03/28 Wendy's #7965 Miami FL Card 3173 | 46.86 | 37.43 |
| 03/29 | Card Purchase With Pin 03/29 Bravo Supermarket Miami FL Card 3173 | 2,025.72 | 2,063.15 |
| 03/30 | Public Health TPR Payment PPD ID: 2591743947 | 160.00 | 1,903.15 |
| 03/30 | ATM Withdrawal 03/30 1570 S Dixie Hwy Coral Gables FL Card 3173 | 300.00 | 1,603.15 |
| 03/30 | 03/30 Online Transfer To Sav ...2956 Transaction#: 7021166346 | 48.00 | 1,555.15 |
| 03/30 | Card Purchase With Pin 03/30 Umh Parking Miami FL Card 0510 | 200.00 | 1,755.15 |
| 04/02 | Online Transfer From Sav ...2956 Transaction#: 7028637037 | 3.51 | 1,751.64 |
| 04/02 | Card Purchase 03/29 Wendy's #7965 Miami FL Card 0510 | 83.77 | 1,667.87 |
| 04/02 | Card Purchase 03/30 T G I Friday's 1288 Miami Beach FL Card 3173 | 10.00 | 1,657.87 |
| 04/02 | Card Purchase 3173 03/31 Miami Beach Parking Miami Beach FL Card | 88.88 | 1,568.99 |
| 04/02 | 03/31 Online Payment 7025586946 To Comcast | 53.00 | 1,515.99 |
| 04/02 | 03/31 Online Payment 7025586929 To ADT Security Service | 46.99 | 1,468.99 |
| 04/02 | 03/31 Online Payment 7025586955 To Laboratory Corporation of America | | |
| 04/02 | Card Purchase 0510 03/31 Tmobile Postpaid Pda 800-937-8997 WA Card | 202.04 | |
| 04/02 | Card Purchase With Pin 03/31 The Home Depot #0222 Davie FL Card 3173 | | |
| 04/02 | ATM Withdrawal 03/31 6525 Nova Dr Davie FL Card 3173 | | |

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 816572
Date of Study: 08/30/2018
DOB: 04/19/1982
Exam Description: XR CHEST 2 VIEWS
DX: Pre-op

**Not related to this claim.**

FINAL REPORT

INDICATION: Pre-op

TECHNIQUE: PA and lateral radiograph of the chest was obtained.

COMPARISON: None

FINDINGS:

The trachea is midline. The costophrenic recesses are sharp. The hemidiaphragms are well-visualized. No pulmonary consolidations are identified. There is no evidence of pneumothorax. The cardiothoracic silhouette is within normal limits in size. The visualized osseous and soft tissue structures are unremarkable.

IMPRESSION:

No radiographic evidence of acute cardiopulmonary abnormality.

Dictated By: Phelps Christopher J. 08/30/2018 09:40
Electronically Signed By: Zadeh Kambiz  08/30/2018 09:44

```
MR# : 224463                        ACCOUNT NUMBER : 816572
PATIENT : CHINCHILLA DAVIS              PATIENT LOCATION : O
GENDER : M                          ORDERING PHYSICIAN : PAUL PERITO,
DATE OF STUDY : 08/30/2018              ATTENDING PHYSICIAN : PAUL PERITO,
DATE OF BIRTH : 04/19/1982
```

HEIGHT : ft  in       WEIGHT : lbs       BSA : m2

-------------- APPROVED REPORT --------------

EKG Measurement

| | | AXES | |
|---|---|---|---|
| Heart Rate | 74 | | |
| PR | 166 | P | 76 |
| QRSd | 75 | QRS | 80 |
| QT | 354 | T | 55 |
| QTc | 381 | | |

;Conclusion;
SINUS RHYTHM WITH SINUS ARRHYTHMIA
NORMAL ECG
u waves
electrical/motion artifact

Signed by : DYLEWSKI
Electronically Approved : 08/30/2018 15:33:05

MRSA:
VRE:

**LARKIN COMMUNITY HOSPITAL**
7031 SW 62nd Avenue, South Miami, Florida 33143 · (305) 284-7500

Advance Directive: U

**REGISTRATION ADMISSION**

| PATIENT ACCOUNT NO. | MEDICAL RECORD NO. |
|---|---|
| 0814723 | 000224463 |

| PATIENT (Name, Address, Phone) | BIRTH DATE | AGE | SEX | RACE | SMOKER | PREFERRED LANGUAGE |
|---|---|---|---|---|---|---|
| CHINCHILLA DAVIS | 04/19/1982 | 36 | M | W | N | SP |

CHINCHILLA DAVIS
11940 NW 16 AVE
PRIVATE HOME
MIAMI          FL
              33167
COUNTY: MIAMI-DADE
PHONE: (786)419-8249

| MAR. STATUS | REL | FC | ADM BY | ADM CAT | PREV ADM DATE | HIPAA | | | |
|---|---|---|---|---|---|---|---|---|---|
| S | N | E | SMO | 3 | 08/30/18 | NM. Y | RM. Y | REL. Y | CONO. Y |

| ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM / BED NO. |
|---|---|---|---|
| 08/13/18   06:19 | 08/13/18   06:19 | LAB | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT 1 (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| LARKIN COMMUNITY HOSPITAL<br>7031 SW 62 AVE<br>SOUTH MIAMI          FL<br>                     33143<br><br>PHONE: (305)284-7500<br>OCC: PLANT OPS | RAQUEL CHICHILLA<br>365 NE 125TH STREET<br>MIAMI               FL<br>                    33161<br><br>PHONE: (786)709-7870<br>REL: SPOUSE | PHONE:<br>REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| CHINCHILLA DAVIS<br>11940 NW 16 AVE<br>MIAMI          FL<br>              33167<br><br>PHONE: (786)419-8249<br>SSN: 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<br>REL: SELF | EMPLOYED<br><br>MIAMI              FL<br>                   331010000<br><br>PHONE: | ARMAS EDDIE          9136 |
| | | REFERRING MEDICAL PHYSICIAN (Name, Number) |
| | | ARMAS EDDIE          9136 |
| | | REFERRING PSYCHIATRIST (Name, Number) |
| | | ARMAS EDDIE          9136 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| AETNA LCH<br>PO BOX 14079<br><br>LEXINGTON          KY<br>                   405124079<br><br>PHONE: (888)266-5519<br>POLICY#: W236412133<br>GROUP#: 083546601100006<br>GRP NAME: LARKIN COMMUN<br>AUTH#:<br><br>CHINCHILLA DAVIS<br>SEX: M   RELATION: 18 | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:        RELATION: | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:        RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS | |
|---|---|
| BENIGN PROSTATIC HYPERPLASIA WITHOUT LOWER URINRY | N400 |

COMMENTS

01/11/19        16:09

LC1000/030813

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖          ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

** 00010814723 LC1000      ADMISSIONS      08/13/18 000224463 CHINCHILLA DAVIS

```
Print date: 1/11/19 16:30              C U M U L A T I V E   R E P O R T                    Page    1 -
Printed by: CRON                            Selected Encounters


LARKIN COMMUNITY HOSPITAL                                          LABORATORY
7031 SW 62ND AVE.                                                  HADI YAZIJI, MD
SOUTH MIAMI  FL  33143


NAME: CHINCHILLA DAVIS                     DOB:  4/19/82           PCP: UNKNOWN PCP
MR# : 000224463                            AGE: 36    SEX: M


                                        CHEMISTRY
```

```
===================================================================================================
COLLECT  YR       2018
         DT       08/13                            REFERENCE
         TM       07:00                            LOW - HIGH       UNITS
..................................................................................................
GLU              98                                 75 - 105        mg/dL
BUN              25 H                                 6 - 20         mg/dL
CREA             1.09                              0.45 - 1.29       mg/dL
NA               134                                131 - 143        mEq/L
K                4.1                                3.4 - 4.9        mEq/L
CL               100                                 95 - 107        mEq/L
CO2              29                                  22 - 31         mEq/L
CA               9.1                                8.3 - 10.1       mg/dL
TP               7.1                                5.9 - 7.9        g/dL
ALBUMIN          4.8                                3.5 - 5.1        g/dL
BILIT            0.9                                0.1 - 0.9        mg/dL
AST              44 H                                 7 - 30         U/L
CHOL             211 H                               25 - 200        mg/dL
TRIG             160 H                               10 - 150        mg/dl
ALT              43 H                                 7 - 40         U/L
HDL              45                                  30 - 60         mg/dL
ALKP             79                                  31 - 110        U/L
LDL              134                                 80 - 190        mg/dL
BUN/CREA         23                                 7.0 - 25.0
OSMO             272.6                              261 - 280        mOsm/L
VLDL             32.0                               2.0 - 40.0       mg/dL
GLOB             2.3 L                              2.4 - 3.5        g/dL
A/G              2.1                                1.2 - 2.2
RISK             4.69                                        4.88
GFR              81                                                 ml/min/1.73
```

Not related

```
REPORTED DT    08/13/18
        TM     07:46


       Coronary Heart Disease RISK = T. CHOLESTEROL(mg/dL)/HDL(mg/dL)
                                  MALE    FEMALE
       AVERAGE RISK:              5.0      4.4
       2X AVERAGE RISK:           9.6      7.1
       3X AVERAGE RISK:          23.4     11.0


  18 years and up:         60 - 120 mL/min/1.73
  Chronic kidney disease:  < 60 ml/min/1.73
  Kidney Failure:          < 15 ml/min/1.73
  For African Americans multiply reported GFR result by 1.210.
```

```
Print date: 1/11/19 16:10              C U M U L A T I V E   R E P O R T                    Page     2
Printed by: CRON                            Selected Encounters


  LARKIN COMMUNITY HOSPITAL                                    LABORATORY
  7031 SW 62ND AVE.                                            HADI YAZIJI, MD
  SOUTH MIAMI   FL  33143


  NAME: CHINCHILLA DAVIS                    DOB:  4/19/82          PCP: UNKNOWN PCP
  MR# : 000224463                           AGE: 36    SEX: M


                                   CHEMISTRY OLYMPUS AU 2


======================================================================================================
COLLECT   YR        2018
          DT        08/13                                    REFERENCE
          TM        07:00                                    LOW - HIGH      UNITS
......................................................................................................
RHEUMAFA            <10                                                      <10-14 IU/mL


REPORTED DT       08/13/18
         TM          08:41


COMMENTS:
8/13/18  8:41 RHEUMAFA See comment.test delayed due to analyzer maintanence.
```

```
Print date:  1/11/19 16:10            C U M U L A T I V E   R E P O R T                    Page      3
Printed by: CRON                         Selected Encounters


    LARKIN COMMUNITY HOSPITAL                              LABORATORY
    7031 SW 62ND AVE.                                      HADI YAZIJI, MD
    SOUTH MIAMI   FL  33143


    NAME: CHINCHILLA DAVIS              DOB:  4/19/82        PCP: UNKNOWN PCP
    MR# : 000224463                    AGE: 36   SEX: M


                                       HEMATOLOGY
```

```
====================================================================================================
COLLECT  YR      2018
         DT      08/13                            REFERENCE
         TM      07:00                            LOW · HIGH        UNITS
....................................................................................................
WBC             6.0                               4.5 · 11.0        10^3/uL
RBC             5.54                               4.33 · 5.80       10^6/mcL
HGB             16.2                               11.7 · 17.0       g/dL
HCT             48.6 H                             36.0 · 47.7       %
MCV             87.7                               80.8 · 96.3       fL
MCH             29.2                               23.7 · 32.9       pg
MCHC            33.3                               32.8 · 35.7       g/dL
RDW             14.1                               11.0 · 15.0       %
RDWSD           44.5
PLT             191.0                              141.0 · 438       10^3/UL
MPV             10.2                               8.8 · 12.4        fL
%NEUT           53.0                               42.2 · 75.2       %
%LYMPH          36.3                               20.5 · 51.1       %
%MONO           7.8                                3.0 · 11.0        %
%EOS            2.7                                0.0 · 7.0         %
%BASO           0.2                                0.0 · 2.0         %
#NEUT           3.2                                1.4 · 6.5         10^3/mcL
#LYMPH          2.2                                1.2 · 3.4         10^3/mcL
#MONO           0.5                                0.0 · 1.2         10^3/mcL
#EOS            0.2                                0.0 · 0.7         10^3/mcL
#BASO           0.0                                0.0 · 0.2         10^3/mcL


REPORTED DT     08/13/18
         TM     07:28
```

```
Print date: 1/11/19 16:10              C U M U L A T I V E   R E P O R T              Page     4
Printed by: CRON                            Selected Encounters


LARKIN COMMUNITY HOSPITAL                                    LABORATORY
7031 SW 62ND AVE.                                            HADI YAZIJI, MD
SOUTH MIAMI   FL  33143


NAME: CHINCHILLA DAVIS               DOB: 4/19/82            PCP: UNKNOWN PCP
MRH : 000224463                      AGE: 36   SEX: M


                                  SEROLOGY
```

```
===============================================================================================
COLLECT  YR      2018
         DT      08/13                                    REFERENCE
         TM      07:00                                    LOW - HIGH      UNITS
.......................................................................................
HIV1/2AB    NON-REACTIVE                               NON-REACTIVE
HIV1P24     NON-REACTIVE                               NON-REACTIVE
RPR         NON-REACTIVE                               NON-REACTIVE

REPORTED DT     08/15/18
         TM     10:38
```

```
Print date: 1/11/19 16:10                C U M U L A T I V E   R E P O R T                        Page     5
Printed by: CRON                              Selected Encounters


LARKIN COMMUNITY HOSPITAL                                              LABORATORY
7031 SW 62ND AVE.                                                     HADI YAZIJI, MD
SOUTH MIAMI   FL  33143


NAME: CHINCHILLA DAVIS                  DOB:  4/19/82           PCP: UNKNOWN PCP
MR# : 000224463                         AGE: 36   SEX: M


                                        REFERENCE
```

```
========================================================================================================
COLLECT  YR      2018              2018
         DT      08/13             08/13                           REFERENCE
         TM      09:00             07:00                    LOW · HIGH       UNITS
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
HPYLSTAG        NEGATIVE                              NEGATIVE
VITD125                           58.8                19.9 · 79.3       pg/mL


REPORTED DT     08/17/18          08/13/18
         TM     12:59             07:28
```

```
SOURCE INFORMATION:
8/13/18  9:06 HPYLSTAG STOOL


COMMENTS:
8/14/18 12:36 VITD125  Performed at:  TA · LabCorp Tampa
                       5610 W LaSalle Street, Tampa, FL  336071770
                       Lab Director: Sean Farrier MD, Phone:  8008775227


8/17/18 12:59 HPYLSTAG TEST PERF. AT LABCORP 5610 W LASALLE ST, TAMPA, FL 33607
```

```
Print date:  1/11/19 16:10          C U M U L A T I V E   R E P O R T          Page    6
Printed by: CRON                       Selected Encounters


LARKIN COMMUNITY HOSPITAL                             LABORATORY
7031 SW 62ND AVE.                                     HADI YAZIJI, MD
SOUTH MIAMI   FL  33143


NAME: CHINCHILLA DAVIS              DOB:  4/19/82        PCP: UNKNOWN PCP
MRH : 000224463                     AGE: 36   SEX: M


                          ACCESS SPECIAL CHEMISTRY


===============================================================================
COLLECT  YR       2018
         DT       08/13                            REFERENCE
         TM       07:00                            LOW - HIGH      UNITS
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

VIT B12          423                            180.0 - 914.0    pg/mL
FOLIC            4.3 L                             4.6 - 22.3     ng/mL
PSA              1.0                                 0 - 4.0      ng/mL
T3FREE           3.7                              2.30 - 6.19     pg/mL
T3               1.14                              0.5 - 1.6      ng/mL
T4FREE           0.81                              0.6 - 1.6      ng/dL
TSH              3.98                             0.45 - 5.33     mcIU/mL
TESTOST          5.4                               1.8 - 7.8      ng/mL


REPORTED DT   08/15/18
         TM       02:25


Based on method comparison between the current and restandardized
Access Folate assays, Beckman Coulter anticipates patient samples
will shift upward by approximately 30 to 45%.
```

```
Print date: 1/11/19 16:10              C U M U L A T I V E   R E P O R T                    Page    7
Printed by: CRON                          Selected Encounters


  LARKIN COMMUNITY HOSPITAL                                      LABORATORY
  7031 SW 62ND AVE.                                              HADI YAZIJI, MD
  SOUTH MIAMI  FL 33143


  NAME: CHINCHILLA DAVIS                  DOB:  4/19/82               PCP: UNKNOWN PCP
  MR# : 000224463                         AGE: 36   SEX: M


                                         URINALYSIS
```

```
COLLECT  YR      2018
         DT      08/13                                 REFERENCE
         TM      07:00                                 LOW - HIGH    UNITS

COLOR        LT. YELLOW              YELLOW
APPEAR       CLEAR                   CLEAR
SP GRAV      1.015                      1.005 - 1.030
PH           6.0                        5.0 - 9.0
NITRITE      NEGATIVE               NEGATIVE
GLUCOSE      NEGATIVE               NEGATIVE
KETONE       NEGATIVE               NEGATIVE
PROTEIN      NEGATIVE               NEGATIVE
BLOOD        NEGATIVE               NEGATIVE
BILI         NEGATIVE               NEGATIVE
UROBIL       0.2                        0.2 - 1.0      E.U./dL
LEUK EST     NEGATIVE               NEGATIVE
UA MICRO     NO                     ................

REPORTED DT  08/13/18
         TM      07:27

SOURCE INFORMATION:
8/13/18  7:00 UA      URINE
```

```
LARKIN COMMUNITY HOSPITAL          M I C R O B I O L O G Y   R E P O R T        0001 Tel# (305)284-7500
7031 SW 62ND AVE.                                                               Printed by: CRON
SOUTH MIAMI, FL 33143                              ** FINAL **                   LABORATORY
-------------------------        Antimicrobial Susceptibility and Organism Identification Report
Name: CHINCHILLA DAVIS
  PT#: 0814723                            Status : O/P                      Admitted  : 8/13/18
  MRN: 000224463                         Service: LABORATORY                Discharged: 8/13/18
  DOB: 04/19/1982                  Att Physician: ARMAS EDDIE
  Sex: M                        Medical Director: HADI YAZIJI, MD
  Race: W                       Family Physician: UNKNOWN PCP
```

```
................................................................................................
                  Order#              :    1300            Collected: 8/13/18   7:00 by BC
                  Cross Ref#          :  1749853           Received : 8/13/18   7:08 by CG
                  Procedure           :  CULTURE, URINE     Reported : 8/16/18  14:18 by LOB
                  Specimen Number     :  1749853
                  Specimen Source     :  URINE
                  Ordering Physician  :  ARMAS EDDIE
```

```
................................................................................................
                              Microbiology Culture Comments

        Date    Time         Comments                                        Tech
          8/14   10:26        NO GROWTH IN 24 HRS                             NS

          8/16   14:18        NO GROWTH IN 48 HOURS                           LOB

          8/16   14:19        Test Performed at                              LOB
                              Palm Spring Campus Laboratory
                              1475 West 49th Street
                              Hialeah, FL 33012
```

```
  Print Date:   1/11/19   16:10            Printed by: CRON            Page:    1  ** FINAL **
```

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

MRSA:
VRE:

**LARKIN COMMUNITY HOSPITAL**
7031 SW 62nd Avenue, South Miami, Florida  33143 - (305) 284-7500

Advance Directive:  U

| PATIENT ACCOUNT NO. | | | | | | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 0806376 | | | **REGISTRATION ADMISSION** | | | 000224463 |

| PATIENT (Name, Address, Phone) | BIRTH DATE | | AGE | SEX | RACE | SMOKER | PREFERRED LANGUAGE |
|---|---|---|---|---|---|---|---|
| CHINCHILLA DAVIS | 04/19/1982 | | 36 | M | W | | SP |
| 11940 NW 16 AVE | | | | | | | |
| PRIVATE HOME | MAR. STATUS | REL | FC | ADM BY | ADM CAT | PREV ADM DATE | HIPAA |
| MIAMI          FL | S | N | E | YRU | 3 | 08/30/18 | NM. Y   RIL. Y   REL. Y   CONS. Y |
| 33167 | | | | | | | |
| COUNTY: MIAMI-DADE | ADMISSION DATE & TIME | | DISCHARGE DATE & TIME | | SERVICE | | ROOM / BED NO. |
| PHONE: (786)419 8249 | 05/21/18    09:06 | | 06/13/18    20:04 | | PTO | | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT 1 (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| LARKIN COMMUNITY HOSPITAL<br>7031 SW 62 AVE<br>SOUTH MIAMI          FL<br>33143<br><br>PHONE: (305)284-7500<br>OCC: PLANT OPS | RAQUEL CHICHILLA<br>365 NE 125TH STREET<br>MIAMI          FL<br>33161<br><br>PHONE: (786)709-7870<br>REL: SPOUSE | PHONE:<br>REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| CHINCHILLA DAVIS<br>11940 NW 16 AVE<br>MIAMI          FL<br>33167<br><br>PHONE: (786)419-8249<br>SSN: 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<br>REL: SELF | EMPLOYED<br><br>MIAMI          FL<br>331010000<br><br>PHONE: | BLANCO CHRISTOPHER D 10805 |
| | | REFERRING MEDICAL PHYSICIAN (Name, Number) |
| | | BLANCO CHRISTOPHER D 10805 |
| | | REFERRING PSYCHIATRIST (Name, Number) |
| | | BLANCO CHRISTOPHER D 10805 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| AETNA LCH<br>PO BOX 14079<br><br>LEXINGTON          KY<br>405124079<br><br>PHONE: (888)266-5519<br>POLICY#: W236412133<br>GROUP#: 083546601100006<br>GRP NAME: LARKIN COMMUN<br>AUTH#:<br><br>CHINCHILLA DAVIS<br>SEX: M     RELATION: 18 | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br><br>SEX:     RELATION: | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br><br>SEX:     RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS | |
|---|---|
| ENCOUNTER FOR OTHER SPECIFIED AFTERCARE | Z5189 |
| COMMENTS | |
| | |

01/11/19        16:10

LC1000/030813

** 00010806376 LC1000        ADMISSIONS        05/21/18 000224463 CHINCHILLA DAVIS

Larkin Community Hospital
Patient Care Notes

| User: | CHON | | | | Date: | 01/11/19 |
| Hospital | 1 | | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | | Page: | 1 of 8 |
| Patient #: | 806376 | **Attending:** | BLANCO CHRISTOPHER DPM | | | |
| Med Rec #: | 224463 | **Admitted:** | 05/21/18 9:06 | | | |

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 05/21/18 | 9:00 | | PT | PHYSICAL THERAPY |

Physical Therapy Daily Note (MARK AN "X" IN THE SPACE)

Patient Subjective: "I want to get better so I can go back to work"

(x) PT evaluation: performed

(x) Therapeutic Exercises: foot bridges, towel folding with toes, DF/PF, INV/EVE with yellow theraband.

(x) Therapeutic Activities: Pt instructed about HEP, dx and prognosis of condition.

(x) Gait Training: GT with no AD x 20' with emphasis on proper heel strike.

(x) Manual Therapy: STM, talus medial and lateral glide, distraction of ankle from tibia.

() Modalities:
() Neuromuscular Re-education:

Response to care: This is a 36 year old patient who had a fall at a gas station on March 31 and was dx with a displaced fx of R tibia. Pt was on a cast for 2 weeks and on April 17 he went to sx. After sx he was on a cast for 3 weeks and on May 4 cast was removed and was put on a boot. Pt does not know when to stop the boot and was recommended to see Dr about it.

ROM
PF 12 deg
DF 20 deg
INV 22 deg
EVE 10 deg

MMT
2/5

walking tolerance 300 m

Pain level 3/10

Plan: Focus on pain, ROM, strength to return pt to PLOF.

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 05/22/18 | 14:00 | | PT | PHYSICAL THERAPY |

Physical Therapy Daily Note (MARK AN "X" IN THE SPACE)

Patient Subjective: "I feel electricity has helped a lot"

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | Date: | 01/11/19 |
| Hospital | 1 | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 2 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|

() PT evaluation:

(x) Therapeutic Exercises: foot bridges, towel folding with toes, DF/PF, INV/EVE AROM in supine. In standing: DF/PF with theraband disc. Heel raises on // Bars.

(x) Therapeutic Activities: Pt instructed about HEP, dx and prognosis of condition.

(x) Gait Training: GT with no AD x 20' with emphasis on proper heel strike.

(x) Manual Therapy: STM, talus medial and lateral glide, distraction of ankle from tibia.

() Modalities:
() Neuromuscular Re-education:

Response to care: As per Dr. Blanco pt is to use the boot at all times outside of therapy room which will be substituted by a brace soon. Pt is FWB at this time.

Plan: Focus on pain, ROM, strength to return pt to PLOF.

| 05/23/18 | 14:00 | | Physical Therapy Assistant |

Patient Subjective:" I am better, my R ankle is stronger and less painful than before."

() PT evaluation:
() Therapeutic Exercises:In standing, heel raises, theraband disc and heel raises on foam. Pt also performed AROM exercises on R ankle using green theraband in all available planes. All exercises 15 reps x 3 sets with rest periods.
() Therapeutic Activities:SCifit x 10 minutes to increase coordination and R ankle ROM.
() Gait Training:
() Manual Therapy:Pt received STM on R ankle x 10 minutes to decrease pain and to improve tissue flexibility.
() Modalities:CP on R ankle x 10 minutes to decrease inflammation and to decrease pain.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling better.
Plan:Continue with POC in order to improve safety and R ankle ROM.

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | | Date: | 01/11/19 |
| Hospital | 1 | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 3 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|-----------|
| 05/30/18 | 15:05 | | | Physical Therapy Assistant |

Patient Subjective:"I feel better but my R heel is bothering me today."

() Therapeutic Exercises: All exercises 10 reps x 3 sets.
Heel raise-plantar flexion
heel raise-dorsiflexion
dorsiflexion isometric
plantar flexion Isometric
towel slides inversion
towel slides eversion
towel curls
marble pick up
plantar fascia roll
arch lift
arch raises

() Therapeutic Activities: Nustep x 10 minutes to improve R ankle ROM and B LEs strength.
() Manual Therapy: STM on R plantar and dorsal area of R foot to improve ROM.
() Modalities:MHP on R ankle x 10 minutes to improve ROM and to decrease pain.  Pt also received US on R ankle x 8 minutes to decrease pain and to improve flexibility.

Response to care:Pt tolerated tx well and is able to perform therex without difficulty. Pt received education on HEP and verbalized good understanding of it.

Plan:Continue with POC in order to decrease pain and to improve functional mobility.

| 05/31/18 | 13:30 | | | Physical Therapy Assistant |

Patient Subjective:"I am ok ut I am worried about the swelling of my R foot."

() PT evaluation:
() Therapeutic Exercises:In standing, heel raises, theraband disc and heel raises on foam. Pt also performed AROM exercises on R ankle using green theraband in all available planes. All exercises 15 reps x 3 sets with rest periods.
() Therapeutic Activities:SCifit x 10 minutes to increase coordination and R ankle ROM.
() Gait Training:
() Manual Therapy:Pt received STM on R ankle x 10 minutes to

Larkin Community Hospital

Patient Care Notes

| User: | CRON | | | Date: | 01/11/19 |
| Hospital | 1 | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page | 4 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
| --- | --- | --- | --- | --- |

decrease pain and to improve tissue flexibility.
() Modalities:CP on R ankle x 10 minutes to decrease
inflammation and to decrease pain.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better.
Plan:Continue with POC in order to improve safety and R
ankle ROM.

| 06/01/18 | 15:00 | | Physical Therapy Assistant |

Patient Subjective:"I feel better but my R ankle is

bothering me today."

() Therapeutic Exercises: All exercises 10 reps x 3 sets.
Heel raise-plantar flexion
heel raise-dorsiflexion
dorsiflexion isometric
plantar flexion isometric
towel slides inversion
towel slides eversion
towel curls
marble pick up
plantar fascia roll
arch lift
arch raises

() Therapeutic Activities: Nustep x 10 minutes to improve R
ankle ROM and B LEs strength.
() Manual Therapy: STM on R plantar and dorsal area of R
foot to improve ROM.
() Modalities:MHP on R ankle x 10 minutes to improve ROM
and to decrease pain.  Pt also received US on R ankle x 8
minutes to decrease pain and to improve flexibility.

Response to care:Pt tolerated tx well and is able to perform
therex without difficulty. Pt received education on HEP and
verbalized good understanding of it.

Plan:Continue with POC in order to decrease pain and to
improve functional mobility.

| 06/04/18 | 13:00 | | Physical Therapy Assistant |

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | | | Date: | 01/11/19 |
| Hospital | 1 | | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 5 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
| --- | --- | --- | --- | --- |

Patient Subjective:"I feel better, I continue doing exercises at home."

() PT evaluation:
() Therapeutic Exercises:In standing, heel raises, theraband disc and heel raises on foam. Pt also performed AROM exercises on R ankle using green theraband in all available planes. All exercises 15 reps x 3 sets with rest periods.
() Therapeutic Activities:SCifit x 10 minutes to increase coordination and R ankle ROM.
() Gait Training:
() Manual Therapy:Pt received STM on R ankle x 10 minutes to decrease pain and to improve tissue flexibility.
() Modalities:CP on R ankle x 10 minutes to decrease inflammation and to decrease pain.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling better.
Plan:Continue with POC in order to improve safety and R ankle ROM.

| 06/05/18 | 14:00 | | Physical Therapy Assistant |

Patient Subjective:"I feel much better, my pain has decrease to 3/10 on my R ankle."

() Therapeutic Exercises: Seated, BAPS for bilateral ankle PF, DF, 2 sets of 10 repetitions. Supine, Resisted ankle DF with red T-band with minimal resistance 10 reps. PROM stretches to bilateral gastroc/soleus, heel cords, plantarfasciae 10 reps.

() Gait Training:
() Manual Therapy:STM and cross friction massage x 15 minutes on R heel for thightness and pain.

() Modalities:MHP to R heel for 10 minutes prior stretches. US to medial aspect of R heel at 3.3 MHz, 50% and 1.0 W/cm2 for 15 minutes.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling better after tx. Pt received HEP and demonstrated good understanding of it.

Larkin Community Hospital

| User: | CRON | Patient Care Notes | | Date: | 01/11/19 |
|-------|------|--------------------|---|-------|----------|
| Hospital | 1 | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | | Page: | 6 of 8 |
|---------------|------------------|---|---|---|-------|--------|
| Patient #: | 806376 | | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|-----------|

Plan:Continue with POC.

---

| 06/06/18 | 13:00 | | Physical Therapy Assistant |
|----------|-------|---|----------------------------|

Patient Subjective:"I am better"

() PT evaluation:
() Therapeutic Exercises:In standing: heel raises, squads,
stairs pushing up with R foot, GS stretch on slant board
with B medial wedge 3x1, Ankle 4 ways with GTB x 30 . In
supine: EV, IV,DF, and PF with green theraband to increase
resistance. 10
reps x 3 sets with rest periods.
() Therapeutic Activities: Nustept x 10 minutes to increase
R ankle ROM.
() Gait Training:
() Manual Therapy:STM on R ankle x 10 minutes to increase
ROM and tissue flexibility.
() Modalities:US x 8 minutes at 20%, 1.5 w/cm2at 3.3 Mhz on
R heel area to decrease pain and to improve tissue
flexibility.
() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better after tx.

Plan:Continue with POC in order to improve overal functional
mobility and to decrease pain.

---

| 06/11/18 | 14:00 | | Physical Therapy Assistant |
|----------|-------|---|----------------------------|

Patient Subjective:"I feel better but my R heel is
bothering me today."

() Therapeutic Exercises: All exercises 15reps x 3 sets.
Heel raise-plantar flexion
heel raise-dorsiflexion
dorsiflexion isometric
plantar flexion isometric
towel slides inversion
towel slides eversion
towel curls
marble pick up
plantar fascia roll

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | Date: | 01/11/19 |
|---|---|---|---|---|
| Hospital | 1 | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 7 of 8 |
|---|---|---|---|---|---|
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|---|---|---|---|---|

arch lift
arch raises

() Therapeutic Activities: Nustep x 10 minutes to improve R
ankle ROM and B LEs strength.
() Manual Therapy: STM on R plantar and dorsal area of R
foot to improve ROM.
() Modalities:MHP on R ankle x 10 minutes to improve ROM
and to decrease pain.  Pt also received US on R ankle x 8
minutes to decrease pain and to improve flexibility.

Response to care:Pt tolerated tx well and is able to perform
therex without difficulty. Pt received education on HEP and
verbalized good understanding of it.

Plan:Continue with POC in order to decrease pain and to
improve functional mobility.

| 06/12/18 | 14:00 | | Physical Therapy Assistant |
|---|---|---|---|

Patient Subjective:"I feel much better, my pain has decrease
to 3/10 on my R ankle."

() Therapeutic Exercises: Seated, BAPS for
bilateral ankle PF, DF, 2 sets of 10 repetitions. Supine,
Resisted ankle DF with red T-band with minimal resistance 10
reps. PROM stretches to bilateral gastroc/soleus, **heel
cords**, plantarfasciae 10 reps.

() Gait Training:
() Manual Therapy:STM and cross friction massage x 15
minutes on R heel for thightness and pain.

() Modalities:MHP to R heel for 10 minutes prior
stretches. US to medial aspect of R heel at 3.3 MHz, 50% and
1.0 W/cm2 for 15 minutes.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better after tx. Pt received HEP and demonstrated good
understanding of it.

Plan:Continue with POC.

Larkin Community Hospital

| User: | CRON | Patient Care Notes | Date: | 01/11/19 |
|---|---|---|---|---|
| Hospital | 1 | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 8 of 8 |
|---|---|---|---|---|---|
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|---|---|---|---|---|
| 06/13/18 | 11:30 | | | Physical Therapy Assistant |

Patient Subjective:"I am better, my R ankle continues swollen but I feel better"

() Therapeutic Exercises: Seated, BAPS for bilateral ankle PF, DF, 3 sets of 15 repetitions. Supine, Resisted ankle DF with red T-band with minimal resistance 10 reps. PROM stretches to bilateral gastroc/soleus, heel cords, plantarfasciae 10 reps.

() Gait Training:
() Manual Therapy:STM and cross friction massage x 15 minutes on R ankle lateral aspect for thightness and pain.

() Modalities:MHP to R ankle for 10 minutes prior

stretches. US to medial aspect of R ankle at 3.3 MHz, 50% and
1.0 W/cm2 for 15 minutes.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling better after tx. Pt received HEP and demonstrated good understanding of it. Pt has met all LTG's.

Plan:Pt is being d/c having met all LTG's.

\*\*\*  End of Report  \*\*\*

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

MRSA:
VRE:

**LARKIN COMMUNITY HOSPITAL**
7031 SW 62nd Avenue, South Miami, Florida  33143  ·  (305) 284-7500

Advance Directive:  U

| PATIENT ACCOUNT NO. | | MEDICAL RECORD NO. |
|---|---|---|
| 0801288 | **REGISTRATION ADMISSION** | 000224463 |

| PATIENT (Name, Address, Phone) | BIRTH DATE | AGE | SEX | RACE | SMOKER | PREFERRED LANGUAGE |
|---|---|---|---|---|---|---|
| CHINCHILLA DAVIS<br>11940 NW 16 AVE<br>PRIVATE HOME<br>MIAMI          FL | 04/19/1982 | 35 | M | W | | SP |

| MAR. STATUS | REL | FC | ADM BY | ADM CAT | PREV ADM DATE | HIPAA |
|---|---|---|---|---|---|---|
| S | N | S | CHE | 1 | 08/30/18 | RM: Y   RX: Y   REL: Y   COND: Y |

CHINCHILLA DAVIS
11940 NW 16 AVE
PRIVATE HOME
MIAMI          FL
              33167
COUNTY: MIAMI-DADE
PHONE: (786)419-8249

| ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM / BED NO. |
|---|---|---|---|
| 03/31/18     18:40 | 03/31/18     21:02 | FMR | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT 1 (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| LARKIN COMMUNITY HOSPITAL<br>7031 SW 62 AVE<br>SOUTH MIAMI          FL<br>                     33143<br><br>PHONE: (305)284-7500<br>OCC: PLANT OPS | RAQUEL CHICHILLA<br>365 NE 125TH STREET<br>MIAMI          FL<br>              33161<br><br>PHONE: (786)709-7870<br>REL: SPOUSE | PHONE:<br>REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone, Rel) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| CHINCHILLA DAVIS<br>11940 NW 16 AVE<br>MIAMI          FL<br>              33167<br><br>PHONE: (786)419-8249<br>SSN: 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<br>REL: SELF | EMPLOYED<br><br>MIAMI          FL<br>              331010000<br><br>PHONE: | PINELO VASQUEZ GUILL 954 |

| | | REFERRING MEDICAL PHYSICIAN (Name, Number) |
|---|---|---|
| | | PINELO VASQUEZ GUILL 954 |
| | | REFERRING PSYCHIATRIST (Name, Number) |
| | | 0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| AETNA LCH<br>PO BOX 14079<br><br>LEXINGTON          KY<br>                   405124079<br><br>PHONE: (888)266-5519<br>POLICY#: W236412133<br>GROUP#: 083546601100006<br>GRP NAME: LARKIN COMMUNI<br>AUTH#:<br><br>CHINCHILLA DAVIS<br>SEX: M     RELATION: 18 | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:     RELATION: | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:     RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS | |
|---|---|
| PAIN IN RIGHT LEG | M79604 |

COMMENTS

01/11/19     16:11                                                                                      LC1000/030813

** 00010801288 LC1000     ADMISSIONS     03/31/18 000224463 CHINCHILLA DAVIS

Podiatry ER Consult

Larkin Community Hospital

| | | | | |
|---|---|---|---|---|
| Name | Chinchilla, Davis | | DOB | Apr-19-1982 (M) |
| Attending | PINELO VASQUEZ | | Encounter | 801288 |
| Primary | UNKNOWN PCP | | MRN | 224463 |

Date of Service   Mar-31-2018 2020
Admitted   Mar-31-2018
Discharged   Mar-31-2018

CC: Right ankle fracture

History of Present Illness:
A 35 year old male with no PMHx presents to the Larkin ED for a right ankle injury that happened earlier today - he states he was stepping over a gas pump line and rolled his ankle. The patient presented to an urgent care - he did not think it was broken but they told him he had broken his fibula and placed him in a posterior splint  The patient states he is in a lot of pain. He denies any fever, chills, nausea, and vomiting.

Home Medications: see chart

Past Medical and Psychiatric History: None reported

Surgical History: None

Allergies: No known Allergies

Social History: PAtient works at larkin hospital

Family History
non contributory

Review of Systems:
ROS - Constitutional
Neg: fever, weakness, malaise

ROS - Integumentary
Negative For: Clubbing, Bruising

ROS - HEENT
ROS - Head
Negative For: Head injury, Vertigo, Dizziness, Headache

ROS - Eyes
Negative For: Discharge, Swelling

ROS - Cardiovascular
Negative For: Dyspnea, Chest pain, Palpitations

ROS - Respiratory
Negative For: Hemoptysis, cough

ROS - GI
Negative for abdominal pain; denies N/V

ROS - Peripheral Vascular
Negative For: Clubbing of nail, Cyanosis

ROS - Musculoskeletal
Positive For: Joint stiffness, pain, limited ROM

Physical Exam
Vital Signs:
Physical Exam
GENERAL APPEARANCE: Appears to be in no acute distress. AAO x 3.
HEAD: negative for raccoon eyes, hematoma
THROAT: negative for gingivitis and plaques
CARDIAC: Normal S1 and S2. No S3, S4 or murmurs. Rhythm is regular.
LUNGS: Clear to auscultation and percussion without rales, rhonchi, wheezing or diminished breath sounds.
ABDOMEN: normal bowel sounds
PERIPHERAL: DP/PT diminished bilaterally, no peripheral cyanosis, B/L LE edema

Lower Extremity Exam:
Derm:
Ecchymosis noted to the right ankle - there are no open lesions present to the area.

1 of 2

## Podiatry ER Consult

### Larkin Community Hospital

| | | | | |
|---|---|---|---|---|
| Name | Chinchilla, Davis | Date of Service | Mar-31-2018 2020 | DOB   Apr-19-1982 (M) |
| Attending | PINELO VASQUEZ | Admitted | Mar-31-2018 | Encounter   801288 |
| Primary | UNKNOWN PCP | Discharged | Mar-31-2018 | MRN   224463 |

Vascular: DP and PT palpable BL LE.  No duskyness or gangrene present. Severe edema noted to the lateral and medial aspects of the right leg.
Neuro: gross sensation to light touch diminished bilateral LE
Musk: +4/5 all 4 compartments of bilateral LE Pain with palpation to the lateral aspect of the right lower extremity over the lateral malleolus.

Radiographs show a distal fibular spiral fracture. No fractures to the tibia noted. There is increase in medial clear space and the talus is partially subluxed laterally which may be indivative of a rupture to the deltoid ligament.

Assessment:
1.Distal fibular fracture right leg

Plan:
-Pt seen and evaluated.
-Patient placed back in posterior splint and given followup with Dr. Christopher Blanco the week of April 9th. Patient to remain NWB,
-Strict offloading
-Patient OK to DC per podiatry with outpatient followup.

-Pt seen under the supervision of Dr. Christopher Blanco DPM


Electronically signed by MILLAR SARA on Mar-31-2018 2044

By cosigning this document, I acknowledge that the following has been performed with the Resident/Physician Assistant/Nurse Practitioner:
- I evaluated & examined the patient with them.
- I am directly involved with the care and medical management of the patient.
- I discussed & reviewed the medical problems & comorbidities.
- A treatment plan has been developed as documented in the progress note and/or orders.
- Any additional information will be entered as an additional note or addendum.
Electronically signed by BLANCO CHRISTOPHER DPM MD on Apr-10-2018 1217

2 of 2

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description:  TIBIA FIBULA RT 2 VIEWS XR
DX:  Deformity

FINAL REPORT

INDICATION:  Deformity

TECHNIQUE:  AP and lateral views of right tibia and fibula.

COMPARISON:  No prior exam.

FINDINGS:

There is an oblique lucent line in the distal right metadiaphysis of right fibula. No focal lytic or blastic lesions. There is moderate lateral malleolar or lateral ankle soft tissue swelling.

IMPRESSION:

1 oblique nondisplaced fracture of distal metadiaphysis of fibula extending to the level of ankle mortise.. Moderate lateral ankle swelling.

Dictated By: Anwarulislam Syed  03/31/2018 20:05
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:29

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description: KNEE RT 3 VIEWS
DX: Deformity

FINAL REPORT

INDICATION: Deformity

TECHNIQUE: AP, lateral and oblique views of right knee.

COMPARISON: None.

FINDINGS:

No acute fracture or dislocation. No focal lytic or blastic lesions. Soft tissues are unremarkable.

IMPRESSION:

No acute fracture or dislocation.

Dictated By: Anwarulislam Syed  03/31/2018 20:07
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:28

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description: FOOT RT 3+ VIEWS XR
DX: Deformity

FINAL REPORT

INDICATION: Deformity

TECHNIQUE: AP, lateral and oblique views of right foot.

COMPARISON: Right tibia-fibula radiograph.

FINDINGS:

Read demonstrated, nondisplaced fracture of lateral malleolus extending to the level of ankle mortise. There is diffuse ankle soft tissue swelling, more pronounced in the posterior and lateral ankle. There also small ankle joint effusion. Overlying cast is noted.

IMPRESSION:

1. Acute nondisplaced oblique fracture of lateral malleolus extending to the level of ankle mortise.

Dictated By: Anwarulislam Syed  03/31/2018 20:09
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:28

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description: ANKLE RT 3+ VIEWS XR
DX: Deformity

FINAL REPORT

INDICATION: Deformity

TECHNIQUE: AP, lateral and oblique views of right ankle.

COMPARISON: X-ray of right foot and right tibia and fibula.

FINDINGS:

The demonstrated, oblique fracture of right lateral malleolus extending to the level of articular surface of ankle mortise there is diffuse soft tissue swelling of the ankle more pronounced on the lateral and posterior aspect. There is small ankle joint effusion.

IMPRESSION:

1. Acute nondisplaced oblique fracture of lateral malleolus, extending to the level of ankle mortise.

Dictated By: Anwarulislam Syed  03/31/2018 20:11
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:28

Physician Documentation
  Larkin Community Hospital
Name: Davis Chinchilla
Age: 35 yrs
Sex: Male
DOB: 04/19/1982
MRN: 224463
Arrival Date: 03/31/2018
Time: 18:40
Account#: 801288
Bed 1
Private MD:
ED Physician Puentes, Javier
HPI:
03/31
18:56 This 35 yrs old White Male presents to ER via Walk-In with complaints gap
      of Leg Pain - Right leg pain.
19:01 Patient reports he falls on his right foot in adduction today at 3   gap
      pm. patient went to Urgent Care where put a splint.
20:49 The patient presents with Fracture in the right fibula ( lateral     jp2
      malleolus) , with pain, and decrease ROM. The complaints affect the
      right ankle. Context: The problem was sustained Gass station at 03:00
      pm today. Onset: The symptom(s)/episode began/occurred acutely,
      today, at 15:00. Modifying factors: The symptoms are alleviated by
      nothing. the symptoms are aggravated by walk .. Associated signs and
      symptoms: Pertinent positives: pain right ankle..
20:49 Acuity: Semi-Urgent (4)                        jp2

Historical:
- Allergies:
18:47 No known Allergies;                            ar1
- PMHx:
19:42 Gastritis;                          ar1
- PSHx:
19:41 None;                               ar1

- Immunization history: Pneumococcal vaccine status is unknown, Flu
  vaccine is up to date.
- Social history: Smoking status: Patient states was never smoker of
  tobacco. Patient/guardian denies using alcohol, street drugs, Race:
  White, Ethnicity: Hispanic or Latino Preferred Language: Spanish,
  The patient speaks a little English.


ROS:

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

19:09 Constitutional: Negative for fever, chills, and weight loss, Eyes:   gap
          Negative for injury, pain, redness, and discharge, ENT: Negative for
          injury, pain, and discharge, Neck: Negative for injury, pain, and
          swelling, Cardiovascular: Negative for chest pain, palpitations, and
          edema, Respiratory: Negative for shortness of breath, cough,
          wheezing, and pleuritic chest pain, Abdomen/GI: Negative for
          abdominal pain, nausea, vomiting, diarrhea, and constipation, Back:
          Negative for injury and pain, GU: Negative for injury, bleeding,
          discharge, and swelling.
19:09 MS/extremity: Positive for injury or acute deformity, decreased range
          of motion, deformity, pain, tenderness.
19:09 Skin: Negative for abscesses, burn, cellulitis.
19:09 Neuro: Negative for altered mental status, dizziness, hearing loss,
          loss of consciousness, numbness.
19:09 Psych: Negative for anxiety, depression, drug dependence, auditory
          hallucinations, visual hallucinations, homicidal ideation, insomnia,
          suicide gesture, suicidal ideation.
19:09 Allergy/Immunology: Negative for allergies, hayfever, hives.
19:09 Endocrine: Negative for goiter, cold intolerance, heat intolerance,
          polydipsia, polyphagia, polyuria, weight gain, weight loss.
19:09 Hematologic/Lymphatic: Negative for anemia, abnormal bleeding.

Exam:
19:11 Constitutional:  This is a well developed, well nourished patient who gap
          is awake, alert, and in no acute distress. Head/Face: Normocephalic,
          atraumatic. Eyes: Pupils equal round and reactive to light,
          extra-ocular motions intact. ENT: Nares patent. No nasal discharge,
          no septal abnormalities noted.  Tympanic membranes are normal and
          external auditory canals are clear.  Oropharynx with no redness,
          swelling, or masses, exudates, or evidence of obstruction, uvula
          midline. Mucous membranes moist. Neck:  No Meningismus.
          Chest/axilla: Normal chest wall appearance and motion.  Nontender
          with no deformity.  No lesions are appreciated. Cardiovascular:
          Regular rate and rhythm with a normal S1 and S2.  No gallops,
          murmurs, or rubs.  Normal PMI, no JVD.  No pulse deficits.
          Respiratory: Lungs have equal breath sounds bilaterally, clear to
          auscultation and percussion.  No rales, rhonchi or wheezes noted.  No
          increased work of breathing, no retractions or nasal flaring.
          Abdomen/GI:  Soft, non-tender, with normal bowel sounds.  No
          distension or tympany.  No guarding or rebound.  No evidence of
          tenderness throughout. Back: No spinal tenderness.  No
          costovertebral tenderness.  Full range of motion. Skin:  Warm, dry
          with normal turgor.  Normal color with no rashes, no lesions, and no
          evidence of cellulitis.
19:11 Musculoskeletal/extremity: ROM: limited active range of motion due to
          pain, in the right leg, Pulses: are normal with no appreciated

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

deficits, Sensation intact. Compartment Syndrome exam of affected extremity: is normal. severe pain, with passive ROM, Joints: the right ankle displays deformity, pain at rest, painful range of motion, tenderness, the right knee displays painful range of motion, tenderness, Tendon exam: unable to examine DVT Exam: no swelling, negative Homans' sign noted on exam, no appreciated bluish discoloration, no erythema, no increased warmth, Calves: have equal circumference.

19:15 Skin: Exam negative for abscess, burn, cellulitis, cyanosis.        gap

19:15 Neuro: Orientation: to person, place & time. Mentation: is normal, Memory: is normal, Cranial nerves: grossly normal, Cerebellar function: is grossly normal, Motor: is normal, Sensation: is normal, Gait: unable to assess, right ankle pain.

19:15 Psych: Exam negative for hallucinations, delusions, inappropriate behavior, psychosis, paranoia.


Vital Signs:

19:05 BP 147 / 83; Pulse 75; Resp 15; Temp 98.1(O); Pulse Ox 97% on R/A;   ar1
Weight 185.19 lbs; Height 5 ft. 6 in. (167.64 cm) (R); Pain 10/10;

19:49 BP 132 / 76 LA Supine (auto/); Pulse 63 LA; Resp 13 S; Pulse Ox 98%   ar1
on R/A;

20:44 BP 128 / 65 LA Supine (auto/); Pulse 61 LA; Resp 16 S; Pulse Ox 97%   ar1
on R/A;

19:05 Body Mass Index 29.89 (84.00 kg, 167.64 cm)                  ar1


MDM:

20:20 Data reviewed: vital signs, nurses notes.                  jp2

20:41 ED course: Patient has fracture of the fibula ( lateral malleolus)   jp2
with small displacement. I order Morphine 2 mg IVP . The Podiatric Physician and me checked the pulse ,skin sensation , color( Patient had not abnormality in pulse, skin color and sensation of the right lower extremity. Patient has Fallow up with DR Christopher Blanco the week of April 9-13 ( Phone 305 264 2632).7500 NV 25 st # 112 Miami 33122 .Patient is discharge with pain medication and excuse for 7 days..


03/31

19:01 Order name: CBC W/ PLT AUTO DIFF; Complete Time: 19:27          gap

03/31

19:28 Interpretation: Abnormal: RBC 5.92; HEMOGLOBIN 17.1; HEMATOCRIT 49.8; gap
% LYMPHOCYTES 12.5; ABSOLUTE NEUTROPHILS 8.4.

03/31

19:01 Order name: BMP; Complete Time: 20:25                  gap

03/31

20:25 Interpretation: GLUCOSE SERUM 130; BLOOD UREA NITROGEN 31.      jp2

03/31


*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

19:01 Order name: PTT                                    gap
03/31
19:01 Order name: PROTHROMBIN TIME W/ INR                 gap
03/31
19:01 Order name: URINALYSIS                             gap
03/31
19:01 Order name: XR FOOT 3+ VIEWS RIGHT; Complete Time: 20:25       gap
03/31
20:27 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION:  jp2
          1.  Acute nondisplaced oblique fracture of lateral malleolus extending
          to the level of ankle mortise. Dictated By: Anwarulislam Syed
          03/31/2018 20:09Electronically Signed By:.
03/31
19:01 Order name: XR TIBIA FIBULA 2 VIEWS RIGHT; Complete Time: 20:25      gap
03/31
20:28 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION: 1 jp2
          oblique nondisplaced fracture of distal metadiaphysis of fibula
          extending to the level of ankle mo Dictated By: Anwarulislam Syed
          03/31/2018 20:05Electronically Signed By:.
03/31
19:01 Order name: XR KNEE 3 VIEWS RIGHT; Complete Time: 20:25       gap
03/31
20:28 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION:  jp2
          No acute fracture or dislocation. Dictated By: Anwarulislam Syed
          03/31/2018 20:07Electronically Signed By:.
03/31
19:35 Order name: ANKLE 3+ VIEWS RIGHT XR                 gap
03/31
20:29 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION:  jp2
          1.  Acute nondisplaced oblique fracture of lateral malleolus,
          extending to the level of ankle mortise Dictated By: Anwarulislam
          Syed 03/31/2018 20:10Electronically Signed By:.

Dispensed Medications:
19:46 Drug: morphine 4 mg {Note: Pharmacy review overridden due to       ar1
Physician Discretion.} Route: IVP; Site: right hand;
20:20 Follow up: Response: No adverse reaction; Pain is unchanged,       ar1
physician notified
20:34 Drug: morphine 2 mg {Note: Pharmacy review overridden due to       ar1
Patient's Condition.} Route: IVP; Site: right hand;
21:20 Follow up: Response: No adverse reaction; Pain is decreased       ar1


Medication:
20:07                                    tm


*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Disposition:
20:20 Physician Statement: I evaluated & examined the patient with the     jp2
          resident I am directly involved with the care and medical management
          of the patient I discussed & reviewed the medical problems &
          comorbidities as a team A Treatment plan has been developed.

Disposition:
03/31/18 21:02 Discharged to Home with Self Care. Impression: Displaced
      oblique fracture of shaft of right fibula, initial
      encounter for closed fracture.
- Condition is Undetermined.
- Discharge Instructions: Form - Excuse from Work, School, or
      Physical Activity.
- Prescriptions for Percocet 5- 325 mg Oral Tablet - take 1 tablet by
      ORAL route every 6 hours As needed; 20 tablet.
- Medication Reconciliation Form form.
- Follow up: BLANCO, CHRISTOPHER DPM, DPM; When: The week of April
      9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122.
- Problem is new.
- Symptoms are unchanged.

Signatures:
Dispatcher MedHost            EDMS
Martins, Teresita             tm
Regueiro, Asiel, RN           RN  ar1
Puentes, Javier, MD           MD  jp2
Pinelo, Guillermo, MD           MD  gap

Corrections: (The following items were deleted from the chart)
19:25 19:01 Patient reports he fall on his right foot in overextension     gap
today at 3 pm. patient went to Urgent care where put splint. gap
21:03 21:02 03/31/2018 21:02 Discharged to Home with Self Care. Impression: jp2
Displaced oblique fracture of shaft of right fibula, initial
encounter for closed fracture. Condition is Undetermined. Discharge
Instructions: Medication Reconciliation Form. Follow up: CHRISTOPHER
DPM BLANCO; When: The week of April 9-13 /2018 ,Phone (305 264 2632).
7500 NW 25 st # 112 Miami 33122. Problem is new. Symptoms are
unchanged. jp2
21:12 21:03 03/31/2018 21:02 Discharged to Home with Self Care. Impression: jp2
Displaced oblique fracture of shaft of right fibula, initial
encounter for closed fracture. Condition is Undetermined. Discharge

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Instructions: Medication Reconciliation Form. Prescriptions for
Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6
hours As needed; 20 tabletFollow up: CHRISTOPHER DPM BLANCO; When:
The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st #
112 Miami 33122. Problem is new. Symptoms are unchanged. jp2

*********************************************************************************

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Nurse's Notes
  Larkin Community Hospital
Name: Davis Chinchilla
Age: 35 yrs
Sex: Male
DOB: 04/19/1982
MRN: 224463
Arrival Date: 03/31/2018
Time: 18:40
Account#: 801288
Bed 1
Private MD:
Diagnosis: Displaced oblique fracture of shaft of right fibula, initial
    encounter for closed fracture

Presentation:
03/31
18:41 Transition of care: patient was not received from another setting of  ia
    care.
18:41 Method Of Arrival: Walk-In                              ia
18:41 Presenting complaint: Patient states: " I have severe pain on my     ar1
    right leg ".
18:41 Acuity: Urgent (3)                            ar1

Triage Assessment:
19:42 General: Appears in no apparent distress, uncomfortable, well      ar1
    developed, well nourished, well groomed, Behavior is anxious,
    appropriate for age, cooperative. Pain: Complains of pain in right
    leg Pain does not radiate. Pain currently is 10 out of 10 on a pain
    scale. Quality of pain is described as dull, stabbing, Pain began 4
    hours ago Is continuous Alleviated by nothing. Aggravated by
    increased activity, repositioning, weight bearing. EENT: No deficits
    noted. Neuro: Level of Consciousness is awake, alert, Oriented to
    person, place, time, event. Cardiovascular: No deficits noted.
    Capillary refill < 3 seconds Heart tones S1 S2 present. Respiratory:
    Breath sounds are clear bilaterally. GI: No deficits noted. Abdomen
    is non- distended Bowel sounds present X 4 quads. GU: Urine is clear.
    Skin Assessment: Skin is intact. Musculoskeletal: No deficits noted.

Historical:
- Allergies: No known Allergies;
- PMHx: Gastritis;
- PSHx: None;
- Immunization history: Pneumococcal vaccine status is unknown, Flu
    vaccine is up to date.

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

- Social history: Smoking status: Patient states was never smoker of
  tobacco. Patient/guardian denies using alcohol, street drugs, Race:
  White, Ethnicity: Hispanic or Latino Preferred Language: Spanish,
  The patient speaks a little English.

Screening:
18:55 Pneumonia/Influenza Vaccine Screening: Completed in Medhost "Patient   ar1
  Care", see medical record. Abuse screen: Denies threats or abuse.
  Denies injuries from another. Nutritional screening: No deficits
  noted. Fall Risk History of Falls - No history of falls (0 points) No
  secondary diagnosis (0 pts). Ambulatory Aid- None (0 points) No IV (0
  pts). Gait- Normal (0 points) Mental Status- Oriented to own ability
  (0 points) Total Morse Fall Scale indicates (0 - 45 points) Low Risk
  As available Patient and Family Educated on Fall Prevention Program
  and strategies. Fall prevention measures have been instituted. Side
  Rails Up X 2 Placed close to Nursing Station Frequent Obs/Assesments
  occuring.
18:55 Psych Fall Risk. Patient Age Less than 50 (8 points).            ar1
19:21 Patient Personal Effects: Patient arrived with black pant , gray     fg
  t-shirt.
19:45 Psych Fall Risk. Mental Status Fully Alert, Oriented (4 points).     ar1
19:45 Psych Fall Risk. Agitated or Anxious? No (0 points).            ar1
19:45 Psych Fall Risk. Elimination Independent with control of bowel or    ar1
  bladder (8 points).
19:45 Psych Fall Risk. The patient takes No Medications (10 points).       ar1

Vital Signs:
19:05 BP 147 / 83; Pulse 75; Resp 15; Temp 98.1(O); Pulse Ox 97% on R/A;   ar1
  Weight 185.19 lbs; Height 5 ft. 6 in. (167.64 cm) (R); Pain 10/10;
19:49 BP 132 / 76 LA Supine (auto/); Pulse 63 LA; Resp 13 S; Pulse Ox 98%  ar1
  on R/A;
20:44 BP 128 / 65 LA Supine (auto/); Pulse 61 LA; Resp 16 S; Pulse Ox 97%  ar1
  on R/A;
19:05 Body Mass Index 29.89 (84.00 kg, 167.64 cm)                 ar1

ED Course:
18:41 Patient arrived in ED.                          ia
18:55 Pinelo, Guillermo, MD is Attending Physician.               gap
19:05 None.                            ar1
19:22 Labs drawn. (by ED staff). Sent per order to lab. Inserted peripheral fg
  IV: 20 gauge in right hand.
19:22 Patient has correct armband on for positive identification. Placed in fg
  gown. Bed in low position. Call light in reach. Side rails up X2.
19:49 Regueiro, Asiel, RN is Primary Nurse.               ar1
20:20 Attending Physician role handed off by Pinelo, Guillermo, MD      jp2

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

20:20 Puentes, Javier, MD is Attending Physician.                              jp2
20:59 BLANCO, CHRISTOPHER DPM, DPM is Referral Physician.          jp2

Administered Medications:
19:46 Drug: morphine 4 mg {Note: Pharmacy review overridden due to        ar1
        Physician Discretion.} Route: IVP; Site: right hand;
20:20 Follow up: Response: No adverse reaction; Pain is unchanged,          ar1
        physician notified
20:34 Drug: morphine 2 mg {Note: Pharmacy review overridden due to        ar1
        Patient's Condition.} Route: IVP; Site: right hand;
21:20 Follow up: Response: No adverse reaction; Pain is decreased        ar1


Medication:
20:07 morphine (19:41)                                          tm

Outcome:
21:02 Discharge ordered by MD.                                jp2
21:22 Discharged to home ambulatory, with family.                 ar1
21:22 Condition: good
21:22 Discharge instructions given to patient, family, Instructed on      ar1
        discharge instructions, follow up and referral plans. safety
        practices, Demonstrated understanding of instructions, medications,
        Prescriptions given X 2.
21:24 Patient left the ED.                               ia

Signatures:
Acosta, Ileana                    ia
Martins, Teresita                  tm
Gutierrez, Fredy, LPN          LPN  fg
Regueiro, Asiel, RN            RN  ar1
Puentes, Javier, MD           MD  jp2
Pinelo, Guillermo, MD          MD  gap

Corrections: (The following items were deleted from the chart)
19:51 07:00 BP 147 / 83; Pulse 75bpm; Resp 15bpm; Pulse Ox 97% RA; Temp   ar1
        98.1F Oral; 185.19 lbs; Height 5 ft. 6 in. Reported; BMI: 29.8; Pain
        10/10; fg
21:47 21:30 Response: No adverse reaction; Pain is decreased ar1          ar1

*******************************************************************************

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Davis Chinchilla
MRN: 224463
ACCT: 801288

# Larkin Community Hospital

7031 SW 62nd Ave
Miami, FL 33143
305-284-7500

**Discharge Instructions for:**      **Chinchilla, Davis**
**Arrival Date:**      **Saturday, March 31, 2018**

Thank you for choosing **Larkin Community Hospital** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Puentes, Javier, MD

**Diagnosis:**       Displaced oblique fracture of shaft of right fibula, initial encounter for closed fracture

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Form - Excuse from Work, School, or Physical Activity | Medication Reconciliation Form |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| BLANCO, CHRISTOPHER DPM, DPM<br>   When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122 | Percocet<br>None |
| **SPECIAL NOTES** | |
| None | |

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

_____      _____
Davis Chinchilla                              ED Physician or Nurse
MRN # 224463

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

DCN -20190219407047 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT: 891288

## FOLLOW UP INSTRUCTIONS

BLANCO, CHRISTOPHER DPM, DPM (PODIATRY)
   701 NW 57TH AVENUE SUITE 320
   MIAMI, FL 33126
   305-264-2632
   When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122

## PRESCRIPTIONS

Percocet 5-325 mg Oral Tablet                                    Printed
Take 1 tablet by ORAL route every 6 hours As needed; Quantity: 20 tablet

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT 801288

# Larkin Community Hospital

7031 SW 62nd Ave
Miami, FL 33143
305-284-7500

**Discharge Instructions for:**      **Chinchilla, Davis**
**Arrival Date:**                              **Saturday, March 31, 2018**

Gracias por elegir Larkin Community Hospital para su cuidado hoy. La examinación y el tratamiento que usted recibió en el departamento de la emergencia se ha rendido sobre una base de la emergencia solamente y no se piensa hoy ser un substituto para que un esfuerzo proporcione asistencia médica completa. Usted debe entrar en contacto con a su médico de la remisión pues es importante que usted lo deja comprobarle y divulgar cualquier nuevo o restante problema puesto que es imposible reconocer y tratar todos los elementos de lesión o de una enfermedad en una sola visita del centro de cuidado de emergencia.

**Care provided by:**  Puentes, Javier, MD

**Diagnosis:**          Displaced oblique fracture of shaft of right fibula, initial encounter for closed fracture

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Form - Excuse from Work, School, or Physical Activity | Medication Reconciliation Form |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **BLANCO, CHRISTOPHER DPM, DPM**     When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122 | Percocet |
| **SPECIAL NOTES** | |
| None | |

**X rayos y pruebas de laboratorio:**
Si usted tenia xprays hoy, fueron leidos por el médico de la emergencia. Sus radiografías también serán leídas por un radiólogo en el plazo de 24 horas. Si usted hizo una cultura hacer, tardará 24 a 72 horas para recibir los resultados. Si hay un cambio en la lectura de la radiografía o un resultado positivo de la cultura, le entraremos en contacto con. Verifique por favor su número de teléfono actual con el escritorio de la descarga antes de irse.

**Medicaciones:**
Si usted recibió una prescripción para las medicaciones hoy, es importante que usted dice a farmacéutico si usted tiene cualesquiera alergias. Es también importante que usted notifica a su médico de la carta recordativa de todas sus medicaciones incluyendo las prescripciones que usted pudo haber recibido hoy.

**Patient Copy**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT: 801288

## FOLLOW UP INSTRUCTIONS

BLANCO, CHRISTOPHER DPM, DPM (PODIATRY)
701 NW 57TH AVENUE SUITE 320
MIAMI, FL 33126
305-264-2632
When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122

## PRESCRIPTIONS

Percocet 5-325 mg Oral Tablet
Take 1 tablet by ORAL route every 6 hours As needed



DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224465
ACCT: 801288

**Larkin Community Hospital**
**Emergency Room**
**Discharge Medication Information**

MEDICATION RECONCILIATION FORM

**Name:** Davis Chinchilla
**Age:** 35 yrs , **Gender:** Male
**Height:** 5ft. 6in.
**Weight:** 185.19Lbs

**Visit Date:** 03/31/2018 18:40
**MRN:** 224463
**Provider:** Puentes, Javier

**ALLERGIES:** No known Allergies

Thank you for visiting Larkin Community Hospital. This form contains information about your medications. It is important that you read and understand this information.

**Source(s) of Home Medication information (Select all that apply):**
☐ Patient                    ☐ Medication List          ☐ EMS Record
☐ Patient's Family           ☐ Medication Bottles       ☐ Primary Care Provider
☐ Hospital Record
☐ Pharmacy (Specify _____)
☐ Other (Specify _____)

**Home Medication(s) recorded during this visit:** No Active Home Medications

**Medications you received during your visit:**

| Drug & Dose | Volume | Route | Rate | Infused Over | Given At |
|---|---|---|---|---|---|
| morphine 4 mg$_1$ | | IVP | | | 03/31 19:46 |
| morphine 2 mg$_2$ | | IVP | | | 03/31 20:34 |

**Prescriptions you received during your visit:**

| Drug & Dose | Route | Frequency | Reason | Next Dose |
|---|---|---|---|---|
| Percocet 1 tablet | Oral | every 6 hours | Pain Control (ICD10 - R52) | |

**Post-Departure Prescriptions:** NONE

**Notes:**
**You will need to see your Primary Care Provider to get refills.**

**PLEASE GIVE THIS FORM TO YOUR NEXT PROVIDER OF MEDICAL SERVICE (DOCTOR, CLINIC, HOME CARE, ETC.)**

**Signature:**

_____
Puentes, Javier

**Created by:**

_____

Page 1 of 1

# Encounter Summary

**Name:** Davis Chinchilla
**Age:** 35 yrs **DOB:** 04/19/1982
**Sex:** Male
**Race:** White
**Martial Status:** Single

SSN: 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
MRN: 224463
Account#: 801288
Home phone: (786)419-8249
Work phone:

**Chief Complaint:** Leg Pain - Right leg pain
**MOA:** Walk-In
**Acuity:** Semi-Urgent (4)

Arrival: 03/31/2018 18:40

Care Complete Date 03/31/2018
Care Complete Time 21:02
Departure Date 03/31/2018
Departure Time 21:24

**Responsible Dept:** Medical

**Special Handling:**
**Family Waiting:** No
**Bed 1**

## Assigned staff & roles

| Name | Role | Specialty |
|---|---|---|
| Pinelo, Guillermo | Attending Physician | EMERGENCY MEDICINE |
| BLANCO, CHRISTOPHER DPM | Referral Physician | PODIATRY |
| Regueiro, Asiel | Primary Nurse | |
| Puentes, Javier | Attending Physician | |

**Outcome:** Discharge
**Location:** Home with Self Care
**Condition:** Undetermined
**Chief Complaint:** Leg Pain - Right leg pain
**Diagnosis:** Displaced oblique fracture of shaft of right fibula, initial encounter for closed fracture
**Prescriptions:** Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed; 20 tablet
**Follow up:** BLANCO
**Special Notes:**
**Attending Physician:** Puentes
**Mid Level Provider:**
**Followup Physician:** BLANCO
**Orders:** morphine, morphine, ANKLE 3+ VIEWS RIGHT XR, XR KNEE 3 VIEWS RIGHT, XR TIBIA FIBULA 2 VIEWS RIGHT, XR FOOT 3+ VIEWS RIGHT, URINALYSIS, PROTHROMBIN TIME W/ INR, PTT, BMP, CBC W/ PLT AUTO DIFF
**Discharge Instruction:** Disposition Documents, Discharge Summary Sheet, Form - Excuse from Work, School, or Physical Activity, Medication Reconciliation Form

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

**Name:** Davis Chinchilla
35 yrs / White / Male
**Chief Complaint:** Leg Pain - Right leg pain

MRN: 224463
Arrival: 03/31/2018 18:40
**Departure Date** 03/31/2018
**Departure Time** 21:24

## Encounter Events

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 18:40 | Patient Arrival | | Acosta, Ileana |
| 03/31/18 18:41 | Encounter Creation | | Acosta, Ileana |
| 03/31/18 18:41 | HIS Merge Complete | | Acosta, Ileana |
| 03/31/18 18:41 | Patient Visited | | Acosta, Ileana |
| 03/31/18 18:41 | Patient Move | 1 | Acosta, Ileana |
| 03/31/18 18:41 | Bed Assignment | 1 | Acosta, Ileana |
| 03/31/18 18:41 | Event Timestamp Change | () Original time: 03/31/18 18:41:20 | Acosta, Ileana |
| 03/31/18 18:41 | Chief Complaint Modified | Leg Pain - Right leg pain | Acosta, Ileana |
| 03/31/18 18:41 | Method of Arrival Changed | Walk-In | Acosta, Ileana |
| 03/31/18 18:55 | Patient Visited | 1 | Pinelo, Guillermo, MD |
| 03/31/18 19:03 | Ethnicity Modified | | Dispatcher MedHost |
| 03/31/18 19:21 | Vital Signs Modified | Abnormal Values present | Gutierrez, Fredy, LPN |
| 03/31/18 19:27 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:28 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:28 | Order Interpretation | CBC W/ PLT AUTO DIFF+LAB | Pinelo, Guillermo, MD |
| 03/31/18 19:28 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:32 | Address Modified | 365 Ne 125Th Street^ | Dispatcher MedHost |
| 03/31/18 19:32 | City/State/Zip Modified | Miami^FL^33161 | Dispatcher MedHost |
| 03/31/18 19:38 | Patient Visited | 1 | Regueiro, Asiel, RN |
| 03/31/18 19:39 | Acuity Assignment | Urgent (3) | Regueiro, Asiel, RN |
| 03/31/18 19:40 | Allergies Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:41 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:42 | Past Medical History Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:42 | Past Surgical History Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:46 | Override Pharmacy Review | morphine (19:41) - Physician Discretion | Regueiro, Asiel, RN |
| 03/31/18 19:46 | Override Dispensable | morphine | Regueiro, Asiel, RN |
| 03/31/18 19:51 | Vital Signs Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:51 | Vital Signs Modified | Abnormal Values present | Regueiro, Asiel, RN |
| 03/31/18 20:25 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | CBC W/ PLT AUTO DIFF | Puentes, Javier, MD |
| 03/31/18 20:25 | Order Interpretation | BASIC METABOLIC PANEL+LAB | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | CBC W/ PLT AUTO DIFF | Puentes, Javier, MD |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | | |
|---|---|---|---|
| 03/31/18 20:27 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Order Interpretation | XR FOOT 3+ VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier. MD |
| 03/31/18 20:28 | Order Interpretation | XR TIBIA FIBULA 2 VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:28 | Order Interpretation | XR KNEE 3 VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:29 | Order Interpretation | XR ANKLE 3+ VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | CBC W/ PLT AUTO DIFF | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:33 | Patient Visited | 1 | Regueiro, Asiel, RN |
| 03/31/18 20:34 | Override Pharmacy Review | morphine (20:25) - Patient's Condition | Regueiro, Asiel, RN |
| 03/31/18 20:34 | Override Dispensable | morphine | Regueiro, Asiel, RN |
| 03/31/18 20:45 | Vital Signs Modified | | Regueiro, Asiel, RN |
| 03/31/18 20:53 | Acuity Assignment | Semi-Urgent (4) | Puentes, Javier, MD |
| 03/31/18 21:02 | Clinical Setting | Home with Self Care | Puentes, Javier, MD |
| 03/31/18 21:02 | Disposition Condition Set | Undetermined | Puentes, Javier, MD |
| 03/31/18 21:02 | Diagnosis Modified | Displaced oblique fracture of shaft of right fibula, initial | Puentes, Javier, MD |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 2 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | encounter for closed fracture | |
|---|---|---|---|
| 03/31/18 21:02 | DI Document Added | Medication Reconciliation Form | Puentes, Javier, MD |
| 03/31/18 21:02 | Discharge Ordered | | Puentes, Javier, MD |
| **03/31/18 21:02** | **ER Care Complete** | | **Puentes, Javier, MD** |
| 03/31/18 21:03 | DI Document Added | Discharge Summary Sheet | Puentes, Javier, MD |
| 03/31/18 21:03 | Rx Added | Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed for Pain Control; 20 tablet; Refills: 0; Product Selection Permitted | Puentes, Javier, MD |
| 03/31/18 21:03 | Outbound Msg Sent | ER Care Complete: HL7 EMR Nurse Chart Initial | Dispatcher MedHost |
| 03/31/18 21:03 | Outbound Msg Sent | ER Care Complete: HL7 EMR Physician Chart Initial | Dispatcher MedHost |
| 03/31/18 21:03 | Outbound Msg Sent | ER Care Complete: DDI Outbound ADT | Dispatcher MedHost |
| 03/31/18 21:09 | DI Printed | Discharge Summary Sheet | Puentes, Javier, MD |
| 03/31/18 21:10 | DI Printed | Medication Reconciliation Form | Puentes, Javier, MD |
| 03/31/18 21:10 | Rx Printed | Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed for Pain Control; 20 tablet; Refills: 0; Product Selection Permitted | Puentes, Javier, MD |
| 03/31/18 21:10 | DI Printed | Drug Info: Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed for Pain Control; 20 tablet; Refills: 0; Product Selection Permitted | Puentes, Javier, MD |
| 03/31/18 21:12 | DI Document Added | Form - Excuse from Work, School, or Physical Activity | Puentes, Javier, MD |
| 03/31/18 21:13 | DI Printed | Form - Excuse from Work, School, or Physical Activity | Puentes, Javier, MD |
| 03/31/18 21:24 | Responsible Dept Assignment | Manual : Medical | Acosta, Ileana |
| **03/31/18 21:24** | **Departure** | | **Acosta, Ileana** |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: HL7 EMR Nurse Chart Subsequent | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: HL7 EMR Physician Chart Subsequent | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Multi Vital Signs | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Charting Choices | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Intake and Output | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 3 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | | |
|---|---|---|---|
| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Outbound ADT | Dispatcher MedHost |
| 04/01/18 21:24 | Charges Computed | Nurse | MedHost Agent |
| 04/01/18 21:24 | Charges Computed | Physician | MedHost Agent |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: HL7 EMR Nurse Chart Subsequent | Dispatcher MedHost |
| 04/01/18 21:24 | Encounter Locked | | MedHost Agent |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: HL7 EMR Physician Chart Subsequent | Dispatcher MedHost |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: DDI Multi Vital Signs | Dispatcher MedHost |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: DDI Charting Choices | Dispatcher MedHost |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: DDI Intake and Output | Dispatcher MedHost |
| 04/01/18 22:25 | Encounter Archived | | MedHost Agent |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/02/18 13:36 | Post Archive Update | | Dispatcher MedHost |
| 04/02/18 13:37 | Encounter Locked | | MedHost Agent |
| 04/02/18 13:37 | Encounter Archived | | MedHost Agent |
| 04/02/18 13:37 | Post Archive Update | | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 4 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | Physician | |
|---|---|---|---|
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/02/18 13:38 | Encounter Locked | | MedHost Agent |
| 04/02/18 13:38 | Encounter Archived | | MedHost Agent |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/02/18 13:39 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/03/18 09:14 | Post Archive Update | | Dispatcher MedHost |
| 04/03/18 09:15 | Encounter Locked | | MedHost Agent |
| 04/03/18 09:15 | Encounter Archived | | MedHost Agent |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment | Dispatcher MedHost |

Name: Davis Chinchilla

35 yrs / White / Male                                    Page 5 of 12

Chief Complaint: Leg Pain - Right leg pain

MRN: 224463

Arrival: 03/31/2018 Arrival Time: 18:40

**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | Physician | |
|---|---|---|---|
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/05/18 11:07 | Post Archive Update | | Dispatcher MedHost |
| 04/05/18 11:08 | Encounter Locked | | MedHost Agent |
| 04/05/18 11:08 | Encounter Archived | | MedHost Agent |
| 04/05/18 11:08 | Post Archive Update | | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/05/18 11:09 | Encounter Locked | | MedHost Agent |
| 04/05/18 11:09 | Encounter Archived | | MedHost Agent |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain   .

Page 6 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | PDF - Chart Amendment Physician | |
|---|---|---|---|
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/19/18 16:58 | Post Archive Update | | Dispatcher MedHost |
| 04/19/18 16:59 | Encounter Locked | | MedHost Agent |
| 04/19/18 16:59 | Encounter Archived | | MedHost Agent |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/26/18 10:16 | Post Archive Update | | Dispatcher MedHost |
| 04/26/18 10:17 | Encounter Locked | | MedHost Agent |
| 04/26/18 10:17 | Encounter Archived | | MedHost Agent |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 7 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | | |
|---|---|---|---|
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/26/18 10:22 | Post Archive Update | | Dispatcher MedHost |
| 04/26/18 10:23 | Encounter Locked | | MedHost Agent |
| 04/26/18 10:23 | Encounter Archived | | MedHost Agent |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/26/18 10:26 | Post Archive Update | | Dispatcher MedHost |
| 04/26/18 10:27 | Encounter Locked | | MedHost Agent |
| 04/26/18 10:27 | Encounter Archived | | MedHost Agent |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 8 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | Nurse | |
|---|---|---|---|
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 08/22/18 14:22 | Post Archive Update | | Dispatcher MedHost |

**Order Events**

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 19:01 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | BMP (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | PTT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | PROTHROMBIN TIME W/ INR (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | URINALYSIS (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | BMP (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | PTT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | PROTHROMBIN TIME W/ | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 9 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | INR (19:01) - Ordered | |
|---|---|---|---|
| 03/31/18 19:01 | Order State Change | URINALYSIS (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | PTT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | PROTHROMBIN TIME W/ INR (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | BMP (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:17 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Returned | Dispatcher MedHost |
| 03/31/18 19:24 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:25 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:25 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:27 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Reviewed | Pinelo, Guillermo, MD |
| 03/31/18 19:35 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:35 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Ordered | Dispatcher MedHost |
| 03/31/18 19:41 | Order State Change | morphine (19:41) - Pending Review | Pinelo, Guillermo, MD |
| 03/31/18 19:42 | Order State Change | BMP (19:01) - Returned | Dispatcher MedHost |
| 03/31/18 19:46 | Order State Change | morphine (19:41) - Administered | Regueiro, Asiel, RN |
| 03/31/18 19:48 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 20:05 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Partial Results | Dispatcher MedHost |
| 03/31/18 20:07 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Partial Results | Dispatcher MedHost |
| 03/31/18 20:07 | Pharmacy Reviewed | morphine (19:41) | Martins, Teresita |
| 03/31/18 20:09 | Order State Change | XR FOOT 3+ VIEWS RIGHT | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 10 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | (19:01) - Partial Results | |
|---|---|---|---|
| 03/31/18 20:11 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Partial Results | Dispatcher MedHost |
| 03/31/18 20:25 | Order State Change | morphine (20:25) - Pending Review | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | BMP (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:34 | Order State Change | morphine (20:25) - Administered | Regueiro, Asiel, RN |
| 03/31/18 20:50 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Partial Results | Dispatcher MedHost |
| 03/31/18 21:25 | Order State Change | PTT (19:01) - Returned | Dispatcher MedHost |
| 03/31/18 21:25 | Order State Change | PROTHROMBIN TIME W/ INR (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:36 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:36 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:37 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:37 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Returned | Dispatcher MedHost |
| 04/03/18 09:14 | Order State Change | URINALYSIS (19:01) - Canceled(PT DISCHARGED) | Dispatcher MedHost |

## Chart Events

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 18:41 | Chart State - Active | Clerk Chart | Acosta, Ileana |
| 03/31/18 18:41 | Record State - Active | Nurse Record | Acosta, Ileana |
| 03/31/18 18:55 | Chart Template - Select Automatic | Lower Extremity Injury/Problem - Physician Chart | Pinelo, Guillermo, MD |
| 03/31/18 18:57 | Chart State - Active | Physician Chart | Pinelo, Guillermo, MD |
| 03/31/18 18:57 | Record State - Active | Physician Record | Pinelo, Guillermo, MD |
| 03/31/18 19:21 | Chart State - Active | Nurse Chart | Gutierrez, Fredy, LPN |
| 03/31/18 20:21 | Chart State - Pending Complete | Physician Chart | Puentes, Javier, MD |
| 03/31/18 20:21 | Chart State - Complete | Physician Chart | Puentes, Javier, MD |
| 03/31/18 20:21 | Record State - Complete | Physician Record | Puentes, Javier, MD |
| 03/31/18 21:24 | Chart State - Complete | Clerk Chart | Acosta, Ileana |
| 03/31/18 21:46 | Chart State - Pending | Nurse Chart | Regueiro, Asiel, RN |

Name: Davis Chinchilla

35 yrs / White / Male

Chief Complaint: Leg Pain - Right leg pain

Page 11 of 12

MRN: 224463

Arrival: 03/31/2018 Arrival Time: 18:40

**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

## Event Log

| | Complete | | |
|---|---|---|---|
| 03/31/18 21:46 | Chart State - Complete | Nurse Chart | Regueiro, Asiel, RN |
| 03/31/18 21:46 | Record State - Complete | Nurse Record | Regueiro, Asiel, RN |
| 03/31/18 21:46 | Post Departure Record Update | | Regueiro, Asiel, RN |
| 03/31/18 21:47 | Post Departure Record Update | | Regueiro, Asiel, RN |
| 04/01/18 21:24 | Chart State - Locked | Nurse Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Tech Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Respiratory Therapist Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Clerk Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | View Only Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Radiology Technician Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Social Worker Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Pastoral Care Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | LPN Chart | MedHost Agent |
| 04/01/18 21:24 | Record State - Locked | Nurse | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Physician Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Mid-Level Provider Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Pharmacist Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Resident Chart | MedHost Agent |
| 04/01/18 21:24 | Record State - Locked | Physician | MedHost Agent |
| 04/01/18 21:24 | Records Processed by Chart Agent | | MedHost Agent |

**Staff Events**

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 18:55 | Staff Role Assumption | Attending Physician: Pinelo, Guillermo, MD | Pinelo, Guillermo, MD |
| 03/31/18 18:55 | Staff Assignment | Attending Physician: Pinelo, Guillermo, MD | Pinelo, Guillermo, MD |
| 03/31/18 19:49 | Staff Role Assumption | Primary Nurse: Regueiro, Asiel, RN | Regueiro, Asiel, RN |
| 03/31/18 19:49 | Staff Assignment | Primary Nurse: Regueiro, Asiel, RN | Regueiro, Asiel, RN |
| 03/31/18 20:20 | Staff Role Handoff | Attending Physician: Pinelo, Guillermo, MD | Puentes, Javier, MD |
| 03/31/18 20:20 | Staff Role Assumption | Attending Physician: Puentes, Javier, MD | Puentes, Javier, MD |
| 03/31/18 20:20 | Staff Assignment | Attending Physician: Puentes, Javier, MD | Puentes, Javier, MD |
| 03/31/18 20:59 | Staff Role Assumption | Referral Physician: BLANCO, CHRISTOPHER DPM, DPM | Puentes, Javier, MD |
| 03/31/18 20:59 | Staff Assignment | Referral Physician: BLANCO, CHRISTOPHER DPM, DPM | Puentes, Javier, MD |

**Name:** Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 12 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT: 801288

# Excuse from Work, School, or Physical Activity

_____ needs to be excused from:

_____ Work
_____ School
_____ Physical activity

beginning now and through the following date: _____.
_____ He or she may return to work or school but should still avoid the following physical activity or activities
from now until _____.
Activity restrictions include:
_____ Lifting more than _____ lb
_____ Sitting longer than _____ minutes at a time
_____ Standing longer than _____ minutes at a time
_____ He or she may return to full physical activity as of _____.
Health Care Provider Name (printed): _____
Health Care Provider (signature): _____
Date: _____

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/13/2002 Document Revised: 01/08/2016 Document Reviewed: 07/20/2015
Elsevier Interactive Patient Education ©2017 Elsevier Inc.

IMPORTANTE: COMO USAR ESTA INFORMACIÓN: Este es un resumen y NO contiene toda la información disponible de este producto. Esta información no garantiza que este producto sea seguro, eficaz o apropiado para usted. Esta información no es una consulta médica individualizada y no pretende sustituir la opinión médica de su profesional sanitario. Siempre consulte a su profesional sanitario para obtener información más completa sobre este producto y sus necesidades sanitarias específicas.

## OXICODONA/ACETAMINOFENO - ORAL
### MARCAS CONOCIDAS: Percocet
ADVERTENCIA: La oxicodona/acetaminofeno supone un riesgo de uso excesivo y adicción, lo cual puede llevar a una sobredosis y la muerte. La oxicodona/acetaminofeno puede causar problemas respiratorios graves, potencialmente mortales. Para reducir el riesgo, el médico debería indicarle que tome la dosis más baja de oxicodona/acetaminofeno que sea eficaz durante el menor tiempo posible. Consulte también la sección Modo de empleo para obtener información sobre la adicción.
El riesgo de presentar problemas respiratorios graves es mayor cuando se empieza a tomar este medicamento y después de un aumento de dosis, o si toma la dosis/potencia incorrecta. Tomar este medicamento junto con alcohol o con otros medicamentos que pueden causar somnolencia o problemas respiratorios podría causar efectos secundarios muy graves, incluso la muerte. Además, otros medicamentos pueden afectar la eliminación de oxicodona/acetaminofeno de su organismo, lo cual podría afectar la eficacia de oxicodona/acetaminofeno. Asegúrese de saber cómo tomar oxicodona/acetaminofeno y qué otros fármacos debe evitar cuando lo tome. Consulte también la sección de Interacciones con otros medicamentos. Busque atención médica de urgencia si presenta cualquiera de los siguientes efectos secundarios muy graves: respiración lenta/superficial, aturdimiento inusual, somnolencia/mareos intensos, dificultades para despertarse.
Guarde este medicamento en un lugar seguro para evitar su robo, mal uso o abuso. Si alguien accidentalmente ingiere este fármaco, busque atención médica de urgencia.
Uno de los ingredientes de este producto es acetaminofeno. Tomar demasiado acetaminofeno puede causar enfermedad hepática grave (posiblemente mortal). Los adultos no deben tomar más de 4000 miligramos (4 gramos) de acetaminofeno al día. Las personas que presentan problemas hepáticos o los niños deben tomar dosis más bajas de acetaminofeno. Pregunte a su médico o farmacéutico cuánto acetaminofeno puede usar sin peligro.
No use junto con ningún otro medicamento que contenga acetaminofeno sin antes consultar con su médico o farmacéutico. Muchos productos que se obtienen con y sin receta médica (por ejemplo, medicamentos para el dolor/fiebre o productos para la tos y el resfriado) contienen acetaminofeno. Revise las etiquetas de todos sus medicamentos para determinar si contienen acetaminofeno y pregunte a su farmacéutico si no está seguro.
Busque atención médica de inmediato si ha tomado demasiado acetaminofeno (sobredosis), incluso si se siente bien. Los síntomas de una sobredosis pueden incluir náuseas, vómito, pérdida del apetito, sudoración, dolor estomacal/abdominal, cansancio extremo, ojos/piel amarillentos y orina oscura.
El consumo diario de alcohol, especialmente cuando se combina con acetaminofeno, puede causar daño hepático. Evite el alcohol.
Antes de usar este medicamento, las mujeres en edad fértil deben consultar con su médico acerca de los riesgos y beneficios. Informe a su médico si está embarazada o si tiene intención de estarlo. Durante el embarazo, sólo use este medicamento cuando sea claramente necesario. Este medicamento puede aumentar ligeramente el riesgo de defectos de nacimiento si se usa durante los dos primeros meses de embarazo. Además, usarlo por períodos prolongados o en dosis altas cerca de la fecha probable de parto puede causar daño fetal. Para disminuir el riesgo, tome la dosis eficaz más baja por el menor tiempo posible. Los bebés cuyas madres usaron

Page 1 of 4

Davis Chinchilla
MRN: 224465
ACCT: 801288

este medicamento durante un periodo prolongado pueden desarrollar síntomas de abstinencia agudos (potencialmente mortales). Informe a su médico inmediatamente si nota cualquier síntoma en su bebé recién nacido como llanto persistente, respiración lenta/superficial, irritabilidad, temblores, vómitos, diarrea, no se alimenta bien o dificultades para aumentar de peso.

**USOS:** Este medicamento combinado se usa para ayudar a aliviar el dolor moderado a intenso. Contiene oxicodona (un analgésico opioide o narcótico) y acetaminofeno (un analgésico no opioide). La oxicodona actúa en el cerebro para cambiar cómo su cuerpo se siente y responde al dolor. El acetaminofeno también puede reducir la fiebre.

**MODO DE EMPLEO:** Consulte también la sección de Advertencia. Lea la Guía del medicamento que su farmacéutico le facilita antes de tomar oxicodona/acetaminofeno y cada vez que renueve su receta. Si tiene alguna duda, consulte a su médico o farmacéutico. Tome este medicamento por vía oral, según las indicaciones de su médico. Puede tomarlo con o sin alimentos. Si le produce náuseas, le puede ayudar tomarlo con alimentos. Consulte a su médico o farmacéutico acerca de alternativas para disminuir las náuseas (por ejemplo, recostarse durante 1 ó 2 horas con movimientos mínimos de cabeza). Si está usando una formulación líquida, utilice un dispositivo dosificador de medicamentos para medir cuidadosamente la dosis recetada. No utilice una cuchara común de uso doméstico, ya que es posible que no obtenga la dosis correcta. La dosificación dependerá de su afección médica y respuesta al tratamiento. No aumente la dosis, no tome el medicamento con más frecuencia ni por más tiempo de lo recetado. Suspenda correctamente el uso del medicamento cuando se le indique. Los medicamentos para el dolor son más eficaces si se usan en cuanto aparecen los primeros signos de dolor. Si deja que el dolor aumente, es posible que el medicamento no sea tan eficaz. Si tiene dolor crónico (por ejemplo, debido al cáncer), es posible que su médico le indique tomar también medicamentos opioides de acción prolongada. En tal caso, este medicamento podría usarse para los episodios de dolor irruptivo (súbito e intenso), únicamente según lo necesite. Otros analgésicos (por ejemplo, naproxeno, ibuprofeno) también pueden recetarse con este medicamento. Consulte a su médico o farmacéutico sobre el uso prudente de oxicodona con otros medicamentos. Este medicamento puede causar reacciones de abstinencia, especialmente si lo usa regularmente durante un período prolongado o en dosis altas. En estos casos, si suspende este medicamento repentinamente puede sentir reacciones de abstinencia (por ejemplo, inquietud, ojos llorosos, secreciones nasales, náuseas, sudoración, dolores musculares). Para prevenir las reacciones de abstinencia, es posible que su médico reduzca su dosis gradualmente. Consulte a su médico o farmacéutico para obtener más información y reporte inmediatamente cualquier reacción de abstinencia. Cuando se usa durante un período prolongado, este medicamento puede perder su eficacia. Si siente que el efecto del medicamento disminuye, informe a su médico. Aunque este medicamento ayuda a muchas personas, puede causar adicción. El riesgo podría ser mayor si tiene un trastorno de adicción (por ejemplo, consumo excesivo de fármacos/drogas/alcohol o adicción a dichas sustancias). Tome este medicamento exactamente como se lo recetaron para reducir el riesgo de adicción. Consulte a su médico o farmacéutico para obtener información adicional. Informe a su médico si el dolor persiste o empeora.

**EFECTOS SECUNDARIOS:** Consulte también la sección de Advertencia. Puede causar náuseas, vómitos, estreñimiento, aturdimiento, mareos o somnolencia. Después de haber usado este medicamento durante un tiempo, podrían disminuir algunos de estos efectos secundarios. Informe lo antes posible a su médico o farmacéutico si cualquiera de estos efectos persiste o empeora. Para evitar el estreñimiento siga una dieta rica en fibra, beba mucha agua y haga ejercicio. Consulte a su farmacéutico para que le ayude a seleccionar un laxante (por ejemplo, uno de tipo estimulante con ablandador de heces). Si está sentado o recostado, levántese despacio para minimizar los mareos y el aturdimiento. Recuerde que su médico le ha recetado este medicamento porque ha determinado que el beneficio para usted es mayor que el riesgo de sufrir los efectos secundarios. Mucha gente que usa este medicamento no presenta efectos secundarios graves. Informe de inmediato a su médico si presenta cualquier efecto secundario grave, incluyendo: cambios mentales/anímicos, dolor estomacal/abdominal intenso, dificultad para orinar, signos de que las glándulas suprarrenales no estén funcionando (por ejemplo, falta de apetito, cansancio inusual, pérdida de peso). Busque atención médica de urgencia si presenta cualquier efecto secundario muy grave, incluyendo: desmayos, convulsiones, respiración lenta/superficial, somnolencia intensa, gran dificultad para despertarse. Rara vez ocurre una reacción alérgica muy grave a este medicamento. Sin embargo, busque atención médica de urgencia si nota cualquier síntoma de una reacción alérgica grave, incluyendo: erupción cutánea, picazón/inflamación (especialmente en la cara/lengua/garganta), mareos intensos, dificultad para respirar. Esta no es una lista completa de los posibles efectos secundarios. Comuníquese con su médico o farmacéutico si nota otros efectos no mencionados anteriormente. En los Estados Unidos - Llame a su médico para consultarlo acerca de los efectos secundarios. Puede reportar efectos secundarios a la FDA al 1-800-FDA-1088 o en www.fda.gov/medwatch. En Canadá - Llame a su médico para consultarlo acerca de los efectos secundarios. Puede reportar efectos secundarios a Salud Canadá (Health Canada) al 1-866-234-2345.

**PRECAUCIONES:** Consulte también la sección de Advertencia. Antes de tomar este medicamento, informe a su médico o farmacéutico si es alérgico a éste, a otros medicamentos opioides (por ejemplo, morfina, codeína, oximorfona), o si padece de cualquier otra alergia. Este producto podría contener ingredientes inactivos que pueden causar reacciones alérgicas u otros problemas. Consulte a su farmacéutico para obtener más información. Antes de usar este medicamento, informe a su médico o farmacéutico acerca de su historial médico, especialmente acerca de: trastornos cerebrales (por ejemplo, lesión en la cabeza, tumor, convulsiones), problemas respiratorios (por ejemplo, asma, apnea del sueño, enfermedad pulmonar obstructiva crónica o "EPOC"),

Page 2 of 4

Davis Chinchilla
MRN: 234463
ACCT: 801288

enfermedad renal, enfermedad hepática, trastornos mentales/anímicos (por ejemplo, confusión, depresión), antecedentes personales o familiares de trastorno de adicción (por ejemplo, consumo excesivo de fármacos/drogas/alcohol o adicción a dichas sustancias)., problemas de estómago/intestino (por ejemplo, obstrucción, estreñimiento, diarrea causada por infecciones, íleo paralítico), dificultades para orinar (por ejemplo, debido a próstata agrandada), enfermedad de la vesícula biliar, enfermedad del páncreas (pancreatitis). Este medicamento puede causar mareos o somnolencia. No maneje, use maquinaria ni lleve a cabo ninguna actividad que requiera estar alerta, hasta estar seguro de que puede realizar estas actividades sin peligro. Evite el consumo de bebidas alcohólicas. Los productos líquidos pueden contener azúcar, aspartame y/o alcohol. Se recomienda precaución si padece diabetes, dependencia alcohólica, enfermedad hepática, fenilcetonuria o cualquier otra afección que requiera que limite/evite estas sustancias en su dieta. Consulte a su médico o farmacéutico sobre el uso prudente de este producto. Antes de someterse a una cirugía, informe a su médico o dentista de todos los productos que usa (incluidos los medicamentos con o sin receta y los productos herbales). Las personas de edad avanzada pueden ser más sensibles a los efectos secundarios de este medicamento, especialmente a confusión, mareos, somnolencia y respiración lenta/superficial. Durante el embarazo, sólo use este medicamento cuando sea claramente necesario. Podría causar daño fetal. Hable con su médico acerca de los riesgos y los beneficios. Este medicamento pasa a la leche materna y, en raros casos, puede provocar efectos no deseados en el lactante. Informe de inmediato al médico si su bebé presenta somnolencia inusual, dificultad para alimentarse o dificultad para respirar. Consulte a su médico antes de amamantar.

**INTERACCIONES CON OTROS MEDICAMENTOS:** Consulte también la sección de Advertencia. Las interacciones medicamentosas pueden cambiar la acción de sus medicamentos o aumentar su riesgo de sufrir efectos secundarios graves. Este documento no menciona todas las posibles interacciones entre medicamentos. Lleve consigo una lista de todos los productos que usa (incluidos los medicamentos con receta, sin receta y productos herbales) y compártala con su médico y farmacéutico. No empiece, suspenda ni cambie la dosificación de ningún medicamento sin la aprobación de su médico. Algunos productos que pueden interactuar con este medicamento incluyen: ciertos analgésicos (agonistas-antagonistas mixtos de opioides como pentazocina, nalbufina, butorfanol), naltrexona. El riesgo de sufrir efectos secundarios graves (por ejemplo, respiración lenta/superficial, somnolencia/mareos intensos) puede aumentar si se toma este medicamento junto con otros productos que también pueden causar somnolencia o problemas respiratorios. Informe a su médico o farmacéutico si está tomando otros productos como otros analgésicos o antitusivos opioides (por ejemplo, codeína, hidrocodona), alcohol, medicamentos para dormir o ansiolíticos (por ejemplo, alprazolam, lorazepam, zolpidem), relajantes musculares (por ejemplo, carisoprodol, ciclobenzaprina) o antihistamínicos (por ejemplo, cetirizina, difenhidramina). Revise las etiquetas de todos sus medicamentos (por ejemplo, productos para las alergias o para la tos y el resfriado), porque podrían contener ingredientes que causan somnolencia. Consulte a su farmacéutico acerca del uso prudente de estos productos. Otros medicamentos pueden afectar la eliminación de oxicodona/acetaminofeno de su organismo, lo cual podría afectar la efectividad del oxicodona/acetaminofeno. Entre algunos ejemplos se incluyen antifúngicos azoles (por ejemplo, ketoconazol), antibióticos macrólidos (por ejemplo, eritromicina), medicamentos para el VIH (por ejemplo, ritonavir), rifamicinas (por ejemplo, rifabutina, rifampina), ciertos medicamentos anticonvulsivos (por ejemplo, carbamazepina, fenitoína). Este medicamento puede interferir con ciertas pruebas de laboratorio (incluyendo niveles de amilasa/lipasa), lo que podría producir resultados falsos de las pruebas. Asegúrese de que el personal de laboratorio y todos sus médicos sepan que usted usa este medicamento.

**SOBREDOSIS:** En caso de presentar síntomas graves de sobredosis, como pérdida del conocimiento o dificultades respiratorias, administre naloxona si la tiene, luego llame al 911. Si la persona está despierta sin síntomas, llame inmediatamente a un centro de control de intoxicaciones. Los residentes de EE.UU. pueden llamar a su centro local de control de intoxicaciones al 1-800-222-1222. Los residentes de Canadá pueden llamar a un centro provincial para el control de intoxicaciones. Entre los síntomas de una sobredosis se incluyen respiración lenta/superficial, ritmo cardíaco lento, coma, náuseas, vómitos, pérdida de apetito, sudoración, dolor estomacal/abdominal, cansancio extremo, ojos/piel amarillentos, orina oscura.

**NOTAS:** No comparta este medicamento con nadie. La ley lo prohíbe. Le han recetado este medicamento únicamente para su afección actual. No lo use más adelante para otra afección, a menos que su médico se lo indique. Es posible que necesite un medicamento diferente en tal caso. Pregunte a su médico o farmacéutico si debe tener disponible naloxona para tratar una sobredosis de opioides. Enseñe a su familia o a las personas con las que vive acerca de los signos de una sobredosis de opioides y cómo tratarla.

**DOSIS OMITIDA:** Si está tomando este medicamento siguiendo un horario de dosificación y omite una dosis, tómela en cuanto se acuerde. Si se acerca la hora de la siguiente dosis, no use la dosis omitida y regrese a su horario de dosificación. No duplique la dosis para ponerse al día.

**CONSERVACIÓN:** Guarde este producto a temperatura ambiente, protegido de la luz y la humedad. Las diferentes marcas de este medicamento tienen diferentes requisitos de conservación. Revise el empaque del producto para saber cómo

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224465
ACCT 801288

almacenar su medicamento o pregunte a su farmacéutico. Mantenga todos los medicamentos fuera del alcance de los niños y las mascotas. No deseche medicamentos en el inodoro ni en el desagüe a menos que se lo indiquen. Deseche apropiadamente este producto cuando se cumpla la fecha de caducidad o cuando ya no lo necesite. En los Estados Unidos, la FDA recomienda desechar este medicamento en el inodoro o desagüe. Consulte a su farmacéutico o a su compañía local de eliminación de desechos para obtener más información.

Última actualización abril 2017. Copyright(c) 2017 First Databank, Inc.

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Allergy List* |
|---|

Substance: **NKA**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 3/31/2018 16:52 EDT | Perez,Miriam - RN | **Reaction Status:** Active; **Category** Drug; **Allergy Type:** Allergy; **Reviewed Date/Time:** 3/31/2018 17:26 EDT; **Reviewed By:** Eloissaint, Moralia |

| *Discharge Documentation* |
|---|

| | |
|---|---|
| Document Type: | Ambulatory Patient Summary |
| Service Date/Time: | 3/31/2018 17:18 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Ambulatory Patient Summary |
| Perform Information: | Perez,Miriam - RN (3/31/2018 17:18 EDT) |
| Sign Information: | Perez,Miriam - RN (3/31/2018 17:18 EDT) |

Ambulatory Patient Summary

**Urgent Care Center Keystone Point**
**13120 Biscayne Blvd**
**North Miami, Florida 33181**
**(305) 585-9210**

**Patient Discharge Summary**

Dear CHINCHILLA, DAVIS,

Thank you for allowing us to attend to your healthcare needs during your stay.

In this packet, you will find important instructions and educational information such as:

| | |
|---|---|
| **Your Personal Information** | **Follow-up Instructions** |
| **Medication/Prescriptions** | **Medical Information** |
| **Discharge Information** | **Patient Education Material** |

The information in this packet has been customized for you, including personalized information on your discharge diagnosis and any follow-up appointments that you have scheduled.

**Patient Safety Instructions**

**In case of a life-threatening emergency, immediately call 911.** If you receive medication for pain or numbing, or received anesthesia (medication to fall asleep or prevent you from feeling pain) please follow the instructions below for he next 24 hours:

- Do not drink alcoholic beverages.

---

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Discharge Documentation* |
| --- |

- Do not drive, operate machinery or make important decisions.
- Rest and limit activities, except as directed by your doctor.
- If you experience any bleeding, pain or fever from different from what you had before the your procedure, please call: * .

**Please go to the nearest emergency room if you experience:**

- Excessive pain not relieved by the medication prescribed to you.
- Fever of 101.5° or above for at least 24 hours.
- For babies less than 2 months of age, fever of 100.4° or above at any time.
- Excessive or worsening bleeding or drainage or swelling around the wound area

**We recommend that you contact your primary care physician to advise them of your stay at Jackson Health System. If you do not have a primary care physician, we can provide a free referral by calling 305-585-4DOC or visiting our website at www.jacksonhealth.org.**

**Patient Portal Information**

Jackson is pleased to offer free access to our secure patient website, www.myjacksonhealth.org, where you can view your health information and these discharge documents. If you have not already provided your email address, please contact Guest Services before departing the hospital. You will receive an email within 48 hours with instructions to visit the portal the first time.

**\*Please Call:** if you have any questions after your discharge.

# Discharge Instructions & Follow-up Care:Please review the following discharge and follow-up instructions, prescriptions(s) and patient education materials.

**Reason for Visit:**ANKLE PAIN

**With:**               **Address:**               **When:**
Return to Emergency                     Within As needed
Department
**Comments:**
Please go to the ER now for further evaluation.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years     Male |
| Facility: | n/a | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Discharge Documentation |
| --- |

**\*Diet & Activities Comment:**

**JHS** Future Appointments
    No Future Appointments Scheduled

**\*Expect information for the scheduling of these JHS future orders below if you do not receive any information contact 305-585-6000 to schedule:**

**Order**                                **Type**

**Current Discharge Medication List**
During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

- Please bring a copy of your list of medications and discharge instructions with you the next time you visit your physician or a hospital.
- Take only the medication listed below. Contact your physician prior to taking any medications that are not on this list.

**\*Medication & Last Dose Comments:**

**Discharge Education Instructions & Medication Leaflets:**
Ankle Fracture, Distal Fibula

You have a fracture, or broken bone, of the end of the fibula bone. The fibula is one of two bones that support the ankle joint.

---

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years       Male |
| Facility: | n/a | | |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Discharge Documentation* |
| --- |



Fracture

## Home care

- You will be given a splint, cast, or special boot to prevent movement at the injury site. Do not put weight on a splint. It will break. Follow your healthcare provider's advice about when to begin bearing weight on a cast or boot.

- Keep your leg elevated when sitting or lying down. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Keep the cast or splint completely dry at all times. When bathing, protect the cast or splint with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in even when the foot is covered. So it's best to keep the cast,

---

| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years      Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Discharge Documentation*

---

splint, or boot away from water. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- Place an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 3 to 6 hours for the first 24 to 48 hours. Continue this 3 to 4 times a day as needed. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. The ice pack can be put right on the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast after the swelling goes down.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft

- The fiberglass cast or splint stays wet for more than 24 hours

- There is increased tightness or pain under the cast or splint

- Your toes become swollen, cold, blue, numb, or tingly

- The cast becomes loose

- The cast has a bad smell

---

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Discharge Documentation* |
| --- |

- Sore areas develop under the cast

- The cast develops cracks or breaks

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**\*\*THIS PAGE IS TO BE SEPARATED AND GIVEN TO MEDICAL RECORDS TO PLACE IN THE PATIENT CHART AFTER SIGNATURES ARE OBTAINED. DO NOT GIVE THIS PAGE TO THE PATIENT\*\***

I have received the above patient education materials/instructions, and have verbalized as it relates to the care of CHINCHILLA, DAVIS:Yes - Patient/Caregiver verbalizes understanding of instructions given. (if applicable) After verifying the identification bracelet, I am accepting the custody of CHINCHILLA, DAVIS

03/31/2018 17:18:31

_____            _____
Patient/Other Signature              Relationship to the Patient

_____            _____
Nurse/Provider Signature             Interpreter's Signature (if applicable)

_____            _____
Therapist/Title(if applicable)       Social Worker's Signature (if applicable)

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years   Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Discharge Documentation*

---

C-229E

---

Document Type:                          Ambulatory Patient Summary
Service Date/Time:                      3/31/2018 17:36 EDT
Result Status:                          Auth (Verified)
Document Subject:                       Ambulatory Patient Summary
Perform Information:                    Boissaint,Moralia (3/31/2018 17:36 EDT)
Sign Information:                       Boissaint,Moralia (3/31/2018 17:36 EDT)

**Ambulatory Patient Summary**

**Urgent Care Center Keystone Point**
**13120 Biscayne Blvd**
**North Miami, Florida 33181**
**(305) 585-9210**

**Patient Discharge Summary**
Dear CHINCHILLA, DAVIS,
Thank you for allowing us to attend to your healthcare needs during your stay.
In this packet, you will find important instructions and educational information such as:

| | |
|---|---|
| **Your Personal Information** | **Follow-up Instructions** |
| **Medication/Prescriptions** | **Medical Information** |
| **Discharge Information** | **Patient Education Material** |

The information in this packet has been customized for you, including personalized information on your
discharge diagnosis and any follow-up appointments that you have scheduled.

**Patient Safety Instructions**
**In case of a life-threatening emergency, immediately call 911.** If you receive medication for pain or
numbing, or received anesthesia (medication to fall asleep or prevent you from feeling pain) please follow the

---

| | | | | | |
|---|---|---|---|---|---|
| Admit Date: | n/a | | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | | MRN: | 5042911 | |
| FIN: | 40014879061 | | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | | |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Discharge Documentation* |
| --- |

instructions below for he next **24** hours:

- Do not drink alcoholic beverages.
- Do not drive, operate machinery or make important decisions.
- Rest and limit activities, except as directed by your doctor.
- If you experience any bleeding, pain or fever from different from what you had before the your procedure, please call: * .

**Please go to the nearest emergency room if you experience:**

- Excessive pain not relieved by the medication prescribed to you.
- Fever of 101.5° or above for at least 24 hours.
- For babies less than 2 months of age, fever of 100.4° or above at any time.
- Excessive or worsening bleeding or drainage or swelling around the wound area

**We recommend that you contact your primary care physician to advise them of your stay at Jackson Health System. If you do not have a primary care physician, we can provide a free referral by calling 305-585-4DOC or visiting our website at www.jacksonhealth.org.**

**Patient Portal Information**

Jackson is pleased to offer free access to our secure patient website, www.myjacksonhealth.org, where you can view your health information and these discharge documents. If you have not already provided your email address, please contact Guest Services before departing the hospital. You will receive an email within 48 hours with instructions to visit the portal the first time.

**\*Please Call:** if you have any questions after your discharge.

# Discharge Instructions & Follow-up Care:Please review the following discharge and
follow-up instructions, prescriptions(s) and patient education materials.

**Reason for Visit:**ANKLE PAIN

| With: | Address: | When: |
| --- | --- | --- |
| Return to Emergency Department | | Within As needed |

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years      Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Discharge Documentation*

---

**Comments:**
Please go to the ER now for further evaluation.

**\*Diet & Activities Comment:**

**JHS Future Appointments**
No Future Appointments Scheduled

**\*Expect information for the scheduling of these JHS future orders below if you do not receive any information contact 305-585-6000 to schedule:**

**Order**                                                    **Type**

**Current Discharge Medication List**
During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

• Please bring a copy of your list of medications and discharge instructions with you the next time you visit your physician or a hospital.
• Take only the medication listed below. Contact your physician prior to taking any medications that are not on this list.

**\*Medication & Last Dose Comments:**

**Discharge Education Instructions & Medication Leaflets:**
Ankle Fracture, Distal Fibula

You have a fracture, or broken bone, of the end of the fibula bone. The fibula is one of two bones that support the ankle joint.

---

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Discharge Documentation*



Fracture

## Home care

- You will be given a splint, cast, or special boot to prevent movement at the injury site. Do not put weight on a splint. It will break. Follow your healthcare provider's advice about when to begin bearing weight on a cast or boot.

- Keep your leg elevated when sitting or lying down. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Keep the cast or splint completely dry at all times. When bathing, protect the cast or splint with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in even when the foot is covered. So it's best to keep the cast,

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years    Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Discharge Documentation |
| --- |

splint, or boot away from water. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- Place an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 3

to 6 hours for the first 24 to 48 hours. Continue this 3 to 4 times a day as needed. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. The ice pack can be put right on the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine

was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast after the swelling goes down.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft

- The fiberglass cast or splint stays wet for more than 24 hours

- There is increased tightness or pain under the cast or splint

- Your toes become swollen, cold, blue, numb, or tingly

- The cast becomes loose

- The cast has a bad smell

---

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years      Male |
| Facility: | n/a | | |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Discharge Documentation |
| --- |

- Sore areas develop under the cast

- The cast develops cracks or breaks

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**\*\*THIS PAGE IS TO BE SEPARATED AND GIVEN TO MEDICAL RECORDS TO PLACE IN THE PATIENT CHART AFTER SIGNATURES ARE OBTAINED. DO NOT GIVE THIS PAGE TO THE PATIENT\*\***

I have received the above patient education materials/instructions, and have verbalized as it relates to the care of CHINCHILLA, DAVIS:Yes - Patient/Caregiver verbalizes understanding of instructions given. (If applicable) After verifying the identification bracelet, I am accepting the custody of CHINCHILLA, DAVIS

03/31/2018 17:36:46

_____        _____
Patient/Other Signature        Relationship to the Patient

_____        _____
Nurse/Provider Signature        Interpreter's Signature (if applicable)

_____        _____
Therapist/Title(if applicable)        Social Worker's Signature (if applicable)

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years        Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Discharge Documentation*

---

C-229E

---

*Clinic Notes*

---

Document Type:                          Office/Clinic Note-Physician
Service Date/Time:                      3/31/2018 17:58 EDT
Result Status:                          Auth (Verified)
Document Subject:                       Office Visit Note
Perform Information:                    Kepich,Alicia Maria (3/31/2018 18:03 EDT)
Sign Information:                       Kepich,Alicia Maria (3/31/2018 18:03 EDT)

**Chief Complaint**
RIGHT ankle pain/swelling s/p tripping over a gas hose and rolling ankle. Heard a crack/break

**History of Present Illness**
35y male presented w/ right ankle pain and swelling. Pt tripped over a hose at a gas station earlier today and felt a cracking sensation in the ankle. He endorses severe pain and is unable to bear weight.

**Review of Systems**
Negative except for those documented in HPI

**Physical Exam**

Vitals & Measurements
T: 37 °C (Oral)  HR: 66  RR: 18  BP: 140/80  SpO2: 100%
HT: 169 cm  WT: 82.55 kg  BMI: 28.9
GENERAL: Alert, no acute distress, uncomfortable
RIGHT LOWER EXTREMITY: Marked soft tissue swelling is present about the lateral malleolus. Erythema is noted. No open wounds are present. Tenderness to palpation is increased over the entire joint. RoM is decreased secondary to pain.

**Assessment/Plan**
Displaced fracture of distal end of right fibula S82.831A
   Seen on prelim XR; final read as per radiology.
   OCL splint applied and crutches were given. Pt given pain medication; he stated he will be going to ER afterward as he would like a stronger injectable medication.

**Problem List/Past Medical History**
Ongoing
   No qualifying data
Historical
   No qualifying data

**Medications**
No active medications

**Allergies**
NKA

**Social History**
Abuse/Neglect/Domestic Violence
   Injuries/Abuse in household: No. Hit, slapped, kicked, punched, choked, or physically hurt you: No. Threatened you or made you feel afraid: No. Touched you or forced you to have sex in a way you did not want: No. Refused you food, medicines, or medical aids: No. Feels safe at home: Yes. Safe place to go: Yes. Emotional help family/friends available: Yes. Coping skills Effective. Chronically ill

---

Admit Date:           n/a              Patient:       CHINCHILLA, DAVIS
Discharge Date:       n/a              MRN:           5042911
FIN:                  40014879061      Attending:     Kepich,Alicia Maria
Report Request ID:    110063884        DOB/Age/Sex:   4/19/1982  36 years      Male
Facility:             n/a



## Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Clinic Notes |
| --- |

Pt was counseled to follow up with orthopedics within 1 week if he ends up not going to ER; otherwise further instructions as per ER treatment plan.
Ordered:
Discharge Patient, 03/31/2018 17:03:00 EDT, Another Type of Hospital, Displaced fracture of distal end of right fibula

Right ankle pain M25.571
Ordered:
XR Ankle Right Min 3 Views, 03/31/2018 16:26:00 EDT, Stat, Non-Portable, right ankle pain s/p fall, Right ankle pain, 859215, Rad Type, No

Orders:
Discharge PowerPlan, 03/31/2018 17:03:00 EDT

or terminally ill with frequent visits No., 03/31/2018
Alcohol
  Use: Denies alcohol use., 03/31/2018
Substance Abuse
  Use: Denies substance abuse., 03/31/2018
Tobacco
  Never smoker, Smoke cigarettes anytime during the past 12 months prior to hospital No., 03/31/2018

**Health Maintenance**
Health Maintenance
  **Pending** (in the next year)
    Due
      Influenza Vaccine due 12/31/17 and every 1 yr
      H1N1 Vaccine due 03/31/18 One-time only
      HF-Creatinine due 03/31/18 and every 6 month(s)
      HF Serum Urea due 03/31/18 and every 6 month(s)
      Hepatitis A Adult Vaccine due 03/31/18 and every 1 yr
      Hepatitis B Adult vaccine due 03/31/18 One-time only
      Hypertension Maintenance-Medication Prescribed due 03/31/18 and every 1 yr
      Lipid Screening due 03/31/18 Variable frequency
      MMR Vaccine Dose 1 due 03/31/18 One-time only
      Tetanus Vaccine due 03/31/18 and every 10 yr
      Varicella Vaccine Dose 1 due 03/31/18 One-time only
  **Satisfied** (in the past 1 year)
    There are no satisfied recommendations within the defined date range

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years   Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Orders* |
| --- |

**Order: XR Ankle Right Min 3 Views**
Order Date/Time: 3/31/2018 16:26 EDT
Order Status: Completed
End-state Date/Time: 3/31/2018 19:49 EDT                     End-state Reason:
Ordering Physician: Kepich,Alicia Maria
Order Details: 3/31/18 4:26:00 PM EDT, Stat, Non-Portable, right ankle pain s/p fall, Right ankle pain, 859215, Rad Type, No

Action Type: Complete                Action Date/Time: 3/31/2018 19:49 EDT Action Personnel: Caban,Kim Marie
Responsible Provider: Kepich,Alicia    Supervising Provider:              Communication Type: Written
Maria
Order Details: 03/31/2018 16:26:00 EDT, Stat, Non-Portable, right ankle pain s/p fall, Right ankle pain, 859215, Rad Type, No
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change            Action Date/Time: 3/31/2018 17:19 EDT Action Personnel: Rodriguez,Jason
Responsible Provider: Kepich,Alicia    Supervising Provider:              Communication Type: Written
Maria
Order Details: 03/31/2018 16:26:00 EDT, Stat, Non-Portable, right ankle pain s/p fall, Right ankle pain, 859215, Rad Type, No
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Status Change            Action Date/Time: 3/31/2018 16:28 EDT Action Personnel: Rodriguez,Jason
Responsible Provider: Kepich,Alicia    Supervising Provider:              Communication Type: Written
Maria
Order Details: 03/31/2018 16:26:00 EDT, Stat, Non-Portable, right ankle pain s/p fall, Right ankle pain, 859215, Rad Type, No
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                    Action Date/Time: 3/31/2018 16:27 EDT Action Personnel: Kepich,Alicia Maria
Responsible Provider: Kepich,Alicia    Supervising Provider:              Communication Type: Written
Maria
Order Details: 03/31/2018 16:26:00 EDT, Stat, Non-Portable, right ankle pain s/p fall, Right ankle pain, 859215, Rad Type, No
Review Information:
Nurse Review: Electronically Signed, Perez,Miriam -RN on 3/31/2018 16:52 EDT
Doctor Cosign: Not Required
Order Comment:

---

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years        Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Orders |
| --- |

**Order: Discharge PowerPlan**
Order Date/Time: 3/31/2018 17:03 EDT
Order Status: Discontinued
End-state Date/Time: 3/31/2018 22:02 EDT                    End-state Reason:
Ordering Physician: Kepich,Alicia Maria
Order Details: 3/31/18 5:03:00 PM EDT

Action Type: Discontinue            Action Date/Time: 3/31/2018 22:02 EDT  Action Personnel: SYSTEM
Responsible Provider: Kepich,Alicia    Supervising Provider:            Communication Type:
Maria
Order Details: 03/31/2018 17:03:00 EDT
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                  Action Date/Time: 3/31/2018 17:03 EDT  Action Personnel: Kepich,Alicia Maria
Responsible Provider: Kepich,Alicia    Supervising Provider:            Communication Type: Written
Maria
Order Details: 03/31/2018 17:03:00 EDT
Review Information:
Doctor Cosign: Not Required
Order Comment:

---

Admit Date:          n/a            Patient:        CHINCHILLA, DAVIS
Discharge Date:      n/a            MRN:            5042911
FIN:                 40014879061    Attending:      Kepich,Alicia Maria
Report Request ID:   110063884      DOB/Age/Sex:    4/19/1982  36 years      Male
Facility:            n/a



**Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Orders* |
| --- |

Order: **Discharge Patient**
Order Date/Time: 3/31/2018 17:03 EDT
Order Status: Discontinued
End-state Date/Time: 3/31/2018 22:02 EDT                    End-state Reason:
Ordering Physician: Kepich,Alicia Maria
Order Details: 3/31/18 5:03:00 PM EDT, Another Type of Hospital, Displaced fracture of distal end of right fibula

Action Type: Discontinue          Action Date/Time: 3/31/2018 22:02 EDT Action Personnel: SYSTEM
Responsible Provider: Kepich,Alicia     Supervising Provider:          Communication Type:
Maria
Order Details: 03/31/2018 17:03:00 EDT, Another Type of Hospital, Displaced fracture of distal end of right fibula
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 3/31/2018 17:03 EDT Action Personnel: Kepich,Alicia Maria
Responsible Provider: Kepich,Alicia     Supervising Provider:          Communication Type: Written
Maria
Order Details: 03/31/2018 17:03:00 EDT, Another Type of Hospital, Displaced fracture of distal end of right fibula
Review Information:
Nurse Review: Electronically Signed, Perez,Miriam -RN on 3/31/2018 17:17 EDT
Doctor Cosign: Not Required
Order Comment:

| | | |
| --- | --- | --- |
| Admit Date: | n/a | |
| Discharge Date: | n/a | |
| FIN: | 40014879061 | |
| Report Request ID: | 110063884 | |
| Facility: | n/a | |

| | | | |
| --- | --- | --- | --- |
| Patient: | CHINCHILLA, DAVIS | | |
| MRN: | 5042911 | | |
| Attending: | Kepich,Alicia Maria | | |
| DOB/Age/Sex: | 4/19/1982  36 years | Male | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Orders |
|---|

**Order: Nurse Communication (OCL posterior leg/crutches)**
Order Date/Time: 3/31/2018 17:06 EDT
Order Status: Completed
End-state Date/Time: 3/31/2018 17:17 EDT          End-state Reason:
Ordering Physician: Kepich,Alicia Maria
Order Details: 3/31/18 5:06:00 PM EDT, OCL posterior leg/crutches, 3/31/18 5:17:13 PM EDT, Physician Stop

Action Type: Complete          Action Date/Time: 3/31/2018 17:17 EDT Action Personnel: Perez,Miriam -RN
Responsible Provider: Kepich,Alicia      Supervising Provider:          Communication Type:
Maria
Order Details: 03/31/2018 17:06:00 EDT, OCL posterior leg/crutches, 03/31/2018 17:06:00 EDT, Physician Stop
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order          Action Date/Time: 3/31/2018 17:06 EDT Action Personnel: Kepich,Alicia Maria
Responsible Provider: Kepich,Alicia      Supervising Provider:          Communication Type: Written
Maria
Order Details: 03/31/2018 17:06:00 EDT, OCL posterior leg/crutches, 03/31/2018 17:06:00 EDT, Physician Stop
Review Information:
Nurse Review: Electronically Signed, Perez,Miriam -RN on 3/31/2018 17:17 EDT
Doctor Cosign: Not Required
Order Comment:

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years     Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Orders - Medication

Order Start Date/Time: **3/31/2018 17:00 EDT**
Order: ibuprofen
Order Status: Completed        Clinical Category: Medications        Medication Type: Outpatient
End-state Date/Time: 3/31/2018 17:08 EDT        End-state Reason:
Ordering Physician: Kepich,Alicia Maria        Consulting Physician:
Entered By: Kepich,Alicia Maria on 3/31/2018 17:00 EDT
Order Details: 600 mg, ORAL, Form: Tab, ONCE, First Dose: 3/31/18 5:00:00 PM EDT, Stop Date: 3/31/18 5:08:07 PM EDT
Order Comment:

Action Type: Complete        Action Date/Time: 3/31/2018 17:08 EDT Action Personnel: Eloissaint,Moralia
Responsible Provider: Kepich,Alicia        Supervising Provider:        Communication Type:
Maria
Order Details: 600 mg, ORAL, Form: Tab, ONCE, First Dose: 03/31/2018 17:00:00 EDT, Stop Date: 03/31/2018 17:00:00 EDT
Review Information:
Pharmacist Verify: Not Reviewed
Doctor Cosign: Not Required
Order Comment:

Action Type: Order        Action Date/Time: 3/31/2018 17:00 EDT Action Personnel: Kepich,Alicia Maria
Responsible Provider: Kepich,Alicia        Supervising Provider:        Communication Type: Written
Maria
Order Details: 600 mg, ORAL, Form: Tab, ONCE, First Dose: 03/31/2018 17:00:00 EDT, Stop Date: 03/31/2018 17:00:00 EDT
Review Information:
Doctor Cosign: Not Required
Order Comment:

---

## Medication Administration Record

---

### Medications

---

**Admin Date/Time:** 3/31/2018 17:08 EDT
Medication Name: **ibuprofen**
**Ingredients:** ibuprofen 600 mg
**Admin Details: (Auth)** ORAL
**Action Details:** Order: Kepich,Alicia Maria 3/31/2018 17:00 EDT; Perform: Eloissaint,Moralia 3/31/2018 17:08 EDT; VERIFY: Eloissaint,Moralia 3/31/2018 17:08 EDT

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years   Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Ambulatory Intake Forms*

---

**UCC Intake and History Entered On:  3/31/2018 4:55 PM EDT**
**Performed On:  3/31/2018 4:16 PM EDT by Perez, Miriam - RN**

**General Info**
*Chief Complaint :*  RIGHT ankle pain/swelling s/p tripping over a gas hose and roling ankle. Heard a crack/break
*Onset of Symptoms :*  30 min ago.
*Information Given By :*  Patient

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

**Vital Signs**
*Temperature Oral :*  37 DegC(Converted to: 98.60 DegF)
*Peripheral Pulse Rate :*  66 bpm
*Respiratory Rate :*  18 br/min
*Systolic Blood Pressure :*  140 mmHg
*Diastolic Blood Pressure :*  80 mmHg
*SpO2 :*  100 %
*Height :*  169 cm(Converted to: 5 ft 7 inch, 5.54 ft)
*Height Description :*  Actual
*Body Mass Index :*  28.9 m2
*Weight Description :*  Actual
*Weight :*  82.55 kg(Converted to: 182 lb 0 oz, 181.992 lb)

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

**Subjective**
*Neurological Symptoms :*  None
*Pain Symptoms :*  Yes
*ED Travel History :*  Document
*Head Symptoms :*  None
*Eye Symptoms :*  None
*Nose Symptoms :*  None
*Throat Symptoms :*  None
*Respiratory Symptoms :*  None
*Cardiovascular Symptoms :*  None
*Musculoskeletal Symptoms :*  Joint stiffness, Joint swelling, Weakness
*Activity Tolerance :*  Extreme distress
*Psychosocial Symptoms :*  None
*Skin Symptoms :*  Swelling/Tenderness, Bruising

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

**Primary Pain**
*Pain Evaluation Method :*  Use pain scale
*Scale Used Numeric :*  Numeric (0-10)

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Keplch,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years       Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Ambulatory Intake Forms* |
|---|

*Primary Pain Intensity :*  10
*Acceptable Intensity :*  0
*Primary Pain Location :*  Ankle
*Primary Pain Laterality :*  Right

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

**Medication History**
<u>Medication List</u>

(As Of: 3/31/2018 4:55:56 PM EDT)

**Social History**
<u>Social History</u>

(As Of: 3/31/2018 4:55:56 PM EDT)

Abuse/Neglect/Domestic
Violence:

Injuries/Abuse in household: No.  Hit, slapped, kicked, punched, choked, or physically hurt you: No.  Threatened you or made you feel afraid: No.  Touched you or forced you to have sex in a way you did not want: No.  Refused you food, medicines, or medical aids: No.  Feels safe at home: Yes.  Safe place to go: Yes.  Emotional help family/friends available: Yes.  Coping skills Effective.  Chronically ill or terminally ill with frequent visits No. (Last Updated: 3/31/2018 4:54:45 PM EDT by Perez, Miriam - RN)

Alcohol:

Use: Denies alcohol use.  (Last Updated: 3/31/2018 4:54:49 PM EDT by Perez, Miriam - RN)

Tobacco:

Never smoker, Smoke cigarettes anytime during the past 12 months prior to hospital No.  (Last Updated: 3/31/2018 4:54:53 PM EDT by Perez, Miriam - RN)

Substance Abuse:

Use: Denies substance abuse.  (Last Updated: 3/31/2018 4:54:58 PM EDT by Perez, Miriam - RN)

**Nutrition**
*Appetite :*  Good- 75%

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years      Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Ambulatory Intake Forms

*Eating Difficulties :*  None
*Unintentional Weight Change Greater Than 10lbs in the Last 6 Months :*  No

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

**Educ Needs**
*Patient/Family Education Needs :*  Medications, Pain management, Plan of care, Safety, fall

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

Individuals Taught Grid

| *Individuals To Be Taught :* | Patient, Spouse |
|---|---|
| *Barriers to Learning :* | None evident |
| *Preferred Method of Learning :* | Reading/Printed materials |
| *Teaching Method :* | Demonstration, Explanation, Printed materials |
| *Teaching Evaluation :* | Returns demonstrations correctly, Verbalizes understanding |
| | Perez, Miriam - RN - 3/31/2018 4:52 PM EDT |

*Abduction Prevention brochure provided and discussed? :*  N/A
*Education Level :*  College

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

**Recent Travel History II**
*Recent Travel History :*  No recent travel

Perez, Miriam - RN - 3/31/2018 4:52 PM EDT

---

## Assessment Forms

**Discharge Pain Assessment - Adult Entered On:  3/31/2018 5:36 PM EDT**
**Performed On:  3/31/2018 5:20 PM EDT by Eloissaint, Moralia**

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years      Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Assessment Forms

**Primary Pain**
*Pain Assessment/Reassessment :* Assessment
*Pain Assessment or Reassessment :* Numeric rating scale
*Numeric Pain Scale :* 4 = Moderate pain
*Aggravating Factors :* None
*Alleviating Factors :* None
*Pain Location :* Foot

Eloissaint, Moralia - 3/31/2018 5:35 PM EDT

---

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0083990 | GR Ankle Right Min 3 Views | 3/31/2018 16:40 EDT | Kepich,Alicia Maria |

**Reason For Exam**
(GR Ankle Right Min 3 Views) right ankle pain s/p fall

**Report**
Date: 3/31/2018 4:40 PM

Procedure: GR Ankle Right Min 3 Views

Indication: right ankle pain s/p fall

TECHNIQUE: 3 views of the right ankle

COMPARISON: None

FINDINGS:
Oblique nondisplaced fracture through the distal right fibula.

There is a subtle horizontal lucency through the mid right fibular diaphysis.

No suspicious bone lesions.

Joint spaces are preserved.

Bone density is appropriate for age.

Soft tissue swelling of the ankle, predominantly over the lateral malleolus.

IMPRESSION:

---

| | | | | | |
|---|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | | |
| Discharge Date: | n/a | MRN: | 5042911 | | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male | |
| Facility: | n/a | | | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0083990 | GR Ankle Right Min 3 Views | 3/31/2018 16:40 EDT | Kepich,Alicia Maria |

**Report**
1. Oblique minimally displaced fracture through the distal right fibula.
2. Subtle horizontal lucency through the right mid fibular diaphysis, could be a nondisplaced fracture.
3. Soft tissue edema along the right lateral lower leg/ankle.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Caban, Kim Marie*
*Dictation Date/Time:03/31/18 19:05:3*
*Transcribed by & Date/Time: Caban, Kim Marie   03/31/2018 19:15*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Fox, Bradley Ross*
*Electronically Signed By: Caban, Kim Marie   Signature Date/Time: 03/31/2018 19:47*

---

## Measurements

### Measurements

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Height Description | Actual | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Height | 169 | cm | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Weight Description | Actual | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Weight | 82.55 | kg | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Body Mass Index | 28.9 | m2 | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

### Weight Change Information

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Weight Change > 10lbs in 6 Months | No | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

---

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |



# Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Vital Signs

### Vital Signs

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Temperature Oral | 37 | DegC | [36.80-37.70] | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Peripheral Pulse Rate | 66 | bpm | [60-100] | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Respiratory Rate | 18 | br/min | [14-20] | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Systolic Blood Pressure | 140 | mmHg | [90-140] | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Diastolic Blood Pressure | 80 | mmHg | [60-80] | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Cuff Location | Left arm | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Blood Pressure Position | Sitting | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

## Pain

### Pain Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Pain Assessment/ Reassessment | Assessment | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Preferred Pain Tool | Numeric rating scale | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Numeric Pain Scale | 8 = Severe pain | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Primary Pain Location | Ankle | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Primary Pain Laterality | Right | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Pain Evaluation Method | Use pain scale | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Primary Pain Intensity | 10 | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Acceptable Pain Intensity | 0 | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |



# Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Pain

### Pain Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Pain Assessment/ Reassessment | Assessment | | | 3/31/2018 17:20 EDT | Boissaint,Moralla |
| Preferred Pain Tool | Numeric rating scale | | | 3/31/2018 17:20 EDT | Boissaint,Moralla |
| Numeric Pain Scale | 4 = Moderate pain | | | 3/31/2018 17:20 EDT | Boissaint,Moralla |
| Primary Pain Aggravating Factors | None | | | 3/31/2018 17:20 EDT | Boissaint,Moralla |
| Primary Pain Alleviating Factors | None | | | 3/31/2018 17:20 EDT | Boissaint,Moralla |
| Primary Pain Location | Foot | | | 3/31/2018 17:20 EDT | Boissaint,Moralla |

## Cardiovascular

### Cardiovascular Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Cardiovascular Symptoms | None | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

### Pulses

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Radial Pulse,Left | 2+ Normal | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Radial Pulse,Right | 2+ Normal | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

## Respiratory

### Respiratory Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Respiratory Symptoms | None | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Respiratory

### Oxygen Therapy & Oxygenation Information

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Oxygen Therapy | Room air | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| SpO2 | 100 | % | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

## Musculoskeletal

### Musculoskeletal/Activity Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Musculoskeletal Symptoms | Joint stiffness, Joint swelling, Weakness | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Activity Tolerance | Extreme distress | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| **Ankle Right** | | | | | |
| Musculoskeletal Symptoms | Joint stiffness, Joint swelling | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Musculoskeletal Abnormality | Deformity | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Joint Location | Ankle, right | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Joint Assessment | Edema present, Enlarged | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Range of Motion Description | Unable to move | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

## Orthopedic

### Orthopedic Treatment Information

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Orthopedic NV Status Pretreatment | Neurovascular intact distal to injury, Pulses distal to injury palpable, Skin distal to injury warm and pink | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Orthopedic |
| --- |

| Orthopedic Treatment Information |
| --- |

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
| --- | --- | --- | --- | --- | --- |
| Orthopedic Treatment Instructions Given | be/Heat application instructions given, Patient demonstrates comprehension of instructions, Patient verbalizes comprehension of instructions, Family member demonstrates comprehension of instructions, Family member verbalizes comprehension of instruction | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Orthopedic Treatment Site | Ankle, right | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Orthopedic Treatments Done | Elevation of injured extremity, Ice applied | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Orthopedic NV Status Posttreatment | Neurovascular intact distal to injury, Pulses distal to injury palpable, Skin distal to injury warm and pink | | | 3/31/2018 17:20 EDT | Perez,Miriam -RN |
| Orthopedic Treatment Instructions Given | Crutch walking instructions given, Ice/Heat application instructions given, Splint instructions given, Patient demonstrates comprehension of instructions, Patient verbalizes comprehension of instructions, Family member demonstrates comprehension of instructions, Family member verbalizes comprehension of instruction | | | 3/31/2018 17:20 EDT | Perez,Miriam -RN |
| Orthopedic Treatment Site | Ankle, right | | | 3/31/2018 17:20 EDT | Perez,Miriam -RN |
| Orthopedic Treatments Done | Crutches dispensed, Elevation of injured extremity, Ice applied, Posterior splint, short applied | | | 3/31/2018 17:20 EDT | Perez,Miriam -RN |

| Integumentary |
| --- |

| Integumentary Assessment |
| --- |

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
| --- | --- | --- | --- | --- | --- |
| Skin Symptoms | Swelling/Tenderness, Bruising | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Mucous Membrane Color | Pink | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Mucous Membrane Description | Moist | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Skin Temperature | Warm | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |



### Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Integumentary

### Integumentary Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Skin Description | Normal, Blotchy, Ecchymosis f | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

    f:    RIGHT ankle appears swollen, ecchymotic w/ +2 pedal pulses. Cap refill < 2 sec to toes. Foot warm and dry.

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Skin Color General | Normal for ethnicity | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Skin Turgor General | Elastic | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Skin Moisture General | Dry | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Skin Integrity General | Intact | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

---

## Neurological

### Neurological Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Level of Consciousness | Alert | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Neurological Symptoms | None | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Orientation | Oriented x 4 | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

---

## Falls Information

### Fall Risk Scale Morse

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| History of Fall in Last 3 Months Morse | Yes | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Presence of Secondary Diagnosis Morse | No | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years   Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Falls Information

### Fall Risk Scale Morse

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Use of Ambulatory Aid Morse | None, bedrest, wheelchair, nurse | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| IV/Heparin Lock Fall Risk Morse | No | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Mental Status Fall Risk Morse | Oriented to own ability | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Gait Weak or Impaired Fall Risk Morse | Impaired | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Morse Fall Risk Score | 45 | | [0-45] | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Participative in Fall Prevention | No | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

---

## Psychosocial

### Suicide Risk Assessment

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Suicidal Ideation | None | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

### Psychological Functions

| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
|---|---|---|---|---|---|
| Affect/Behavior | Calm, Cooperative | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Appearance | Casual | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Hallucinations Present | None | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Suicidal Ideation | None | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years       Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Functional | | | | | |
|---|---|---|---|---|---|
| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
| Education Level | College | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| Nutritional | | | | | |
|---|---|---|---|---|---|

| General Nutrition Information | | | | | |
|---|---|---|---|---|---|
| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
| Appetite | Good- 75% | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Eating Difficulties | None | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| Education | | | | | |
|---|---|---|---|---|---|
| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
| Abduction Prevention brochure provided a | N/A | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Patient/Family Education Needs | Medications, Pain management, Plan of care, Safety, fall | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| Admit/Transfer/Discharge Information | | | | | |
|---|---|---|---|---|---|

| Visit Information | | | | | |
|---|---|---|---|---|---|
| Procedure | Result | Units | Reference Range | Charted Date/Time | Charted By |
| Chief Complaint | RIGHT ankle pain/swelling s/p tripping over a gas hose and rolling ankle. Heard a crack/break | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |
| Onset of Symptoms | 30 min ago. | | | 3/31/2018 16:16 EDT | Perez,Miriam -RN |

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Patient Education Notes* |
| --- |

Document Type:                         Education Note
Service Date/Time:                     3/31/2018 00:00 EDT
Result Status:                         Auth (Verified)
Document Subject:                      PE0010
Perform Information:
Sign Information:

**PE0010**
http://j0cfdocumentmanagement.asp.siemensmedical.com/J0CF/HTML/lkmDisplayDocuments.aspx?IICID=9B44EB38716
37434E67E5C3467BE607C0F66C4F10AE98E9997284A90C26F181C25355231957571E7A0B4EE5A4B318645&Key=10
J0CF99086449353711E8BDCA001B21C6B135 HNAM URL

Document Type:                         Education Note
Service Date/Time:                     3/31/2018 17:17 EDT
Result Status:                         Auth (Verified)
Document Subject:                      Education Note
Perform Information:                   Perez,Miriam -RN (3/31/2018 17:17 EDT)
Sign Information:                      Perez,Miriam -RN (3/31/2018 17:17 EDT)

**Education Note**
Ambulatory

**Ankle Fracture, Distal Fibula**

You have a fracture, or broken bone, of the end of the fibula bone. The fibula is one of two bones that
support the ankle joint.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years      Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Patient Education Notes |
| --- |



Fracture

## Home care

- You will be given a splint, cast, or special boot to prevent movement at the injury site. Do not put weight on a splint. It will break. Follow your healthcare provider's advice about when to begin bearing weight on a cast or boot.

- Keep your leg elevated when sitting or lying down. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Keep the cast or splint completely dry at all times. When bathing, protect the cast or splint with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in even when the foot is covered. So it's best to keep the cast,

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Patient Education Notes*

---

splint, or boot away from water. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- Place an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 3 to

  6 hours for the first 24 to 48 hours. Continue this 3 to 4 times a day as needed. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. The ice pack can be put right on the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was

  prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast after the swelling goes down.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft

- The fiberglass cast or splint stays wet for more than 24 hours

- There is increased tightness or pain under the cast or splint

- Your toes become swollen, cold, blue, numb, or tingly

- The cast becomes loose

- The cast has a bad smell

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years       Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Patient Education Notes |
| --- |

- Sore areas develop under the cast

- The cast develops cracks or breaks

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| | |
| --- | --- |
| Document Type: | Education Note |
| Service Date/Time: | 3/31/2018 17:18 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Education Note |
| Perform Information: | Perez, Miriam - RN (3/31/2018 17:18 EDT) |
| Sign Information: | Perez, Miriam - RN (3/31/2018 17:18 EDT) |

**Education Note**
Ambulatory

Ankle Fracture, Distal Fibula

You have a fracture, or broken bone, of the end of the fibula bone. The fibula is one of two bones that support the ankle joint.

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich, Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136



This print request includes documents that are scanned images not included in this print out.

| *Patient Education Notes* |
| --- |



Fracture

## Home care

- You will be given a splint, cast, or special boot to prevent movement at the injury site. Do not put weight on a splint. It will break. Follow your healthcare provider's advice about when to begin bearing weight on a cast or boot.

- Keep your leg elevated when sitting or lying down. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Keep the cast or splint completely dry at all times. When bathing, protect the cast or splint with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in even when the foot is covered. So it's best to keep the cast,

---

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Patient Education Notes*

splint, or boot away from water. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- Place an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 3 to 6 hours for the first 24 to 48 hours. Continue this 3 to 4 times a day as needed. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. The ice pack can be put right on the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast after the swelling goes down.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft

- The fiberglass cast or splint stays wet for more than 24 hours

- There is increased tightness or pain under the cast or splint

- Your toes become swollen, cold, blue, numb, or tingly

- The cast becomes loose

- The cast has a bad smell

---

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Patient Education Notes |
| --- |

- Sore areas develop under the cast

- The cast develops cracks or breaks

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Document Type:          Education Note
Service Date/Time:      3/31/2018 17:18 EDT
Result Status:          Auth (Verified)
Document Subject:       Education Note
Perform Information:    Perez, Miriam - RN (3/31/2018 17:18 EDT)
Sign Information:       Perez, Miriam - RN (3/31/2018 17:18 EDT)

**Education Note**
Ambulatory

Ankle Fracture, Distal Fibula

You have a fracture, or broken bone, of the end of the fibula bone. The fibula is one of two bones that support the ankle joint.

Admit Date:          n/a            Patient:        CHINCHILLA, DAVIS
Discharge Date:      n/a            MRN:            5042911
FIN:                 40014879061    Attending:      Kepich, Alicia Maria
Report Request ID:   110063884      DOB/Age/Sex:    4/19/1982  36 years      Male
Facility:            n/a

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.



| *Patient Education Notes* |
| --- |



Fracture

## Home care

- You will be given a splint, cast, or special boot to prevent movement at the injury site. Do not put weight on a splint. It will break. Follow your healthcare provider's advice about when to begin bearing weight on a cast or boot.

- Keep your leg elevated when sitting or lying down. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Keep the cast or splint completely dry at all times. When bathing, protect the cast or splint with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in even when the foot is covered. So it's best to keep the cast,

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*Patient Education Notes*

splint, or boot away from water. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- Place an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 3 to 6 hours for the first 24 to 48 hours. Continue this 3 to 4 times a day as needed. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. The ice pack can be put right on the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast after the swelling goes down.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft

- The fiberglass cast or splint stays wet for more than 24 hours

- There is increased tightness or pain under the cast or splint

- Your toes become swollen, cold, blue, numb, or tingly

- The cast becomes loose

- The cast has a bad smell

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years     Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Patient Education Notes* |
| --- |

- Sore areas develop under the cast

- The cast develops cracks or breaks

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Document Type:                    Education Note
Service Date/Time:                3/31/2018 17:36 EDT
Result Status:                    Auth (Verified)
Document Subject:                 Education Note
Perform Information:              Eloissaint,Moralia (3/31/2018 17:36 EDT)
Sign Information:                 Eloissaint,Moralia (3/31/2018 17:36 EDT)

**Education Note**
Ambulatory

Ankle Fracture, Distal Fibula

You have a fracture, or broken bone, of the end of the fibula bone. The fibula is one of two bones that support the ankle joint.

Admit Date:          n/a                    Patient:        CHINCHILLA, DAVIS
Discharge Date:      n/a                    MRN:            5042911
FIN:                 40014879061            Attending:      Kepich,Alicia Maria
Report Request ID:   110063884              DOB/Age/Sex:    4/19/1982   36 years     Male
Facility:            n/a



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Patient Education Notes |
| --- |



Fracture

## Home care

- You will be given a splint, cast, or special boot to prevent movement at the injury site. Do not put weight on a splint. It will break. Follow your healthcare provider's advice about when to begin bearing weight on a cast or boot.

- Keep your leg elevated when sitting or lying down. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Keep the cast or splint completely dry at all times. When bathing, protect the cast or splint with 2 large plastic bags. Place 1 bag outside of the other. Tape each bag with duct tape at the top end. Water can still leak in even when the foot is covered. So it's best to keep the cast,

---

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Patient Education Notes*

---

splint, or boot away from water. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.

- Place an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 3 to 6 hours for the first 24 to 48 hours. Continue this 3 to 4 times a day as needed. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. The ice pack can be put right on the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

## Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing properly. If you were given a splint, it may be changed to a cast after the swelling goes down.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft

- The fiberglass cast or splint stays wet for more than 24 hours

- There is increased tightness or pain under the cast or splint

- Your toes become swollen, cold, blue, numb, or tingly

- The cast becomes loose

- The cast has a bad smell

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years   Male |
| Facility: | n/a | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### *Patient Education Notes*

- Sore areas develop under the cast

- The cast develops cracks or breaks

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

---

### *Consent Forms*

| | |
|---|---|
| Document Type: | Consent Forms |
| Service Date/Time: | 3/31/2018 00:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CE0020 |
| Perform Information: | |
| Sign Information: | |

**CE0020**
http://l0cfdocumentmanagement.asp.siemensmedical.com/J0CF/HTML/lkmDisplayDocuments.aspx?IICID=9B44EB38716
37434E67E5C3467BE607C0F66C4F10AE98E9997284A90C26F181C25355231957571E7A0B4EE5A4B318645&Key=10
J0CFB4F23BB6352011E89FD4001B21A26318_HNAM_URL

---

| | |
|---|---|
| Document Type: | Consent Forms |
| Service Date/Time: | 3/31/2018 00:00 EDT |
| Result Status: | Auth (Verified) |
| Document Subject: | CE0020 |
| Perform Information: | |
| Sign Information: | |

**CE0020**
http://l0cfdocumentmanagement.asp.siemensmedical.com/J0CF/HTML/lkmDisplayDocuments.aspx?IICID=9B44EB38716
37434E67E5C3467BE607C0F66C4F10AE98E9997284A90C26F181C25355231957571E7A0B4EE5A4B318645&Key=10
J0CF8D8303C4352011E89FD4001B21A26318_HNAM_URL

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years    Male |
| Facility: | n/a | | |



## Jackson Health System
### Miami, FL 33136

This print request Includes documents that are scanned images not included in this print out.

---

### Plans of Care

---

### Medical

---

**Plan:** GEN Discharge
**Status:** Completed
**History:** Initiated at 3/31/2018 17:03 EDT electronically signed by Kepich,Alicia Maria

---

### Social History

---

**Alcohol**
   **Detail:** Use: Denies alcohol use. (Last Update: 3/31/2018 16:54 EDT by Perez,Miriam -RN)

**Substance Abuse**
   **Detail:** Use: Denies substance abuse. (Last Update: 3/31/2018 16:54 EDT by Perez,Miriam -RN)

**Tobacco**
   **Detail:** Never smoker, Smoke cigarettes anytime during the past 12 months prior to hospital No. (Last Update: 3/31/2018 16:54 EDT by Perez,Miriam -RN)

---

### Assessments and Treatments

---

| Procedure | Result | Units | Reference Range | Collected Date/Time |
|---|---|---|---|---|
| Psychosocial Symptoms | None | | | 3/31/2018 16:16 EDT |
| Chief Complaint | RIGHT ankle pain/swelling s/p tripping over a gas hose and roling ankle. Heard a crack/break | | | 3/31/2018 16:16 EDT |
| Onset of Symptoms | 30 min ago. | | | 3/31/2018 16:16 EDT |
| Information Given by | Patient | | | 3/31/2018 16:16 EDT |
| Recent Travel History | No recent travel | | | 3/31/2018 16:16 EDT |
| Level of Consciousness | Alert | | | 3/31/2018 16:16 EDT |
| Neurological Symptoms | None | | | 3/31/2018 16:16 EDT |
| Orientation | Oriented x 4 | | | 3/31/2018 16:16 EDT |
| History of Fall in Last 3 Months Morse | Yes | | | 3/31/2018 16:16 EDT |
| Presence of Secondary Diagnosis Morse | No | | | 3/31/2018 16:16 EDT |
| Use of Ambulatory Aid Morse | None, bedrest, wheelchair, nurse | | | 3/31/2018 16:16 EDT |
| IV/Heparin Lock Fall Risk Morse | No | | | 3/31/2018 16:16 EDT |

---

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years | Male |
| Facility: | n/a | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Assessments and Treatments

| Procedure | Result | Units | Reference Range | Collected Date/Time |
|---|---|---|---|---|
| Mental Status Fall Risk Morse | Oriented to own ability | | | 3/31/2018 16:16 EDT |
| Gait Weak or Impaired Fall Risk Morse | Impaired | | | 3/31/2018 16:16 EDT |
| Morse Fall Risk Score | 45 | | [0-45] | 3/31/2018 16:16 EDT |
| Participative in Fall Prevention | No | | | 3/31/2018 16:16 EDT |
| Head Symptoms | None | | | 3/31/2018 16:16 EDT |
| Eye Symptoms | None | | | 3/31/2018 16:16 EDT |
| Nose Symptoms | None | | | 3/31/2018 16:16 EDT |
| Throat Symptoms | None | | | 3/31/2018 16:16 EDT |
| Respiratory Symptoms | None | | | 3/31/2018 16:16 EDT |
| Oxygen Therapy | Room air | | | 3/31/2018 16:16 EDT |
| SpO2 | 100 | % | | 3/31/2018 16:16 EDT |
| Cardiovascular Symptoms | None | | | 3/31/2018 16:16 EDT |
| Radial Pulse,Left | 2+ Normal | | | 3/31/2018 16:16 EDT |
| Radial Pulse,Right | 2+ Normal | | | 3/31/2018 16:16 EDT |
| Musculoskeletal Symptoms | Joint stiffness, Joint swelling | | | 3/31/2018 16:16 EDT |
| Musculoskeletal Symptoms | Joint stiffness, Joint swelling, Weakness | | | 3/31/2018 16:16 EDT |
| Activity Tolerance | Extreme distress | | | 3/31/2018 16:16 EDT |
| Musculoskeletal Abnormality | Deformity | | | 3/31/2018 16:16 EDT |
| Joint Location | Ankle, right | | | 3/31/2018 16:16 EDT |
| Joint Assessment | Edema present, Enlarged | | | 3/31/2018 16:16 EDT |
| Range of Motion Description | Unable to move | | | 3/31/2018 16:16 EDT |
| Orthopedic NV Status Pretreatment | Neurovascular intact distal to injury, Pulses distal to injury palpable, Skin distal to injury warm and pink | | | 3/31/2018 16:16 EDT |
| Orthopedic Treatment Instructions Given | Ice/Heat application instructions given, Patient demonstrates comprehension of instructions, Patient verbalizes comprehension of instructions, Family member demonstrates comprehension of instructions, Family member verbalizes comprehension of instruction | | | 3/31/2018 16:16 EDT |
| Orthopedic Treatment Site | Ankle, right | | | 3/31/2018 16:16 EDT |
| Orthopedic Treatments Done | Elevation of injured extremity, Ice applied | | | 3/31/2018 16:16 EDT |
| Skin Symptoms | Swelling/Tenderness, Bruising | | | 3/31/2018 16:16 EDT |

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |

 **Jackson** **Jackson Health System**

HEALTH SYSTEM

Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Assessments and Treatments

| Procedure | Result | Units | Reference Range | Collected Date/Time |
|---|---|---|---|---|
| Mucous Membrane Color | Pink | | | 3/31/2018 16:16 EDT |
| Mucous Membrane Description | Moist | | | 3/31/2018 16:16 EDT |
| Skin Temperature | Warm | | | 3/31/2018 16:16 EDT |
| Skin Description | Normal, Blotchy, Ecchymosis ᶠ | | | 3/31/2018 16:16 EDT |
| f: | RIGHT ankle appears swollen, ecchymotic w/ +2 pedal pulses. Cap refill < 2 sec to toes. Foot warm and dry. | | | |
| Skin Color General | Normal for ethnicity | | | 3/31/2018 16:16 EDT |
| Skin Turgor General | Elastic | | | 3/31/2018 16:16 EDT |
| Skin Moisture General | Dry | | | 3/31/2018 16:16 EDT |
| Skin Integrity General | Intact | | | 3/31/2018 16:16 EDT |
| Skin/Pin Assessment | Pain, Swelling | | | 3/31/2018 16:16 EDT |
| Affect/Behavior | Calm, Cooperative | | | 3/31/2018 16:16 EDT |
| Appearance | Casual | | | 3/31/2018 16:16 EDT |
| Hallucinations Present | None | | | 3/31/2018 16:16 EDT |
| Suicidal Ideation | None | | | 3/31/2018 16:16 EDT |
| Education Level | College | | | 3/31/2018 16:16 EDT |
| Appetite | Good- 75% | | | 3/31/2018 16:16 EDT |
| Eating Difficulties | None | | | 3/31/2018 16:16 EDT |
| Abduction Prevention brochure provided a | N/A | | | 3/31/2018 16:16 EDT |
| Patient/Family Education Needs | Medications, Pain management, Plan of care, Safety, fall | | | 3/31/2018 16:16 EDT |
| Nursing Note Type | General | | | 3/31/2018 16:16 EDT |
| Nursing Note 1 | Recieved pt AAOx4 in NAD, unable to ambulate d/t RIGHT ankle pain/swelling s/p trip & fall this afternoon. pt is speaking in full sentences,Pt placed in wheelchari. RIGHT ankle is swollen, ecchymotic. +2 pedal pulses noted. elevated and ice applied. | | | 3/31/2018 16:16 EDT |
| Nursing Note 2 | Physicain notified of pt. Pt denies any other sx other than ankle pain. States the pain is throbbing. Unable to move foot any any direction due to pain. | | | 3/31/2018 16:16 EDT |
| Orthopedic NV Status Posttreatment | Neurovascular intact distal to injury, Pulses distal to injury palpable, Skin distal to injury warm and pink | | | 3/31/2018 17:20 EDT |
| Orthopedic Treatment Instructions Given | Crutch walking instructions given, Ice/Heat application instructions given, Splint instructions given, Patient demonstrates comprehension of instructions, Patient verbalizes comprehension of instructions, Family member demonstrates comprehension of instructions, Family member verbalizes comprehension of instruction | | | 3/31/2018 17:20 EDT |
| Orthopedic Treatment Site | Ankle, right | | | 3/31/2018 17:20 EDT |

---

| | | | |
|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS |
| Discharge Date: | n/a | MRN: | 5042911 |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982   36 years   Male |
| Facility: | n/a | | |



### Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Assessments and Treatments | | | | |
|---|---|---|---|---|
| Procedure | Result | Units | Reference Range | Collected Date/Time |
| Orthopedic Treatments Done | Crutches dispensed, Elevation of injured extremity, Ice applied, Posterior splint, short applied | | | 3/31/2018 17:20 EDT |
| Nursing Note Type | General | | | 3/31/2018 17:20 EDT |
| Nursing Note 1 | Pt d/c'd in NAD, in wheelchair taken to car. Splint intact. CMS of RIGHT foot WNL. +2 pedal pulses noted bilaterally. diffiuclty, speaking in full sentences. Education done regarding pain management, need to f/u w/ ER for higher level of care. | | | 3/31/2018 17:20 EDT |
| Nursing Note 2 | Pt and spouse stated they were going to go to the ER at this time for further evaluation. | | | 3/31/2018 17:20 EDT |

| | | | | |
|---|---|---|---|---|
| Admit Date: | n/a | Patient: | CHINCHILLA, DAVIS | |
| Discharge Date: | n/a | MRN: | 5042911 | |
| FIN: | 40014879061 | Attending: | Kepich,Alicia Maria | |
| Report Request ID: | 110063884 | DOB/Age/Sex: | 4/19/1982  36 years | Male |
| Facility: | n/a | | | |

# SURGICAL PARK CENTER

# PATIENT REGISTRATION

## Patient Information:

| Name (Last, First, Middle) | Race | Birthdate | Age | Sex | ACCT# |
|---|---|---|---|---|---|
| CHINCHILLA, DAVIS | WHITE | 04/19/82 | 35 | M | 117393 |

Address
11940 NW 16 AVE

City,State,Zipcode
Miami, FL 33167

Home Phone
(305)284-7500

Work Phone

| Social Security No. | Marital Status | Medical Record#: |
|---|---|---|
| 7777 | M | 117393 |

## Guarantor:

| Name (Last,First,Middle) | Address | Phone |
|---|---|---|
| CHINCHILLA, DAVIS | 11940 NW 16 AVE  Miami FL 33167 | (305)284-7500 |

## Emergency Contact:

| Name (Last, First) | Relationship | Phone |
|---|---|---|
| CHINCHILLA, RAQUEL | Spouse | (786)709-7870 |

## Primary Insurance:

| Insurer | Insured's Name |
|---|---|
| AETNA POS | CHINCHILLA, DAVIS |

Address
PO BOX 14079

City,State,Zip Code
LEXINGTON* ,KY 40512-1107

| Patient's Relation to the Insured | Insured's ID No. | Group Name | Group No. |
|---|---|---|---|
| Self | W236412133 | | |

Insured's Employer    Insured's Employer Address

Authorization No.
NOT REQ

## Secondary Insurance:

Insurer                                    Insured's Name

Address                                    City,State,Zip Code

Patient's Relation to the Insured    Insured's ID No.    Group Name    Group No.

Insured's Employer    Insured's Employer Address                Authorization No.

## Workman's Compensation:

| Work Related? | Auto Accident? | Date of Accident |
|---|---|---|
| Yes \|\| No\|X\| | Yes \|\| No\|X\| | |

Claim Number:

Organization Name:

## Surgery Information:

| Date of Surgery | Time of Surgery | Date of Pre-Test | Time of Pre-Test |
|---|---|---|---|
| 04/17/2018 | 11:00 | | |

| Surgeon Name and No. | Type of Anesthesia |
|---|---|
| Blanco, Christoph, ,DPM | PATIENT CHOICE |

Primary Diagnosis (Code)

Primary Procedure                                    L R B
OPEN TREATMENT TARSOMETATARSAL JOINT DISLOCATION
Secondary Procedure                                  L R B
TISSUE GRAFTS OTHER



## COMPREHENSIVE MEDICAL HISTORY & PHYSICAL

☐ **SEE ATTACHED** Medical History & Physical →

☑ The <u>Medical History & Physical was reviewed</u>, the patient was examined and there have been **NO CHANGES** since the H & P was recorded.

☐ The <u>Medical History & Physical was reviewed</u>, the patient was examined and the following **CHANGES** have occurred since the H & P was recorded:

_____

_____

_____

The patient continues to be a candidate for the planned procedure (s).

Surgeon's signature          Date 4/17/18          Time 11:45

Name: CHINCHILLA, DAVIS
MR#: 117393
DOB: 04/19/1982   AGE: 35   SEX: M
DR: BLANCO, CHRISTOPHER MD
DOS: 04/17/2018





**LARKIN COMMUNITY HOSPITAL**
7031 SW 62nd Avenue, South Miami, Florida  33143  •  (305) 284-7500

**REGISTRATION ADMISSION**

MRSA:
VRE:

Advance Directive:  U

PATIENT ACCOUNT NO.: 0802415

MEDICAL RECORD NO.: 000224463

| PATIENT (Name, Address, Phone) | BIRTHDATE | AGE | SEX | RACE | SMOKER | PREFERRED LANGUAGE |
|---|---|---|---|---|---|---|
| CHINCHILLA DAVIS 11940 NW 16 AVE PRIVATE HOME MIAMI                  FL                              33167 COUNTY: MIAMI-DADE PHONE: (786)419-8249 | 04/19/1982 | 35 | M | W | N | SP |

| MAR. STATUS | REL | PC | ADM BY | ADM CAT | PREV ADM DATE | HIPAA |
|---|---|---|---|---|---|---|
| S | N | E | ABE | 3 | 03/31/18 | Y  Y  Y  Y |

| ADMISSION DATE & TIME | REL | DISCHARGE DATE & TIME | SERVICE | ROOM / BED NO. |
|---|---|---|---|---|
| 04/12/18 | 11:13 | 04/12/18   13:13 | LAB | / |

PATIENT EMPLOYER (Name, Address, Phone, Ext)
LARKIN COMMUNITY HOSPITAL
7031 SW 62 AVE
SOUTH MIAMI        FL
                          33143
PHONE: (305)284-7500
OCC: PLANT OPS

EMERGENCY CONTACT (Name, Address, Phone, Rel)
RAQUEL CHICHILLA
365 NE 125TH STREET
MIAMI                   FL
                              33161
PHONE: (786)709-7870
REL: SPOUSE

EMERGENCY CONTACT (Name, Address, Phone, Rel)
PHONE:
REL:

GUARANTOR (Name, Address, Phone, Ext)
CHINCHILLA DAVIS
11940 NW 16 AVE
MIAMI               FL
                         33167
PHONE: (786)419-8249
SSN: 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
REL: SELF

GUARANTOR EMPLOYER (Name, Address, Phone)
EMPLOYED

PHONE:

ATTENDING PHYSICIAN (Name, Number)
BLANCO CHRISTOPHER D 10805

REFERRING MEDICAL PHYSICIAN (Name, Number)
BLANCO CHRISTOPHER D 10805

REFERRING PSYCHIATRIST (Name, Number)
                                    0

PRIMARY INSURANCE
AETNA LCH
PO BOX 14079
LEXINGTON        KY
                        405124079
PHONE: (888)266-5519
POLICY#: W236412133
GROUP#: 083546601100006
GRP NAME: LARKIN COMMUN
AUTH#:
CHINCHILLA DAVIS
SEX: M      RELATION: 18

SECONDARY INSURANCE
PHONE:
POLICY#:
GROUP#:
GRP NAME:
AUTH#:
SEX:        RELATION:

TERTIARY INSURANCE
PHONE:
POLICY#:
GROUP#:
GRP NAME:
AUTH#:
SEX:        RELATION:

CHIEF COMPLAINT / ADMITTING DIAGNOSIS
PAIN IN RIGHT ANKLE AND JOINTS IN RIGHT FOOT

COMMENTS:

04/16/18        10:56

LC1000MX0013

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

 



Print date: 4/16/18 10:58          C U M U L A T I V E   R E P O R T                      Page    1
Printed by: ALINAG                      Selected Encounters

LARKIN COMMUNITY HOSPITAL                                    LABORATORY
7031 SW 62ND AVE.                                            ANA VICIANA, MD
SOUTH MIAMI   FL  33143

NAME: CHINCHILLA DAVIS                    DOB:  4/19/82          PCP: UNKNOWN PCP
MRN : 000224463                           AGE: 35   SEX: M

                                          CHEMISTRY

============================================================================================
COLLECT   YR        2018
          DT        04/12
          TM        11:31                              REFERENCE
                                                     LOW - HIGH      UNITS
--------------------------------------------------------------------------------------------
GLU             107.0 H                               75 - 105       mg/dL
BUN              30.3 H                                6 - 20        mg/dL
CREA             1.15                                0.45 - 1.29     mg/dL
NA              136.0                                 131 - 143      mEq/L
K                4.20                                 3.4 - 4.9      mEq/L
CL              100.6                                 95 - 107       mEq/L
CO2              TNP                                   22 - 31       mEq/L
CA              10.03                                 8.3 - 10.1     mg/dL
BUN/CREA          26 H                                7.0 - 25.0
OSMO            278.7                                 261 - 280      mOsm/L
AGAP              0                                                  mmol/L
GFR              77                                                  ml/min/1.73


REPORTED DT      04/12/18
          TM        14:00


    18 years and up:          60 - 120 mL/min/1.73
    Chronic kidney disease:   < 60 ml/min/1.73
    Kidney Failure:           < 15 ml/min/1.73
    For African Americans multiply reported GFR result by 1.210.


COMMENTS:
4/12/18 14:00 CO2    TEST NOT PERFORMED

 



```
Print date:  4/16/18 10:58          C U M U L A T I V E   R E P O R T          Page    2
Printed by: ALINAG                        Selected Encounters


LARKIN COMMUNITY HOSPITAL                               LABORATORY
7031 SW 62ND AVE.                                       ANA VICIANA, MD
SOUTH MIAMI   FL  33143


NAME: CHINCHILLA DAVIS           DOB:  4/19/82          PCP: UNKNOWN PCP
MR# : 000224663                  AGE: 35    SEX: M


                                 HEMATOLOGY

**************************************************************************************
COLLECT  YR     2018
         CT     04/12
         TM     13:31                              REFERENCE
                                                   LOW - HIGH      UNITS
......................................................................................
WBC             6.3                                4.5 - 11.0      10^3/uL
RBC             5.83 H                             4.33 - 5.88     10^6/mcL
HGB             16.4                               11.7 - 17.0     g/dL
HCT             48.2 H                             36.0 - 47.7     %
MCV             82.7                               80.8 - 96.3     fL
MCH             28.1                               23.7 - 32.9     pg
MCHC            34.0                               32.8 - 35.7     g/dL
RDW             13.5                               11.0 - 15.0     %
RDWSD           40.7
PLT             200.0                              141.0 - 438     10^3/uL
MPV             9.7                                8.8 - 12.4      fL
%NEUT           71.3                               42.2 - 75.2     %
%LYMPH          21.1                               20.5 - 51.1     %
%MONO           5.7                                3.0 - 11.0      %
%EOS            1.4                                0.0 - 7.0       %
%BASO           0.5                                0.0 - 2.0       %
#NEUT           4.5                                1.4 - 6.5       10^3/mcL
#LYMPH          1.3                                1.2 - 3.4       10^3/mcL
#MONO           0.4                                0.8 - 1.2       10^3/mcL
#EOS            0.1                                0.0 - 0.7       10^3/mcL
#BASO           0.0                                0.0 - 0.2       10^3/mcL


REPORTED DT     04/12/18
        TM      13:49
```





DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM




```
Print date:  4/16/18 10:58          C U M U L A T I V E   R E P O R T                Page      1
Printed by: ALIBAG                        Selected Encounters


LARKIN COMMUNITY HOSPITAL                                      LABORATORY
7031 SW 62ND AVE.                                             ANA VICIANA, MD
SOUTH MIAMI   FL  33143


NAME: CHINCHILLA DAVIS              DOB:  4/19/82         PCP: UNKNOWN PCP
MRN : 000224463                     AGE: 35    SEX: M


                                    COAGULATION
```

```
********************************************************************************************
COLLECT  YR      2018
         DT      04/12                                  REFERENCE
         TM      13:31                                  LOW - HIGH    UNITS
....................................................... .....................................
PT              14.2 H                                  11.5 - 13.8   Seconds
INR             1.2 H                                   0.81 - 1.13
PTT             29.0                                    23 - 34       seconds


REPORTED DT     04/12/18
        TM      13:57
```

```
      INR: INTENDED FOR ASSESSING PATIENTS STABILIZED ON LONG TERM ORAL ANTICOA
         2.0 - 3.0      STANDARD DOSE THERAPY
         2.5 - 3.5      HIGH DOSE THERAPY, e.g. PT. WITH MECHANICAL HEART VALVE
```





```
Print date:  4/16/18 10:58          C U M U L A T I V E   R E P O R T              Page     1
Printed by: ALINAG                        Selected Encounters

  LARRIE COMMUNITY HOSPITAL                                      LABORATORY
  7031 SW 62ND AVE.                                             ANA VICIANA, MD
  SOUTH MIAMI   FL  33141

  NAME: CHINCHILLA DAVIR                    DOB:  4/19/82        PCP: UNKNOWN PCP
  MRN : 000224463                           AGE: 35    SEX: M

                                        REFERENCE
================================================================================================
COLLECT  YR       2018
         DT       04/12                                          REFERENCE
         TM       13:31                                          LOW - HIGH       UNITS
................................................................................................


REPORTED DT      04/12/18
         TM      13:49
```





Print date:  4/16/18 10:58          C U M U L A T I V E   R E P O R T          Page    5
Printed by: ALINAG                        Selected Encounters

LARKIN COMMUNITY HOSPITAL                              LABORATORY
7031 SW 62ND AVE.                                      ANA VICIANA, MD
SOUTH MIAMI   FL  33143

NAME: CHINCHILLA DAVIS              DOB:  4/19/83       PCP: UNKNOWN PCP
MRN : 000724463                     AGE: 35    SEX: M

                              URINALYSIS

========================================================================

COLLECT  YR    2018
         DT    04/12
         TM    13:31                             REFERENCE
                                                 LOW - HIGH      UNITS
..........................................
COLOR        YELLOW                    YELLOW
APPEAR       CLEAR                     CLEAR
SP GRAV      1.010                     1.005 - 1.030
PH           6.0                       5.0 - 9.0
NITRITE      NEGATIVE                  NEGATIVE
GLUCOSE      NEGATIVE                  NEGATIVE
KETONE       NEGATIVE                  NEGATIVE
PROTEIN      NEGATIVE                  NEGATIVE
BLOOD        NEGATIVE                  NEGATIVE
BILI         NEGATIVE                  NEGATIVE
UROBIL       0.2                       0.2 - 1.0       E.U./dL
LEUK EST     NEGATIVE                  NEGATIVE
UA MICRO     NO                        ...............

REPORTED DT  04/12/18
         TM  13:48

SOURCE INFORMATION:
4/12/18 13:30 UA      URINE



**Planned Procedure:** ORIF ® Fibia, autologous tissue transfer (R) fost.

**ds/Supplements:** (* if taken day of proc.) Beta-Blocker? ☒ No ☐ Yes
Pantoprazole, Vit C, Vit D,
collagen / Mvit.

| Age: | Height: | | Weight | |
|---|---|---|---|---|
| 35 Y ☐ M | 5'6" ☑ inches | | 83 | ☐ kg ☐ lbs |
| ☐ D ☑ M | ☐ cm | | | ☐ gms |

**Physical Examination**
Heart: ☑ Regular Rhythm ☐ Other: _____
Lungs: ☑ Clear ☐ Other: _____

**Allergies/Reactions:** No Known Allergies ☒

Airway ☐ Adequate ☐ Intubated ☐ Difficult _____
Mallampati ☐ Dentition: ☒ OK ☐ ↑ Risk of damage - Pt aware
☐ Caps/Crowns ☐ Dentures: Full ↑ ↓ Partial ↑ ↓
☐ Chipped: ↑ ↓ _____ ☐ Missing ↑ ↓ _____ ☐ Loose: ↑ ↓ _____

**Past Surgical Procedures:** None ☐
Vasectomy

The following plan including risks/benefits/alternatives/complications
discussed with & accepted by: ☐ Patient ☐ Parent
☐ Guardian _____ ☐ Via Translator

**Hx Anesth. Problems:** ☒ None ☐ Yes-Patient ☐ Yes-Family

☐ General ☐ Spinal ☐ Epidural ☐ Nerve Block/IV Regional
☐ MAC - Medical Necessity:
  ☐ Therapeutic drug monitoring secondary or integral to propofol use
  ☐ Strong possibility of expansion of procedure
  ☐ Successful procedure without MAC unlikely due to:
    ☐ History of severe anxiety, panic attacks, and/or phobias
    ☐ History of low pain threshold
    ☐ History of chronic severe pain
    ☐ Other - See patient's history/diagnosis/comorbidities

☐ **Cardiovascular** ☒ Negative
☐ Functional capacity less than 4 mets
☐ HTN ☐ CAD
☐ Dyslipidemia ☐ MI
☐ CHF ☐ PTCA
☐ PVD ☐ Coronary stents
☐ Pacemaker ☐ Valvular Disease
☐ AICD ☐ Dysrhythmia _____

☐ Arterial line ☐ Central venous cath ☐ Pulm artery cath ☐ TEE
☐ Possible postop vent ☐ Other: _____

☐ **Respiratory** ☒ Negative   Sleep Apnea? ☒ No ☐ Yes
☐ Home O2 ☐ COPD ☐ CPAP
☐ Recent URI ☐ Asthma
☐ Smoking: _____ ppd x _____ yrs. – Quit _____ ago

☐ Postop pain management discussed: ☐ PCA ☐ Epidural
☐ Spinal Opiate   Nerve Block: ☐ Single shot ☐ Continuous

**Neurologic** ☐ Negative
☐ Dementia ☐ CVA
☐ Neuropathy ☐ TIA
☐ Back Pain LNP ☐ Altered Mental Status
☐ Neck Pain ☐ Seizures

ASA: ☐1 ☐2 ☐3 ☐4 ☐6 ☐6 E   Preop Evaluation by:
| ☒ | 2 | 4 | 17 | 18 | 10:00 |

**Data** ☐ Labs N/A ☒ Medical Eval reviewed
H/H: 14.4.482 PLT: 200 K: _____ PT/INR/PTT: 14.2/1.2/29
Preg test: ☐ Neg ☐ Pos   Glucose: _____ at _____ (time)

☐ **Endocrine** ☒ Negative
☐ Diabetes ☐ I ☐ II  Thyroid: ☐ Hyper ☐ Hypo

EKG: ☐ Normal or: _____

☒ **GI/Hepatic** ☐ Negative
☐ GERD ☐ Hepatitis
☐ Cirrhosis ☐ Obstruction

CXR: ☐ Normal or: _____

Remarks:

☐ **Renal** ☒ Negative
☐ CKD ~ Dialysis: ☐ No ☐ Yes – Last dialysis _____

☐ **Ham/Onc** ☒ Negative
☐ Anemia ☐ Coagulopathy
☐ Blood refusal ☐ Cancer _____
☐ DVT ☐ Chemo ☐ Radiation

Displaced spiral fx of ® Fibula shaft,
pain in ® ankle 4 joints of ® fost.

☐ **Immune/ID** ☒ Negative
☐ Rheum Art ☐ Autoimmune Disease
☐ HIV ☐ Ongoing Infection

**Pre-Proc. Eval (Must be completed day of procedure only):**
☒ Pt re-evaluated and following changes noted: ☐ None

☐ **Other** ☒ Negative
☐ Obesity ☐ ETOH Abuse
☐ Depression ☐ Drug Abuse
☐ Glaucoma ☐ Difficult IV access
☐ Pregnant (EGA _____ weeks)

BP: 161, 82 HR: 82 SpO2: 100 %
RR: 18 Temp: 98.8 NPO time: 4/16/18 @ 1200

| ☒ | 2 | 4 | 17 | 18 | 10:00 |

**SURGICAL PARK CENTER**
PRE-OPERATIVE ANESTHESIA EVALUATION

* ANES *
REV DATE 2/14
PAGE 1 OF 1

NAME: CHINCHILLA, DAVIS
MR#: 117393   DOS: 04/17/18
DOB: 04/19/82   AGE: 35   SEX: M
DR: Blanco, Christophe J ,DPM
INS: AETNA POS

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

**SURGICAL PARK CENTER**

| Date | OR# or Location | Anes PreOp Prep ☐None | | Anes Time START | Procedure Time | | Out of Room | Anes Time End |
|---|---|---|---|---|---|---|---|---|
| | | START | END | | START | END | | |
| 04/17/18 | 5 | 10 00 | 10 05 | 11 50 | 12 24 | 13 45 | 13 47 | 13 50 |

**Anes PreOp Time used to:**
- ☑ Check consents & review chart/plan with Pt
- ☐ Start IV ___

**If Pt on Beta-Blocker:**
- ☐ Taken in past 24 hrs
- ☐ Given in O.R.
- ☐ Contraindication:
- ☐ Heart rate less than 50
- ☐ Hypolension

**IV Antibiotic Name** Ancet   **Dose** 2   ☐mg ☑grams   **Start Time** 11 5
☐ mg ☐ grams
☐ mg ☐ grams
☐ mg ☐ grams
☐ Not indicated based on Pt history and/or procedure
☐ Intentionally given after incision

**Premeds given by RN in Holding Area:**
- ☐ Midazolam ___mg  ☐ Ondansetron ___mg
- ☑ Zantac ___  ☐ ___
- ☑ Glyco ___  ☐ ___

**Patient Safety:** ☑ Equipment checked  ☑ Audible alarms on   **Anesthesia Time Out at:** 12 00   (includes re-evaluation of Pt. immediately preinduction – see first set of vital signs)   **Surgical Time-Out at:** 12 22

**Monitoring and Equipment:** ☐ Precordial Steth  ☐ Esophageal Steth  ☑ IntraOp Forced Air Warming Device ☑↑ ☐↓ ON  NIBP: ☐Right ☑Arm ☑Left ☐Leg every 5 min  ☐ Nerve Stimulator ☐ Cell Saver ☐ Fluid Warmer  ☐ Intentional Hypothermia ☐ TEE ☐ Other:

**Invasive Lines:** ☐ A-line ☐ Central venous catheter ☐ PA catheter (See Procedure Note for line insertion by Anesthesia) ☐ Nasogastric Tube ☐ Orogastric Tube ☑ IVs (Size & Site): # 20g RH # #

**Anesthesia Type:** ☑ General ☐ IV Regional ☐ MAC ☐ Axillary Block ☐ Spinal ☐ Interscalene Block ☐ Epidural ☐ Other Block: ☐ Nerve block by Anesthesia for postop pain (See attached Procedure Note)

**Airway:**
**Induction:** ☑IV SIVI ☐IM ☐Inhalation ☑Pre-O2 ☐Rapid sequence
**Device:** ☐Oral Airway ☐Nasal Airway ☐Mask ☑LMA 4 Size
**Intubation LMA:** Blade ☐Curved # ☐Straight # ☐Video Laryngoscopy ☐N/A: ETT in place ☐Stylet ☑Atraumatic ☐Difficult ☐Blind ☐Awake ☐Fiberoptic
**Endotracheal Tube LMA:** Size ☐Oral ☐Nasal ☐Trach ☑ETCO2 increase ☐BSBE Secured at ___ cm ☑Cuff up to seal ☐Double Lumen ETT Size ___ ☐Lt ☐Rt ☐Bronch Blocker ☐Isolation Check

**Spinal Anesth:** Position: ☐Sit ☐Rt Lat ☐Lt Lat  Aseptic Technique: ☐Betadine ☐Alcohol ☐DuraPrep  Interspace: ___ ☐Local infiltration  Spi Needle: ___ g ☐Pencil Point ☐Other: ___ # of attempts: ___  Paresthesia: ☐None ☐Location: ___  Med: ☐Bupivacaine 0.75% ___mL  CSF: ☐Clear ☐Cloudy ☐Bloody   Fentanyl ___mcg Duramorph 0.___ mg

**Position:** Eyes: ☑Taped Shut ☐Lubricated ☐Shield ☐Head / Neck neutral ☐Axillary roll ☑Pressure points protected  Extremities: ☑Arm(s) & elbow(s) on padded armboard at less than 90° with palm: ☑up ☐down ☐Arm(s) tucked neutral position

**Emergence:** ☑Adequate NIF, TV, SaO2, head lift ☑Suctioned/Extubated ☐Intubated ☐Direct to ICU ☐O2 for transport  **Name of Responsible MD/DO at Emergence:** Lievano

**Post-Procedure General Condition:** ☑Stable ☐Dentition intact ☐Other: ___  BP: 142/83 HR: 81 RR: 14 TEMP: 99 SpO2: 97+%

**Post-Op Diagnosis:** Displaced spiral fx (R) fibula
**Procedure:** ORIF (R) fibula ; autologous tissue transfer (R) root
**Personnel Surgeon(s):** Blanco
**Anesthesiologist(s):** Lievano
**CRNA(s)/AA(s):** Gibertman
**Remarks:**

| Crystalloid: | IN (mL) | FFP: | OUT (mL) | **Post-Anesthesia Evaluation:** |
|---|---|---|---|---|
| 900 | | | EBL: <5 | BP: 132/81 HR: 81 RR: 16 Temp: 98.2 SpO2: 97 % |
| Albumin: | PRBCs: | PLTs: | | Mental Status: ☐Arousable ☑Awake ☐See Notes |
| | | | Urine: | Cardiac / Resp / Airway Status: ☑Stable ☐See Notes |
| Hetastarch: | Cell Saver: | Cryo: | | Complications: ☑None ☐See Notes (e.g. excessive pain, nausea/vomiting, inadequate/excess hydration) |

Signature   4/17/18 15:40

**ANESTHESIA RECORD**   COM105

*ANES*
FORM # REV DATE:03/11
Page 1 of __

DCN -20190219407044 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

NAME: CHINCHILLA, DAVIS
MR#: 117393   DOS: 04/17/18
DOB: 04/19/82   AGE: 35  SEX:M
DR: Blanco, Christophe J ,DPM
INS: AETNA POS

lthcorp, Inc.2011

**SURGICAL PARK CENTER**

| AGENTS | TIME: | 1200 | | 20 | | 13 | | 30 | | 14 | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Midazolam (mg) | | 2 | | | | | | | | | | | | 2 |
| Fentanyl (mcg) | | 50/50 | | 50 | | | 50 | 50 | | | | | | 250 |
| Propofol (mg) | | 200 | | | | | | | | | | | | 200 |
| Propofol (mcg/kg/min) | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O2 (L/min) ☐ Via N/C ☐ Via F/M | | 10 | 2 | 2 | 2 | 2 | 2 | 2 | 10 | | | | |
| N2O ☐ Air (L/min) | | 9 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| Isoflurane ☐ Sevoflurane ☐ Desflurane (%) | ET | 2.0 | 2 | 2 | 2 | 2 | 2 | 1.5 | | | | |
| Lidocaine (mg) | | 80 | | | | | | | | | | |
| Etomidate (mg) | | | | | | | | | | | | |
| Succinylcholine (mg) | | | | | | | | | | | | |
| Vecuronium (mg) ☐ Rocuronium (mg) | | | | | | | | | | | | |
| Cisatracurium (mg) ☐ Pancuronium (mg) | | | | | | | | | | | | |
| Neostigmine (mg) ☐ Glycopyrrolate (mg) | | | | | | | | | | | | |
| Pitocin (Units) | | | | | | | | | | | | |
| Metoprolol (mg) ☐ Labetalol (mg) | | | | | | | | | | | | |
| Ephedrine (mg) | | | | | | | | | | | | |
| Phenylephrine (mcg) | | | | 4 | | | | | | | | |
| Decadron mg | | | | | | | | | | | | |
| Zofran mg | | | | | | | | | | | | |
| FLUITS | | | | | | | | | 8cc | | | | |

| EBL | | | | | | | | | | |
| Urine Output | | | | | | | | | | |
| BIS | | | | | | | | | | |
| ETCO2 | | + | 55 | 51 | 51 | 49 | 50 | 47 | + |
| Pulse Oximeter SpO2 | | 97 | 98 | 97 | 97 | 97 | 97 | 97 | 97 |
| FiO2 | | 1.0 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 1.0 | |
| EKG | | SR | SR | SR | SR | SR | SR | SR | SR |

Signature(s) of Responsible Provider(s) at Induction:

Date: 4/17/18   Time: 1200

G Dettban

Date: 4/17/18   Time: 1159

| Ventilator Mode / PiP | | SV | SV | SV | SV | SV | SV | SV | SV |
| TV x Rate | | | 16 | 17 | 18 | 18 | 22 | 18 | 14 |
| Temp - Esoph/Skin/Rectal/Bladder/Nasal °C | | | 36 | 36 | 36 | 36 | | 36 | |
| Position ☐ Su ☐ La ☐ Li ☐ Si ☐ J ☐ P | | Su | | | Su | | | Su | |
| Tourniquet (↑ ↓) RLE @ 300mmHg | | | 1225 | | | | ↓1357 = 73 min | |
| Interval Monitoring MD/DO in OR | | | | | | | | | |

Remarks:

1200- Pt positioned self to OR table.   1323 - MD aware 60 mins on tourni

**ANESTHESIA RECORD**

*ANES*
FORM # REV DATE:03/11

Page 2 of

NAME: CHINCHILLA, DAVIS
MR#: 117393   DOS: 04/17/18
DOB: 04/19/82   AGE: 35   SEX:M
DR: Blanco, Christophe J ,DPM
SHERIDA INS: AETNA POS

Sheridan Healthcorp, Inc. 2011

 



CHINCHILLA, DAVIS
CHRISTOPHER BLANCO, D.P.M.
117393

## OPERATIVE REPORT

**DATE OF PROCEDURE:** 04/17/18

**PREOPERATIVE DIAGNOSIS:** Fibular fracture, right ankle.

**POSTOPERATIVE DIAGNOSIS:** Fibular fracture, right ankle.

**PROCEDURE:** Open reduction and internal fixation of right fibular fracture.

**SURGEON:** Christopher Blanco, D.P.M.

**ASSISTANT:** Louis Reper II, PGY2

**PATHOLOGY:** None.

**ANESTHESIA:** General.

**HEMOSTASIS:** Pneumatic thigh tourniquet at 300 mmHg.

**ESTIMATED BLOOD LOSS:** Less than 10 mL.

**MATERIALS:** 2-0 Vicryl, 4-0 Monocryl, skin staples, Arthrex 4-hole anatomic fibular plate, four 2.7 x 14 mm Arthrex screws, 2.7 x 12 mm Arthrex screw, 3.5 x 14 mm nonlocking screw, and 3.5 x 30 mm nonlocking screw.

**INJECTABLES:** Platelet-rich plasma.

**JUSTIFICATION FOR PROCEDURE:** This is a 35-year-old male who presented to Dr. Blanco's office for complaint of painful right ankle. X-ray examination revealed a spiral fracture of the right fibula. The patient also has a history of ruptured _____. At this time, it has been necessary for surgical intervention and a correction of the deformity. Details of the surgical procedure were discussed in detail with the patient including incision site, length of incision, reduction of the fracture fragment, removal of soft tissue and/or bone, implantation of screws in place, and closure with staples. Following the patient's visit to the office and decision to proceed with surgery, the wife called the office complaining of sharp shooting medial ankle pain for which the patient states is from manipulation in the office.

 

RE: CHINCHILLA, DAVIS
OPERATIVE REPORT
PAGE 2 OF 3

The patient was told to go to the emergency room immediately and did later that afternoon although prior to examination because he did the patient left the emergency room. No contact was made throughout the weekend. The patient presented this morning for surgery and admitted that he fell over the weekend and hurt his ankle. Upon examination, the patient's calf was also found to be disheveled and dirty. At this time, details of surgical procedure were again discussed in detail with the patient this morning prior to the procedure where again he elected to proceed with open reduction and internal fixation of the right fibular fracture. The benefits, the alternatives, the risks, the complications, and the postop management for the procedure were discussed in detail with the patient. The risks and complications include but not limited to infection, inflammation, delayed or nonhealing of the incision or operated bone, excessive bleeding, excessive swelling, allergic reaction to implanted sutures or screw, adverse reaction to anesthesia, loss of toe or foot, recurrence of the deformity, increase of the deformity, significant or chronic pain, reflex sympathetic dystrophy, damage to neurovascular bundle, dehiscence, scar, numbness, and possible death. The patient understands the benefits, the alternatives, the postop management, and the risks and complications and has opted for the above-stated procedure. The medical clearance was obtained and placed in the chart. No contraindications to the surgery noted. All questions were satisfactorily answered. No guarantees were given or implied. Consent for the surgery was signed and placed in the chart.

**PROCEDURE IN DETAIL:** Under mild sedation, the patient was brought into the operating room and placed supine on the operating table. After general anesthesia was administered by the anesthesiologist, a pneumatic thigh tourniquet was then placed about the right thigh to provide adequate hemostasis. The right foot and ankle was then scrubbed, prepped, and draped in the usual aseptic manner. An Esmarch bandage was then utilized to exsanguinate the patient's right foot and ankle, and the pneumatic thigh tourniquet was inflated to 300 mmHg. Attention was then directed to the right lateral malleolus, where a 6-cm longitudinal incision from the distal lateral malleolus to the proximal one-third of the fibula. Sharp and blunt dissection was used to free the soft tissue and visualize the fibular fracture making sure to retract all neural and vascular structures. The fracture site hematoma was removed using a curette and rongeur. The fracture site was then reduced using distraction and then was compressed using a bone clamp. A 3.5 x 30 mm nonlocking Arthrex screw was then placed perpendicular to the fracture site to provide interfragmentary compression. A 4-hole anatomic Arthrex fibular plate was then placed over the fibular fracture and using standard AO technique was fixated with four 2.7 x 14 mm locking screws, a 2.7 x 12 mm locking screw, and a 3.5 x 14 mm nonlocking screw. At this time, a contrast was performed, and there was noted to be no syndesmotic rupture or instability. The incision site was then copiously irrigated with normal saline. Fluoroscopic images were then taken to confirm placement of the screws, no disruption of the ankle joint, and good correct anatomic alignment which was all confirmed. The periosteal tissue was then reapproximated using 2-0 Vicryl. The subcutaneous tissue was then reapproximated using 4-0 Monocryl. The skin was then reapproximated and closed using skin staples. Upon completion of the procedure, the platelet-rich plasma was injected within and around the incision site and fracture site to aid in postoperative healing.



RE: CHINCHILLA, DAVIS
OPERATIVE REPORT
PAGE 3 OF 3

The incision site was then dressed with PRP-soaked Xeroform and covered with sterile semi-compressive dressing consisting of 4x4's and Kerlix. The pneumatic thigh tourniquet was then deflated and a prompt hyperemic response was noted to all digits of the right foot. Then, a Jones compression dressing consisting of cast padding and Ace bandages were applied followed by posterior splint reinforced with an Ace bandage for light compression. The patient tolerated the procedure and anesthesia well and was transferred to the recovery room with vital signs stable and neurovascular status intact to all toes of the right foot. After a period of postop monitoring, the patient was discharged with the following written and oral postop instructions.

1.    Keep dressings clean, dry, and intact.
2.    Nonweightbearing with the walker or clutches and posterior splint to the right foot.
3.    Ice behind the knee and elevate the right leg when at rest with 2 pillows.
4.    Contact the office for postop followup care and if any problem arises.
5.    Take pain and antibiotic medication as directed.

The podiatric resident participated in the surgical experience under the direction of Dr. Blanco.

Dictated by Louis Reper II, PGY2

04/18/18
04/17/18 / FST-21904552        CHRISTOPHER BLANCO, D.P.M.                    Date
CC// physician fax number

**DATE:** 4/17/18   **OR ROOM #** 05

**I. PERIOPERATIVE PHASE**

NURSING DIAGNOSIS: POTENTIAL FOR ANXIETY RELATED TO KNOWLEDGE DEFICIT OUTCOME GOAL: DEMONSTRATES DECREASED ANXIETY
PLAN & IMPLEMENTATION: ☑ SEQUENCE OF EVENTS EXPLAINED ☑ PATIENT CONCERNS COMMUNICATED

**ALLERGIES** NKA

| PREOPERATIVE ASSESSMENT: | | | | ANESTHESIA |
|---|---|---|---|---|
| PATIENT IDENTIFIED:<br>☑ VERBAL ☑ ARMBAND | PROCEDURAL VERIFICATION:<br>☑ VERBAL ☑ OP. SITE<br>☑ SIGNED CONSENT | PRE-OP CHECKLIST:<br>COMPLETE AND VERIFIED<br>☑ YES ☐ NO | UNPLANNED RETURN TO SURGERY:<br>☐ YES ☑ NO | ☑ GENERAL<br>☐ ET Tube ☐ Nasal<br>☑ LMA ☐ Mask |
| MENTAL/EMOTIONAL STATUS:<br>☑ ALERT ☑ ORIENTED ☐ DISORIENTED<br>☐ SEDATED ☐ AGITATED ☐ UNRESPONSIVE | | PHYSICAL LIMITATIONS: ☑ NONE<br>☐ MOBILITY ☐ AUDITORY ☐ VISUAL ☐ LANGUAGE | | ☐ BLOCK<br>☐ CAUDAL<br>☐ MAC<br>☐ LOCAL |

EVALUATION: VERBALIZES BASIC UNDERSTANDING OF EXPLANATIONS: ☑ YES ☐ NO

**II. TIME OUT**

SITE FOR BLOCK CONFIRMED BY: SURGEON Bianco  ANESTHESIOLOGIST Lievano  CIRCULATING RN Andara TIME 1222
SITE FOR BLOCK CONFIRMED BY: SURGEON _____ ANESTHESIOLOGIST _____ CIRCULATING RN _____ TIME _____

**III. INTRAOPERATIVE PHASE**

| PATIENT IN: 1159 | INCISION: 1224 | CLOSURE: 1345 | PATIENT OUT: 1347 |
|---|---|---|---|

| SURGEON: Bianco | ASSISTANT: — | ANESTHESIOLOGIST: Lievano |
|---|---|---|
| CIRCULATING NURSE J. Andara | CIRCULATING NURSE RELIEF: ___ TIME ___ | CRNA: Dettharn |
| SCRUB NURSE/TECH J. Nogera | SCRUB NURSE/TECH RELIEF J. Arias 1250 | OTHER PERSONNEL: Marzano, Rep |
| MEDICAL STUDENTS: A. Hart | SCHOOL: | |
| RESIDENTS: Mattson    Piper | | ASSIST UNDER SUPERVISON: Piper OBSERVE ONLY: Hart |

PREOPERATIVE DIAGNOSIS: Displaced Spiral Fracture of Shaft of Right Fibula, Pain Right Ankle and Joints

OPERATION: Open Reduction Internal Fixation of Right Fibula Autologous Tissue Transfer Right Foot

POST-OPERATIVE DIAGNOSIS: Same As Pre-Op

NURSINGS DIAGNOSIS POTENTIAL FOR INJURY          OUTCOME GOAL: PATIENT REMAIN FREE FROM INJURY:
PLAN  IMPLEMENTATION: ☑ REMAINED WITH PATIENT DURING INDUCTION    ☑ BONY PROMINENCES PADDED   ☑ PROPER BODY ALLIGNMENT

SURGICAL POSITION: ☐ SEMI-FOWLERS ☐ JACKNIFE ☐ RT. LATERAL ☐ LT. LATERAL ☐ LITHOTOMY ☐ PRONE ☑ SUPINE

POSITIONAL AIDS: ☐ ALLEN STIRRUPS ☑ ARMBOARDS ☐ ARM SUSPENSION DEVICE ☐ AXILLARY ROLL   ☐ BEAN BAGS ☐ CANDY CANE STIRRUPS ☐ DONUT
☐ HAND TABLE _____ HAND ☑ LEG HOLDER ☑ PILLOWS ☐ SANDBAGS ☑ SAFETY STRAP ☐ SHOULDER POSITIONER ☐ SHOULDER ROLL ☐ SHOULDER TABLE
ARMS RIGHT ☐ ABD ☐ ADD ☑ ELBOW PADDED ☐ LEFT ☐ ABD ☐ ADD ☐ ELBOW PADDED  PRESSURE POINTS PADDED ☑ HEELS ☐ KNEES
☐ OTHER

POSITIONING APPROVED BY: MD Bianco /ANESTH. Lievano

| TOURNIQUET ☑ YES ☐ NO<br>APPLIED BY Piper<br>PRESSURE 300 mmHg TIME UP 1233 DOWN | LOCATION OF CUFF:<br>Right Thigh | SKIN CONDITION & PULSES INTACT:<br>☐ YES   ☐ NO<br>MD NOTIFIED AT_____ HR ☑ SKIN INTACT | WARMING BLANKET:<br>☑ YES   SN # 64299<br>☐ NO ☐ N/A ☑ SETTING 43°C |
|---|---|---|---|
| E.S.U. ☑ YES  MACHINE NO. & TYPE:<br>☐ NO   OM94019 | SETTING  BIPOLAR<br>COAG: 30  CUT: 30 | LOCATION OF PAD:<br>Midspine | POST OP SITE CHECK.<br>☑ SKIN INTACT ☐ OTHER_____ |
| X-RAY: ☐ YES ☑ NO   FLUORO: ☑ YES  ☐ NO<br>EXPOSURE TIME | | COMMENTS/NURSES NOTES: | |
| X-RAY TECH: | | | |
| O.R. TABLE: ☑ REG. ☐ EYE STRETCHER<br>☐ LITHOTRIPSY TABLE ☐ STRETCHER<br>☐ PAIN MGT TABLE | | | |
| LASER: ☐ YES ☑ NO | | | |
| TYPE:    SETTING: | | | |

| NEPTUNE:_____ARTHREX PUMP:_____OTHER:_____ | Name: CHINCHILLA, DAVIS |
|---|---|
| AQUALEX:_____SCD:_____ | MR#: 117393 |
| EVALUATION PATIENT SAFETY MAINTAINED INTRAOPERATIVELY: ☑ YES ☐ NO | DOB: 04/19/1982   AGE: 35   SEX: M |
| **PERIOPERATIVE NURSING RECORD—SURGICAL PARK CENTER** | DR: BLANCO, CHRISTOPHER MD<br>DOS: 04/17/2018 |



# Surgical Park Center

9065 Dadeland Blvd. • Miami, Florida 33156
Phone: (305) 271-9100 • Fax: (305) 273-6306



**DISCHARGE SUMMARY** (document by operative surgeon immediately after procedure)

Complications: None

Condition on discharge: Stable

Instructions to Patient: See Post-OP orders

Disposition and Discharge Med: PACU

Final Diagnosis: Ankle Fracture Right

Operative Procedure: S/P ORIF Ankle Fx



SIGNATURE _____ M.D.

| DATE | TIME | PHYSICIAN POST-OPERATIVE ORDERS |
|------|------|-------------------------------|
| 4/17/18 | | ☐ Patient may be discharged home once ~~discharge criteria~~ are met. |

Name: CHINCHILLA, DAVIS
MR#: 117393
DOB: 04/19/1982   AGE: 35   SEX: M
DR: BLANCO, CHRISTOPHER MD
DOS: 04/17/2018

ALLERGIES  NKDA

SPC004 REV. 8/11



# Surgical Park Center

## DOCTOR'S ORDERS

## Dr. Christopher Blanco M.D.

| DATE | TIME | DOCTOR'S ORDERS |
|------|------|-----------------|
|      |      | **STANDING ORDERS:**<br><br>In pre-op:  Perform a 5 minute scrub with Betadine on operative foot.<br><br><br><br><br><br><br><br>Dr. Christopher Blanco<br>(305) 264-2632 |

**Surgical Park Center**
9100 SW 87th Avenue, Miami, FL 33176
Phone: (305-271-9100 Fax: 305-273-6306

```
NAME: CHINCHILLA, DAVIS
MR#: 117393      DOS: 04/17/18
DOB: 04/19/82   AGE: 35  SEX:M
DR: Blanco, Christophe J ,DPM
INS: AETNA POS
```



# STANDING DOCTOR'S ORDERS
# FLUOROSCOPY - X-RAY

| DATE | TIME | DOCTOR'S ORDER |
|------|------|----------------|
|      |      | Verbal Order: Dr. _____ _____ RN |
|      |      | Fluoroscopy/X Ray utilization in the OR by the surgeon. |
|      |      | 4/17/18   0900 |

_____
Physician Signature

```
NAME: CHINCHILLA, DAVIS
MR#: 117393      DOS: 04/17/18
DOB: 04/19/82   AGE: 35   SEX:M
DR: Blanco, Christophe J ,DPM
INS: AETNA POS
```

# Fluoroscopy/X-Ray




## Surgical Park Center   DOCTOR'S ORDERS

| DATE | TIME | DOCTOR'S ORDERS |
|------|------|-----------------|
| 4/17/18 | | vitals per protocol |
| | | Non weight bearing to Right leg in splint |
| | | Keep dressing clean dry intact |
| | | Ice and elevate right leg at rest |
| | | Take Medications as directed |
| | | Resume Diet |
| | | Discharge when vitals stable |
| 4/17/18 | 1100 | *(handwritten, illegible)* |
| | | *(handwritten, illegible)* 4/17/18 4:50 |

Name: CHINCHILLA, DAVIS
MR#: 117393
DOB: 04/19/1982  AGE: 35  SEX: M
DR: BLANCO, CHRISTOPHER MD
DOS: 04/17/2018

SPC005 REV. 4/96



**NURSING DIAGNOSIS:** POTENTIAL FOR RETAINED FOREIGN BODIES  
**PLAN & IMPLEMENTATION:**

**OUTCOME GOAL:** ABSENCE OF RETAINED FOREIGN BODIES

| COUNTS (IF N/A NOTE) | 1ST BASELINE | 1ST CAVITY | 1ST FINAL | 2ND BASELINE | 2ND CAVITY | 2ND FINAL |
|---|---|---|---|---|---|---|
| RAYTEC | 10 | 10 | 10 | | | |
| LAPS | | | | | | |
| MINI LAPS | | | | | | |
| NEEDLES | 3 | 3 | 3 | | | |
| KITTNERS | | | | | | |
| COTTONOIDS | | | | | | |
| BLADES | 3 | 3 | 3 | | | |
| HYPOS | 3 | 3 | 3 | | | |
| INSTRUMENTS | | | | | | |
| OTHER | | | | | | |

COUNT STATUS

INITIAL COUNT PERFORMED BY  
RN: _Andara_  
TECH _Norton_  
1ST COUNT: RN: _Andara_  
TECH: _Norton_  
2ND COUNT: RN: _Andara_  
TECH: _Anas_  
☑ SURGEON ACKNOWLEDGED COUNTS

**EVALUATION:** APPARENT ABSENCE OF FOREIGN BODIES

**NURSING DIAGNOSIS:** POTENTIAL FOR INFECTION  
**PLAN & IMPLEMENTATION:**

**OUTCOME GOAL:** STERILITY MAINTAINED TO PREVENT POTENTIAL INFECTION

SURGICAL SKIN PREP ☐ NO ☐ CHLORHEXIDINE ☐ IODINE GEL ☑ BETADINE SOAP/SOLUTION ☐ HEXACHLOROPHENE ☐ AREA _____ BY _____  
SHAVE PREP ☐ NO ☐ AREA _____ BY _____ CLIPPER ☐ _____ RAZOR ☐ _____  
URINARY CATHETER ☑ NO INSERTED BY: _____ TYPE/SIZE _____ OUTPUT: _____ ml D/C ☐ YES ☐ NO  
MEDICATIONS ☑ NO _____

DRAINS ☑ NO TYPE ☐ PENROSE ☐ JP ☐ OTHER _____ LOCATION _____ PACKING TYPE _____ LOCATION _____  
DRESSINGS ☐ ABD ☐ ABD-BINDER ☐ ABDUCTION PILLOW ☑ ACE BANDAGE ☐ ADAPTIC ☐ BANDAID ☐ BETADINE/VISCOUS ☐ COBAN ☐ COTTON ROLL  
☐ NO ☐ COVERLET ☐ EYE PAD ☐ HYSTACRYL/OCTYBONDED KERLIX ☐ KLING ☐ KNEE BRACE (POST-OP) ☐ PERI PAD ☐ PLASTER  
☐ SCROTAL SUPPORT ☐ SHOULDER IMMOBILIZER ☐ SLING ☐ STERI-STRIPS ☐ SURGICAL BRA ☐ TELFA ☐ TOPIFOAM  
☐ VASALINE GAUZE ☐ WEBRIL ☑ XEROFORM ☐ ☐ 4 X 4 ☐ OTHER _____  
TAPE ☑ NO ☐ TRANSPORE ☐ PAPER ☐ SILK ☐ HYPOFIX  
SPECIMEN ☐ F/S ☐ ROUTINE ☐ C & S ☐ GENETIC STUDIES ☐ OTHER LAB NAME _____  
☑ NO  
☐ SPECIMEN VERIFIED W/ TECH _____

IMPLANTS  
PROSTHESIS  
GRAFTS  
☐ NO

AR - 8943BR - 04 - ①  
AR - 8827L - 12 - ①  
AR - 8827L - 14 - ④  
AR - 8835 - 14 - ①  
AR - 8835 - 30 - ①  
AR - 8835L - 12 - ②

**NURSING DIAGNOSIS:** POTENTIAL FOR ALTERATION IN FLUID ELECTROLYTE BALANCE.  
**OUTCOME GOAL:** PT. FLUID/ELECTROLYTE BALANCE MAINTAINED

**PLAN & IMPLEMENTATION:**

IRRIGATION SOLUTIONS:  
☐ NO   TYPE D 9 NS ml 50  
IV FLUIDS:  
☐ NO   TYPE LR ml 800  
EBL ≤ 5 ml  
HYSTEROSCOPY FLUIDS: DEFICIT _____ ml  
MD NOTIFIED _____ HR  
MONITORED BY:  
☑ ANESTHESIA ☑ RN  
EVALUATION: FLUID/ELECTROLYTE BALANCE MAINTAINED  
☑ YES ☐ NO

EVALUATION: STERILITY MAINTAINED ☑ YES ☐ NO  
WOUND CLASSIFICATION ☑ I (CLEAN) ☐ II (CLEAN CONTAMINATED) ☐ III (CONTAMINATED) ☐ IV (DIRTY INFECTED)

**III. POSTOPERATIVE PHASE** DISCHARGED TO ☐ PRIMARY RECOVERY ROOM ☑ STAGE II RECOVERY ROOM  
TRANSPORTED VIA ☑ STRETCHER ☐ WHEELCHAIR ☐ WALKING

POST-OP ASSESSMENT: ☑ SATISFACTORY ☐ GUARDED ☐ COMMENT S/NURSES NOTES

RECOVERY ROOM NURSE SIGNATURE:  
_A. Gomez_  
CIRCULATING NURSE SIGNATURE:  
_Andara_

Name: CHINCHILLA, DAVIS  
MR#: 117393  
DOB: 04/19/1982  AGE: 35  SEX:  
DR: BLANCO, CHRISTOPHER MD  
DOS: 04/17/2018

SPC003

Page 2 of 2

From:                                             10/26/2018 14:01   #987 P.001/005



7000 SW 62ᴺᴰ AVENUE SUITE 100
MIAMI, FL 33143
OFFICE: (305) 284-8483
FAX: (305) 284-8432

# Fax

| To: | kathy | Fax: | 855-505-0401 |
|---|---|---|---|
| From: | EDDIE ARMAS, MD | Date: | |
| Re: | | Pages: | (INCLUDING COVER PAGE) |
| Cc: | | | |

Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:** PT: Davis Chinchilla

This document contains private patient information and shall be used strictly for its intended purpose.

10/25/2018   3:02PM (GMT-04:00)

From:                                         10/25/2018  14:02    #981 P.002/006

10/25/2018          Encounter - Office Visit Date of service: 04/04/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Davis Chinchilla** | | **Eddie Armas Practice** | | NOTE TYPE | SOAP Note |
| DOB | 04/19/1982 | T  (305) 284-8483 | | SEEN BY | Eddie Armas MD |
| AGE | 36 yrs | 7000 SW 62 Ave. Suite 100 | | DATE | 04/04/2018 |
| SEX | Male | Miami, FL 33143 | | AGE AT DOS | 35 yrs |
| PRN | DC533645 | | | Not signed | |

## Chief complaint
he had a fracture right ankle last Saturday, he is complaining of pain right ankle, limitation of motion. he has a cast on his right ankle placed in urgent care.

## Patient identifying details and demographics

| FIRST NAME | Davis | SEX | Male | ETHNICITY | Hispanic or Latino |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 04/19/1982 | PREF. LANGUAGE | Spanish |
| LAST NAME | Chinchilla | DATE OF DEATH | - | RACE | Patient declined to |
| SSN | 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 | PRN | DC533645 | | specify |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 11940 north West | CONTACT BY | - | | |
|---|---|---|---|---|---|
| | 16 ave | EMAIL | Chinchilladavis@ho | | |
| ADDRESS LINE 2 | - | | tmail.com | | |
| CITY | Miami | HOME PHONE | - | | |
| STATE | FL | MOBILE PHONE | (786) 438-9453 | | |
| ZIP CODE | 33167 | OFFICE PHONE | - | | |
| | | OFFICE EXTENSION | - | | |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN | - |
|---|---|---|---|
| RELATION TO PATIENT | - | NAME | |
| PHONE | - | | |
| ADDRESS | - | | |

## Insurance

### PRIMARY PAYER

| PAYER | Aetna | INSURED ID NUMBER | W236412133 |
|---|---|---|---|
| PRIORITY | Primary | GROUP NUMBER | - |
| TYPE | Other | EMPLOYER NAME | - |
| RELATIONSHIP TO INSURED | Self | INSURANCE PAYMENT TYPE | Copay |
| START DATE | 12/01/2017 | PAYMENT TYPE | Fixed |
| END DATE | - | COPAY AMOUNT | 35.00 |
| | | STATUS | Active |

### PAYMENT INFORMATION

| PAYMENT PREFERENCE | Primary Insurance | DATE OF BIRTH | - |
|---|---|---|---|
| PATIENT'S RELATIONSHIP TO | - | SEX | - |
| GUARANTOR | | SOCIAL SECURITY NUMBER | - |
| GUARANTOR NAME | - | PRIMARY PHONE NUMBER | - |
| GUARANTOR ADDRESS | - | SECONDARY PHONE NUMBER | - |

10/25/2018   3:02PM (GMT-04:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

10/25/2018                    Encounter - Office Visit Date of service: 04/04/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

## Vitals for this encounter

|  | 04/04/18<br>9:40 AM |
|---|---|
| Height | 65 in |
| Weight | 180 lb |
| Temperature | 97.90 °F |
| Pulse | 66 bpm |
| Respiratory rate | 15 bpm |
| O2 Saturation | 97 % |
| Pain | 5 |
| BMI | 29.95 |
| Blood pressure | 132/69 mmHg |

| **Current Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| BPH without urinary obstruction | Acute | 02/27/2018 | |
| Medication Cialis Start: 03/13/18 Stop: 06/13/18 | | | |
| Acute UTI | Acute | 01/12/2018 | |
| Familial hypercholesterolemia | Chronic | 12/13/2017 | |
| Medication Lipitor Start: 12/13/17 Stop: 06/13/18 | | | |
| Vitamin D deficiency | Chronic | 12/13/2017 | |
| Erectile dysfunction | Chronic | 12/06/2017 | |
| Medication ClomiPHENE Citrate Start: 12/13/17 Stop: 03/13/18 | | | |
| Herniated lumbar disc | Chronic | 12/06/2011 | |
| Chronic gastritis | Chronic | 12/06/1998 | |
| Arterial hypertension | Chronic | | |
| External otitis | Acute | | |
| Medication Hydrocortisone-Acetic Acid Start: 12/13/17 Stop: 12/23/17 | | | |
| Lumbar hernia | Chronic | | |
| Comment: Pt has a long hx of lumbar hernia approx 8 years ago. by Eddie Armas on 01/12/18 | | | |

| **Historical Diagnoses** | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

10/25/2018   3:02PM (GMT-04:00)

From:                                                                10/25/2018 14:04    #981 P.004/006

10/25/2018                    Encounter - Office Visit Date of service: 04/04/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

## Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Subjective

General: No weight change, generally healthy, no change in strength or exercise tolerance.
Head: No headaches, no vertigo, no injury.
Eyes: Normal vision, no diplopia, no tearing, no scotomata, no pain.
Ears: No change in hearing, no tinnitus, no bleeding, no vertigo.
Nose: No epistaxis, no coryza, no obstruction, no discharge.
Mouth: No dental difficulties, no gingival bleeding, no use of dentures.
Neck: No stiffness, no pain, no tenderness, no noted masses.
Breast: No noted lumps, no tenderness, no swelling, no nipple discharge.
Chest: No dyspnea, no wheezing, no hemoptysis, no cough.
Heart: No chest pains, no palpitations, no syncope, no orthopnea.
Abdomen: No change in appetite, no dysphagia, no abdominal pains, no bowel habit changes, no emesis, no melena.
GU: No urinary urgency, no dysuria, no change in nature of urine.
Musculoskeletal: pain in muscles and joints, limitation of range of motion, no paresthesias or numbness.
Neurologic: No weakness, no tremor, no seizures, no changes in mentation, no ataxia.
Psychiatric: No depressive symptoms, no changes in sleep habits, no changes in thought content.

## Objective

General: Normotensive, in no acute distress.
Head: Normocephalic, no lesions.
Eyes: PERRLA, EOM's full, conjunctivae clear, fundi grossly normal.
Ears: EAC's clear, TM's normal.
Nose: Mucosa normal, no obstruction.
Throat: Clear, no exudates, no lesions.
Neck: Supple, no masses, no thyromegaly, no bruits.
Chest: Lungs clear, no rales, no rhonchi, no wheezes.

10/25/2018   3:02PM (GMT-04:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

From:                                                10/25/2018 14:06      #981 P.006/006

10/25/2018                    Encounter - Office Visit Date of service: 04/04/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

Heart: RR, no murmurs, no rubs, no gallops:
Abdomen: Soft, no tenderness, no masses, BS normal.
GU: Normal, no lesions, no discharge, no hernias noted.
Rectal: No lesions, no hemorrhoids, stool heme negative.
Back: Normal curvature, no tenderness.
Extremities: swelling right ankle, redness, echymoses right ankle
Neuro: Physiological, no localizing findings.
Skin: Normal, no rashes, no lesions noted.
Prostate: Smooth, symmetrical, non-tender, sulci clearly palpable, Hemmoccult
Extremities: Warm, well perfused, no edema. .

## Assessment

Right ankle trauma, fracture of right fibula distal part, fibular nerve could be damaged as well, he is complaining.

## Plan

anti- inflammatory tx will be implemented and we are going to align the cast.

## Orders

### LAB ORDERS

No orders attached to this encounter.

### IMAGING ORDERS

No orders attached to this encounter.

## Screenings/ Interventions/ Assessments

No screenings/interventions/assessments recorded.

practicefusion

10/25/2018   3:02PM (GMT-04:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

- Do not drive, operate machinery or make important decisions.
- Rest and limit activities, except as directed by your doctor.
- If you experience any bleeding, pain or fever from different from what you had before the your procedure, please call: * .

**Please go to the nearest emergency room if you experience:**

Excessive pain not relieved by the medication prescribed to you.

Fever of 101° or above for at least 24 hours.

For babies less than 3 months of age, fever of 100.4° or above at any time.

Excessive increasing bleeding or drainage or swelling around the wound area

We recommend that you contact your primary care physician to advise them of your stay at [illegible]. If you do not have a primary care physician, we can provide a free [illegible] on-line at www.jacksonhealth.org.



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
## Phone: (305)264-2632
## Fax: (305)266-2274

Patient: **Davis Chinchilla**
DOB: 04/19/1982

Progress Note: **11/15/2018**

---

**Visit Info**
*Type of Visit*
Follow Up.

**Chief Complaint/HPI**

36 y/o patient presents to clinic for f/u visit for right hallux nail avulsion. Patient states that he is doing well and followed the soaking instructions. He also reports mild pain to his ankle at times. No new pedal complaints today.

**Allergies**
No Known Allergy

**Review of Systems**
*CONSTITUTIONAL*
Patient denies having weight change, fatigue, weakness, fever or chills.
*HEAD*
Patient denies having trauma, nausea, vomiting, visual changes or headaches.
*EYES*
Patient denies having blurred vision, tearing or itching.
*EARS*
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.
*NOSE*
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.
*THROAT*
Patient denies sore throat, dysphagia, dysphonia or halitosis.
*CARDIAC*
Patient denies chest pain, hypertension, murmurs or palpitations.

medios    Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 11/15/2018    1 of 5 pages
01/10/2019   11:04AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 153 of 295

### RESPIRATORY
Patient denies shortness of breath, wheezing, cough, chest congestion, pneumonia or asthma.

### VASCULAR
Patient denies leg edema, claudication, varicose veins or thrombosis.

### SKIN
Patient denies nail change, itching, rashes, sores, lumps, moles or any sking growths.

### GASTROINTESTINAL
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

### GENITOURINARY
Lumbar pain: yes

### MUSCULOSKELETAL
Pain: yes RT FOOT

### NEUROLOGIC
Patient denies numbness, tingling, tremors, weakness, fainting or seizures.

### HEMATOLOGIC
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

### ENDOCRINE
Patient denies heat/cold intolerance, excessive sweating, polyuria, polydipsia, polyphagia or thirst.

### PSYCHIATRIC
Patient denies mood swings, tension, memory loss, hallucinations or delusions.

### Vascular Exam

Dorsalis pedis and posterior tibial pulses are +2/4 bilaterally. Capillary refill time is less than one second to all digits of both feet.

### Dermatological Exam

Skin appears warm, dry and supple with no open lesions or hyperkeratoses. Positive hair growth noted to digits of both feet.

### Neurologic Exam

Ankle and patellar deep tendon reflexes are +2/4 bilaterally. Sensorium is grossly intact to proprioception and Semmes Weinstein Monofilament 5.07.

### Musculoskeletal Exam

General appearance of bones, joints, range of motion, musculature, and strength are within normal limits.

## Preventative Medicine & Testing History

### Treatment/Plan

Podiatric history and physical obtained. Patient was evaluated. I discussed condition(s), etiology and treatment with the patient in full detail. Patient relates understanding and is willing to comply.

Rx Naproxen
F/U PRN.

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

## Visit Summary for: **Davis Chinchilla - 04/19/1982**

**Date of Service:** 11/15/2018

### Current Medications
gabapentin 300 mg capsule. Frequency: 1 Capsule twice daily (bid)
mupirocin 2 % topical ointment. Frequency: 1 Application once daily (qd)
naproxen 500 mg tablet. Frequency: 1 Tablet twice daily (bid)
naproxen 500 mg tablet. Frequency: 1 Milligram twice daily (bid)
Protonix 40 mg tablet,delayed release. Frequency: 1 Tablet once daily (qd)

### Patient Vitals
| | |
|---|---|
| Date Taken | 11/15/2018 16:06 |
| BP | 123/82 |
| Weight | 175 Lb 0 Oz |
| Height | 5 ft 6 in |
| BMI | 28.2 |

### Allergies
No Known Allergy

### Patient Diagnosis

**ICD10:** (L60) Nail disorders

**ICD10:** (M54.1) Radiculopathy

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

### Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

medios      Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 11/15/2018      4 of 5 pages
01/10/2019   11:04AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Christopher J Blanco, DPM
Christopher J Blanco DPM, PA

**To:** 18555050401

**From:** Christopher J Blanco DPM, PA
**Company:**
**Tel:**
**Fax:** 305-266-2274

**Regarding:** Regarding Patient Clinical Info
**Date:** 09/11/2018 11:13

### Comments:
Attached please find information regarding patient clinical
information: This e-mail message, including any
attachment, is for the sole use of the intended recipient(s)
and may contain confidential information which is covered
under HITECH Act expansion of the scope of the HIPAA
Administrative Simplification Regulations: Security Rule
45 CFR 164 Subsection C. If you are not the intended
recipient, you are hereby notified that any disclosure,
copying, distribution or use of the contents of this
message is strictly prohibited and please contact the
sender by reply email and destroy all copies of the
original message.

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

CHRISTOPHER J BLANCO DPM PA
7500 NW 25 St. Suite 112
Miami Fl 33122
Phone: (305)264-2632
Fax: (305)266-2274

Patient: **Davis  Chinchilla**
DOB: 04/19/1982

Progress Note:  **08/06/2018**

## Visit Info
*Type of Visit*
Follow Up.

## Chief Complaint/HPI

36 y/o patient presents to clinic for 3.5 months s/p ORIF right fibula fracture (DOS 4/17/2018). Patient states that he has had finished his physical therapy and has returned back to work full time.

## Allergies
No Known Allergy

## Review of Systems
*CONSTITUTIONAL*
Patient denies having weight change, fatigue, weakness, fever or chills.
*HEAD*
Patient denies having trauma, nausea, vomiting, visual changes or headaches.
*EYES*
Patient denies having blurred vision, tearing or itching.
*EARS*
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.
*NOSE*
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.
*THROAT*
Patient denies sore throat, dysphagia, dysphonia or halitosis.
*CARDIAC*
Patient denies chest pain, hypertension, murmurs or palpitations.
*RESPIRATORY*
Patient denies shortness of breath, wheezing, cough, chest congestion, pneumonia or asthma.

### VASCULAR
Patient denies leg edema, claudication, varicose veins or thrombosis.

### SKIN
Patient denies nail change, itching, rashes, sores, lumps, moles or any sking growths.

### GASTROINTESTINAL
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

### GENITOURINARY
Patient denies increase in frequency, hesitancy, urgency, dysuria, nocturia or lumbar pain.

### MUSCULOSKELETAL
f/u surgery

### NEUROLOGIC
Patient denies numbness, tingling, tremors, weakness, fainting or seizures.

### HEMATOLOGIC
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

### ENDOCRINE
Patient denies heat/cold intolerance, excessive sweating, polyuria, polydipsia, polyphagia or thirst.

### PSYCHIATRIC
Patient denies mood swings, tension, memory loss, hallucinations or delusions.

### Vascular Exam

Dorsalis pedis and posterior tibial pulses are +2/4 bilaterally. Capillary refill time is less than one second to all digits of both feet.

### Dermatological Exam

Skin is warm, dry, and supple with no open lesions or signs of infection. Positive hair growth noted to level of digits.

### Neurologic Exam

Ankle and patellar deep tendon reflexes are +2/4 bilaterally. Sensorium is grossly intact to proprioception and Semmes Weinstein Monofilament 5.07.

### Musculoskeletal Exam

Muscle strength is +5/5 to all planes of foot with normal tone, mass and no evidence of atrophy

There is some stiffness noted to the ankle. Patient able to fully perform ankle circles and has 5/5 eversion and inversion strength.

## Preventative Medicine & Testing History

### Treatment/Plan

Podiatric history and physical obtained. Patient was evaluated. I discussed condition(s), etiology and treatment with the patient in full detail. Patient relates understanding and is willing to comply.

medios     Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 08/06/2018                    2 of 5 pages
                                                                              11/09/2018   11:22AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 160 of 295

-Patient is discharged from care and has made a full recovery.
-Release to full work form filled out.
-PRN as needed.Discussed medication prescribed and it\'s proper use. Discussed medication side effects including possible drug interactions. All pertinent questions were answered. Advised patient to call office if any problems arise.Return to clinic in 3 weeks. Patient was advised to go to the nearest emergency room or call 911 in case of severe change in condition or medical problem.

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

# Visit Summary for: **Davis  Chinchilla - 04/19/1982**

**Date of Service:** 08/06/2018

**Current Medications**
gabapentin 300 mg capsule.  Frequency: 1 Capsule twice daily (bid)
mupirocin 2 % topical ointment.  Frequency: 1 Application twice daily (bid)
ondansetron 8 mg disintegrating tablet.  Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

**Allergies**
No Known Allergy

**Patient Diagnosis**

**ICD10:** (M54.1) Radiculopathy

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (M25.571) Pain in right ankle and joints of right foot

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (S82.441) Displaced spiral fracture of shaft of right fibula

**Social History**
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

medios     Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 08/06/2018     5 of 5 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM     11/09/2018   11:22AM (GMT-05:00)



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
## Phone: (305)264-2632
## Fax: (305)266-2274

Patient: **Davis Chinchilla**
DOB: 04/19/1982

Progress Note: **06/14/2018**

### Chief Complaint/HPI
36 y/o patient presents to clinic for follow up ORIF right fibula fracture 4/17/2018. Patient relates he has completed physical therapy and is doing well. He is not needing a cane for ambulation. Relates he is able to be on his feet walking without discomfort. Complains of mild swelling still present.

### Allergies
No Known Allergy

### Review of Systems
#### CONSTITUTIONAL
Patient denies having weight change, fatigue, weakness, fever or chills.
#### HEAD
Patient denies having trauma, nausea, vomiting, visual changes or headaches.
#### EYES
Patient denies having blurred vision, tearing or itching.
#### EARS
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.
#### NOSE
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.
#### THROAT
Patient denies sore throat, dysphagia, dysphonia or halitosis.
#### CARDIAC
Patient denies chest pain, hypertension, murmurs or palpitations.
#### RESPIRATORY
Patient denies shortness of breath, wheezing, cough, chest congestion, pneumonia or asthma.
#### VASCULAR
Patient denies leg edema, claudication, varicose veins or thrombosis.

medios    Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 06/14/2018    1 of 5 pages
11/09/2018   11:22AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1  Entered on FLSD Docket 03/11/2022  Page 164 of 295  Page 12 of 32

### SKIN
Patient denies nail change, itching, rashes, sores, lumps, moles or any sking growths.

### GASTROINTESTINAL
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

### GENITOURINARY
Patient denies increase in frequency, hesitancy, urgency, dysuria, nocturia or lumbar pain.

### MUSCULOSKELETAL
f/u surgery

### NEUROLOGIC
Patient denies numbness, tingling, tremors, weakness, fainting or seizures.

### HEMATOLOGIC
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

### ENDOCRINE
Patient denies heat/cold intolerance, excessive sweating, polyuria, polydipsia, polyphagia or thirst.

### PSYCHIATRIC
Patient denies mood swings, tension, memory loss, hallucinations or delusions.

## Vascular Exam

Dorsalis pedis and posterior tibial pulses are +2/4 bilaterally. Capillary refill time is less than one second to all digits of both feet.

## Dermatological Exam

Skin is warm, dry, and supple with no open lesions or signs of infection. Positive hair growth noted to level of digits.

## Neurologic Exam

Ankle and patellar deep tendon reflexes are +2/4 bilaterally. Sensorium is grossly intact to proprioception and Semmes Weinstein Monofilament 5.07.

## Musculoskeletal Exam

Muscle strength is +5/5 to all planes of foot with normal tone, mass and no evidence of atrophy

There is some stiffness noted to the ankle. Patient able to fully perform ankle circles and has 5/5 eversion and inversion strength.

## Preventative Medicine & Testing History

### Radiology Findings
fibula plate and interfrag screw in good position..

### Treatment/Plan
Podiatric history and physical obtained. Patient was evaluated. X-ray images were taken and reviewed with patient. I discussed condition(s), etiology and treatment with the patient in full detail. Patient

medios    Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 06/14/2018    2 of 5 pages
11/09/2018  11:22AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 165 of 295

relates understanding and is willing to comply.

RX PT
referral for back pain to pain specialist
refill Gabapetin and muscle relaxant

patient can return limited duty till 7/14 when he can return full duty.Discussed medication prescribed and it\'s proper use. Discussed medication side effects including possible drug interactions. All pertinent questions were answered. Advised patient to call office if any problems arise.Return to clinic in 3 weeks. Patient was advised to go to the nearest emergency room or call 911 in case of severe change in condition or medical problem.

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

# Visit Summary for: **Davis Chinchilla - 04/19/1982**

**Date of Service:** 06/14/2018

## Current Medications
mupirocin 2 % topical ointment.  Frequency: 1 Application twice daily (bid)
ondansetron 8 mg disintegrating tablet.  Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

## Patient Vitals
| | |
|---|---|
| Date Taken | 06/14/2018 09:15 |
| Weight | 182 Lb 0 Oz |
| Height | 5 ft 6 in |
| BMI | 29.4 |

## Allergies
No Known Allergy

## Patient Diagnosis

**ICD10:** (M54.1) Radiculopathy

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (M25.571) Pain in right ankle and joints of right foot

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (S82.441) Displaced spiral fracture of shaft of right fibula

## Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

## Plan and Orders
## Custom Referral

medios          Patient: Davis Chinchilla DOB: 04/19/1982  Service date: 06/14/2018          4 of 5 pages
11/09/2018   11:22AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

pain management specialist

## Order
*Physical Therapy Evaluation and Treatment*
Electrical stimulation for strengthening, reduce pain, spasm, enhance muscle re-education
Cold pack to reduce inflammation, spasm, pain
Gait training for safe ambulation and stair negotiation
Physical Therapy Evaluation and Treatment: 3 times a week for 4 weeks
Physical Therapy Evaluation and Treatment

*Physical Therapy Evaluation and Treatment*
Physical Therapy Therapeutic Exercise for strengthening, stabilization, endurance and flexibility: for right ankle s/p ORIF proprioceptive training

**Patient Referrals**
**Referred to:**
**NPI:**
**Appointment date:**
**Reason:** for radiculopathy back pain

**Referred to:**
**NPI:**
**Appointment date:**
**Reason:**
**Notes:** for right ankle s/p ORIF proprioceptive training

**Medication Treatment Plan:**
Patient was instructed to **start** taking:
- Gabapentin 300 Mg Capsule (1 Capsule twice daily)
  Duration: 30 day(s) Dispense: 60 Capsule Refills: 1

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
# Miami Fl 33122
## Phone: (305)264-2632
## Fax: (305)266-2274

Patient: **Davis Chinchilla**
DOB: 04/19/1982

**Allergies**
No Known Allergy
**Follow-up Note**

**Subjective:**
36 y/o male patient presents today 5 weeks s/p ORIF RIGHT fibular fracture. Patient relates that he is doing well and has no pain. Patient presents in a BK NWB cast and with a rolling knee scooter. No new pedal concerns noted. The patient states he is feeling good and not having any more pain the to area.

**Objective:**
Radiographs: show consolidation of the fracture as well as good anatomic alignment of the bone and hardware intact with no signs of loosening or failure
Vascular: CRT is less than 3 seconds to all distal digits of the RIGHT foot
Dermatologic: Incision site to the RIGHT lateral ankle is well approximated with no indication of dehiscence, no purulence, no mal-odor, no acute signs of infection.
Normal post op physiologic edema is noted to the RIGHT
Orthopedic: No pain with palpation to surgical site

**Assessment:**
5 weeks s/p ORIF RIGHT fibular fracture

**Plan:**
Patient seen and evaluated. X-rays of the RIGHT ankle were taken and reviewed. Hardware is intact and fracture site is stable with radiographic union noted.
Patient is to start physical therapy

Rx for physical therapy - start active passive gait training with boot and cane, range of motion and resistance training as well as starting to ambulate in CAM boot with the cane on the contralateral side

Remain in CAM boot and start therapy - patient can minimally weightbear with a cane

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 169 of 295
Page 17 of 32

Rx for a four point cane

RTC in 1 mes

Return visit for follow-up in: 2 weeks.
Followup Required: Yes.

## Preventative Medicine & Testing History

Christopher J Blanco, DPM
Christopher J Blanco DPM, PA

medios     Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 05/16/2018        2 of 4 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM     11/09/2018   11:22AM (GMT-05:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 170 of 295

## Visit Summary for: **Davis Chinchilla - 04/19/1982**

**Date of Service:** 05/16/2018

### Current Medications
gabapentin 300 mg capsule. Frequency: 1 Capsule twice daily (bid)
mupirocin 2 % topical ointment. Frequency: 1 Application twice daily (bid)
ondansetron 8 mg disintegrating tablet. Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release. Frequency: 1 Tablet once daily (qd)

### Patient Vitals

| Date Taken | 05/16/2018 15:19 |
|---|---|
| Weight | 182 Lb 0 Oz |
| Height | 5 ft 6 in |
| BMI | 29.4 |

### Allergies
No Known Allergy

### Patient Diagnosis

ICD10: (Z68.2) Body mass index (BMI) 20-29, adult

ICD10: (M25.571) Pain in right ankle and joints of right foot

ICD10: (R26.2) Difficulty in walking, not elsewhere classified

ICD10: (Z68.2) Body mass index (BMI) 20-29, adult

ICD10: (S82.441) Displaced spiral fracture of shaft of right fibula

### Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

### Plan and Orders
### Custom Order

Four Point Cane: Patient needs a 4 point cane to assist in ambulation

### Order

*Physical Therapy Evaluation and Treatment*
Gait training for safe ambulation and stair negotiation
Cold pack to reduce inflammation, spasm, pain
Physical Therapy Evaluation and Treatment: 3x a week 4 weeks

*Physical Therapy Evaluation and Treatment*
Physical Therapy Therapeutic Exercise for strengthening, stabilization, endurance and flexibility: Rx
for physical therapy - start active passive gait training with boot and cane, range of motion and
resistance training as well as starting to ambulate in CAM boot with the cane on the contralateral
side

**Patient Referrals**
**Referred to:**
**NPI:**
**Appointment date:**
**Reason:**
**Notes:** Rx for physical therapy - start active passive gait training with boot and cane, range of
motion and resistance training as well as starting to ambulate in CAM boot with the cane on the
contralateral side

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
## Phone: (305)264-2632
## Fax: (305)266-2274

Patient: **Davis Chinchilla**
DOB: 04/19/1982

Follow Up Visit: **05/04/2018**

**Allergies**
No Known Allergy
**Follow-up Note**

**Subjective:**
36 y/o male patient presents today 17 days s/p ORIF RIGHT fibular fracture. Patient relates that he is doing well and has no pain. Patient presents in a BK NWB cast and with a rolling knee scooter. No new pedal concerns noted.

**Objective:**
Vascular: CRT is less than 3 seconds to all distal digits of the RIGHT foot
Dermatologic: Incision site to the RIGHT lateral ankle is well approximated with no indication of dehiscence, no purulence, no mal-odor, no acute signs of infection.
Normal post op physiologic edema is noted to the RIGHT

**Plan:**
Patient seen and evaluated. Staples were removed in aseptic fashion without incident. X-rays of the RIGHT ankle were taken and reviewed. Hardware is intact and fracture site is stable with some radiographic union noted. I advised him that he is to not get the incision site wet for at least another week. He will be transitioned to a removable BK NWB cast. He may do sagittal plane ROM only. Follow up in 2 weeks for repeat x-rays and possibly starting physical therapy. Rx for mupirocin was given.

Return visit for follow-up in: 2 weeks.
Followup Required: Yes.

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 173 of 295

## Preventative Medicine & Testing History

Christopher J Blanco, DPM
Christopher J Blanco DPM, PA

medios          Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 05/04/2018          2 of 4 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM          11/09/2018   11:22AM (GMT-05:00)

# Visit Summary for: **Davis Chinchilla - 04/19/1982**

**Date of Service:** 05/04/2018

## Current Medications
ondansetron 8 mg disintegrating tablet.  Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

## Allergies
No Known Allergy

## Patient Diagnosis

ICD10: (M25.571) Pain in right ankle and joints of right foot

ICD10: (R26.2) Difficulty in walking, not elsewhere classified

ICD10: (Z68.2) Body mass index (BMI) 20-29, adult

ICD10: (S82.441) Displaced spiral fracture of shaft of right fibula

## Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

## Medication Treatment Plan:
Patient was instructed to **start** taking:
  - Mupirocin 2 % Topical Ointment (1 Application twice daily)
    Duration: 1 month(s) Dispense: 1 Tube Refills: 0
    Patient Notes: Apply twice daily

medios    Patient: Davis Chinchilla DOB: 04/19/1982  Service date: 05/04/2018    3 of 4 pages
11/09/2018  11:22AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 175 of 295

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

medios          Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 05/04/2018          4 of 4 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM          11/09/2018   11:22AM (GMT-05:00)



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
## Phone: (305)264-2632
## Fax: (305)266-2274

Patient: **Davis  Chinchilla**
DOB: 04/19/1982

Follow Up Visit: **04/23/2018**

**Allergies**
No Known Allergy
**Follow-up Note**

*Subjective:*
Patient returns 6 days s/p right fibula fracture ORIF. Patient relates his pain is controlled with the Vicodin. Patient denies any N/V/F/C and has been NWB with use of the knee scooter to go to the bathroom.

*Objective:*
Vascular: CFTs WNL. Neg homan sign.
Dermatologic: Incision is clean dry and intact with no erythema, drainage, red streaks or malodor. Mild post operative physiologic edema present.

*Plan:*
Pt seen and evaluated
Applied betadine and DSD to the incision with cast padding ace bandage and a posterior splint splint.
Pt to continue NWB and post operative medication instructions.
Rx: vicodin 7.5/300 #20 Q4-6H PRN Pain
RTC on May 4th for staple removal and Xrays.


## Preventative Medicine & Testing History

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 177 of 295

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

medios          Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 04/23/2018          2 of 3 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM          11/09/2018   11:22AM (GMT-05:00)

Case 0:22-cv-60533-AHS    Document 1    Entered on FLSD Docket 03/11/2022    Page 178 of 295

# Visit Summary for: **Davis Chinchilla - 04/19/1982**

**Date of Service:** 04/23/2018

## Current Medications
ondansetron 8 mg disintegrating tablet. Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release. Frequency: 1 Tablet once daily (qd)

## Allergies
No Known Allergy

## Patient Diagnosis

**ICD10:** (M25.571) Pain in right ankle and joints of right foot

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (S82.441) Displaced spiral fracture of shaft of right fibula

## Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

Christopher J Blanco, DPM
Christopher J Blanco DPM, PA

medios    Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 04/23/2018    3 of 3 pages
11/09/2018   11:22AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS    Document 1    Entered on FLSD Docket 03/11/2022    Page 179 of 295



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
## Phone: (305)264-2632
## Fax: (305)266-2274

Patient: **Davis Chinchilla**
DOB: 04/19/1982

Progress Note: **04/12/2018**

---

## Visit Info

*Type of Visit*
New Patient.

## Chief Complaint/HPI

35 y/o patient presents to clinic for initial visit with complaints of left ankle and leg pain. He states he injured the ankle 15 days ago when he was pumping gas and tripped on the hose. He went to Larkin hospital where he was diagnosed with a fibula fracture and placed in a splint and told to follow up in the office. Patient has been non weight bearing in splint and knee scooter.

## Past History

*Past Medical History*
High Blood Pressure .
Gastro-Intestinal Disorder .
Other HIGH CHOLESTEROL

## Allergies

No Known Allergy

## Review of Systems

*CONSTITUTIONAL*
Patient denies having weight change, fatigue, weakness, fever or chills.

*HEAD*
Patient denies having trauma, nausea, vomiting, visual changes or headaches.

*EYES*
Patient denies having blurred vision, tearing or itching.

*EARS*
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.

11/09/2018  11:22AM (GMT-05:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 180 of 295

### NOSE
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.

### THROAT
Patient denies sore throat, dysphagia, dysphonia or halitosis.

### CARDIAC
Patient denies chest pain, hypertension, murmurs or palpitations.

### RESPIRATORY
Patient denies shortness of breath, wheezing, cough, chest congestion, pneumonia or asthma.

### VASCULAR
Patient denies leg edema, claudication, varicose veins or thrombosis.

### SKIN
Patient denies nail change, itching, rashes, sores, lumps, moles or any sking growths.

### GASTROINTESTINAL
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

### GENITOURINARY
Patient denies increase in frequency, hesitancy, urgency, dysuria, nocturia or lumbar pain.

### MUSCULOSKELETAL
frature

### NEUROLOGIC
Patient denies numbness, tingling, tremors, weakness, fainting or seizures.

### HEMATOLOGIC
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

### ENDOCRINE
Patient denies heat/cold intolerance, excessive sweating, polyuria, polydipsia, polyphagia or thirst.

### PSYCHIATRIC
Patient denies mood swings, tension, memory loss, hallucinations or delusions.

## Vascular Exam

Dorsalis pedis and posterior tibial pulses are +2/4 bilaterally. Capillary refill time is less than one second to all digits of both feet

Moderate edema and ecchymosis noted to left ankle and heel.

## Dermatological Exam

Skin appears warm, dry and supple with no open lesions or hyperkeratoses. Positive hair growth noted to digits of both feet.

## Neurologic Exam

Ankle and patellar deep tendon reflexes are +2/4 bilaterally. Sensorium is grossly intact to proprioception and Semmes Weinstein Monofilament 5.07.

medios        Patient: Davis Chinchilla DOB: 04/19/1982  Service date: 04/12/2018        2 of 6 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM        11/09/2018   11:22AM (GMT-05:00)

## Musculoskeletal Exam

General appearance of bones, joints, range of motion, musculature, and strength are within normal limits.

## Preventative Medicine & Testing History

### Radiology Findings

3 views of left ankle:AP, Lateral, Mortise and calcaneal axial: Oblique partially displaced fracture noted to distal fibula at level of ankle joint. There is callus formation noted to fracture. Moderate soft tissue edema noted lateral ankle..

### Treatment/Plan

Podiatric history and physical obtained. Patient was evaluated. X-ray images were taken and reviewed with patient. I discussed condition(s), etiology and treatment with the patient in full detail. Patient relates understanding and is willing to comply.

Explained to patient that he can undergo surgery to expedite his healing, although he could opt to not undergo the surgery and likely have a longer recovery time.

-Patient reports minimal relief obtained with conservative palliative treatment rendered in the past. Discussed results of x-rays as to evidence and etiology of above mentioned podiatry deformities. Also discussed the need for further conservative treatments such as periodic palliative care, accommodating arch supports, physical therapy, etc., or the possibility of surgical intervention. This patient does not want palliative care and requests surgical treatment. The available surgical procedures, anesthesia options, post-operative course, probable healing time, expected results, possible use of fixation pins, wires, screws, drains, implants, wooden shoes, casts, and post-op orthotic devices were all discussed as well as the possible risks and complications, including but not limited to, infection, drug reaction, delayed healing, prolonged swelling, painful scar, joint stiffness, over correction, recurrence of deformity, transfer lesion, and implant or screw rejection. Patient appears to understand all of the above and consents to proposed surgical procedures and agrees to abide by our post-operative instructions and protocol

-Discussed open reduction internal fixation right fibula with platelet rich plasma to be injected at the fracture site pending insurance approval

-Patient consented for surgery at Larkin Hospital on Tuesday, 4/17/18.

-Prescribed hydrocodone liquid for pain relief.

medios      Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 04/12/2018      3 of 6 pages
11/09/2018  11:22AM (GMT-05:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 182 of 295

**Christopher J Blanco, DPM**
Christopher J Blanco DPM. PA

# Visit Summary for: **Davis  Chinchilla - 04/19/1982**

**Date of Service:** 04/12/2018

## Current Medications
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

## Patient Vitals
| | |
|---|---|
| Date Taken | 04/12/2018 10:56 |
| Weight | 182 Lb 0 Oz |
| Height | 5 ft 6 in |
| BMI | 29.4 |

## Allergies
No Known Allergy

## Patient Diagnosis

**ICD10:** (M25.571) Pain in right ankle and joints of right foot

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (S82.441) Displaced spiral fracture of shaft of right fibula

## Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

## Plan and Orders
## Custom Order

STAT PRE OPRATIVE LABS: CBC BMP PTT PT/INR Urinalysis
Pre-operative Labs: CBC
BMP
PTT
PT/INR
Urinalysis

medios    Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 04/12/2018    5 of 6 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM    11/09/2018   11:22AM (GMT-05:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 184 of 295

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

11/09/2018  11:22AM (GMT-05:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
Phone: (305)264-2632
Fax: (305)266-2274

Patient: **Davls Chinchilla**
DOB: 04/19/1982

Follow Up Visit: **05/16/2018**

---

**Allergies**
No Known Allergy
**Follow-up Note**

### Subjective:
36 y/o male patient presents today 5 weeks s/p ORIF RIGHT fibular fracture. Patient relates that he is doing well and has no pain. Patient presents in a BK NWB cast and with a rolling knee scooter. No new pedal concerns noted. The patient states he is feeling good and not having any more pain the to area.

### Objective:
Radiographs: show consolidation of the fracture as well as good anatomic alignment of the bone and hardware intact with no signs of loosening or failure
Vascular: CRT is less than 3 seconds to all distal digits of the RIGHT foot
Dermatologic: Incision site to the RIGHT lateral ankle is well approximated with no indication of dehiscence, no purulence, no mal-odor, no acute signs of infection.
Normal post op physiologic edema is noted to the RIGHT
Orthopedic: No pain with palpation to surgical site

### Assessment:
5 weeks s/p ORIF RIGHT fibular fracture

### Plan:
Patient seen and evaluated. X-rays of the RIGHT ankle were taken and reviewed. Hardware is intact and fracture site is stable with radiographic union noted.
Patient is to start physical therapy

Rx for physical therapy - start active passive gait training with boot and cane, range of motion and resistance training as well as starting to ambulate in CAM boot with the cane on the contralateral side

Remain in CAM boot and start therapy - patient can minimally weightbear with a cane

medios    Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 05/16/2018    1 of 4 pages
05/22/2018   10:49AM (GMT-04:00)
DCN -20190219407447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 186 of 295
Page 3 of 21

Rx for a four point cane

RTC in 1 mes

Return visit for follow-up in: 2 weeks.
Followup Required: Yes.

## Preventative Medicine & Testing History

Christopher J Blanco, DPM
Christopher J Blanco DPM, PA

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 187 of 295

# Visit Summary for: **Davis  Chinchilla - 04/19/1982**

**Date of Service:** 05/16/2018

## Current Medications
gabapentin 300 mg capsule.  Frequency: 1 Capsule twice daily (bid)
mupirocin 2 % topical ointment.  Frequency: 1 Application twice daily (bid)
ondansetron 8 mg disintegrating tablet.  Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

## Patient Vitals
| | |
|---|---|
| Date Taken | 05/16/2018 15:19 |
| Weight | 182 Lb 0 Oz |
| Height | 5 ft 6 in |
| BMI | 29.4 |

## Allergies
No Known Allergy

## Patient Diagnosis

ICD10: (Z68.2) Body mass index (BMI) 20-29, adult

ICD10: (M25.571) Pain in right ankle and joints of right foot

ICD10: (R26.2) Difficulty in walking, not elsewhere classified

ICD10: (Z68.2) Body mass index (BMI) 20-29, adult

ICD10: (S82.441) Displaced spiral fracture of shaft of right fibula

## Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

## Plan and Orders
## Custom Order

Four Point Cane: Patient needs a 4 point cane to assist in ambulation

## Order

*Physical Therapy Evaluation and Treatment*
Gait training for safe ambulation and stair negotiation
Cold pack to reduce inflammation, spasm, pain
Physical Therapy Evaluation and Treatment: 3x a week 4 weeks

*Physical Therapy Evaluation and Treatment*
Physical Therapy Therapeutic Exercise for strengthening, stabilization, endurance and flexibility: Rx for physical therapy - start active passive gait training with boot and cane, range of motion and resistance training as well as starting to ambulate in CAM boot with the cane on the contralateral side

**Patient Referrals**
**Referred to:**
**NPI:**
**Appointment date:**
**Reason:**
**Notes:** Rx for physical therapy - start active passive gait training with boot and cane, range of motion and resistance training as well as starting to ambulate in CAM boot with the cane on the contralateral side

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA



CHRISTOPHER J BLANCO DPM PA

7500 NW 25 St. Suite 112
Miami Fl 33122
Phone: (305)264-2632
Fax: (305)266-2274

Patient: **Davis Chinchilla**
DOB: 04/19/1982

Follow Up Visit: **05/04/2018**

---

**Allergies**
No Known Allergy
**Follow-up Note**

*Subjective:*
36 y/o male patient presents today 17 days s/p ORIF RIGHT fibular fracture. Patient relates that he is doing well and has no pain. Patient presents in a BK NWB cast and with a rolling knee scooter. No new pedal concerns noted.

*Objective:*
Vascular: CRT is less than 3 seconds to all distal digits of the RIGHT foot
Dermatologic: Incision site to the RIGHT lateral ankle is well approximated with no indication of dehiscence, no purulence, no mal-odor, no acute signs of infection.
Normal post op physiologic edema is noted to the RIGHT

*Plan:*
Patient seen and evaluated. Staples were removed in aseptic fashion without incident. X-rays of the RIGHT ankle were taken and reviewed. Hardware is intact and fracture site is stable with some radiographic union noted. I advised him that he is to not get the incision site wet for at least another week. He will be transitioned to a removable BK NWB cast. He may do sagittal plane ROM only. Follow up in 2 weeks for repeat x-rays and possibly starting physical therapy. Rx for mupirocin was given.


Return visit for follow-up in: 2 weeks.
Followup Required: Yes.

medios          Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 05/04/2018                    1 of 4 pages
                                                                                   05/22/2018   10:49AM (GMT-04:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

## Preventative Medicine & Testing History

Christopher J Blanco, DPM
Christopher J Blanco DPM, PA

medios      Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 05/04/2018                2 of 4 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM      05/22/2018   10:49AM (GMT-04:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 191 of 295

## Visit Summary for: **Davis Chinchilla - 04/19/1982**

**Date of Service:** 05/04/2018

### Current Medications
ondansetron 8 mg disintegrating tablet.  Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

### Allergies
No Known Allergy

### Patient Diagnosis

**ICD10:** (M25.571) Pain in right ankle and joints of right foot

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (S82.441) Displaced spiral fracture of shaft of right fibula

### Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

### Medication Treatment Plan:
Patient was instructed to **start** taking:
  - Mupirocin 2 % Topical Ointment (1 Application twice daily)
    Duration: 1 month(s) Dispense: 1 Tube Refills: 0
    Patient Notes: Apply twice daily

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

medios          Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 05/04/2018          4 of 4 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM          05/22/2018   10:49AM (GMT-04:00)



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
### Phone: (305)264-2632
### Fax: (305)266-2274

Patient: **Davis  Chinchilla**
DOB: 04/19/1982                                          Follow Up Visit: **04/23/2018**

---

**Allergies**
No Known Allergy
**Follow-up Note**

*Subjective:*
Patient returns 6 days s/p right fibula fracture ORIF. Patient relates his pain is controlled with the
Vicodin. Patient denies any N/V/F/C and has been NWB with use of the knee scooter to go to the
bathroom.

*Objective:*
Vascular: CFTs WNL. Neg homan sign.
Dermatologic: Incision is clean dry and intact with no erythema, drainage, red streaks or malodor. Mild
post operative physiologic edema present.

*Plan:*
Pt seen and evaluated
Applied betadine and DSD to the incision with cast padding ace bandage and a posterior splint splint.
Pt to continue NWB and post operative medication instructions.
Rx: vicodin 7.5/300 #20 Q4-6H PRN Pain
RTC on May 4th for staple removal and Xrays.

**Preventative Medicine & Testing History**

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 194 of 295

Christopher J Blanco, DPM
Christopher J Blanco DPM, PA

medios          Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 04/23/2018          2 of 3 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM          05/22/2018   10:49AM (GMT-04:00)

# Visit Summary for: **Davis  Chinchilla - 04/19/1982**

**Date of Service:** 04/23/2018

## Current Medications
ondansetron 8 mg disintegrating tablet.  Frequency: 1 Tablet three times daily (tid)
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

## Allergies
No Known Allergy

## Patient Diagnosis

**ICD10:** (M25.571) Pain in right ankle and joints of right foot

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (S82.441) Displaced spiral fracture of shaft of right fibula

## Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

medios    Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 04/23/2018    3 of 3 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM    05/22/2018   10:49AM (GMT-04:00)



CHRISTOPHER J BLANCO DPM PA

# 7500 NW 25 St. Suite 112
## Miami Fl 33122
## Phone: (305)264-2632
## Fax: (305)266-2274

Patient: **Davis Chinchilla**
DOB: 04/19/1982

Progress Note: **04/12/2018**

---

## Visit Info
### Type of Visit
New Patient.

## Chief Complaint/HPI
35 y/o patient presents to clinic for initial visit with complaints of left ankle and leg pain. He states he injured the ankle 15 days ago when he was pumping gas and tripped on the hose. He went to Larkin hospital where he was diagnosed with a fibula fracture and placed in a splint and told to follow up in the office. Patient has been non weight bearing in splint and knee scooter.

## Past History
### Past Medical History
High Blood Pressure .
Gastro-Intestinal Disorder .
Other HIGH CHOLESTEROL

## Allergies
No Known Allergy

## Review of Systems
### CONSTITUTIONAL
Patient denies having weight change, fatigue, weakness, fever or chills.
### HEAD
Patient denies having trauma, nausea, vomiting, visual changes or headaches.
### EYES
Patient denies having blurred vision, tearing or itching.
### EARS
Patient denies having hearing loss, tinnitus, vertigo, discharge or earache.

medios     Patient: Davis Chinchilla DOB: 04/19/1982  Service date: 04/12/2018     1 of 6 pages
05/22/2018   10:49AM (GMT-04:00)
DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 197 of 295

### NOSE
Patient denies having rhinorrhea, stuffiness, sneezing, itching, allergy or epistaxis.

### THROAT
Patient denies sore throat, dysphagia, dysphonia or halitosis.

### CARDIAC
Patient denies chest pain, hypertension, murmurs or palpitations.

### RESPIRATORY
Patient denies shortness of breath, wheezing, cough, chest congestion, pneumonia or asthma.

### VASCULAR
Patient denies leg edema, claudication, varicose veins or thrombosis.

### SKIN
Patient denies nail change, itching, rashes, sores, lumps, moles or any sking growths.

### GASTROINTESTINAL
Patient denies abdominal pain, nausea, vomiting, dysphagia, diarrhea, constipation, Jaundice or hemorrhoids.

### GENITOURINARY
Patient denies increase in frequency, hesitancy, urgency, dysuria, nocturia or lumbar pain.

### MUSCULOSKELETAL
frature

### NEUROLOGIC
Patient denies numbness, tingling, tremors, weakness, fainting or seizures.

### HEMATOLOGIC
Patient denies anemia, easily brusing or bleeding, petechiae, purpura or transfusions.

### ENDOCRINE
Patient denies heat/cold intolerance, excessive sweating, polyuria, polydipsia, polyphagia or thirst.

### PSYCHIATRIC
Patient denies mood swings, tension, memory loss, hallucinations or delusions.

## Vascular Exam

Dorsalis pedis and posterior tibial pulses are +2/4 bilaterally. Capillary refill time is less than one second to all digits of both feet

Moderate edema and ecchymosis noted to left ankle and heel.

## Dermatological Exam

Skin appears warm, dry and supple with no open lesions or hyperkeratoses. Positive hair growth noted to digits of both feet.

## Neurologic Exam

Ankle and patellar deep tendon reflexes are +2/4 bilaterally. Sensorium is grossly intact to proprioception and Semmes Weinstein Monofilament 5.07.

## Musculoskeletal Exam

General appearance of bones, joints, range of motion, musculature, and strength are within normal limits.

## Preventative Medicine & Testing History

### Radiology Findings

3 views of left ankle:AP, Lateral, Mortise and calcaneal axial: Oblique partially displaced fracture noted to distal fibula at level of ankle joint. There is callus formation noted to fracture. Moderate soft tissue edema noted lateral ankle..

### Treatment/Plan

Podiatric history and physical obtained. Patient was evaluated. X-ray images were taken and reviewed with patient. I discussed condition(s), etiology and treatment with the patient in full detail. Patient relates understanding and is willing to comply.

Explained to patient that he can undergo surgery to expedite his healing, although he could opt to not undergo the surgery and likely have a longer recovery time.

-Patient reports minimal relief obtained with conservative palliative treatment rendered in the past. Discussed results of x-rays as to evidence and etiology of above mentioned podiatry deformities. Also discussed the need for further conservative treatments such as periodic palliative care, accommodating arch supports, physical therapy, etc., or the possibility of surgical intervention. This patient does not want palliative care and requests surgical treatment. The available surgical procedures, anesthesia options, post-operative course, probable healing time, expected results, possible use of fixation pins, wires, screws, drains, implants, wooden shoes, casts, and post-op orthotic devices were all discussed as well as the possible risks and complications, including but not limited to, infection, drug reaction, delayed healing, prolonged swelling, painful scar, joint stiffness, over correction, recurrence of deformity, transfer lesion, and implant or screw rejection. Patient appears to understand all of the above and consents to proposed surgical procedures and agrees to abide by our post-operative instructions and protocol

-Discussed open reduction internal fixation right fibula with platelet rich plasma to be injected at the fracture site pending insurance approval

-Patient consented for surgery at Larkin Hospital on Tuesday, 4/17/18.

-Prescribed hydrocodone liquid for pain relief.

medios        Patient: Davis Chinchilla DOB: 04/19/1982 Service date: 04/12/2018                3 of 6 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM        05/22/2018   10:49AM (GMT-04:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 199 of 295

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

medios     Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 04/12/2018          4 of 6 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM     05/22/2018   10:49AM (GMT-04:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 200 of 295

## Visit Summary for: **Davis  Chinchilla - 04/19/1982**

**Date of Service:** 04/12/2018

### Current Medications
Percocet tablet.
Protonix 40 mg tablet,delayed release.  Frequency: 1 Tablet once daily (qd)

### Patient Vitals

| | |
|---|---|
| Date Taken | 04/12/2018 10:56 |
| Weight | 182 Lb 0 Oz |
| Height | 5 ft 6 in |
| BMI | 29.4 |

### Allergies
No Known Allergy

### Patient Diagnosis

**ICD10:** (M25.571) Pain in right ankle and joints of right foot

**ICD10:** (R26.2) Difficulty in walking, not elsewhere classified

**ICD10:** (Z68.2) Body mass index (BMI) 20-29, adult

**ICD10:** (S82.441) Displaced spiral fracture of shaft of right fibula

### Social History
Patient doesn't smoke OR Patient denies smoking.
Patient currently drinks
Patient does not abuse substances OR Patient denies substance abuse.
Patient drinks   times per .
Patient exercises.

Patient is married and is full time employed.

### Plan and Orders
### Custom Order

STAT PRE OPRATIVE LABS: CBC BMP PTT PT/INR Urinalysis
Pre-operative Labs: CBC
BMP
PTT
PT/INR
Urinalysis

medios        Patient: Davis  Chinchilla DOB: 04/19/1982  Service date: 04/12/2018        5 of 6 pages

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM        05/22/2018   10:49AM (GMT-04:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 201 of 295

**Christopher J Blanco, DPM**
Christopher J Blanco DPM, PA

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM



CHINCHILLA, DAVIS
CHRISTOPHER BLANCO, D.P.M.
117393

## OPERATIVE REPORT

**DATE OF PROCEDURE:** 04/17/18

**PREOPERATIVE DIAGNOSIS:** Fibular fracture, right ankle.

**POSTOPERATIVE DIAGNOSIS:** Fibular fracture, right ankle.

**PROCEDURE:** Open reduction and internal fixation of right fibular fracture.

**SURGEON:** Christopher Blanco, D.P.M.

**ASSISTANT:** Louis Reper II, PGY2

**PATHOLOGY:** None.

**ANESTHESIA:** General.

**HEMOSTASIS:** Pneumatic thigh tourniquet at 300 mmHg.

**ESTIMATED BLOOD LOSS:** Less than 10 mL.

**MATERIALS.** 2-0 Vicryl, 4-0 Monocryl, skin staples, Arthrex 4-hole anatomic fibular plate, four 2.7 x 14 mm Arthrex screws, 2.7 x 12 mm Arthrex screw, 3.5 x 14 mm nonlocking screw, and 3.5 x 30 mm nonlocking screw.

**INJECTABLES:** Platelet-rich plasma.

**JUSTIFICATION FOR PROCEDURE:** This is a 35-year-old male who presented to Dr. Blanco's office for complaint of painful right ankle. X-ray examination revealed a spiral fracture of the right fibula. The patient also has a history of ruptured _____. At this time, it has been necessary for surgical intervention and a correction of the deformity. Details of the surgical procedure were discussed in detail with the patient including incision site, length of incision, reduction of the fracture fragment, removal of soft tissue and/or bone, implantation of screws in place, and closure with staples. Following the patient's visit to the office and decision to proceed with surgery, the wife called the office complaining of sharp shooting medial ankle pain for which the patient states is from manipulation in the office.

09/05/2018   1:59PM (GMT-04:00)

Case 0:22-cv-60533-AHS   Document 1   Entered on FLSD Docket 03/11/2022   Page 203 of 295

RE: CHINCHILLA, DAVIS
OPERATIVE REPORT
PAGE 2 OF 3

The patient was told to go to the emergency room immediately and did later that afternoon although prior to examination because he did the patient left the emergency room. No contact was made throughout the weekend. The patient presented this morning for surgery and admitted that he fell over the weekend and hurt his ankle. Upon examination, the patient's calf was also found to be disheveled and dirty. At this time, details of surgical procedure were again discussed in detail with the patient this morning prior to the procedure where again he elected to proceed with open reduction and internal fixation of the right fibular fracture. The benefits, the alternatives, the risks, the complications, and the postop management for the procedure were discussed in detail with the patient. The risks and complications include but not limited to infection, inflammation, delayed or nonhealing of the incision or operated bone, excessive bleeding, excessive swelling, allergic reaction to implanted sutures or screw, adverse reaction to anesthesia, loss of toe or foot, recurrence of the deformity, increase of the deformity, significant or chronic pain, reflex sympathetic dystrophy, damage to neurovascular bundle, dehiscence, scar, numbness, and possible death. The patient understands the benefits, the alternatives, the postop management, and the risks and complications and has opted for the above-stated procedure. The medical clearance was obtained and placed in the chart. No contraindications to the surgery noted. All questions were satisfactorily answered. No guarantees were given or implied. Consent for the surgery was signed and placed in the chart.

**PROCEDURE IN DETAIL:** Under mild sedation, the patient was brought into the operating room and placed supine on the operating table. After general anesthesia was administered by the anesthesiologist, a pneumatic thigh tourniquet was then placed about the right thigh to provide adequate hemostasis. The right foot and ankle was then scrubbed, prepped, and draped in the usual aseptic manner. An Esmarch bandage was then utilized to exsanguinate the patient's right foot and ankle, and the pneumatic thigh tourniquet was inflated to 300 mmHg. Attention was then directed to the right lateral malleolus, where a 6-cm longitudinal incision from the distal lateral malleolus to the proximal one-third of the fibula. Sharp and blunt dissection was used to free the soft tissue and visualize the fibular fracture making sure to retract all neural and vascular structures. The fracture site hematoma was removed using a curette and rongeur. The fracture site was then reduced using distraction and then was compressed using a bone clamp. A 3.5 x 30 mm nonlocking Arthrex screw was then placed perpendicular to the fracture site to provide interfragmentary compression. A 4-hole anatomic Arthrex fibular plate was then placed over the fibular fracture and using standard AO technique was fixated with four 2.7 x 14 mm locking screws, a 2.7 x 12 mm locking screw, and a 3.5 x 14 mm nonlocking screw. At this time, a contrast was performed, and there was noted to be no syndesmotic rupture or instability. The incision site was then copiously irrigated with normal saline. Fluoroscopic images were then taken to confirm placement of the screws, no disruption of the ankle joint, and good correct anatomic alignment which was all confirmed. The periosteal tissue was then reapproximated using 2-0 Vicryl. The subcutaneous tissue was then reapproximated using 4-0 Monocryl. The skin was then reapproximated and closed using skin staples. Upon completion of the procedure, the platelet-rich plasma was injected within and around the incision site and fracture site to aid in postoperative healing.

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

RE: CHINCHILLA, DAVIS
OPERATIVE REPORT
PAGE 3 OF 3

The incision site was then dressed with PRP-soaked Xeroform and covered with sterile semi-compressive dressing consisting of 4x4's and Kerlix. The pneumatic thigh tourniquet was then deflated and a prompt hyperemic response was noted to all digits of the right foot. Then, a Jones compression dressing consisting of cast padding and Ace bandages were applied followed by posterior splint reinforced with an Ace bandage for light compression. The patient tolerated the procedure and anesthesia well and was transferred to the recovery room with vital signs stable and neurovascular status intact to all toes of the right foot. After a period of postop monitoring, the patient was discharged with the following written and oral postop instructions.

1.    Keep dressings clean, dry, and intact.
2.    Nonweightbearing with the walker or clutches and posterior splint to the right foot.
3.    Ice behind the knee and elevate the right leg when at rest with 2 pillows.
4.    Contact the office for postop followup care and if any problem arises.
5.    Take pain and antibiotic medication as directed.

The podiatric resident participated in the surgical experience under the direction of Dr. Blanco.

Dictated by Louis Reper II, PGY2

                                        *

04/18/18                    CHRISTOPHER BLANCO, D.P.M.                    Date
04/17/18 / FST-21904552
CC// physician fax number

From:                                                          01/15/2019 09:47    #557 P.005/009

1/11/2019                    Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Davis Chinchilla** | | **Eddie Armas Practice** | | NOTE TYPE | SOAP Note |
| DOB | 04/19/1982 | T   (305) 284-8483 | | SEEN BY | Eddie Armas MD |
| AGE | 36 yrs | 7000 SW 62 Ave. Suite 100 | | DATE | 11/02/2018 |
| SEX | Male | Miami, FL 33143 | | AGE AT DOS | 36 yrs |
| PRN | DC533645 | | | Not signed | |

### Chief complaint

Pt c/o right ankle pain, heartburn, unsafe sex once. lower back pain.

| Vitals for this encounter | |
|---|---|
| | **11/02/18**<br>**6:24 PM** |
| Height | 65 in |
| Weight | 177 lb |
| Temperature | 98.10 °F |
| Pulse | 69 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 99 % |
| Pain | 2 |
| BMI | 29.45 |
| Blood pressure | 127/69 mmHg |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

01/15/2019   9:47AM (GMT-05:00)

From:                                                          01/15/2019 09:48       #557 P.006/009

1/11/2019                Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

| Current Diagnoses | ACUITY | START | STOP |
|---|---|---|---|
| Implantation of penile prosthesis | | 09/07/2018 | |
| (N40.0) Benign prostatic hyperplasia without lower urinary tract symptoms | Acute | 02/27/2018 | |
| Medication Cialis Start: 03/13/18 Stop: 06/13/18 | | | |
| (N39.0) Urinary tract infection, site not specified | Acute | 01/12/2018 | |
| (E78.01) Familial hypercholesterolemia | Chronic | 12/13/2017 | |
| Medication Lipitor Start: 11/13/18 | | | |
| (E55.9) Vitamin D deficiency, unspecified | Chronic | 12/13/2017 | |
| (N52.9) Male erectile dysfunction, unspecified | Chronic | 12/06/2017 | |
| Medication ClomiPHENE Citrate Start: 12/13/17 Stop: 03/13/18 | | | |
| (M51.26) Other intervertebral disc displacement, lumbar region | Chronic | 12/06/2011 | |
| (K29.50) Unspecified chronic gastritis without bleeding | Chronic | 12/06/1998 | |
| (I10) Essential (primary) hypertension | Chronic | | |
| (H60.91) Unspecified otitis externa, right ear | Acute | | |
| Medication Hydrocortisone-Acetic Acid Start: 12/13/17 Stop: 12/23/17 | | | |
| (K45.8) Other specified abdominal hernia without obstruction or gangrene | Chronic | | |
| Comment: Pt has a long hx of lumbar hernia approx 8 years ago. by Eddie Armas on 01/12/18 | | | |
| (Z72.51) High risk heterosexual behavior | | | |

| Historical Diagnoses | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM       01/15/2019   9:47AM (GMT-05:00)

01/15/2019   9:47AM (GMT-05:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

From:                                                                    01/15/2019 09:56     #557 P.007/009

1/11/2019          Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Acyclovir 800 MG Oral Tablet | Take 1 tablet (800 mg) by mouth 2 times per day for 15 days | 11/13/18 - | - |
| ▪ EScript (refill request): 11/13/18 Prescriber: Eddie Armas Refills: 1 Quantity: 30 | | | |
| Acyclovir Topical (Acyclovir) 5 % External Ointment | 1 application topically to affected area 6 times per day every 3 hours | 11/13/18 - | - |
| ▪ EScript (unknown): 11/13/18 Prescriber: Eddie Armas Refills: 1 Quantity: 15 | | | |
| Atorvastatin Calcium (Lipitor) 40 MG Oral Tablet | Take 1 tablet (40 mg) by mouth daily at night | 11/13/18 - | Familial hypercholesterolemia |
| ▪ EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 1 Quantity: 90 | | | |
| ▪ EScript (unknown): 11/09/18 Prescriber: Eddie Armas Refills: 1 Quantity: 90 | | | |
| ▪ EScript (unknown): 11/13/18 Prescriber: Eddie Armas Refills: 1 Quantity: 90 | | | |
| Naproxen 500 MG Oral Tablet | Take 1 tablet (500 mg) by mouth 2 times per day with food or milk | 11/02/18 - | - |
| ▪ EScript (unknown): 11/02/18 Prescriber: Eddie Armas Refills: 2 Quantity: 60 | | | |
| Pantoprazole Sodium (Protonix) 40 MG Oral Tablet Delayed Release | Take 1 tablet (40 mg) by mouth daily | 11/02/18 - | - |
| ▪ EScript (unknown): 11/02/18 Prescriber: Eddie Armas Refills: 2 Quantity: 30 | | | |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Celecoxib (CeleBREX) 200 MG Oral Capsule | Take 1 capsule (200 mg) by mouth 2 times per day with food | 01/12/18 - 03/12/18 | - |
| ▪ EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 1 Quantity: 60 | | | |
| Ciprofloxacin HCl (Cipro) 500 MG Oral Tablet | Take 1 tablet (500 mg) by mouth 2 times per day for 10 days | - 04/26/18 | - |
| Provider comment: Pt stop this med long time ago. by Eddie Armas on 11/02/18 | | | |
| ▪ EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 0 Quantity: 20 | | | |
| ClomiPHENE Citrate 50 MG Oral Tablet | 1/2 tab po qd 25 days on, 5 days off | 12/13/17 - 03/13/18 | Erectile dysfunction |
| ▪ EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 3 Quantity: 15 | | | |
| Cyclobenzaprine HCl 10 MG Oral Tablet | Take 1 tablet (10 mg) by mouth 3 times per day as needed | 01/12/18 - 02/12/18 | - |
| ▪ EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 0 Quantity: 40 | | | |
| Ergocalciferol (Vitamin D (Ergocalciferol)) 50000 UNIT Oral Capsule | Take 1 capsule (50,000 units) by mouth weekly | 12/13/17 - 06/13/18 | - |
| ▪ EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 1 Quantity: 12 | | | |

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM                01/15/2019  9:53AM (GMT-05:00)

1/11/2019                    Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

| Hydrocortisone w/Acetic Acid (Hydrocortisone-Acetic Acid) 1-2 % Otic Solution | 3 drops into affected ear 3 times per day for 10 days | 12/13/17 - 12/23/17 | External otitis |
|---|---|---|---|

☛ EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 1 Quantity: 20

| Ibuprofen 800 MG Oral Tablet | 1 tab po bid prn | 04/04/18 - 07/04/18 | - |
|---|---|---|---|

☛ EScript (unknown): 04/04/18 Prescriber: Eddie Armas Refills: 2 Quantity: 60

| Pantoprazole Sodium 40 MG Oral Tablet Delayed Release | Take 1 tablet (40 mg) by mouth daily | 01/12/18 - 06/12/18 | - |
|---|---|---|---|

☛ EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 2 Quantity: 30
☛ EScript (unknown): 03/13/18 Prescriber: Eddie Armas Refills: 2 Quantity: 30

| Tadalafil (Cialis) 5 MG Oral Tablet | Take 1 tablet (5 mg) by mouth daily | 03/13/18 - 06/13/18 | BPH without urinary obstruction |
|---|---|---|---|

☛ EScript (unknown): 03/13/18 Prescriber: Eddie Armas Refills: 3 Quantity: 30

## Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Subjective

GENERAL:. wnl
MUCOSE. wnl
SKIN:. wnl
RESPIRATORY SYSTEM. wnl
CARDIOVASCULAR SYSTEM. RR
ABDOMEN:. soft, no painful, +BS, no organomegaly.
CNS:. no focal
THROAT:. wnl
LOWER EXTREMITIES. Right ankle painful
UPPER EXTREMITIES:. wnl

## Objective

General: Normotensive, in no acute distress.
Head: Normocephalic, no lesions.
Eyes: PERRLA, EOM's full, conjunctivae clear, fundi grossly normal.
Ears: EAC's clear, TM's normal.
Nose: Mucosa normal, no obstruction.
Throat: Clear, no exudates, no lesions.
Neck: Supple, no masses, no thyromegaly, no bruits.
Chest: Lungs clear, no rales, no rhonchi, no wheezes.
Heart: RR, no murmurs, no rubs, no gallops.
Abdomen: Soft, no tenderness, no masses, BS normal.
GU: Normal, no lesions, no discharge, no hernias noted.
Pelvic: BUS normal, no discharge,
Rectal: deferred.
Back: Normal curvature, mild tenderness.
Labs: ordered.
Extremities: Warm, well perfused, no edema.

DCN -20190219407447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

01/15/2019   9:53AM (GMT-05:00)

From:                                    01/15/2019 09:58   #557 P.009/009

1/11/2019                    Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

## Assessment

## Plan

Pt is oriented about his Diagnosis, prognosis, treatment & med s/e. Pt is counseled about safe sex, avoid STDs.

## Orders

### LAB ORDERS

No orders attached to this encounter.

### IMAGING ORDERS

No orders attached to this encounter.

## Screenings/ Interventions/ Assessments

No screenings/interventions/assessments recorded.

practicefusion

01/15/2019  9:53AM (GMT-05:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 816572
Date of Study: 08/30/2018
DOB: 04/19/1982
Exam Description: XR CHEST 2 VIEWS
DX: Pre-op

FINAL REPORT

INDICATION: Pre-op

TECHNIQUE: PA and lateral radiograph of the chest was obtained.

COMPARISON: None

FINDINGS:

The trachea is midline. The costophrenic recesses are sharp. The hemidiaphragms are well-visualized. No pulmonary consolidations are identified. There is no evidence of pneumothorax. The cardiothoracic silhouette is within normal limits in size. The visualized osseous and soft tissue structures are unremarkable.

IMPRESSION:

No radiographic evidence of acute cardiopulmonary abnormality.

Dictated By: Phelps Christopher J. 08/30/2018 09:40
Electronically Signed By: Zadeh Kambiz  08/30/2018 09:44

MR# : 224463
PATIENT : CHINCHILLA DAVIS
GENDER : M
DATE OF STUDY : 08/30/2018
DATE OF BIRTH : 04/19/1982

ACCOUNT NUMBER : 816572
PATIENT LOCATION : O
ORDERING PHYSICIAN : PAUL PERITO,
ATTENDING PHYSICIAN : PAUL PERITO,

HEIGHT : ft  in        WEIGHT : lbs       BSA : m2

--------------- APPROVED REPORT --------------

EKG Measurement

| | | AXES | |
|---|---|---|---|
| Heart Rate | 74 | | |
| PR | 166 | P | 76 |
| QRSd | 75 | QRS | 80 |
| QT | 354 | T | 55 |
| QTc | 381 | | |

;Conclusion;
SINUS RHYTHM WITH SINUS ARRHYTHMIA
NORMAL ECG
u waves
electrical/motion artifact

Signed by : DYLEWSKI
Electronically Approved : 08/30/2018 15:33:05

```
Print date:  1/11/19 16:10          C U M U L A T I V E   R E P O R T                    Page     1 -
Printed by: CRON                         Selected Encounters


    LARKIN COMMUNITY HOSPITAL                                    LABORATORY
    7031 SW 62ND AVE.                                            HADI YAZIJI, MD
    SOUTH MIAMI   FL  33143


    NAME: CHINCHILLA DAVIS                  DOB:  4/19/82           PCP: UNKNOWN PCP
    MR# : 000224463                         AGE: 36   SEX: M

                                        CHEMISTRY
```

| COLLECT | YR | 2018 | | | |
|---|---|---|---|---|---|
| | DT | 08/13 | | REFERENCE | |
| | TM | 07:00 | | LOW - HIGH | UNITS |

| | | | |
|---|---|---|---|
| GLU | 98 | 75 - 105 | mg/dL |
| BUN | 25 H | 6 - 20 | mg/dL |
| CREA | 1.09 | 0.45 - 1.29 | mg/dL |
| NA | 134 | 131 - 143 | mEq/L |
| K | 4.1 | 3.4 - 4.9 | mEq/L |
| CL | 100 | 95 - 107 | mEq/L |
| CO2 | 29 | 22 - 31 | mEq/L |
| CA | 9.1 | 8.3 - 10.1 | mg/dL |
| TP | 7.1 | 5.9 - 7.9 | g/dL |
| ALBUMIN | 4.8 | 3.5 - 5.1 | g/dL |
| BILIT | 0.9 | 0.1 - 0.9 | mg/dL |
| AST | 44 H | 7 - 30 | U/L |
| CHOL | 211 H | 25 - 200 | mg/dL |
| TRIG | 160 H | 10 - 150 | mg/dl |
| ALT | 43 H | 7 - 40 | U/L |
| HDL | 45 | 30 - 60 | mg/dL |
| ALKP | 79 | 31 - 110 | U/L |
| LDL | 134 | 80 - 190 | mg/dL |
| BUN/CREA | 23 | 7.0 - 25.0 | |
| OSMO | 272.6 | 261 - 280 | mOsm/L |
| VLDL | 32.0 | 2.0 - 40.0 | mg/dL |
| GLOB | 2.3 L | 2.4 - 3.5 | g/dL |
| A/G | 2.1 | 1.2 - 2.2 | |
| RISK | 4.69 | 4.08 | |
| GFR | 81 | | ml/min/1.73 |

```
    REPORTED DT   08/13/18
            TM    07:46


        Coronary Heart Disease RISK = T. CHOLESTEROL(mg/dL)/HDL(mg/dL)
                              MALE    FEMALE
           AVERAGE RISK:       5.0     4.4
           2X AVERAGE RISK:    9.6     7.1
           3X AVERAGE RISK:   23.4    11.0

    18 years and up:        60 - 120 mL/min/1.73
    Chronic kidney disease:   < 60 ml/min/1.73
    Kidney Failure:           < 15 ml/min/1.73
    For African Americans multiply reported GFR result by 1.210.
```

```
Print date:  1/11/19 16:10              C U M U L A T I V E   R E P O R T                      Page      2
Printed by: CRON                            Selected Encounters


   LARKIN COMMUNITY HOSPITAL                                    LABORATORY
   7031 SW 62ND AVE.                                            HADI YAZIJI, MD
   SOUTH MIAMI   FL  33143


   NAME: CHINCHILLA DAVIS                DOB:  4/19/82          PCP: UNKNOWN PCP
   MR# : 000224463                       AGE: 36    SEX: M


                                    CHEMISTRY OLYMPUS AU 2


================================================================================================
COLLECT  YR        2018
         DT        08/13                                 REFERENCE
         TM        07:00                                 LOW - HIGH    UNITS
...............................................................................................
RHEUMAFA          <10                                                  <10-14 IU/mL


REPORTED DT    08/13/18
         TM       08:41


COMMENTS:
8/13/18  8:41 RHEUMAFA See comment.test delayed due to analyzer maintanence.
```

```
Print date: 1/11/19 16:10            C U M U L A T I V E   R E P O R T           Page    3
Printed by: CRON                          Selected Encounters


   LARKIN COMMUNITY HOSPITAL                            LABORATORY
   7031 SW 62ND AVE.                                    HADI YAZIJI, MD
   SOUTH MIAMI   FL  33143


   NAME: CHINCHILLA DAVIS            DOB: 4/19/82            PCP: UNKNOWN PCP
   MR# : 000224463                  AGE: 36   SEX: M


                                     HEMATOLOGY


===============================================================================================
COLLECT  YR      2018
         DT      08/13                              REFERENCE
         TM      07:00                            LOW - HIGH       UNITS
...............................................................................................
WBC              6.0                                4.5 - 11.0      10^3/uL
RBC              5.54                               4.33 - 5.80     10^6/mcL
HGB              16.2                               11.7 - 17.0     g/dL
HCT              48.6 H                             36.0 - 47.7     %
MCV              87.7                               80.8 - 96.3     fL
MCH              29.2                               23.7 - 32.9     pg
MCHC             33.3                               32.8 - 35.7     g/dL
RDW              14.1                               11.0 - 15.0     %
RDWSD            44.5
PLT              191.0                             141.0 - 438      10^3/UL
MPV              10.2                                8.8 - 12.4     fL
%NEUT            53.0                               42.2 - 75.2     %
%LYMPH           36.3                               20.5 - 51.1     %
%MONO            7.8                                 3.0 - 11.0     %
%EOS             2.7                                 0.0 - 7.0      %
%BASO            0.2                                 0.0 - 2.0      %
#NEUT            3.2                                 1.4 - 6.5      10^3/mcL
#LYMPH           2.2                                 1.2 - 3.4      10^3/mcL
#MONO            0.5                                 0.0 - 1.2      10^3/mcL
#EOS             0.2                                 0.0 - 0.7      10^3/mcL
#BASO            0.0                                 0.0 - 0.2      10^3/mcL


REPORTED DT      08/13/18
         TM      07:28
```

```
Print date: 1/11/19 16:10          C U M U L A T I V E   R E P O R T                    Page    4
Printed by: CRON                          Selected Encounters
```

```
LARKIN COMMUNITY HOSPITAL                                  LABORATORY
7031 SW 62ND AVE.                                          HADI YAZIJI, MD
SOUTH MIAMI  FL  33143


NAME: CHINCHILLA DAVIS              DOB:  4/19/82          PCP: UNKNOWN PCP
MR# : 000224463                     AGE: 36    SEX: M


                                   SEROLOGY
```

```
===========================================================================================
COLLECT  YR      2018
         DT      08/13                              REFERENCE
         TH      07:00                              LOW · HIGH      UNITS
-------------------------------------------------------------------------------------------
HIV1/2AB   NON-REACTIVE                             NON-REACTIVE
HIV1P24    NON-REACTIVE                             NON-REACTIVE
RPR        NON-REACTIVE                             NON-REACTIVE


REPORTED DT    08/15/18
         TM      10:38
```

```
Print date: 1/11/19 16:10            CUMULATIVE REPORT                        Page    5
Printed by: CRON                        Selected Encounters


LARKIN COMMUNITY HOSPITAL                                   LABORATORY
7031 SW 62ND AVE.                                           HADI YAZIJI, MD
SOUTH MIAMI   FL  33143


NAME: CHINCHILLA DAVIS              DOB: 4/19/82        PCP: UNKNOWN PCP
MR# : 000224463                    AGE: 36   SEX: M

                                       REFERENCE

===============================================================================================
COLLECT  YR     2018          2018
         DT     08/13         08/13                            REFERENCE
         TM     09:00         07:00                         LOW - HIGH      UNITS
...............................................................................................
HPYLSTAG      NEGATIVE                               NEGATIVE
VITD125                       58.8                       19.9 - 79.3       pg/mL

REPORTED DT   08/17/18        08/13/18
         TM   12:59           07:28

SOURCE INFORMATION:
8/13/18  9:06 HPYLSTAG STOOL


COMMENTS:
8/14/18 12:36 VITD125  Performed at:  TA - LabCorp Tampa
                       5610 W LaSalle Street, Tampa, FL  336071770
                       Lab Director: Sean Farrier MD, Phone:  8008775227


8/17/18 12:59 HPYLSTAG TEST PERF. AT LABCORP 5610 W LASALLE ST, TAMPA, FL 33607
```

```
Print date: 1/11/19 16:10              C U M U L A T I V E   R E P O R T                    Page     6
Printed by: CRON                            Selected Encounters


LARKIN COMMUNITY HOSPITAL                                      LABORATORY
7031 SW 62ND AVE.                                             HADI YAZIJI, MD
SOUTH MIAMI  FL 33143


NAME: CHINCHILLA DAVIS            DOB: 4/19/82         PCP: UNKNOWN PCP
MR# : 000224463                   AGE: 36   SEX: M

                            ACCESS SPECIAL CHEMISTRY
```

| COLLECT | YR | 2018 | | | |
|---|---|---|---|---|---|
| | DT | 08/13 | | REFERENCE | |
| | TM | 07:00 | | LOW · HIGH | UNITS |
| VIT B12 | | 423 | | 180.0 · 914.0 | pg/mL |
| FOLIC | | 4.3 L | | 4.6 · 22.3 | ng/mL |
| PSA | | 1.0 | | 0 · 4.0 | ng/mL |
| T3FREE | | 3.7 | | 2.30 · 6.19 | pg/mL |
| T3 | | 1.14 | | 0.5 · 1.6 | ng/mL |
| T4FREE | | 0.81 | | 0.6 · 1.6 | ng/dL |
| TSH | | 3.98 | | 0.45 · 5.33 | mcIU/mL |
| TESTOST | | 5.4 | | 1.8 · 7.8 | ng/mL |

```
REPORTED DT  08/15/18
         TM     02:25


Based on method comparison between the current and restandardized
Access Folate assays, Beckman Coulter anticipates patient samples
will shift upward by approximately 30 to 45%.
```

```
Print date:  1/11/19 16:10          C U M U L A T I V E   R E P O R T                    Page    7
Printed by: CROW                         Selected Encounters
```

```
LARKIN COMMUNITY HOSPITAL                              LABORATORY
7031 SW 62ND AVE.                                      HADI YAZIJI, MD
SOUTH MIAMI   FL  33143

NAME: CHINCHILLA DAVIS          DOB:  4/19/82           PCP: UNKNOWN PCP
MRH : 000224463                 AGE: 36   SEX: M
```

                              URINALYSIS

```
=================================================================================================
COLLECT  YR      2018
         DT      08/13                                REFERENCE
         TM      07:00                                LOW - HIGH     UNITS
.................................................................................................
COLOR        LT. YELLOW                     YELLOW
APPEAR          CLEAR                        CLEAR
SP GRAV         1.015                            1.005 - 1.030
PH               6.0                             5.0 - 9.0
NITRITE       NEGATIVE                      NEGATIVE
GLUCOSE       NEGATIVE                      NEGATIVE
KETONE        NEGATIVE                      NEGATIVE
PROTEIN       NEGATIVE                      NEGATIVE
BLCOD         NEGATIVE                      NEGATIVE
BILI          NEGATIVE                      NEGATIVE
UROBIL           0.2                             0.2 - 1.0      E.U./dL
LEUK EST      NEGATIVE                      NEGATIVE
UA MICRO         NO                         ................

REPORTED DT   08/13/18
         TM      07:27

SOURCE INFORMATION:
8/13/18  7:00 UA       URINE
```

```
LARKIN COMMUNITY HOSPITAL            M I C R O B I O L O G Y   R E P O R T        0001 Tel# (305)284-7500
7031 SW 62ND AVE.                                                                    Printed by: CRON
SOUTH MIAMI, FL 33143                           ** FINAL **                       LABORATORY
                            Antimicrobial Susceptibility and Organism Identification Report
Name: CHINCHILLA DAVIS
 PT#: 0814723                               Status : C/P                        Admitted  : 8/13/18
 MRN: 000224463                            Service: LABORATORY                  Discharged: 8/13/18
 DOB: 04/19/1982                     Att Physician: ARMAS EDDIE
 Sex: M                           Medical Director: HADI YAZIJI, MD
 Race: W                          Family Physician: UNKNOWN PCP
```

```
                    Order#            :      1300          Collected: 8/13/18   7:00 by  BC
                    Cross Ref#        :    1749853         Received : 8/13/18   7:08 by  CG
                    Procedure         : CULTURE, URINE     Reported : 8/16/18  14:18 by  LOB
                    Specimen Number   :    1749853
                    Specimen Source   :  URINE
                    Ordering Physician :  ARMAS EDDIE
```

                            Microbiology Culture Comments

```
       Date   Time            Comments                                    Tech
       8/14   10:26    NO GROWTH IN 24 HRS                                 NS

       8/16   14:18    NO GROWTH IN 48 HOURS                              LOB

       8/16   14:19    Test Performed at                                  LOB
                       Palm Spring Campus Laboratory
                       1475 West 49th Street
                       Hialeah, FL 33012
```

```
   Print Date:   1/11/19  16:10              Printed by: CRON            Page:   1  ** FINAL **
```

DCN -201902194070447 BrcadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | Date: | 01/11/19 |
| Hospital | 1 | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 1 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|------|------|----|-------|-----------|
| 05/21/18 | 9:00 | | PT | PHYSICAL THERAPY |

Physical Therapy Daily Note (MARK AN "X" IN THE SPACE)

Patient Subjective: "I want to get better so I can go back to work"

(x) PT evaluation: performed

(x) Therapeutic Exercises: foot bridges, towel folding with toes, DF/PF, INV/EVE with yellow theraband.

(x) Therapeutic Activities: Pt instructed about HEP, dx and prognosis of condition.

(x) Gait Training: GT with no AD x 20' with emphasis on proper heel strike.

(x) Manual Therapy: STM, talus medial and lateral glide, distraction of ankle from tibia.

() Modalities:
() Neuromuscular Re-education:

Response to care: This is a 36 year old patient who had a fall at a gas station on March 31 and was dx with a displaced fx of R tibia. Pt was on a cast for 2 weeks and on April 17 he went to sx. After sx he was on a cast for 3 weeks and on May 4 cast was removed and was put on a boot. Pt does not know when to stop the boot and was recommended to see Dr about it.

ROM
PF 12 deg
DF 20 deg
INV 22 deg
EVE 10 deg

MMT
2/5

walking tolerance 300 m

Pain level 3/10

Plan: Focus on pain, ROM, strength to return pt to PLOF.

| 05/22/18 | 14:00 | | PT | PHYSICAL THERAPY |

Physical Therapy Daily Note (MARK AN "X" IN THE SPACE)

Patient Subjective: "I feel electricity has helped a lot"

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | | Date: | 01/11/19 |
| Hospital | 1 | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 2 of 8 |
| Patient #: | 805376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
| --- | --- | --- | --- | --- |

() PT evaluation:

(x) Therapeutic Exercises: foot bridges, towel folding with
toes, DF/PF, INV/EVE AROM in supine. In standing: DF/PF with
theraband disc. Heel raises on // Bars.

(x) Therapeutic Activities: Pt instructed about HEP, dx and
prognosis of condition.

(x) Gait Training: GT with no AD x 20' with emphasis on
proper heel strike.

(x) Manual Therapy: STM, talus medial and lateral glide,
distraction of ankle from tibia.

() Modalities:
() Neuromuscular Re-education:

Response to care: As per Dr. Blanco pt is to use the boot at
all times outside of therapy room which will be substituted
by a brace soon. Pt is FWB at this time.

Plan: Focus on pain, ROM, strength to return pt to PLOF.

| 05/23/18 | 14:00 | | Physical Therapy Assistant |
| --- | --- | --- | --- |

Patient Subjective:" I am better, my R ankle is stronger
and less painful than before."

() PT evaluation:
() Therapeutic Exercises:In standing, heel raises, theraband
disc and heel raises on foam. Pt also performed AROM
exercises on R ankle using green theraband in all available
planes. All exercises 15 reps x 3 sets with rest periods.
() Therapeutic Activities:SCifit x 10 minutes to increase
coordination and R ankle ROM.
() Gait Training:
() Manual Therapy:Pt received STM on R ankle x 10 minutes to
decrease pain and to improve tissue flexibility.
() Modalities:CP on R ankle x 10 minutes to decrease
inflammation and to decrease pain.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better.
Plan:Continue with POC in order to improve safety and R
ankle ROM.

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | | Date: | 01/11/19 |
| Hospital | 1 | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 3 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|-----------|
| 05/30/18 | 15:05 | | | Physical Therapy Assistant |

Patient Subjective:"I feel better but my R heel is bothering me today."

() Therapeutic Exercises: All exercises 10 reps x 3 sets.
Heel raise-plantar flexion
heel raise-dorsiflexion
dorsiflexion isometric
plantar flexion isometric
towel slides inversion
towel slides eversion
towel curls
marble pick up
plantar fascia roll
arch lift
arch raises

() Therapeutic Activities: Nustep x 10 minutes to improve R ankle ROM and B LEs strength.
() Manual Therapy: STM on R plantar and dorsal area of R foot to improve ROM.
() Modalities:MHP on R ankle x 10 minutes to improve ROM and to decrease pain.  Pt also received US on R ankle x 8 minutes to decrease pain and to improve flexibility.

Response to care:Pt tolerated tx well and is able to perform therex without difficulty. Pt received education on HEP and verbalized good understanding of it.

Plan:Continue with POC in order to decrease pain and to improve functional mobility.

| 05/31/18 | 13:30 | | | Physical Therapy Assistant |

Patient Subjective:"I am ok ut I am worried about the swelling of my R foot."

() PT evaluation:
() Therapeutic Exercises:In standing, heel raises, theraband disc and heel raises on foam. Pt also performed AROM exercises on R ankle using green theraband in all available planes. All exercises 15 reps x 3 sets with rest periods.
() Therapeutic Activities:SCifit x 10 minutes to increase coordination and R ankle ROM.
() Gait Training:
() Manual Therapy:Pt received STM on R ankle x 10 minutes to

Larkin Community Hospital

| User: | CRON | Patient Care Notes | Date: | 01/11/19 |
| Hospital | 1 | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 4 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
| --- | --- | --- | --- | --- |

decrease pain and to improve tissue flexibility.
() Modalities:CP on R ankle x 10 minutes to decrease
inflammation and to decrease pain.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better.
Plan:Continue with POC in order to improve safety and R
ankle ROM.

---

| 06/01/18 | 15:00 | | Physical Therapy Assistant |

Patient Subjective:"I feel better but my R ankle is

bothering me today."

() Therapeutic Exercises: All exercises 10 reps x 3 sets.
Heel raise-plantar flexion
heel raise-dorsiflexion
dorsiflexion isometric
plantar flexion isometric
towel slides inversion
towel slides eversion
towel curls
marble pick up
plantar fascia roll
arch lift
arch raises

() Therapeutic Activities: Nustep x 10 minutes to improve R
ankle ROM and B LEs strength.
() Manual Therapy: STM on R plantar and dorsal area of R
foot to improve ROM.
() Modalities:MHP on R ankle x 10 minutes to improve ROM
and to decrease pain.  Pt also received US on R ankle x 8
minutes to decrease pain and to improve flexibility.

Response to care:Pt tolerated tx well and is able to perform
therex without difficulty. Pt received education on HEP and
verbalized good understanding of it.

Plan:Continue with POC in order to decrease pain and to
improve functional mobility.

---

| 06/04/18 | 13:00 | | Physical Therapy Assistant |

Larkin Community Hospital

| User: | CRON | Patient Care Notes | Date: | 01/11/19 |
| Hospital | 1 | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 5 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
| --- | --- | --- | --- | --- |

Patient Subjective:"I feel better, I continue doing
exercises at home."

() PT evaluation:
() Therapeutic Exercises:In standing, heel raises, theraband
disc and heel raises on foam. Pt also performed AROM
exercises on R ankle using green theraband in all available
planes. All exercises 15 reps x 3 sets with rest periods.
() Therapeutic Activities:SCifit x 10 minutes to increase
coordination and R ankle ROM.
() Gait Training:
() Manual Therapy:Pt received STM on R ankle x 10 minutes to
decrease pain and to improve tissue flexibility.
() Modalities:CP on R ankle x 10 minutes to decrease
inflammation and to decrease pain.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better.
Plan:Continue with POC in order to improve safety and R
ankle ROM.

| 06/05/18 | 14:00 | | Physical Therapy Assistant |

Patient Subjective:"I feel much better, my pain has decrease
to 3/10 on my R ankle."

() Therapeutic Exercises: Seated, BAPS for
bilateral ankle PF, DF, 2 sets of 10 repetitions. Supine,
Resisted ankle DF with red T-band with minimal resistance 10
reps. PROM stretches to bilateral gastroc/soleus, heel
cords, plantarfasciae 10 reps.

() Gait Training:
() Manual Therapy:STM and cross friction massage x 15
minutes on R heel for thightness and pain.

() Modalities:MHP to R heel for 10 minutes prior
stretches. US to medial aspect of R heel at 3.3 MHz, 50% and
1.0 W/cm2 for 15 minutes.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better after tx. Pt received HEP and demonstrated good
understanding of it.

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | | Date: | 01/11/19 |
| Hospital | 1 | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | | Page: | 6 of 8 |
| Patient #: | 806376 | | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
| --- | --- | --- | --- | --- |

Plan:Continue with POC.

---

06/06/18   13:00                                                    Physical Therapy Assistant

Patient Subjective:"I am better"

() PT evaluation:
() Therapeutic Exercises:In standing: heel raises, squads,
stairs pushing up with R foot, GS stretch on slant board
with B medial wedge 3x1, Ankle 4 ways with GTB x 30 . In
supine: EV, IV,DF, and PF with green theraband to increase
resistance. 10
reps x 3 sets with rest periods.
() Therapeutic Activities: Nustept x 10 minutes to increase
R ankle ROM.
() Gait Training:
() Manual Therapy:STM on R ankle x 10 minutes to increase
ROM and tissue flexibility.
() Modalities:US x 8 minutes at 20%, 1.5 w/cm2at 3.3 Mhz on
R heel area to decrease pain and to improve tissue
flexibility.
() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better after tx.

Plan:Continue with POC in order to improve overal functional
mobility and to decrease pain.

---

06/11/18   14:00                                                    Physical Therapy Assistant

Patient Subjective:"I feel better but my R heel is
bothering me today."

() Therapeutic Exercises: All exercises 15reps x 3 sets.
Heel raise·plantar flexion
heel raise-dorsiflexion
dorsiflexion isometric
plantar flexion isometric
towel slides inversion
towel slides eversion
towel curls
marble pick up
plantar fascia roll

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | | Date: | 01/11/19 |
| Hospital | 1 | | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page: | 7 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|------|------|----|-------|------------|

arch lift
arch raises

() Therapeutic Activities: Nustep x 10 minutes to improve R
ankle ROM and B LEs strength.
() Manual Therapy: STM on R plantar and dorsal area of R
foot to improve ROM.
() Modalities:MHP on R ankle x 10 minutes to improve ROM
and to decrease pain. Pt also received US on R ankle x 8
minutes to decrease pain and to improve flexibility.

Response to care:Pt tolerated tx well and is able to perform
therex without difficulty. Pt received education on HEP and
verbalized good understanding of it.

Plan:Continue with POC in order to decrease pain and to
improve functional mobility.

| 06/12/18 | 14:00 | | Physical Therapy Assistant |

Patient Subjective:"I feel much better, my pain has decrease
to 3/10 on my R ankle."

() Therapeutic Exercises: Seated, BAPS for
bilateral ankle PF, DF, 2 sets of 10 repetitions. Supine,
Resisted ankle DF with red T-band with minimal resistance 10
reps. PROM stretches to bilateral gastroc/soleus, heel
cords, plantarfasciae 10 reps.

() Gait Training:
() Manual Therapy:STM and cross friction massage x 15
minutes on R heel for thightness and pain.

() Modalities:MHP to R heel for 10 minutes prior
stretches. US to medial aspect of R heel at 3.3 MHz, 50% and
1.0 W/cm2 for 15 minutes.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better after tx. Pt received HEP and demonstrated good
understanding of it.

Plan:Continue with POC.

Larkin Community Hospital
Patient Care Notes

| User: | CRON | | Date: | 01/11/19 |
| Hospital | 1 | | Time: | 16:19 |

| Patient Name: | CHINCHILLA DAVIS | | | Page | 8 of 8 |
| Patient #: | 806376 | Attending: | BLANCO CHRISTOPHER DPM | | |
| Med Rec #: | 224463 | Admitted: | 05/21/18 9:06 | | |

| Date | Time | By | Title | Discipline |
|------|------|-----|-------|------------|
| 06/13/18 | 11:30 | | | Physical Therapy Assistant |

Patient Subjective:"I am better, my R ankle continues
swollen but I feel better"

() Therapeutic Exercises: Seated, BAPS for
bilateral ankle PF, DF, 3 sets of 15 repetitions. Supine,
Resisted ankle DF with red T-band with minimal resistance 10
reps. PROM stretches to bilateral gastroc/soleus, heel
cords, plantarfasciae 10 reps.

() Gait Training:
() Manual Therapy:STM and cross friction massage x 15
minutes on R ankle lateral aspect for thightness and pain.

() Modalities:MHP to R ankle for 10 minutes prior

stretches. US to medial aspect of R ankle at 3.3 MHz, 50%
and
1.0 W/cm2 for 15 minutes.

() Neuromuscular Re-education:

Response to care:Pt tolerated tx well and reported feeling
better after tx. Pt received HEP and demonstrated good
understanding of it. Pt has met all LTG's.

Plan:Pt is being d/c having met all LTG's.

*** End of Report ***

## Podiatry ER Consult

### Larkin Community Hospital

| | | | | | |
|---|---|---|---|---|---|
| Name | Chinchilla, Davis | Date of Service | Mar-31-2018 2020 | DOB | Apr-19-1982 (M) |
| Attending | PINELO VASQUEZ | Admitted | Mar-31-2018 | Encounter | 801288 |
| Primary | UNKNOWN PCP | Discharged | Mar-31-2018 | MRN | 224463 |

CC: Right ankle fracture

History of Present Illness:
A 35 year old male with no PMHx presents to the Larkin ED for a right ankle injury that happened earlier today - he states he was stepping over a gas pump line and rolled his ankle. The patient presented to an urgent care - he did not think it was broken but they told him he had broken his fibula and placed him in a posterior splint  The patient states he is in a lot of pain. He denies any fever, chills, nausea, and vomiting.

Home Medications: see chart

Past Medical and Psychiatric History: None reported

Surgical History: None

Allergies: No known Allergies

Social History: PAtient works at larkin hospital

Family History
non contributory

Review of Systems:
ROS - Constitutional
Neg: fever, weakness, malaise

ROS - Integumentary
Negative For: Clubbing, Bruising

ROS - HEENT
ROS - Head
Negative For: Head injury, Vertigo, Dizziness, Headache

ROS - Eyes
Negative For: Discharge, Swelling

ROS - Cardiovascular
Negative For: Dyspnea, Chest pain, Palpitations

ROS - Respiratory
Negative For: Hemoptysis, cough

ROS - GI
Negative for abdominal pain; denies N/V

ROS - Peripheral Vascular
Negative For: Clubbing of nail, Cyanosis

ROS - Musculoskeletal
Positive For: Joint stiffness, pain, limited ROM

Physical Exam
Vital Signs:
Physical Exam
GENERAL APPEARANCE: Appears to be in no acute distress. AAO x 3.
HEAD: negative for raccoon eyes, hematoma
THROAT: negative for gingivitis and plaques
CARDIAC: Normal S1 and S2. No S3, S4 or murmurs. Rhythm is regular.
LUNGS: Clear to auscultation and percussion without rales, rhonchi, wheezing or diminished breath sounds.
ABDOMEN: normal bowel sounds
PERIPHERAL: DP/PT diminished bilaterally, no peripheral cyanosis, B/L LE edema

Lower Extremity Exam:
Derm:
Ecchymosis noted to the right ankle - there are no open lesions present to the area.

1 of 2

## Podiatry ER Consult

### Larkin Community Hospital

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Chinchilla, Davis | Date of Service | Mar 31 2018 2020 | DOB | Apr-19-1982 (M) |
| Attending | PINELO VASQUEZ | Admitted | Mar-31-2018 | Encounter | 801288 |
| Primary | UNKNOWN PCP | Discharged | Mar-31-2018 | MRN | 224463 |

Vascular: DP and PT palpable BL LE.  No duskyness or gangrene present. Severe edema noted to the lateral and medial aspects of the right leg.
Neuro: gross sensation to light touch diminished bilateral LE
Musk: +4/5 all 4 compartments of bilateral LE Pain with palpation to the lateral aspect of the right lower extremity over the lateral malleolus.

Radiographs show a distal fibular spiral fracture. No fractures to the tibia noted. There is increase in medial clear space and the talus is partially subluxed laterally which may be indicative of a rupture to the deltoid ligament.

Assessment:
1.Distal fibular fracture right leg

Plan:
-Pt seen and evaluated.
-Patient placed back in posterior splint and given followup with Dr. Christopher Blanco the week of April 9th. Patient to remain NWB,
-Strict offloading
-Patient OK to DC per podiatry with outpatient followup.

-Pt seen under the supervision of Dr. Christopher Blanco DPM

Electronically signed by MILLAR SARA on Mar-31-2018 2044

By cosigning this document, I acknowledge that the following has been performed with the Resident/Physician Assistant/Nurse Practitioner:
- I evaluated & examined the patient with them.
- I am directly involved with the care and medical management of the patient.
- I discussed & reviewed the medical problems & comorbidities.
- A treatment plan has been developed as documented in the progress note and/or orders.
- Any additional information will be entered as an additional note or addendum.
Electronically signed by BLANCO CHRISTOPHER DPM MD on Apr-10-2018 1217

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description: TIBIA FIBULA RT 2 VIEWS XR
DX: Deformity

FINAL REPORT

INDICATION: Deformity

TECHNIQUE: AP and lateral views of right tibia and fibula.

COMPARISON: No prior exam.

FINDINGS:

There is an oblique lucent line in the distal right metadiaphysis of right fibula. No focal lytic or blastic lesions. There is moderate lateral malleolar or lateral ankle soft tissue swelling.

IMPRESSION:

1 oblique nondisplaced fracture of distal metadiaphysis of fibula extending to the level of ankle mortise.. Moderate lateral ankle swelling.

Dictated By: Anwarulislam Syed  03/31/2018 20:05
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:29

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description: KNEE RT 3 VIEWS
DX: Deformity

FINAL REPORT

INDICATION: Deformity

TECHNIQUE: AP, lateral and oblique views of right knee.

COMPARISON: None.

FINDINGS:

No acute fracture or dislocation. No focal lytic or blastic lesions. Soft tissues are unremarkable.

IMPRESSION:

No acute fracture or dislocation.

Dictated By: Anwarulislam Syed  03/31/2018 20:07
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:28

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description: FOOT RT 3+ VIEWS XR
DX: Deformity

FINAL REPORT

INDICATION: Deformity

TECHNIQUE: AP, lateral and oblique views of right foot.

COMPARISON: Right tibia-fibula radiograph.

FINDINGS:

Read demonstrated, nondisplaced fracture of lateral malleolus extending to the level of ankle mortise. There is diffuse ankle soft tissue swelling, more pronounced in the posterior and lateral ankle. There also small ankle joint effusion. Overlying cast is noted.

IMPRESSION:

1. Acute nondisplaced oblique fracture of lateral malleolus extending to the level of ankle mortise.

Dictated By: Anwarulislam Syed  03/31/2018 20:09
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:28

Patient Name: Chinchilla, Davis
MR Number: 224463
Acct Number: 801288
Date of Study: 03/31/2018
DOB: 04/19/1982
Exam Description: ANKLE RT 3+ VIEWS XR
DX: Deformity

FINAL REPORT

INDICATION: Deformity

TECHNIQUE: AP, lateral and oblique views of right ankle.

COMPARISON: X-ray of right foot and right tibia and fibula.

FINDINGS:

The demonstrated, oblique fracture of right lateral malleolus extending to the level of articular surface of ankle mortise there is diffuse soft tissue swelling of the ankle more pronounced on the lateral and posterior aspect. There is small ankle joint effusion.

IMPRESSION:

1. Acute nondisplaced oblique fracture of lateral malleolus, extending to the level of ankle mortise.

Dictated By: Anwarulislam Syed  03/31/2018 20:11
Electronically Signed By: Hassanzadeh Kambiz  04/02/2018 13:28

Physician Documentation
  Larkin Community Hospital
Name: Davis Chinchilla
Age: 35 yrs
Sex: Male
DOB: 04/19/1982
MRN: 224463
Arrival Date: 03/31/2018
Time: 18:40
Account#: 801288
Bed 1
Private MD:
ED Physician Puentes, Javier
HPI:
03/31
18:56 This 35 yrs old White Male presents to ER via Walk-In with complaints gap
       of Leg Pain - Right leg pain.
19:01 Patient reports he falls on his right foot in adduction today at 3    gap
       pm. patient went to Urgent Care where put a splint.
20:49 The patient presents with Fracture in the right fibula ( lateral    jp2
       malleolus) , with pain. and decrease ROM. The complaints affect the
       right ankle. Context: The problem was sustained Gass station at 03:00
       pm today. Onset: The symptom(s)/episode began/occurred acutely,
       today, at 15:00. Modifying factors: The symptoms are alleviated by
       nothing. the symptoms are aggravated by walk .. Associated signs and
       symptoms: Pertinent positives: pain right ankle..
20:49 Acuity: Semi-Urgent (4)                        jp2

Historical:
- Allergies:
18:47 No known Allergies;                        ar1
- PMHx:
19:42 Gastritis;                        ar1
- PSHx:
19:41 None;                        ar1

- Immunization history: Pneumococcal vaccine status is unknown, Flu
   vaccine is up to date.
- Social history: Smoking status: Patient states was never smoker of
   tobacco: Patient/guardian denies using alcohol, street drugs, Race:
   White, Ethnicity: Hispanic or Latino Preferred Language: Spanish,
   The patient speaks a little English.


ROS:


*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

19:09 Constitutional: Negative for fever, chills, and weight loss, Eyes:   gap
Negative for injury, pain, redness, and discharge, ENT: Negative for
injury, pain, and discharge, Neck: Negative for injury, pain, and
swelling, Cardiovascular: Negative for chest pain, palpitations, and
edema, Respiratory: Negative for shortness of breath, cough,
wheezing, and pleuritic chest pain, Abdomen/GI: Negative for
abdominal pain, nausea, vomiting, diarrhea, and constipation, Back:
Negative for injury and pain, GU: Negative for injury, bleeding,
discharge, and swelling.

19:09 MS/extremity: Positive for injury or acute deformity, decreased range
of motion, deformity, pain, tenderness.

19:09 Skin: Negative for abscesses, burn, cellulitis.

19:09 Neuro: Negative for altered mental status, dizziness, hearing loss,
loss of consciousness, numbness.

19:09 Psych: Negative for anxiety, depression, drug dependence, auditory
hallucinations, visual hallucinations, homicidal ideation, insomnia,
suicide gesture, suicidal ideation.

19:09 Allergy/Immunology: Negative for allergies, hayfever, hives.

19:09 Endocrine: Negative for goiter, cold intolerance, heat intolerance,
polydipsia, polyphagia, polyuria, weight gain, weight loss.

19:09 Hematologic/Lymphatic: Negative for anemia, abnormal bleeding.

Exam:

19:11 Constitutional: This is a well developed, well nourished patient who gap
is awake, alert, and in no acute distress. Head/Face: Normocephalic,
atraumatic. Eyes: Pupils equal round and reactive to light,
extra-ocular motions intact. ENT: Nares patent. No nasal discharge,
no septal abnormalities noted. Tympanic membranes are normal and
external auditory canals are clear. Oropharynx with no redness,
swelling, or masses, exudates, or evidence of obstruction, uvula
midline. Mucous membranes moist. Neck: No Meningismus.
Chest/axilla: Normal chest wall appearance and motion. Nontender
with no deformity. No lesions are appreciated. Cardiovascular:
Regular rate and rhythm with a normal S1 and S2. No gallops,
murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
Respiratory: Lungs have equal breath sounds bilaterally, clear to
auscultation and percussion. No rales, rhonchi or wheezes noted. No
increased work of breathing, no retractions or nasal flaring.
Abdomen/GI: Soft, non-tender, with normal bowel sounds. No
distension or tympany. No guarding or rebound. No evidence of
tenderness throughout. Back: No spinal tenderness. No
costovertebral tenderness. Full range of motion. Skin: Warm, dry
with normal turgor. Normal color with no rashes, no lesions, and no
evidence of cellulitis.

19:11 Musculoskeletal/extremity: ROM: limited active range of motion due to
pain, in the right leg, Pulses: are normal with no appreciated

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

deficits, Sensation intact. Compartment Syndrome exam of affected extremity: is normal. severe pain, with passive ROM, Joints: the right ankle displays deformity, pain at rest, painful range of motion, tenderness, the right knee displays painful range of motion, tenderness, Tendon exam: unable to examine DVT Exam: no swelling, negative Homans' sign noted on exam, no appreciated bluish discoloration, no erythema, no increased warmth, Calves: have equal circumference.

19:15 Skin: Exam negative for abscess, burn, cellulitis, cyanosis.        gap

19:15 Neuro: Orientation: to person, place & time. Mentation: is normal, Memory: is normal, Cranial nerves: grossly normal, Cerebellar function: is grossly normal, Motor: is normal, Sensation: is normal, Gait: unable to assess, right ankle pain.

19:15 Psych: Exam negative for hallucinations, delusions, inappropriate behavior, psychosis, paranoia.


Vital Signs:

19:05 BP 147 / 83; Pulse 75; Resp 15; Temp 98.1(O); Pulse Ox 97% on R/A;   ar1 Weight 185.19 lbs; Height 5 ft. 6 in. (167.64 cm) (R); Pain 10/10;

19:49 BP 132 / 76 LA Supine (auto/); Pulse 63 LA; Resp 13 S; Pulse Ox 98%   ar1 on R/A;

20:44 BP 128 / 65 LA Supine (auto/); Pulse 61 LA; Resp 16 S; Pulse Ox 97%   ar1 on R/A;

19:05 Body Mass Index 29.89 (84.00 kg, 167.64 cm)                ar1


MDM:

20:20 Data reviewed: vital signs, nurses notes.                jp2

20:41 ED course: Patient has fracture of the fibula ( lateral malleolus)   jp2 with small displacement. I order Morphine 2 mg IVP . The Podiatric Physician and me checked the pulse ,skin sensation , color( Patient had not abnormality in pulse, skin color and sensation of the right lower extremity. Patient has Fallow up with DR Christopher Blanco the week of April 9-13 ( Phone 305 264 2632).7500 NV 25 st # 112 Miami 33122 .Patient is discharge with pain medication and excuse for 7 days..


03/31

19:01 Order name: CBC W/ PLT AUTO DIFF; Complete Time: 19:27        gap

03/31

19:28 Interpretation: Abnormal: RBC 5.92; HEMOGLOBIN 17.1; HEMATOCRIT 49.8; gap % LYMPHOCYTES 12.5; ABSOLUTE NEUTROPHILS 8.4.

03/31

19:01 Order name: BMP; Complete Time: 20:25                gap

03/31

20:25 Interpretation: GLUCOSE SERUM 130; BLOOD UREA NITROGEN 31.        jp2

03/31

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

19:01 Order name: PTT                                   gap
03/31
19:01 Order name: PROTHROMBIN TIME W/ INR                      gap
03/31
19:01 Order name: URINALYSIS                       gap
03/31
19:01 Order name: XR FOOT 3+ VIEWS RIGHT; Complete Time: 20:25        gap
03/31
20:27 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION:  jp2
             1.  Acute nondisplaced oblique fracture of lateral malleolus extending
             to the level of ankle mortise. Dictated By: Anwarulislam Syed
             03/31/2018 20:09Electronically Signed By:.
03/31
19:01 Order name: XR TIBIA FIBULA 2 VIEWS RIGHT; Complete Time: 20:25     gap
03/31
20:28 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION: 1 jp2
             oblique nondisplaced fracture of distal metadiaphysis of fibula
             extending to the level of ankle mo Dictated By: Anwarulislam Syed
             03/31/2018 20:05Electronically Signed By:.
03/31
19:01 Order name: XR KNEE 3 VIEWS RIGHT; Complete Time: 20:25        gap
03/31
20:28 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION:  jp2
             No acute fracture or dislocation. Dictated By: Anwarulislam Syed
             03/31/2018 20:07Electronically Signed By:.
03/31
19:35 Order name: ANKLE 3+ VIEWS RIGHT XR                   gap
03/31
20:29 Interpretation: Abnormal: Per Radiologist's finding(s): IMPRESSION:  jp2
             1.  Acute nondisplaced oblique fracture of lateral malleolus,
             extending to the level of ankle mortise Dictated By: Anwarulislam
             Syed 03/31/2018 20:10Electronically Signed By:.

Dispensed Medications:
19:46 Drug: morphine 4 mg {Note: Pharmacy review overridden due to        ar1
Physician Discretion.} Route: IVP; Site: right hand;
20:20 Follow up: Response: No adverse reaction; Pain is unchanged,        ar1
physician notified
20:34 Drug: morphine 2 mg {Note: Pharmacy review overridden due to        ar1
Patient's Condition.} Route: IVP; Site: right hand;
21:20 Follow up: Response: No adverse reaction; Pain is decreased        ar1


Medication:
20:07                            tm


*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Disposition:
20:20 Physician Statement: I evaluated & examined the patient with the     jp2
        resident I am directly involved with the care and medical management
        of the patient I discussed & reviewed the medical problems &
        comorbidities as a team A Treatment plan has been developed.

Disposition:
03/31/18 21:02 Discharged to Home with Self Care. Impression: Displaced
    oblique fracture of shaft of right fibula, initial
    encounter for closed fracture.
- Condition is Undetermined.
- Discharge Instructions: Form - Excuse from Work, School, or
    Physical Activity.
- Prescriptions for Percocet 5- 325 mg Oral Tablet - take 1 tablet by
    ORAL route every 6 hours As needed; 20 tablet.
- Medication Reconcilliation Form form.
- Follow up: BLANCO, CHRISTOPHER DPM, DPM; When: The week of April
    9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122.
- Problem is new.
- Symptoms are unchanged.

Signatures:
Dispatcher MedHost              EDMS
Martins, Teresita              tm
Regueiro, Asiel, RN            RN  ar1
Puentes, Javier, MD            MD  jp2
Pinelo, Guillermo, MD           MD  gap

Corrections: (The following items were deleted from the chart)
19:25 19:01 Patient reports he fall on his right foot in overextension     gap
today at 3 pm. patient went to Urgent care where put splint. gap
21:03 21:02 03/31/2018 21:02 Discharged to Home with Self Care. Impression: jp2
Displaced oblique fracture of shaft of right fibula, initial
encounter for closed fracture. Condition is Undetermined. Discharge
Instructions: Medication Reconciliation Form. Follow up: CHRISTOPHER
DPM BLANCO; When: The week of April 9-13 /2018 ,Phone (305 264 2632).
7500 NW 25 st # 112 Miami 33122. Problem is new. Symptoms are
unchanged. jp2
21:12 21:03 03/31/2018 21:02 Discharged to Home with Self Care. Impression: jp2
Displaced oblique fracture of shaft of right fibula, initial
encounter for closed fracture. Condition is Undetermined. Discharge

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Instructions: Medication Reconciliation Form. Prescriptions for
Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6
hours As needed; 20 tabletFollow up: CHRISTOPHER DPM BLANCO; When:
The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st #
112 Miami 33122. Problem is new. Symptoms are unchanged. jp2

*********************************************************************************

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Nurse's Notes
  Larkin Community Hospital
Name: Davis Chinchilla
Age: 35 yrs
Sex: Male
DOB: 04/19/1982
MRN: 224463
Arrival Date: 03/31/2018
Time: 18:40
Account#: 801288
Bed 1
Private MD:
Diagnosis: Displaced oblique fracture of shaft of right fibula, initial
    encounter for closed fracture

Presentation:
03/31
18:41 Transition of care: patient was not received from another setting of  ia
        care.
18:41 Method Of Arrival: Walk-In                              ia
18:41 Presenting complaint: Patient states: " I have severe pain on my     ar1
        right leg ".
18:41 Acuity: Urgent (3)                          ar1

Triage Assessment:
19:42 General: Appears in no apparent distress, uncomfortable, well      ar1
        developed, well nourished, well groomed, Behavior is anxious,
        appropriate for age, cooperative. Pain: Complains of pain in right
        leg Pain does not radiate. Pain currently is 10 out of 10 on a pain
        scale. Quality of pain is described as dull, stabbing, Pain began 4
        hours ago Is continuous Alleviated by nothing. Aggravated by
        increased activity, repositioning, weight bearing. EENT: No deficits
        noted. Neuro: Level of Consciousness is awake, alert, Oriented to
        person, place, time, event. Cardiovascular: No deficits noted.
        Capillary refill < 3 seconds Heart tones S1 S2 present. Respiratory:
        Breath sounds are clear bilaterally. GI: No deficits noted. Abdomen
        is non- distended Bowel sounds present X 4 quads. GU: Urine is clear.
        Skin Assessment: Skin is intact. Musculoskeletal: No deficits noted.

Historical:
- Allergies: No known Allergies;
- PMHx: Gastritis;
- PSHx: None;
- Immunization history: Pneumococcal vaccine status is unknown, Flu
    vaccine is up to date.

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

- Social history: Smoking status: Patient states was never smoker of
  tobacco. Patient/guardian denies using alcohol, street drugs, Race:
  White, Ethnicity: Hispanic or Latino Preferred Language: Spanish,
  The patient speaks a little English.


Screening:
18:55 Pneumonia/Influenza Vaccine Screening: Completed in Medhost "Patient   ar1
      Care", see medical record. Abuse screen: Denies threats or abuse.
      Denies injuries from another. Nutritional screening: No deficits
      noted. Fall Risk History of Falls - No history of falls (0 points) No
      secondary diagnosis (0 pts). Ambulatory Aid- None (0 points) No IV (0
      pts). Gait- Normal (0 points) Mental Status- Oriented to own ability
      (0 points) Total Morse Fall Scale indicates (0 - 45 points) Low Risk
      As available Patient and Family Educated on Fall Prevention Program
      and strategies. Fall prevention measures have been instituted. Side
      Rails Up X 2 Placed close to Nursing Station Frequent Obs/Assesments
      occuring.
18:55 Psych Fall Risk. Patient Age Less than 50 (8 points).          ar1
19:21 Patient Personal Effects: Patient arrived with black pant , gray    fg
      t-shirt.
19:45 Psych Fall Risk. Mental Status Fully Alert, Oriented (4 points).    ar1
19:45 Psych Fall Risk. Agitated or Anxious? No (0 points).          ar1
19:45 Psych Fall Risk. Elimination Independent with control of bowel or   ar1
      bladder (8 points).
19:45 Psych Fall Risk. The patient takes No Medications (10 points).      ar1

Vital Signs:
19:05 BP 147 / 83; Pulse 75; Resp 15; Temp 98.1(O); Pulse Ox 97% on R/A;   ar1
      Weight 185.19 lbs; Height 5 ft. 6 in. (167.64 cm) (R); Pain 10/10;
19:49 BP 132 / 76 LA Supine (auto/); Pulse 63 LA; Resp 13 S; Pulse Ox 98%  ar1
      on R/A;
20:44 BP 128 / 65 LA Supine (auto/); Pulse 61 LA; Resp 16 S; Pulse Ox 97%  ar1
      on R/A;
19:05 Body Mass Index 29.89 (84.00 kg, 167.64 cm)                  ar1

ED Course:
18:41 Patient arrived in ED.                          ia
18:55 Pinelo, Guillermo, MD is Attending Physician.              gap
19:05 None.                               ar1
19:22 Labs drawn. (by ED staff). Sent per order to lab. Inserted peripheral fg
      IV: 20 gauge in right hand.
19:22 Patient has correct armband on for positive identification. Placed in fg
      gown. Bed in low position. Call light in reach. Side rails up X2.
19:49 Regueiro, Asiel, RN is Primary Nurse.                 ar1
20:20 Attending Physician role handed off by Pinelo, Guillermo, MD       jp2

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

20:20 Puentes, Javier, MD is Attending Physician.                    jp2
20:59 BLANCO, CHRISTOPHER DPM, DPM is Referral Physician.                jp2

Administered Medications:
19:46 Drug: morphine 4 mg {Note: Pharmacy review overridden due to        ar1
         Physician Discretion.} Route: IVP; Site: right hand;
20:20 Follow up: Response: No adverse reaction; Pain is unchanged,        ar1
         physician notified
20:34 Drug: morphine 2 mg {Note: Pharmacy review overridden due to        ar1
         Patient's Condition.} Route: IVP; Site: right hand;
21:20 Follow up: Response: No adverse reaction; Pain is decreased        ar1


Medication:
20:07 morphine (19:41)                              tm

Outcome:
21:02 Discharge ordered by MD.                        jp2
21:22 Discharged to home ambulatory, with family.              ar1
21:22 Condition: good
21:22 Discharge instructions given to patient, family, Instructed on      ar1
         discharge instructions, follow up and referral plans. safety
         practices, Demonstrated understanding of instructions, medications,
         Prescriptions given X 2.
21:24 Patient left the ED.                            ia

Signatures:
Acosta, Ileana                ia
Martins, Teresita               tm
Gutierrez, Fredy, LPN            LPN  fg
Regueiro, Asiel, RN             RN  ar1
Puentes, Javier, MD             MD  jp2
Pinelo, Guillermo, MD            MD  gap

Corrections: (The following items were deleted from the chart)
19:51 07:00 BP 147 / 83; Pulse 75bpm; Resp 15bpm; Pulse Ox 97% RA; Temp    ar1
         98.1F Oral; 185.19 lbs; Height 5 ft. 6 in. Reported; BMI: 29.8; Pain
         10/10; fg
21:47 21:30 Response: No adverse reaction; Pain is decreased ar1        ar1

*******************************************************************************

*Legally authenticated by PUENTES JAVIER 2018-04-01 21:24:01*

Davis Chinchilla
MRN: 224463
ACCT: 801288

# Larkin Community Hospital
7031 SW 62nd Ave
Miami, FL 33143
305-284-7500

| | |
|---|---|
| **Discharge Instructions for:** | **Chinchilla, Davis** |
| **Arrival Date:** | **Saturday, March 31, 2018** |

Thank you for choosing **Larkin Community Hospital** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**  Puentes, Javier, MD

**Diagnosis:**  Displaced oblique fracture of shaft of right fibula, initial encounter for closed fracture

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Form - Excuse from Work, School, or Physical Activity | Medication Reconciliation Form |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **BLANCO, CHRISTOPHER DPM, DPM**<br>    When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122 | Percocet<br>None |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

_____          _____

**Davis Chinchilla**                                        **ED Physician or Nurse**
**MRN # 224463**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

Page 1 of 2

Davis Chinchilla
MRN: 224463
ACCT: 801288

## FOLLOW UP INSTRUCTIONS
BLANCO, CHRISTOPHER DPM, DPM (PODIATRY)
  701 NW 57TH AVENUE SUITE 320
  MIAMI, FL 33126
  305-264-2632
  When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122

## PRESCRIPTIONS

Percocet 5-325 mg Oral Tablet                                    Printed
Take 1 tablet by ORAL route every 6 hours As needed; Quantity: 20 tablet

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT: 801288

# Larkin Community Hospital

7031 SW 62nd Ave
Miami, FL 33143
305-284-7500

**Discharge Instructions for:**   **Chinchilla, Davis**

**Arrival Date:**   Saturday, March 31, 2018

Gracias por elegir Larkin Community Hospital para su cuidado hoy. La examinación y el tratamiento que usted recibió en el departamento de la emergencia se ha rendido sobre una base de la emergencia solamente y no se piensa hoy ser un substituto para que un esfuerzo proporcione asistencia médica completa. Usted debe entrar en contacto con a su médico de la remisión pues es importante que usted lo deja comprobarle y divulgar cualquier nuevo o restante problema puesto que es imposible reconocer y tratar todos los elementos de lesión o de una enfermedad en una sola visita del centro de cuidado de emergencia.

**Care provided by:**  Puentes, Javier, MD

**Diagnosis:**     Displaced oblique fracture of shaft of right fibula, initial encounter for closed fracture

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Form - Excuse from Work, School, or Physical Activity | Medication Reconciliation Form |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **BLANCO, CHRISTOPHER DPM, DPM**   When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122 | Percocet |
| **SPECIAL NOTES** | |
| None | |

**X rayos y pruebas de laboratorio:**
Si usted tenía xprays hoy, fueron leídos por el médico de la emergencia. Sus radiografías también serán leídas por un radiólogo en el plazo de 24 horas. Si usted hizo una cultura hacer, tardará 24 a 72 horas para recibir los resultados. Si hay un cambio en la lectura de la radiografía o un resultado positivo de la cultura, le entraremos en contacto con. Verifique por favor su número de teléfono actual con el escritorio de la descarga antes de irse.

**Medicaciones:**
Si usted recibió una prescripción para las medicaciones hoy, es importante que usted dice a farmacéutico si usted tiene cualesquiera alergias. Es también importante que usted notifica a su médico de la carta recordativa de todas sus medicaciones incluyendo las prescripciones que usted pudo haber recibido hoy.

**Patient Copy**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT: 801288

## FOLLOW UP INSTRUCTIONS

BLANCO, CHRISTOPHER DPM, DPM (PODIATRY)
  701 NW 57TH AVENUE SUITE 320
  MIAMI, FL 33126
  305-264-2632
  When: The week of April 9-13 /2018 ,Phone (305 264 2632). 7500 NW 25 st # 112 Miami 33122

## PRESCRIPTIONS

  Percocet 5-325 mg Oral Tablet
  Take 1 tablet by ORAL route every 6 hours As needed

Page 2 of 2

Davis Chinchilla
MRN: 224463
ACCT: 801288

Larkin Community Hospital
Emergency Room                          MEDICATION RECONCILIATION FORM
Discharge Medication Information

**Name:** Davis Chinchilla                    **Visit Date:** 03/31/2018 18:40
**Age:** 35 yrs , **Gender:** Male            **MRN:** 224463
**Height:** 5ft. 6in.                         **Provider:** Puentes, Javier
**Weight:** 185.19Lbs

**ALLERGIES:** No known Allergies

Thank you for visiting Larkin Community Hospital. This form contains information about your medications. It is important that you read and understand this information.

**Source(s) of Home Medication information (Select all that apply):**
☐ Patient                    ☐ Medication List            ☐ EMS Record
☐ Patient's Family           ☐ Medication Bottles         ☐ Primary Care Provider
☐ Hospital Record
☐ Pharmacy (Specify _____)
☐ Other (Specify _____)

**Home Medication(s) recorded during this visit:** No Active Home Medications

**Medications you received during your visit:**

| Drug & Dose | Volume | Route | Rate | Infused Over | Given At |
|---|---|---|---|---|---|
| morphine 4 mg₁ | | IVP | | | 03/31 19:46 |
| morphine 2 mg₂ | | IVP | | | 03/31 20:34 |

**Prescriptions you received during your visit:**

| Drug & Dose | Route | Frequency | Reason | Next Dose |
|---|---|---|---|---|
| Percocet 1 tablet | Oral | every 6 hours | Pain Control (ICD10 - R52) | |

**Post-Departure Prescriptions:** NONE

**Notes:**
**You will need to see your Primary Care Provider to get refills.**

**PLEASE GIVE THIS FORM TO YOUR NEXT PROVIDER OF MEDICAL SERVICE (DOCTOR, CLINIC, HOME CARE, ETC.)**

**Signature:**

_____
Puentes, Javier

**Created by:**

_____

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

**Encounter Summary**

**Name:** Davis Chinchilla
**Age:** 35 yrs **DOB:** 04/19/1982
**Sex:** Male
**Race:** White
**Martial Status:** Single

**SSN:** 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
**MRN:** 224463
**Account#:** 801288
**Home phone:** (786)419-8249
**Work phone:**

**Chief Complaint:** Leg Pain - Right leg
pain
**MOA:** Walk-In
**Acuity:** Semi-Urgent (4)

**Arrival:** 03/31/2018 18:40

**Responsible Dept:** Medical

**Care Complete Date** 03/31/2018
**Care Complete Time** 21:02
**Departure Date** 03/31/2018
**Departure Time** 21:24

**Special Handling:**
**Family Waiting:** No
**Bed** 1

**Assigned staff & roles**

| Name | Role | Specialty |
|---|---|---|
| Pinelo, Guillermo | Attending Physician | EMERGENCY MEDICINE |
| BLANCO, CHRISTOPHER DPM | Referral Physician | PODIATRY |
| Regueiro, Asiel | Primary Nurse | |
| Puentes, Javier | Attending Physician | |

**Outcome:** Discharge
**Location:** Home with Self Care
**Condition:** Undetermined
**Chief Complaint:** Leg Pain - Right leg pain
**Diagnosis:** Displaced oblique fracture of shaft of right fibula, initial encounter for closed fracture
**Prescriptions:** Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed; 20 tablet
**Follow up:** BLANCO
**Special Notes:**
**Attending Physician:** Puentes
**Mid Level Provider:**
**Followup Physician:** BLANCO
**Orders:** morphine, morphine, ANKLE 3+ VIEWS RIGHT XR, XR KNEE 3 VIEWS RIGHT, XR TIBIA FIBULA 2 VIEWS RIGHT, XR FOOT 3+ VIEWS RIGHT, URINALYSIS, PROTHROMBIN TIME W/ INR, PTT, BMP, CBC W/ PLT AUTO DIFF
**Discharge Instruction:** Disposition Documents, Discharge Summary Sheet, Form - Excuse from Work, School, or Physical Activity, Medication Reconciliation Form

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

**Event Log**

**Name:** Davis Chinchilla
35 yrs / White / Male
**Chief Complaint:** Leg Pain - Right leg pain

MRN: 224463
Arrival: 03/31/2018 18:40
**Departure Date** 03/31/2018
**Departure Time** 21:24

**Encounter Events**

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 18:40 | **Patient Arrival** | | Acosta, Ileana |
| 03/31/18 18:41 | Encounter Creation | | Acosta, Ileana |
| 03/31/18 18:41 | HiS Merge Complete | | Acosta, Ileana |
| 03/31/18 18:41 | Patient Visited | | Acosta, Ileana |
| 03/31/18 18:41 | Patient Move | 1 | Acosta, Ileana |
| 03/31/18 18:41 | **Bed Assignment** | **1** | **Acosta, Ileana** |
| 03/31/18 18:41 | Event Timestamp Change | () Original time: 03/31/18 18:41:20 | Acosta, Ileana |
| 03/31/18 18:41 | Chief Complaint Modified | Leg Pain - Right leg pain | Acosta, Ileana |
| 03/31/18 18:41 | Method of Arrival Changed | Walk-In | Acosta, Ileana |
| 03/31/18 18:55 | Patient Visited | 1 | Pinelo, Guillermo, MD |
| 03/31/18 19:03 | Ethnicity Modified | | Dispatcher MedHost |
| 03/31/18 19:21 | Vital Signs Modified | Abnormal Values present | Gutierrez, Fredy, LPN |
| 03/31/18 19:27 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:28 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:28 | Order Interpretation | CBC W/ PLT AUTO DIFF+LAB | Pinelo, Guillermo, MD |
| 03/31/18 19:28 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:32 | Address Modified | 365 Ne 125Th Street^ | Dispatcher MedHost |
| 03/31/18 19:32 | City/State/Zip Modified | Miami^FL^33161 | Dispatcher MedHost |
| 03/31/18 19:38 | Patient Visited | 1 | Regueiro, Asiel, RN |
| 03/31/18 19:39 | Acuity Assignment | Urgent (3) | Regueiro, Asiel, RN |
| 03/31/18 19:40 | Allergies Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:41 | Results Viewed | CBC W/ PLT AUTO DIFF | Pinelo, Guillermo, MD |
| 03/31/18 19:42 | Past Medical History Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:42 | Past Surgical History Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:46 | Override Pharmacy Review | morphine (19:41) - Physician Discretion | Regueiro, Asiel, RN |
| 03/31/18 19:46 | Override Dispensable | morphine | Regueiro, Asiel, RN |
| 03/31/18 19:51 | Vital Signs Modified | | Regueiro, Asiel, RN |
| 03/31/18 19:51 | Vital Signs Modified | Abnormal Values present | Regueiro, Asiel, RN |
| 03/31/18 20:25 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | CBC W/ PLT AUTO DIFF | Puentes, Javier, MD |
| 03/31/18 20:25 | Order Interpretation | BASIC METABOLIC PANEL+LAB | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:25 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | CBC W/ PLT AUTO DIFF | Puentes, Javier, MD |

## Event Log

| 03/31/18 20:27 | Results Viewed | BMP | Puentes, Javier, MD |
|---|---|---|---|
| 03/31/18 20:27 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:27 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:27 | Order Interpretation | XR FOOT 3+ VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:28 | Order Interpretation | XR TIBIA FIBULA 2 VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:28 | Order Interpretation | XR KNEE 3 VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:28 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:29 | Order Interpretation | XR ANKLE 3+ VIEWS RIGHT+RAD | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:29 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | CBC W/ PLT AUTO DIFF | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | BMP | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | XR FOOT 3+ VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | XR TIBIA FIBULA 2 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | XR KNEE 3 VIEWS RIGHT | Puentes, Javier, MD |
| 03/31/18 20:32 | Results Viewed | ANKLE 3+ VIEWS RIGHT XR | Puentes, Javier, MD |
| 03/31/18 20:33 | Patient Visited | 1 | Regueiro, Asiel, RN |
| 03/31/18 20:34 | Override Pharmacy Review | morphine (20:25) - Patient's Condition | Regueiro, Asiel, RN |
| 03/31/18 20:34 | Override Dispensable | morphine | Regueiro, Asiel, RN |
| 03/31/18 20:45 | Vital Signs Modified | | Regueiro, Asiel, RN |
| 03/31/18 20:53 | Acuity Assignment | Semi-Urgent (4) | Puentes, Javier, MD |
| 03/31/18 21:02 | Clinical Setting | Home with Self Care | Puentes, Javier, MD |
| 03/31/18 21:02 | Disposition Condition Set | Undetermined | Puentes, Javier, MD |
| 03/31/18 21:02 | Diagnosis Modified | Displaced oblique fracture of shaft of right fibula, initial | Puentes, Javier, MD |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 2 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | encounter for closed fracture | |
|---|---|---|---|
| 03/31/18 21:02 | DI Document Added | Medication Reconciliation Form | Puentes, Javier, MD |
| 03/31/18 21:02 | Discharge Ordered | | Puentes, Javier, MD |
| **03/31/18 21:02** | **ER Care Complete** | | **Puentes, Javier, MD** |
| 03/31/18 21:03 | DI Document Added | Discharge Summary Sheet | Puentes, Javier, MD |
| 03/31/18 21:03 | Rx Added | Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed for Pain Control; 20 tablet; Refills: 0; Product Selection Permitted | Puentes, Javier, MD |
| 03/31/18 21:03 | Outbound Msg Sent | ER Care Complete: HL7 EMR Nurse Chart Initial | Dispatcher MedHost |
| 03/31/18 21:03 | Outbound Msg Sent | ER Care Complete: HL7 EMR Physician Chart Initial | Dispatcher MedHost |
| 03/31/18 21:03 | Outbound Msg Sent | ER Care Complete: DDI Outbound ADT | Dispatcher MedHost |
| 03/31/18 21:09 | DI Printed | Discharge Summary Sheet | Puentes, Javier, MD |
| 03/31/18 21:10 | DI Printed | Medication Reconciliation Form | Puentes, Javier, MD |
| 03/31/18 21:10 | Rx Printed | Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed for Pain Control; 20 tablet; Refills: 0; Product Selection Permitted | Puentes, Javier, MD |
| 03/31/18 21:10 | DI Printed | Drug Info: Percocet 5-325 mg Oral Tablet - take 1 tablet by ORAL route every 6 hours As needed for Pain Control; 20 tablet; Refills: 0; Product Selection Permitted | Puentes, Javier, MD |
| 03/31/18 21:12 | DI Document Added | Form - Excuse from Work, School, or Physical Activity | Puentes, Javier, MD |
| 03/31/18 21:13 | DI Printed | Form - Excuse from Work, School, or Physical Activity | Puentes, Javier, MD |
| 03/31/18 21:24 | Responsible Dept Assignment | Manual : Medical | Acosta, Ileana |
| **03/31/18 21:24** | **Departure** | | **Acosta, Ileana** |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: HL7 EMR Nurse Chart Subsequent | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: HL7 EMR Physician Chart Subsequent | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Multi Vital Signs | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Charting Choices | Dispatcher MedHost |
| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Intake and Output | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 3 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

# Event Log

| 03/31/18 21:24 | Outbound Msg Sent | Departure: DDI Outbound ADT | Dispatcher MedHost |
|---|---|---|---|
| 04/01/18 21:24 | Charges Computed | Nurse | MedHost Agent |
| 04/01/18 21:24 | Charges Computed | Physician | MedHost Agent |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: HL7 EMR Nurse Chart Subsequent | Dispatcher MedHost |
| 04/01/18 21:24 | Encounter Locked | | MedHost Agent |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: HL7 EMR Physician Chart Subsequent | Dispatcher MedHost |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: DDI Multi Vital Signs | Dispatcher MedHost |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: DDI Charting Choices | Dispatcher MedHost |
| 04/01/18 21:24 | Outbound Msg Sent | Records Processed by Chart Agent: DDI Intake and Output | Dispatcher MedHost |
| 04/01/18 22:25 | Encounter Archived | | MedHost Agent |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/01/18 22:25 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/02/18 13:36 | Post Archive Update | | Dispatcher MedHost |
| 04/02/18 13:37 | Encounter Locked | | MedHost Agent |
| 04/02/18 13:37 | Encounter Archived | | MedHost Agent |
| 04/02/18 13:37 | Post Archive Update | | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 4 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | | |
|---|---|---|---|
| | | Physician | |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/02/18 13:38 | Encounter Locked | | MedHost Agent |
| 04/02/18 13:38 | Encounter Archived | | MedHost Agent |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/02/18 13:38 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/02/18 13:39 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/03/18 09:14 | Post Archive Update | | Dispatcher MedHost |
| 04/03/18 09:15 | Encounter Locked | | MedHost Agent |
| 04/03/18 09:15 | Encounter Archived | | MedHost Agent |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 5 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | Physician | |
|---|---|---|---|
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/03/18 09:16 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/05/18 11:07 | Post Archive Update | | Dispatcher MedHost |
| 04/05/18 11:08 | Encounter Locked | | MedHost Agent |
| 04/05/18 11:08 | Encounter Archived | | MedHost Agent |
| 04/05/18 11:08 | Post Archive Update | | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/05/18 11:09 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/05/18 11:09 | Encounter Locked | | MedHost Agent |
| 04/05/18 11:09 | Encounter Archived | | MedHost Agent |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain   .

Page 6 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

## Event Log

| | | PDF - Chart Amendment Physician | |
|---|---|---|---|
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/05/18 11:10 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/19/18 16:58 | Post Archive Update | | Dispatcher MedHost |
| 04/19/18 16:59 | Encounter Locked | | MedHost Agent |
| 04/19/18 16:59 | Encounter Archived | | MedHost Agent |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/19/18 16:59 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/26/18 10:16 | Post Archive Update | | Dispatcher MedHost |
| 04/26/18 10:17 | Encounter Locked | | MedHost Agent |
| 04/26/18 10:17 | Encounter Archived | | MedHost Agent |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |

Name: Davis Chinchilla

35 yrs / White / Male

Chief Complaint: Leg Pain - Right leg pain

Page 7 of 12

MRN: 224463

Arrival: 03/31/2018 Arrival Time: 18:40

**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Event Log

| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
|---|---|---|---|
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/26/18 10:18 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/26/18 10:22 | Post Archive Update | | Dispatcher MedHost |
| 04/26/18 10:23 | Encounter Locked | | MedHost Agent |
| 04/26/18 10:23 | Encounter Archived | | MedHost Agent |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Nurse | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/26/18 10:23 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 04/26/18 10:26 | Post Archive Update | | Dispatcher MedHost |
| 04/26/18 10:27 | Encounter Locked | | MedHost Agent |
| 04/26/18 10:27 | Encounter Archived | | MedHost Agent |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment | Dispatcher MedHost |

Name: Davis Chinchilla

35 yrs / White / Male

Chief Complaint: Leg Pain - Right leg pain

Page 8 of 12

MRN: 224463

Arrival: 03/31/2018 Arrival Time: 18:40

Departure Date 03/31/2018

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Event Log

| | | Nurse | |
|---|---|---|---|
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Chart Amendment Physician | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF- Disposition Cover | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Followup | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Form | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Resources | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Disposition Instructions | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - ER Encounter | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Event Log | Dispatcher MedHost |
| 04/26/18 10:28 | Outbound Msg Sent | Encounter Archived: EMR PDF - Fax Summary | Dispatcher MedHost |
| 08/22/18 14:22 | Post Archive Update | | Dispatcher MedHost |

**Order Events**

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 19:01 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | BMP (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | PTT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | PROTHROMBIN TIME W/ INR (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | URINALYSIS (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:01 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | BMP (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | PTT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | PROTHROMBIN TIME W/ | Dispatcher MedHost |

Name: Davis Chinchilla                                    Page 9 of 12                    MRN: 224463
35 yrs / White / Male                                                                    Arrival: 03/31/2018 Arrival Time: 18:40
Chief Complaint: Leg Pain - Right leg pain                                               **Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | INR (19:01) - Ordered | |
|---|---|---|---|
| 03/31/18 19:01 | Order State Change | URINALYSIS (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:01 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Ordered | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | PTT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | PROTHROMBIN TIME W/ INR (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | BMP (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:05 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:17 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Returned | Dispatcher MedHost |
| 03/31/18 19:24 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:25 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:25 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 19:27 | Order State Change | CBC W/ PLT AUTO DIFF (19:01) - Reviewed | Pinelo, Guillermo, MD |
| 03/31/18 19:35 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Pending Ordered | Pinelo, Guillermo, MD |
| 03/31/18 19:35 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Ordered | Dispatcher MedHost |
| 03/31/18 19:41 | Order State Change | morphine (19:41) - Pending Review | Pinelo, Guillermo, MD |
| 03/31/18 19:42 | Order State Change | BMP (19:01) - Returned | Dispatcher MedHost |
| 03/31/18 19:46 | Order State Change | morphine (19:41) - Administered | Regueiro, Asiel, RN |
| 03/31/18 19:48 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - In Process Scheduled | Dispatcher MedHost |
| 03/31/18 20:05 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Partial Results | Dispatcher MedHost |
| 03/31/18 20:07 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Partial Results | Dispatcher MedHost |
| 03/31/18 20:07 | Pharmacy Reviewed | morphine (19:41) | Martins, Teresita |
| 03/31/18 20:09 | Order State Change | XR FOOT 3+ VIEWS RIGHT | Dispatcher MedHost |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 10 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

# Event Log

| | | (19:01) - Partial Results | |
|---|---|---|---|
| 03/31/18 20:11 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Partial Results | Dispatcher MedHost |
| 03/31/18 20:25 | Order State Change | morphine (20:25) - Pending Review | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | BMP (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:25 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Reviewed | Puentes, Javier, MD |
| 03/31/18 20:34 | Order State Change | morphine (20:25) - Administered | Regueiro, Asiel, RN |
| 03/31/18 20:50 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Partial Results | Dispatcher MedHost |
| 03/31/18 21:25 | Order State Change | PTT (19:01) - Returned | Dispatcher MedHost |
| 03/31/18 21:25 | Order State Change | PROTHROMBIN TIME W/ INR (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:36 | Order State Change | XR TIBIA FIBULA 2 VIEWS RIGHT (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:36 | Order State Change | XR KNEE 3 VIEWS RIGHT (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:37 | Order State Change | XR FOOT 3+ VIEWS RIGHT (19:01) - Returned | Dispatcher MedHost |
| 04/02/18 13:37 | Order State Change | ANKLE 3+ VIEWS RIGHT XR (19:35) - Returned | Dispatcher MedHost |
| 04/03/18 09:14 | Order State Change | URINALYSIS (19:01) - Canceled(PT DISCHARGED) | Dispatcher MedHost |

## Chart Events

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 18:41 | Chart State - Active | Clerk Chart | Acosta, Ileana |
| 03/31/18 18:41 | Record State - Active | Nurse Record | Acosta, Ileana |
| 03/31/18 18:55 | Chart Template - Select Automatic | Lower Extremity Injury/Problem - Physician Chart | Pinelo, Guillermo, MD |
| 03/31/18 18:57 | Chart State - Active | Physician Chart | Pinelo, Guillermo, MD |
| 03/31/18 18:57 | Record State - Active | Physician Record | Pinelo, Guillermo, MD |
| 03/31/18 19:21 | Chart State - Active | Nurse Chart | Gutierrez, Fredy, LPN |
| 03/31/18 20:21 | Chart State - Pending Complete | Physician Chart | Puentes, Javier, MD |
| 03/31/18 20:21 | Chart State - Complete | Physician Chart | Puentes, Javier, MD |
| 03/31/18 20:21 | Record State - Complete | Physician Record | Puentes, Javier, MD |
| 03/31/18 21:24 | Chart State - Complete | Clerk Chart | Acosta, Ileana |
| 03/31/18 21:46 | Chart State - Pending | Nurse Chart | Regueiro, Asiel, RN |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 11 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

## Event Log

| | Complete | | |
|---|---|---|---|
| 03/31/18 21:46 | Chart State - Complete | Nurse Chart | Regueiro, Asiel, RN |
| 03/31/18 21:46 | Record State - Complete | Nurse Record | Regueiro, Asiel, RN |
| 03/31/18 21:46 | Post Departure Record Update | | Regueiro, Asiel, RN |
| 03/31/18 21:47 | Post Departure Record Update | | Regueiro, Asiel, RN |
| 04/01/18 21:24 | Chart State - Locked | Nurse Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Tech Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Respiratory Therapist Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Clerk Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | View Only Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Radiology Technician Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Social Worker Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Pastoral Care Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | LPN Chart | MedHost Agent |
| 04/01/18 21:24 | Record State - Locked | Nurse | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Physician Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Mid-Level Provider Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Pharmacist Chart | MedHost Agent |
| 04/01/18 21:24 | Chart State - Locked | Resident Chart | MedHost Agent |
| 04/01/18 21:24 | Record State - Locked | Physician | MedHost Agent |
| 04/01/18 21:24 | Records Processed by Chart Agent | | MedHost Agent |

**Staff Events**

| Date/Time | Event | Event Info | Logged by |
|---|---|---|---|
| 03/31/18 18:55 | Staff Role Assumption | Attending Physician: Pinelo, Guillermo, MD | Pinelo, Guillermo, MD |
| 03/31/18 18:55 | Staff Assignment | Attending Physician: Pinelo, Guillermo, MD | Pinelo, Guillermo, MD |
| 03/31/18 19:49 | Staff Role Assumption | Primary Nurse: Regueiro, Asiel, RN | Regueiro, Asiel, RN |
| 03/31/18 19:49 | Staff Assignment | Primary Nurse: Regueiro, Asiel, RN | Regueiro, Asiel, RN |
| 03/31/18 20:20 | Staff Role Handoff | Attending Physician: Pinelo, Guillermo, MD | Puentes, Javier, MD |
| 03/31/18 20:20 | Staff Role Assumption | Attending Physician: Puentes, Javier, MD | Puentes, Javier, MD |
| 03/31/18 20:20 | Staff Assignment | Attending Physician: Puentes, Javier, MD | Puentes, Javier, MD |
| 03/31/18 20:59 | Staff Role Assumption | Referral Physician: BLANCO, CHRISTOPHER DPM, DPM | Puentes, Javier, MD |
| 03/31/18 20:59 | Staff Assignment | Referral Physician: BLANCO, CHRISTOPHER DPM, DPM | Puentes, Javier, MD |

Name: Davis Chinchilla
35 yrs / White / Male
Chief Complaint: Leg Pain - Right leg pain

Page 12 of 12

MRN: 224463
Arrival: 03/31/2018 Arrival Time: 18:40
**Departure Date 03/31/2018**

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT: 801288

# Excuse from Work, School, or Physical Activity

needs to be excused from:

_____ Work
_____ School
_____ Physical activity
beginning now and through the following date: _____.
_____ He or she may return to work or school but should still avoid the following physical activity or activities
from now until _____.
Activity restrictions include:
_____ Lifting more than _____ lb
_____ Sitting longer than _____ minutes at a time
_____ Standing longer than _____ minutes at a time
_____ He or she may return to full physical activity as of _____.
Health Care Provider Name (printed): _____
Health Care Provider (signature): _____
Date: _____

This information is not intended to replace advice given to you by your health care provider. Make sure you
discuss any questions you have with your health care provider.

Document Released: 06/13/2002 Document Revised: 01/08/2016 Document Reviewed: 07/20/2015
Elsevier Interactive Patient Education ©2017 Elsevier Inc.

IMPORTANTE: CÓMO USAR ESTA INFORMACIÓN: Este es un resumen y NO contiene toda la información disponible de este producto. Esta información no garantiza que este producto sea seguro,
eficaz o apropiado para usted. Esta información no es una consulta médica individualizada y no pretende sustituir la opinión médica de su profesional sanitario. Siempre consulte a su profesional sanitario
para obtener información más completa sobre este producto y sus necesidades sanitarias específicas.

## OXICODONA/ACETAMINOFENO - ORAL

### MARCAS CONOCIDAS: Percocet

ADVERTENCIA: La oxicodona/acetaminofeno supone un riesgo de uso excesivo y adicción, lo cual puede llevar a una sobredosis y la
muerte. La oxicodona/acetaminofeno puede causar problemas respiratorios graves, potencialmente mortales. Para reducir el riesgo, el
médico debería indicarle que tome la dosis más baja de oxicodona/acetaminofeno que sea eficaz durante el menor tiempo posible.
Consulte también la sección Modo de empleo para obtener información sobre la adicción.
El riesgo de presentar problemas respiratorios graves es mayor cuando se empieza a tomar este medicamento y después de un
aumento de dosis, o si toma la dosis/potencia incorrecta. Tomar este medicamento junto con alcohol o con otros medicamentos que
pueden causar somnolencia o problemas respiratorios podría causar efectos secundarios muy graves, incluso la muerte. Además,
otros medicamentos pueden afectar la eliminación de oxicodona/acetaminofeno de su organismo, lo cual podría afectar la eficacia de
oxicodona/acetaminofeno. Asegúrese de saber cómo tomar oxicodona/acetaminofeno y qué otros fármacos debe evitar cuando lo
tome. Consulte también la sección de Interacciones con otros medicamentos. Busque atención médica de urgencia si presenta
cualquiera de los siguientes efectos secundarios muy graves: respiración lenta/superficial, aturdimiento inusual, somnolencia/mareos
intensos, dificultades para despertarse.
Guarde este medicamento en un lugar seguro para evitar su robo, mal uso o abuso. Si alguien accidentalmente ingiere este fármaco,
busque atención médica de urgencia.
Uno de los ingredientes de este producto es acetaminofeno. Tomar demasiado acetaminofeno puede causar enfermedad hepática
grave (posiblemente mortal). Los adultos no deben tomar más de 4000 miligramos (4 gramos) de acetaminofeno al día. Las personas
que presentan problemas hepáticos y los niños deben tomar dosis más bajas de acetaminofeno. Pregunte a su médico o farmacéutico
cuánto acetaminofeno puede usar sin peligro.
No use junto con ningún otro medicamento que contenga acetaminofeno sin antes consultar con su médico o farmacéutico. Muchos
productos que se obtienen con y sin receta médica (por ejemplo, medicamentos para el dolor/fiebre o productos para la tos y el
resfriado) contienen acetaminofeno. Revise las etiquetas de todos sus medicamentos para determinar si contienen acetaminofeno y
pregunte a su farmacéutico si no está seguro.
Busque atención médica de inmediato si ha tomado demasiado acetaminofeno (sobredosis), incluso si se siente bien. Los síntomas de
una sobredosis pueden incluir náuseas, vómito, pérdida del apetito, sudoración, dolor estomacal/abdominal, cansancio extremo,
ojos/piel amarillentos y orina oscura.
El consumo diario de alcohol, especialmente cuando se combina con acetaminofeno, puede causar daño hepático. Evite el alcohol.
Antes de usar este medicamento, las mujeres en edad fértil deben consultar con su médico acerca de los riesgos y beneficios. Informe
a su médico si está embarazada o si tiene intención de estarlo. Durante el embarazo, sólo use este medicamento cuando sea
claramente necesario. Este medicamento puede aumentar ligeramente el riesgo de defectos de nacimiento si se usa durante los dos
primeros meses de embarazo. Además, usarlo por períodos prolongados o en dosis altas cerca de la fecha probable de parto puede
causar daño fetal. Para disminuir el riesgo, tome la dosis eficaz más baja por el menor tiempo posible. Los bebés cuyas madres usaron

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

Davis Chinchilla
MRN: 224463
ACCT: 801288

este medicamento durante un periodo prolongado pueden desarrollar síntomas de abstinencia agudos (potencialmente mortales). Informe a su médico inmediatamente si nota cualquier síntoma en su bebé recién nacido como llanto persistente, respiración lenta/superficial, irritabilidad, temblores, vómitos, diarrea, no se alimenta bien o dificultades para aumentar de peso.

**USOS:** Este medicamento combinado se usa para ayudar a aliviar el dolor moderado a intenso. Contiene oxicodona (un analgésico opioide o narcótico) y acetaminofeno (un analgésico no opioide). La oxicodona actúa en el cerebro para cambiar cómo su cuerpo se siente y responde al dolor. El acetaminofeno también puede reducir la fiebre.

**MODO DE EMPLEO:** Consulte también la sección de Advertencia. Lea la Guía del medicamento que su farmacéutico le facilita antes de tomar oxicodona/acetaminofeno y cada vez que renueve su receta. Si tiene alguna duda, consulte a su médico o farmacéutico. Tome este medicamento por vía oral, según las indicaciones de su médico. Puede tomarlo con o sin alimentos. Si le produce náuseas, le puede ayudar tomarlo con alimentos. Consulte a su médico o farmacéutico acerca de alternativas para disminuir las náuseas (por ejemplo, recostarse durante 1 ó 2 horas con movimientos mínimos de cabeza). Si está usando una formulación líquida, utilice un dispositivo dosificador de medicamentos para medir cuidadosamente la dosis recetada. No utilice una cuchara común de uso doméstico, ya que es posible que no obtenga la dosis correcta. La dosificación dependerá de su afección médica y respuesta al tratamiento. No aumente la dosis, no tome el medicamento con más frecuencia ni por más tiempo de lo recetado. Suspenda correctamente el uso del medicamento cuando se le indique. Los medicamentos para el dolor son más eficaces si se usan en cuanto aparecen los primeros signos de dolor. Si deja que el dolor aumente, es posible que el medicamento no sea tan eficaz. Si tiene dolor crónico (por ejemplo, debido al cáncer), es posible que su médico le indique tomar también medicamentos opioides de acción prolongada. En tal caso, este medicamento podría usarse para los episodios de dolor irruptivo (súbito e intenso), únicamente según lo necesite. Otros analgésicos (por ejemplo, naproxeno, ibuprofeno) también pueden recetarse con este medicamento. Consulte a su médico o farmacéutico sobre el uso prudente de oxicodona con otros medicamentos. Este medicamento puede causar reacciones de abstinencia, especialmente si lo usa regularmente durante un período prolongado o en dosis altas. En estos casos, si suspende este medicamento repentinamente puede sentir reacciones de abstinencia (por ejemplo, inquietud, ojos llorosos, secreciones nasales, náuseas, sudoración, dolores musculares). Para prevenir las reacciones de abstinencia, es posible que su médico reduzca su dosis gradualmente. Consulte a su médico o farmacéutico para obtener más información y reporte inmediatamente cualquier reacción de abstinencia. Cuando se usa durante un período prolongado, este medicamento puede perder su eficacia. Si siente que el efecto del medicamento disminuye, informe a su médico. Aunque este medicamento ayuda a muchas personas, puede causar adicción. El riesgo podría ser mayor si tiene un trastorno de adicción (por ejemplo, consumo excesivo de fármacos/drogas/alcohol o adicción a dichas sustancias). Tome este medicamento exactamente como se lo recetaron para reducir el riesgo de adicción. Consulte a su médico o farmacéutico para obtener información adicional. Informe a su médico si el dolor persiste o empeora.

**EFECTOS SECUNDARIOS:** Consulte también la sección de Advertencia. Puede causar náuseas, vómitos, estreñimiento, aturdimiento, mareos o somnolencia. Después de haber usado este medicamento durante un tiempo, podrían disminuir algunos de estos efectos secundarios. Informe lo antes posible a su médico o farmacéutico si cualquiera de estos efectos persiste o empeora. Para evitar el estreñimiento siga una dieta rica en fibra, beba mucha agua y haga ejercicio. Consulte a su farmacéutico para que le ayude a seleccionar un laxante (por ejemplo, uno de tipo estimulante con ablandador de heces). Si está sentado o recostado, levántese despacio para minimizar los mareos y el aturdimiento. Recuerde que su médico le ha recetado este medicamento porque ha determinado que el beneficio para usted es mayor que el riesgo de sufrir los efectos secundarios. Mucha gente que usa este medicamento no presenta efectos secundarios graves. Informe de inmediato a su médico si presenta cualquier efecto secundario grave, incluyendo: cambios mentales/anímicos, dolor estomacal/abdominal intenso, dificultad para orinar, signos de que las glándulas suprarrenales no estén funcionando (por ejemplo, falta de apetito, cansancio inusual, pérdida de peso). Busque atención médica de urgencia si presenta cualquier efecto secundario muy grave, incluyendo: desmayos, convulsiones, respiración lenta/superficial, somnolencia intensa, gran dificultad para despertarse. Rara vez ocurre una reacción alérgica muy grave a este medicamento. Sin embargo, busque atención médica de urgencia si nota cualquier síntoma de una reacción alérgica grave, incluyendo: erupción cutánea, picazón/inflamación (especialmente en la cara/lengua/garganta), mareos intensos, dificultad para respirar. Esta no es una lista completa de los posibles efectos secundarios. Comuníquese con su médico o farmacéutico si nota otros efectos no mencionados anteriormente. En los Estados Unidos - Llame a su médico para consultarlo acerca de los efectos secundarios. Puede reportar efectos secundarios a la FDA al 1-800-FDA-1088 o en www.fda.gov/medwatch. En Canadá - Llame a su médico para consultarlo acerca de los efectos secundarios. Puede reportar efectos secundarios a Salud Canadá (Health Canada) al 1-866-234-2345.

**PRECAUCIONES:** Consulte también la sección de Advertencia. Antes de tomar este medicamento, informe a su médico o farmacéutico si es alérgico a éste, a otros medicamentos opioides (por ejemplo, morfina, codeína, oximorfona), o si padece de cualquier otra alergia. Este producto podría contener ingredientes inactivos que pueden causar reacciones alérgicas u otros problemas. Consulte a su farmacéutico para obtener más información. Antes de usar este medicamento, informe a su médico o farmacéutico acerca de su historial médico, especialmente acerca de: trastornos cerebrales (por ejemplo, lesión en la cabeza, tumor, convulsiones), problemas respiratorios (por ejemplo, asma, apnea del sueño, enfermedad pulmonar obstructiva crónica o "EPOC"),

Page 2 of 4

Davis Chinchilla
MRN: 224463
ACCT: 801288

enfermedad renal, enfermedad hepática, trastornos mentales/anímicos (por ejemplo, confusión, depresión), antecedentes personales o familiares de trastorno de adicción (por ejemplo, consumo excesivo de fármacos/drogas/alcohol o adicción a dichas sustancias)., problemas de estómago/intestino (por ejemplo, obstrucción, estreñimiento, diarrea causada por infecciones, íleo paralítico), dificultades para orinar (por ejemplo, debido a próstata agrandada), enfermedad de la vesícula biliar, enfermedad del páncreas (pancreatitis). Este medicamento puede causar mareos o somnolencia. No maneje, use maquinaria ni lleve a cabo ninguna actividad que requiera estar alerta, hasta estar seguro de que puede realizar estas actividades sin peligro. Evite el consumo de bebidas alcohólicas. Los productos líquidos pueden contener azúcar, aspartame y/o alcohol. Se recomienda precaución si padece diabetes, dependencia alcohólica, enfermedad hepática, fenilcetonuria o cualquier otra afección que requiera que limite/evite estas sustancias en su dieta. Consulte a su médico o farmacéutico sobre el uso prudente de este producto. Antes de someterse a una cirugía, informe a su médico o dentista de todos los productos que usa (incluidos los medicamentos con o sin receta y los productos herbales). Las personas de edad avanzada pueden ser más sensibles a los efectos secundarios de este medicamento, especialmente a confusión, mareos, somnolencia y respiración lenta/superficial. Durante el embarazo, sólo use este medicamento cuando sea claramente necesario. Podría causar daño fetal. Hable con su médico acerca de los riesgos y los beneficios. Este medicamento pasa a la leche materna y, en raros casos, puede provocar efectos no deseados en el lactante. Informe de inmediato al médico si su bebé presenta somnolencia inusual, dificultad para alimentarse o dificultad para respirar. Consulte a su médico antes de amamantar.

**INTERACCIONES CON OTROS MEDICAMENTOS:** Consulte también la sección de Advertencia. Las interacciones medicamentosas pueden cambiar la acción de sus medicamentos o aumentar su riesgo de sufrir efectos secundarios graves. Este documento no menciona todas las posibles interacciones entre medicamentos. Lleve consigo una lista de todos los productos que usa (incluidos los medicamentos con receta, sin receta y productos herbales) y compártala con su médico y farmacéutico. No emplee, suspenda ni cambie la dosificación de ningún medicamento sin la aprobación de su médico. Algunos productos que pueden interactuar con este medicamento incluyen: ciertos analgésicos (agonistas-antagonistas mixtos de opioides como pentazocina, nalbufina, butorfanol), naltrexona. El riesgo de sufrir efectos secundarios graves (por ejemplo, respiración lenta/superficial, somnolencia/mareos intensos) puede aumentar si se toma este medicamento junto con otros productos que también pueden causar somnolencia o problemas respiratorios. Informe a su médico o farmacéutico si está tomando otros productos como otros analgésicos o antitusivos opioides (por ejemplo, codeína, hidrocodona), alcohol, medicamentos para dormir o ansiolíticos (por ejemplo, alprazolam, lorazepam, zolpidem), relajantes musculares (por ejemplo, carisoprodol, ciclobenzaprina) o antihistamínicos (por ejemplo, cetirizina, difenhidramina). Revise las etiquetas de todos los medicamentos (por ejemplo, productos para las alergias o para la tos y el resfriado), porque podrían contener ingredientes que causan somnolencia. Consulte a su farmacéutico acerca del uso prudente de estos productos. Otros medicamentos pueden afectar la eliminación de oxicodona/acetaminofeno de su organismo, lo cual podría afectar la efectividad de oxicodona/acetaminofeno. Entre algunos ejemplos se incluyen antifúngicos azoles (por ejemplo, ketoconazol), antibióticos macrólidos (por ejemplo, eritromicina), medicamentos para el VIH (por ejemplo, ritonavir), rifamicinas (por ejemplo, rifabutina, rifampina), ciertos medicamentos anticonvulsivos (por ejemplo, carbamazepina, fenitoína). Este medicamento puede interferir con ciertas pruebas de laboratorio (incluyendo niveles de amilasa/lipasa), lo que podría producir resultados falsos de las pruebas. Asegúrese de que el personal de laboratorio y todos sus médicos sepan que usted usa este medicamento.

**SOBREDOSIS:** En caso de presentar síntomas graves de sobredosis, como pérdida del conocimiento o dificultades respiratorias, administre naloxona si la tiene, luego llame al 911. Si la persona está despierta sin síntomas, llame inmediatamente a un centro de control de intoxicaciones. Los residentes de EE.UU. pueden llamar a su centro local de control de intoxicaciones al 1-800-222-1222. Los residentes de Canadá pueden llamar a un centro provincial para el control de intoxicaciones. Entre los síntomas de una sobredosis se incluyen respiración lenta/superficial, ritmo cardíaco lento, coma, náuseas, vómitos, pérdida de apetito, sudoración, dolor estomacal/abdominal, cansancio extremo, ojos/piel amarillentos, orina oscura.

**NOTAS:** No comparta este medicamento con nadie. La ley lo prohíbe. Le han recetado este medicamento únicamente para su afección actual. No lo use más adelante para otra afección, a menos que su médico se lo indique. Es posible que necesite un medicamento diferente en tal caso. Pregunte a su médico o farmacéutico si debe tener disponible naloxona para tratar una sobredosis de opioides. Enseñe a su familia o a las personas con las que vive acerca de los signos de una sobredosis de opioides y cómo tratarla.

**DOSIS OMITIDA:** Si está tomando este medicamento siguiendo un horario de dosificación y omite una dosis, tómela en cuanto se acuerde. Si se acerca la hora de la siguiente dosis, no use la dosis omitida y regrese a su horario de dosificación. No duplique la dosis para ponerse al día.

**CONSERVACIÓN:** Guarde este producto a temperatura ambiente, protegido de la luz y la humedad. Las diferentes marcas de este medicamento tienen diferentes requisitos de conservación. Revise el empaque del producto para saber cómo

Davis Chinchilla
MRN: 224463
ACCT: 801288

almacenar su medicamento o pregunte a su farmacéutico. Mantenga todos los medicamentos fuera del alcance de los niños y las mascotas. No deseche medicamentos en el inodoro ni en el desagüe a menos que se lo indiquen. Deseche apropiadamente este producto cuando se cumpla la fecha de caducidad o cuando ya no lo necesite. En los Estados Unidos, la FDA recomienda desechar este medicamento en el inodoro o desagüe. Consulte a su farmacéutico o a su compañía local de eliminación de desechos para obtener más información.

Última actualización abril 2017. Copyright(c) 2017 First Databank, Inc.

1/11/2019                           Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Davis Chinchilla** | | **Eddie Armas Practice** | | NOTE TYPE | SOAP Note |
| DOB | 04/19/1982 | T  (305) 284-8483 | | SEEN BY | Eddie Armas MD |
| AGE | 36 yrs | 7000 SW 62 Ave. Suite 100 | | DATE | 11/02/2018 |
| SEX | Male | Miami, FL 33143 | | AGE AT DOS | 36 yrs |
| PRN | DC533645 | | | Not signed | |

## Chief complaint

Pt c/o right ankle pain, heartburn, unsafe sex once, lower back pain.

| Vitals for this encounter | |
|---|---|
| | 11/02/18<br>6:24 PM |
| Height | 65 in |
| Weight | 177 lb |
| Temperature | 98.10 °F |
| Pulse | 69 bpm |
| Respiratory rate | 16 bpm |
| O2 Saturation | 99 % |
| Pain | 2 |
| BMI | 29.45 |
| Blood pressure | 127/69 mmHg |

01/15/2019   9:47AM (GMT-05:00)

From:                                                          01/15/2019 09:48      #557 P.006/009

1/11/2019                    Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

| Current Diagnoses | ACUITY | START | STOP |
|---|---|---|---|
| Implantation of penile prosthesis | | 09/07/2018 | |
| (N40.0) Benign prostatic hyperplasia without lower urinary tract symptoms | Acute | 02/27/2018 | |
| Medication Cialis Start: 03/13/18 Stop: 06/13/18 | | | |
| (N39.0) Urinary tract infection, site not specified | Acute | 01/12/2018 | |
| (E78.01) Familial hypercholesterolemia | Chronic | 12/13/2017 | |
| Medication Lipitor Start: 11/13/18 | | | |
| (E55.9) Vitamin D deficiency, unspecified | Chronic | 12/13/2017 | |
| (N52.9) Male erectile dysfunction, unspecified | Chronic | 12/06/2017 | |
| Medication ClomiPHENE Citrate Start: 12/13/17 Stop: 03/13/18 | | | |
| (M51.26) Other intervertebral disc displacement, lumbar region | Chronic | 12/06/2011 | |
| (K29.50) Unspecified chronic gastritis without bleeding | Chronic | 12/06/1998 | |
| (I10) Essential (primary) hypertension | Chronic | | |
| (H60.91) Unspecified otitis externa, right ear | Acute | | |
| Medication Hydrocortisone-Acetic Acid Start: 12/13/17 Stop: 12/23/17 | | | |
| (K45.8) Other specified abdominal hernia without obstruction or gangrene | Chronic | | |
| Comment: Pt has a long hx of lumbar hernia approx 8 years ago. by Eddie Armas on 01/12/18 | | | |
| (Z72.51) High risk heterosexual behavior | | | |

| Historical Diagnoses | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

01/15/2019   9:47AM (GMT-05:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

01/15/2019  9:47AM (GMT-05:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

From:                                                          01/15/2019 09:56      #557 P.007/009

1/11/2019            Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Acyclovir 800 MG Oral Tablet | Take 1 tablet (800 mg) by mouth 2 times per day for 15 days | 11/13/18 - | - |

- EScript (refill request): 11/13/18 Prescriber: Eddie Armas Refills: 1 Quantity: 30

| Acyclovir Topical (Acyclovir) 5 % External Ointment | 1 application topically to affected area 6 times per day every 3 hours | 11/13/18 - | - |

- EScript (unknown): 11/13/18 Prescriber: Eddie Armas Refills: 1 Quantity: 15

| Atorvastatin Calcium (Lipitor) 40 MG Oral Tablet | Take 1 tablet (40 mg) by mouth daily at night | 11/13/18 - | Familial hypercholesterolemia |

- EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 1 Quantity: 90
- EScript (unknown): 11/09/18 Prescriber: Eddie Armas Refills: 1 Quantity: 90
- EScript (unknown): 11/13/18 Prescriber: Eddie Armas Refills: 1 Quantity: 90

| Naproxen 500 MG Oral Tablet | Take 1 tablet (500 mg) by mouth 2 times per day with food or milk | 11/02/18 - | - |

- EScript (unknown): 11/02/18 Prescriber: Eddie Armas Refills: 2 Quantity: 60

| Pantoprazole Sodium (Protonix) 40 MG Oral Tablet Delayed Release | Take 1 tablet (40 mg) by mouth daily | 11/02/18 - | - |

- EScript (unknown): 11/02/18 Prescriber: Eddie Armas Refills: 2 Quantity: 30

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Celecoxib (CeleBREX) 200 MG Oral Capsule | Take 1 capsule (200 mg) by mouth 2 times per day with food | 01/12/18 - 03/12/18 | - |

- EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 1 Quantity: 60

| Ciprofloxacin HCl (Cipro) 500 MG Oral Tablet | Take 1 tablet (500 mg) by mouth 2 times per day for 10 days | - 04/26/18 | - |

Provider comment: Pt stop this med long time ago. by Eddie Armas on 11/02/18
- EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 0 Quantity: 20

| ClomiPHENE Citrate 50 MG Oral Tablet | 1/2 tab po qd 25 days on, 5 days off | 12/13/17 - 03/13/18 | Erectile dysfunction |

- EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 3 Quantity: 15

| Cyclobenzaprine HCl 10 MG Oral Tablet | Take 1 tablet (10 mg) by mouth 3 times per day as needed | 01/12/18 - 02/12/18 | - |

- EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 0 Quantity: 40

| Ergocalciferol (Vitamin D (Ergocalciferol)) 50000 UNIT Oral Capsule | Take 1 capsule (50,000 units) by mouth weekly | 12/13/17 - 06/13/18 | - |

- EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 1 Quantity: 12

01/15/2019   9:53AM (GMT-05:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

From:                                                                                01/15/2019 09:57    #557 P.008/009

1/11/2019                 Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

| Hydrocortisone w/Acetic Acid (Hydrocortisone-Acetic Acid) 1-2 % Otic Solution | 3 drops into affected ear 3 times per day for 10 days | 12/13/17 - 12/23/17 | External otitis |

■ EScript (unknown): 12/13/17 Prescriber: Eddie Armas Refills: 1 Quantity: 20

| Ibuprofen 800 MG Oral Tablet | 1 tab po bid prn | 04/04/18 - 07/04/18 | . |

■ EScript (unknown): 04/04/18 Prescriber: Eddie Armas Refills: 2 Quantity: 60

| Pantoprazole Sodium 40 MG Oral Tablet Delayed Release | Take 1 tablet (40 mg) by mouth daily | 01/12/18 - 06/12/18 | . |

■ EScript (unknown): 01/12/18 Prescriber: Eddie Armas Refills: 2 Quantity: 30
■ EScript (unknown): 03/13/18 Prescriber: Eddie Armas Refills: 2 Quantity: 30

| Tadalafil (Cialis) 5 MG Oral Tablet | Take 1 tablet (5 mg) by mouth daily | 03/13/18 - 06/13/18 | BPH without urinary obstruction |

■ EScript (unknown): 03/13/18 Prescriber: Eddie Armas Refills: 3 Quantity: 30

## Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Subjective

GENERAL:. wnl
MUCOSE. wnl
SKIN:. wnl
RESPIRATORY SYSTEM. wnl
CARDIOVASCULAR SYSTEM. RR
ABDOMEN:. soft, no painful, +BS, no organomegaly.
CNS:. no focal
THROAT:. wnl
LOWER EXTREMITiES. Right ankle painful
UPPER EXTREMITIES:. wnl

## Objective

General: Normotensive, in no acute distress.
Head: Normocephalic, no lesions.
Eyes: PERRLA, EOM's full, conjunctivae clear, fundi grossly normal.
Ears: EAC's clear, TM's normal.
Nose: Mucosa normal, no obstruction.
Throat: Clear, no exudates, no lesions.
Neck: Supple, no masses, no thyromegaly, no bruits.
Chest: Lungs clear, no rales, no rhonchi, no wheezes.
Heart: RR, no murmurs, no rubs, no gallops.
Abdomen: Soft, no tenderness, no masses, BS normal.
GU: Normal, no lesions, no discharge, no hernias noted.
Pelvic: BUS normal, no discharge,
Rectal: deferred.
Back: Normal curvature, mild tenderness.
Labs: ordered.
Extremities: Warm, well perfused, no edema.

01/15/2019   9:53AM (GMT-05:00)

From:                                              01/15/2019 09:58      #557 P.009/009

1/11/2019                    Encounter - Office Visit Date of service: 11/02/18 Patient: Davis Chinchilla DOB: 04/19/1982 PRN: DC533645

## Assessment

## Plan

Pt is oriented about his Diagnosis, prognosis, treatment & med s/e. Pt is counseled about safe sex, avoid STDs.

## Orders

### LAB ORDERS

No orders attached to this encounter.

### IMAGING ORDERS

No orders attached to this encounter.

## Screenings/ Interventions/ Assessments

No screenings/interventions/assessments recorded.

practice fusion

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

01/15/2019   9:53AM (GMT-05:00)

```
   DEMAND BILL              LARKIN COMMUNITY HOSPITAL
                            7031 SW 62 AVE
                            SOUTH MIAMI      FL
                            33143-4701
                            305-284-7500

   PATIENT NAME          ACCOUNT NO.    ADMIT DATE  DIS. DATE          PAGE
CHINCHILLA DAVIS           802415        4/12/18     4/12/18             1


  80592  GUARANTOR NAME/ADDR.       F/C   INS. CO/PLANS            POLICY #
   CHINCHILLA DAVIS                  E    AETNA LCH              W236412133
   11940 NW 16 AVE
   PRIVATE HOME
   MIAMI FL  33167


                                        AGE              DR. NAME
                                         35         BLANCO CHRISTOPHE

     CHRG CODE    DESCRIPTION       QTY  UNIT PRICE    AMOUNT      CPT CODE
  ---------------------------------------------------------------------------
  4/30/18 0000001 ADJUSTMENT                          1064.00CR
  5/07/18 0000000 PAYMENT                                 .00
  5/10/18 0000001 ADJUSTMENT                            50.00CR
  4/12/18 4310013 BASIC METAB CH7    1    435.00       435.00       80048
  4/12/18 4328317 URINALYSIS AUT WO/MI  1  133.00      133.00       81003
  4/12/18 4330235 CBC WPLT HEMOGRAM   1    249.00       249.00      85025
  4/12/18 4346299 PTTPARTIAL THROMBOPL 1   164.00       164.00      85730
  4/12/18 4346522 PROTHROMBIN TIME/INR 1   133.00       133.00      85610


                        ** SUMMARY OF CHARGES **
                        ** TOTAL CHARGES    **     1114.00
                        ** TOTAL PAYMENTS   **         .00
                        ** TOTAL ADJUSTMENTS **    1114.00CR
                        ** TOTAL AMOUNT DUE **         .00


  PRIMARY DIAGNOSIS :   Z01818       ENCOUNTER FOR OTHER PREPR

  SIGNATURE :
  TAX I.D. :            650729921
  PROVIDER # :          100181
```

```
.   DEMAND BILL               LARKIN COMMUNITY HOSPITAL
                              7031 SW 62 AVE
                              SOUTH MIAMI      FL
                              33143-4701
                              305-284-7500

    PATIENT NAME          ACCOUNT NO.    ADMIT DATE  DIS. DATE         PAGE
 CHINCHILLA DAVIS           801288        3/31/18     3/31/18            1


  80592  GUARANTOR NAME/ADDR.      F/C   INS. CO/PLANS          POLICY #
    CHINCHILLA DAVIS               S     AETNA LCH            W236412133
    11940 NW 16 AVE
    PRIVATE HOME
    MIAMI FL  33167


                                         AGE                DR. NAME
                                          35         PINELO VASQUEZ GU
```

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|
| 4/06/18 0000001 | ADJUSTMENT | | | 5903.00CR | |
| 4/11/18 0000000 | PAYMENT | | | .00 | |
| 6/27/18 0000000 | PAYMENT | | | 50.00CR | |
| 3/31/18 4150089 | KNEE COMPLETE 3 VWSR | 1 | 665.00 | 665.00 | 73562 RT |
| 3/31/18 4150097 | TIBIAFIBULA 2VWS RT | 1 | 686.00 | 686.00 | 73590 RT |
| 3/31/18 4150101 | ANKLE COMPLET 3V RT | 1 | 573.00 | 573.00 | 73610 RT |
| 3/31/18 4150105 | FOOT COMPLET 3 VWS R | 1 | 759.00 | 759.00 | 73630 RT |
| 3/31/18 4310013 | BASIC METAB CH7 | 1 | 435.00 | 435.00 | 80048 |
| 3/31/18 4330235 | CBC WPLT HEMOGRAM | 1 | 249.00 | 249.00 | 85025 |
| 3/31/18 4346299 | PTTPARTIAL THROMBOPL | 1 | 164.00 | 164.00 | 85730 |
| 3/31/18 4346522 | PROTHROMBIN TIME/INR | 1 | 133.00 | 133.00 | 85610 |
| 3/31/18 4407216 | MORPHINE 2MGML CARP | 1 | 42.00 | 42.00 | J2270 |
| 3/31/18 4409518 | MORPHINE 4MG/ML SYR | 1 | 42.00 | 42.00 | J2270 |
| 3/31/18 4601126 | VENIPUNCTURE | 1 | 48.00 | 48.00 | 36415 |
| 3/31/18 4601258 | INJ DIAGIV | 1 | 202.00 | 202.00 | 96374 |
| 3/31/18 4601554 | INJ IV PUSH SAME SU | 1 | 154.00 | 154.00 | 96376 |
| 3/31/18 4608205 | ER VISIT LEV 4EXTE | 1 | 1801.00 | 1801.00 | 99284 25 |

```
                     ** SUMMARY OF CHARGES **
                     ** TOTAL CHARGES     **      5953.00
                     ** TOTAL PAYMENTS    **        50.00CR
                     ** TOTAL ADJUSTMENTS **      5903.00CR
                     ** TOTAL AMOUNT DUE  **          .00


   PRIMARY DIAGNOSIS :   S82434        NONDISPLACED OBLIQUE FRAC

   SIGNATURE :          _____
   TAX I.D. :             650729921
   PROVIDER # :         100181
```

DEMAND BILL                    LARKIN COMMUNITY HOSPITAL
                               7031 SW 62 AVE
                               - SOUTH MIAMI      FL
                               33143-4701
                               305-284-7500

PATIENT NAME              ACCOUNT NO.    ADMIT DATE  DIS. DATE           PAGE
CHINCHILLA DAVIS            806376        5/21/18     6/13/18              1


80592  GUARANTOR NAME/ADDR.       F/C   INS. CO/PLANS          POLICY #
  CHINCHILLA DAVIS                E     AETNA LCH          W236412133
  11940 NW 16 AVE
  PRIVATE HOME
  MIAMI FL  33167


                                       AGE                   DR. NAME
                                        36            BLANCO CHRISTOPHE

| CHRG CODE | | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|---|
| 9/18/18 | 0000001 | ADJUSTMENT | | | 2355.00CR | |
| 10/01/18 | 0000000 | PAYMENT | | | .00 | |
| 5/21/18 | 4032508 | PT-GAIT TRAININ 15 M | 1 | 43.00 | 43.00 | 97116 GP |
| 5/21/18 | 4032510 | PT-THERAP EXERC 15 | 2 | 49.00 | 98.00 | 97110 GP |
| 5/21/18 | 4032562 | PT EVA MOD COMPLEX | 1 | 465.00 | 465.00 | 97162 GP |
| 5/22/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 5/22/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 5/22/18 | 4032510 | PT-THERAP EXERC 15 | 2 | 49.00 | 98.00 | 97110 GP |
| 5/30/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 5/30/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 5/30/18 | 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 5/30/18 | 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 5/31/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 5/31/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 5/31/18 | 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 5/31/18 | 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/01/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/01/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/01/18 | 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/01/18 | 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/04/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/04/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/04/18 | 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/04/18 | 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/05/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/05/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/05/18 | 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/05/18 | 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/06/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/06/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/06/18 | 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/06/18 | 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/11/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/11/18 | 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/11/18 | 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/11/18 | 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/12/18 | 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |

DEMAND BILL

LARKIN COMMUNITY HOSPITAL
7031 SW 62 AVE
SOUTH MIAMI        FL
33143-4701
305-284-7500

| PATIENT NAME | ACCOUNT NO. | ADMIT DATE | DIS. DATE | PAGE |
|---|---|---|---|---|
| CHINCHILLA DAVIS | 806376 | 5/21/18 | 6/13/18 | 2 |

80592  GUARANTOR NAME/ADDR.        F/C    INS. CO/PLANS              POLICY #
   CHINCHILLA DAVIS                 E     AETNA LCH              W236412133
   11940 NW 16 AVE
   PRIVATE HOME
   MIAMI FL  33167

AGE
36

DR. NAME
BLANCO CHRISTOPHE

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|
| 6/12/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/12/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/12/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/13/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/13/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/13/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/13/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |

```
              ** SUMMARY OF CHARGES **
              ** TOTAL CHARGES      **      2385.00
              ** TOTAL PAYMENTS     **          .00
              ** TOTAL ADJUSTMENTS  **      2355.00CR
              ** TOTAL AMOUNT DUE   **        30.00
```

PRIMARY DIAGNOSIS :   S82401       UNSPECIFIED FRACTURE OF S

SIGNATURE :
TAX I.D. :            650729921
PROVIDER # :          100181

```
    DEMAND BILL              LARKIN COMMUNITY HOSPITAL
                             7031 SW 62 AVE
                             SOUTH MIAMI      FL
                             33143-4701
                             305-284-7500

   PATIENT NAME         ACCOUNT NO.    ADMIT DATE  DIS. DATE        PAGE
CHINCHILLA DAVIS          814723        8/13/18     8/13/18            1


  80592  GUARANTOR NAME/ADDR.      F/C   INS. CO/PLANS          POLICY #
    CHINCHILLA DAVIS               E     AETNA LCH          W236412133
    11940 NW 16 AVE
    PRIVATE HOME
    MIAMI FL  33167


                                          AGE                   DR. NAME
                                           36          ARMAS EDDIE
```

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|-----------|-------------|-----|-----------|--------|----------|
| 8/23/18 0000001 | ADJUSTMENT | | | 3303.90CR | |
| 9/04/18 0000000 | PAYMENT | | | .00 | |
| 9/11/18 0000001 | ADJUSTMENT | | | 50.00CR | |
| 8/13/18 4300182 | TESTOSTERONETOTALSER | 1 | 167.00 | 167.00 | 84403 |
| 8/13/18 4301659 | T4 FREE | 1 | 101.00 | 101.00 | 84439 |
| 8/13/18 4302006 | VITAMIN D 125 | 1 | 20.00 | 20.00 | 82652 |
| 8/13/18 4302689 | HIV-1/2 AG/AB | 1 | 165.90 | 165.90 | 87806 |
| 8/13/18 4302694 | RHEUMATOID FACTOR QU | 1 | 150.00 | 150.00 | 86431 |
| 8/13/18 4310012 | COMPRHENSIVE METABOL | 1 | 763.00 | 763.00 | 80053 |
| 8/13/18 4310016 | LIPID PANEL | 1 | 241.00 | 241.00 | 80061 |
| 8/13/18 4310200 | B12 VITAMIN | 1 | 158.00 | 158.00 | 82607 |
| 8/13/18 4328317 | URINALYSIS AUT WO/MI | 1 | 133.00 | 133.00 | 81003 |
| 8/13/18 4330235 | CBC WPLT HEMOGRAM | 1 | 249.00 | 249.00 | 85025 |
| 8/13/18 4332519 | RPR QUALITATIVE | 1 | 101.00 | 101.00 | 86592 |
| 8/13/18 4351125 | HELICOBACTER P STOOL | 1 | 102.00 | 102.00 | 87338 |
| 8/13/18 4355055 | CULT BACT WI&ID URIN | 1 | 226.00 | 226.00 | 87088 |
| 8/13/18 4370089 | FOLATE FOLIC ACID | 1 | 161.00 | 161.00 | 82746 |
| 8/13/18 4371274 | T3 TOTAL TRIIODOTHYR | 1 | 139.00 | 139.00 | 84480 |
| 8/13/18 4371275 | TSH THYROID STIMULAT | 1 | 167.00 | 167.00 | 84443 |
| 8/13/18 4371276 | T3 FREE | 1 | 149.00 | 149.00 | 84481 |
| 8/13/18 4371377 | PSA PROSTATE SPECIF | 1 | 161.00 | 161.00 | 84153 |

```
                       ** SUMMARY OF CHARGES **
                       ** TOTAL CHARGES      **    3353.90
                       ** TOTAL PAYMENTS     **        .00
                       ** TOTAL ADJUSTMENTS  **    3353.90CR
                       ** TOTAL AMOUNT DUE   **        .00


PRIMARY DIAGNOSIS :   N400          BENIGN PROSTATIC HYPERPLA

SIGNATURE :
TAX I.D. :            _____
                        650729921
PROVIDER # :          100181
```

DEMAND BILL

**LARKIN COMMUNITY HOSPITAL**
7031 SW 62 AVE
SOUTH MIAMI        FL
33143-4701
305-284-7500

| PATIENT NAME | ACCOUNT NO. | ADMIT DATE | DIS. DATE | PAGE |
|---|---|---|---|---|
| CHINCHILLA DAVIS | 816572 | 8/30/18 | 8/30/18 | 1 |

80592  GUARANTOR NAME/ADDR.
CHINCHILLA DAVIS
11940 NW 16 AVE
PRIVATE HOME
MIAMI FL  33167

F/C   INS. CO/PLANS
E     AETNA LCH

POLICY #
W236412133

AGE
36

DR. NAME
PERITO PAUL E MD

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|
| 9/05/18 0000001 | ADJUSTMENT | | | 1078.00CR | |
| 9/17/18 0000000 | PAYMENT | | | .00 | |
| 8/30/18 4155032 | CHEST PA AND LATERAL | 1 | 663.00 | 663.00 | 71046 |
| 8/30/18 4270002 | EKG | 1 | 465.00 | 465.00 | 93005 |

```
        ** SUMMARY OF CHARGES **
        ** TOTAL CHARGES      **    1128.00
        ** TOTAL PAYMENTS     **        .00
        ** TOTAL ADJUSTMENTS  **    1078.00CR
        ** TOTAL AMOUNT DUE   **      50.00
```

PRIMARY DIAGNOSIS :   Z01818      ENCOUNTER FOR OTHER PREPR

SIGNATURE :
TAX I.D. :        650729921
PROVIDER # :      100181

DEMAND BILL

LARKIN COMMUNITY HOSPITAL
7031 SW 62 AVE
SOUTH MIAMI     FL
33143-4701
305-284-7500

| PATIENT NAME | ACCOUNT NO. | ADMIT DATE | DIS. DATE | PAGE |
|---|---|---|---|---|
| CHINCHILLA DAVIS | 819895 | 10/01/18 | 10/01/18 | 1 |

80592  GUARANTOR NAME/ADDR.          F/C   INS. CO/PLANS                POLICY #
       CHINCHILLA DAVIS               W     SUMMIT CONSULTI             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
       11940 NW 16 AVE
       PRIVATE HOME
       MIAMI FL  33167

AGE
36

DR. NAME
BAROSY CLAUDE

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|
| 10/08/18 0000001 | ADJUSTMENT | | | 1187.00CR | |
| 10/01/18 4601126 | VENIPUNCTURE | 1 | 48.00 | 48.00 | 36415 |
| 10/01/18 4608122 | ER VISIT LEV 3INTE | 1 | 1139.00 | 1139.00 | 99283 25 |

```
                    ** SUMMARY OF CHARGES **
                    ** TOTAL CHARGES       **      1187.00
                    ** TOTAL PAYMENTS      **          .00
                    ** TOTAL ADJUSTMENTS   **      1187.00CR
                    ** TOTAL AMOUNT DUE    **          .00
```

PRIMARY DIAGNOSIS :   T1501X        FOREIGN BODY IN CORNEA, R

SIGNATURE :
TAX I.D. :            650729921
PROVIDER # :          100181

```
JACKSON HEALTH SYSTEM - PRODUCTI  TELEPHONE  305-585-1111      PG#   1
1611 NW 12TH AVENUE                              DATE: 05/25/18
MIAMI, FL  33136                                 ACCT TYPE: O
```

```
PATIENT NAME: CHINCHILLA ,DAVIS      PATIENT NUMBER: 40014879061  FC: Y
ADMIT DATE:  03/31/18  DISCHARGE DATE:           BIRTH DATE: 04/19/1982 PT: C
```

```
GUARANTOR: CHINCHILLA        DAVIS      | ACCOUNT BALANCE:     25.00
NAME AND : 11940 NW 16TH AVE            |
ADDRESS  : MIAMI             FL  33167  | PATIENT BALANCE:      25.00
```

| DATE | SERVICE CODE | QTY | DESCRIPT BAL: | INS1: N96 | INS2: | INS3: | PATIENT |
|------|--------------|-----|---------------|-----------|-------|-------|---------|
|      |              |     |               | .00       |       |       | 25.00   |
| 033118 | 5017643 | 1 | 32 | ANKLE, RIGHT, COMPLETE | | | 529.00 |
| 033118 | 5010018 | 1 | 51 | NEW PT LEVEL IV  W/PROC TECH | | | 292.00 |
| 033118 | 5010200 | 1 | 76 | UCC PROCEDURES LEVE A TECH | | | 181.00 |
| 033118 | 5017011 | 1 | 97 | ANKLE, RIGHT, COMPLETE PROF | | | 50.00 |
| 033118 | 5010300 | 1 | 98 | UCC PROCEDURES LEVE A PROF | | | 167.00 |
| 033118 | 5011017 | 1 | 98 | NEW PT LEVEL IV  W/PROC PROF | | | 214.00 |

```
PRINTED BY  CBOJMG
```

```
                                12:32 05/25/18 FROM @067,EDPABLFX
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JACKSON HEALTH SYSTEM - P  TELEPHONE  305-585-1111      SUMMARY PAGE:#   1
1611 NW 12TH AVENUE                                     DATE: 05/25/18
MIAMI, FL  33136                                        ACCT TYPE: O
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PATIENT NAME: CHINCHILLA ,DAVIS      PATIENT NUMBER:  40014879061   FC: Y
ADMIT DATE:  03/31/18  DISCHARGE DATE:        BIRTH DATE: 04/19/1982 PT: C
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
GUARANTOR: CHINCHILLA        DAVIS   |ACCOUNT BALANCE:       25.00
NAME AND : 11940 NW 16TH AVE         |- - - - - - - - - - - - - - - - - - - -
ADDRESS  : MIAMI             FL 33167|PATIENT BALANCE:       25.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TOTAL CHARGES:     1433.00   INS1: N96        .00  INS2:
                             INS3:                 INS4:
- - - - - - - - - - - - - - - - - - - TOTAL AMT:- - - - - INSURANCE:- - - - - - - - PATIENT:- - -
     1        PAYMENTS            -125.00          -75.00          -50.00
     2        ADJUSTMENTS        -1283.00        -1358.00           75.00
     3        IMAGING/X-RAY        529.00          529.00            0.00
     4        PROC/OBSERVATIO      181.00          181.00            0.00
     5        CLINIC               292.00          292.00            0.00
     6        PROFESSIONAL FE      381.00          381.00            0.00
     7        PROFESSIONAL FE       50.00           50.00            0.00
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PRINTED BY  CBOJMG

                              12:32 05/25/18 FROM @067,EDPABLFY
```

PATIENT INFORMATION:                     DATE:  11/28/2018          ACCOUNT NO.: 117393

    DAVIS  CHINCHILLA
    11940 NW 16 AVE
    Miami, FL 33167                                          AMOUNT PAID: $_____

SEND PAYMENT TO:                         Payment by:
    SURGICAL PARK CENTER                 Visa[]       Mastercard[]
    P.O. BOX 281337                      American Express[]  Discover/Novus[]
    ATLANTA, GA 30384-1337               To pay using CareCredit contact the
    Phone:(954) 392-2000                 center directly
                                         Amount $_____
RESPONSIBLE PARTY:                       Acct#_____
    DAVIS  CHINCHILLA                    Security Code:_____  Exp:_____
    11940 NW 16 AVE
    Miami, FL 33167
                                         Print Name EXACTLY As It Appears On Card
                                         Signature:_____

    PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE
------------------------------------------------------------------------

| DATE | CODE | DESCRIPTION | CHARGE | PAYMENTS/ ADJUSTMENTS | INSURANCE BALANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 0.00 |
| 04/17/18 | 27792 | OPEN TX DISTAL FIBULAR FRACTURE | 12,493.00 | | 0.00 | 0.00 |
| 04/17/18 | CA | Adjustment - Insurance Contractu | | 12,611.00 | | |
| 04/17/18 | 76000 | FLUOR SPX <1 HR PHYS TM OTH/THN | 555.00 | | | 0.00 |
| 04/17/18 | C1713 | ANCHOR/SCREW FOR OPPOSING BONE-T | 1,330.00 | | 0.00 | 0.00 |
| 04/17/18 | A4649 | SURGICAL SUPPLY: MISCELLANOUS | 374.00 | | 0.00 | 0.00 |
| 04/17/18 | C1713 | ANCHOR/SCREW FOR OPPOSING BONE-T | 5,528.00 | | 0.00 | 0.00 |
| 04/17/18 | A4649 | SURGICAL SUPPLY: MISCELLANOUS | 1,470.00 | | 0.00 | 0.00 |
| 04/19/18 | PREP | Payment - Patient Deposits | | 92.42 | 0.00 | |
| 04/30/18 | PAY | Payment Allocation | | 92.42 | | |
| 04/30/18 | PREPAD | Unapplied Payment Adjustment | | -92.42 | | |
| 05/07/18 | IP | Payment - Insurance | | 0.00 | | |
| 06/26/18 | CA | Adjustment - Insurance Contractu | | 4,235.10 | | |
| 06/27/18 | CCA | Correction - Contractual Adjustm | | -972.50 | | |
| 06/27/18 | ERRWO | Write-Off Erroneous Charge | | 1,704.00 | | |
| 07/16/18 | IP | Payment - Insurance | | 0.00 | | |
| 08/08/18 | IP | Payment - Insurance | | 0.00 | | |
| 08/10/18 | IP | Payment - Insurance | | 4,369.01 | | |
| 08/10/18 | CCA | Correction - Contractual Adjustm | | -289.03 | | |

Payments received in the last 30 days may not be reflected on this statement

| | | | |
|---|---|---|---|
| TOTAL ACCOUNT BALANCE: | 0.00 | | TOTAL DUE |
| TOTAL PATIENT BALANCE: | 0.00 | | 0.00 |

BALANCES ARE DUE WITHIN 21 DAYS FROM STATEMENT DATE
QUESTIONS?? Please call (954) 392-2000

Thank you for choosing SURGICAL PARK CENTER as your healthcare provider for your surgical
and/or procedural needs. The enclosed statement is for charges and outstanding balance
for SURGICAL PARK CENTER only. Services may be provided in this healthcare facility as
well as by other health care providers that may separately bill you. You should contact
your insurer or health maintenance organization regarding your cost sharing
responsibilities.



# SHERIDAN
Healthcorp, Inc.

TRM        RESPONSIBLE PARTY

           DAVIS CHINCHILLA
           11940 NW 16TH AVE
           MIAMI, FL  33167-2838


  800/296-2611                                          11/07/2018

    ACCT NO.  5639842         PATIENT NAME: DAVIS CHINCHILLA


    SURGICAL PARK CENTER            ZULEIKA LIEVANO MD

| DATE | CODE | DESCRIPTION | TIME | AMOUNT |
|------|------|-------------|------|--------|
| 04/17/18 | 27784 | OPEN TREATMENT PROXIMA | 01 HR 51 MIN | 2928.00 |
| 04/17/18 | P2 | PHYSICAL STATUS 2 | 00 HR 00 MIN | .00 |
| 04/17/18 | 4250F | ACTV WRMNG INTRAOP FOR | 00 HR 00 MIN | .00 |
| 04/17/18 | 4255F | DURATION GEN NEUR ANES | 00 HR 00 MIN | .00 |
| 05/14/18 | 42556 | AETNA ADJUSTMENT | | 2415.00- |
| 08/15/18 | 42556 | COLLECTION ADJUSTMENT | | 513.00- |
| 11/07/18 | 42556 | COLLECTION ADJUSTMENT | | 513.00 |

ADMIN. OF ANESTHESIA            ** AMOUNT DUE **          513.00

Sheridan Healthcorp, Inc.

P.O. Box 743839 – Dept. 10065 • Atlanta, GA 30374-3839

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

```
DEMAND BILL           LARKIN COMMUNITY HOSPITAL
                      7031 SW 62 AVE
                      SOUTH MIAMI      FL
                      33143-4701
                      305-284-7500

  PATIENT NAME            ACCOUNT NO.   ADMIT DATE  DIS. DATE         PAGE
CHINCHILLA DAVIS            801288       3/31/18     3/31/18             1


  80592  GUARANTOR NAME/ADDR.     F/C   INS. CO/PLANS          POLICY #
   CHINCHILLA DAVIS               S     AETNA LCH           W236412133
   11940 NW 16 AVE
   PRIVATE HOME
   MIAMI FL  33167


                                     AGE               DR. NAME
                                      35         PINELO VASQUEZ GU

         CHRG CODE    DESCRIPTION    QTY  UNIT PRICE      AMOUNT    CPT CODE
--------------------------------------------------------------------------
4/06/18 0000001 ADJUSTMENT                              5903.00CR
4/11/18 0000000 PAYMENT                                      .00
6/27/18 0000000 PAYMENT                                   50.00CR
3/31/18 4150089 KNEE COMPLETE 3 VWSR  1     665.00       665.00    73562 RT
3/31/18 4150097 TIBIAFIBULA 2VWS RT   1     686.00       686.00    73590 RT
3/31/18 4150101 ANKLE COMPLET 3V RT   1     573.00       573.00    73610 RT
3/31/18 4150105 FOOT COMPLET 3 VWS R  1     759.00       759.00    73630 RT
3/31/18 4310013 BASIC METAB CH7       1     435.00       435.00    80048
3/31/18 4330235 CBC WPLT HEMOGRAM     1     249.00       249.00    85025
3/31/18 4346299 PTTPARTIAL THROMBOPL  1     164.00       164.00    85730
3/31/18 4346522 PROTHROMBIN TIME/INR  1     133.00       133.00    85610
3/31/18 4407216 MORPHINE 2MGML CARP   1      42.00        42.00    J2270
3/31/18 4409518 MORPHINE 4MG/ML SYR   1      42.00        42.00    J2270
3/31/18 4601126 VENIPUNCTURE          1      48.00        48.00    36415
3/31/18 4601258 INJ DIAGIV            1     202.00       202.00    96374
3/31/18 4601554 INJ IV PUSH SAME SU   1     154.00       154.00    96376
3/31/18 4608205 ER VISIT LEV 4EXTE    1    1801.00      1801.00    99284 25


                   ** SUMMARY OF CHARGES **
                   ** TOTAL CHARGES      **      5953.00
                   ** TOTAL PAYMENTS     **        50.00CR
                   ** TOTAL ADJUSTMENTS  **      5903.00CR
                   ** TOTAL AMOUNT DUE   **          .00


  PRIMARY DIAGNOSIS :   S82434      NONDISPLACED OBLIQUE FRAC

  SIGNATURE :        _____
  TAX I.D. :          650729921
  PROVIDER # :        100181
```

```
DEMAND BILL              LARKIN COMMUNITY HOSPITAL
                         7031 SW 62 AVE
                         SOUTH MIAMI      FL
                         33143-4701
                         305-284-7500

  PATIENT NAME          ACCOUNT NO.    ADMIT DATE  DIS. DATE         PAGE
CHINCHILLA DAVIS          802415        4/12/18     4/12/18             1


  80592  GUARANTOR NAME/ADDR.      F/C   INS. CO/PLANS          POLICY #
    CHINCHILLA DAVIS               E    AETNA LCH           W236412133
    11940 NW 16 AVE
    PRIVATE HOME
    MIAMI FL  33167


                                        AGE                DR. NAME
                                         35            BLANCO CHRISTOPHE

    CHRG CODE   DESCRIPTION        QTY  UNIT PRICE      AMOUNT    CPT CODE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4/30/18 0000001 ADJUSTMENT                           1064.00CR
5/07/18 0000000 PAYMENT                                  .00
5/10/18 0000001 ADJUSTMENT                             50.00CR
4/12/18 4310013 BASIC METAB CH7      1    435.00      435.00     80048
4/12/18 4328317 URINALYSIS AUT WO/MI 1    133.00      133.00     81003
4/12/18 4330235 CBC WPLT HEMOGRAM    1    249.00      249.00     85025
4/12/18 4346299 PTTPARTIAL THROMBOPL 1    164.00      164.00     85730
4/12/18 4346522 PROTHROMBIN TIME/INR 1    133.00      133.00     85610


                        ** SUMMARY OF CHARGES **
                        ** TOTAL CHARGES     **    1114.00
                        ** TOTAL PAYMENTS    **        .00
                        ** TOTAL ADJUSTMENTS **    1114.00CR
                        ** TOTAL AMOUNT DUE  **        .00


  PRIMARY DIAGNOSIS :   Z01818        ENCOUNTER FOR OTHER PREPR

  SIGNATURE :          _____
  TAX I.D. :            650729921
  PROVIDER # :          100181
```

```
DEMAND BILL              LARKIN COMMUNITY HOSPITAL
                         7031 SW 62 AVE
                         SOUTH MIAMI     FL
                         33143-4701
                         305-284-7500

   PATIENT NAME          ACCOUNT NO.   ADMIT DATE  DIS. DATE        PAGE
CHINCHILLA DAVIS           806376       5/21/18    6/13/18             1


  80592  GUARANTOR NAME/ADDR.     F/C  INS. CO/PLANS        POLICY #
    CHINCHILLA DAVIS              E    AETNA LCH          W236412133
    11940 NW 16 AVE
    PRIVATE HOME
    MIAMI FL  33167

                                         AGE              DR. NAME
                                          36         BLANCO CHRISTOPHE
```

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|
| 9/18/18 0000001 | ADJUSTMENT | | | 2355.00CR | |
| 10/01/18 0000000 | PAYMENT | | | .00 | |
| 5/21/18 4032508 | PT-GAIT TRAININ 15 M | 1 | 43.00 | 43.00 | 97116 GP |
| 5/21/18 4032510 | PT-THERAP EXERC 15 | 2 | 49.00 | 98.00 | 97110 GP |
| 5/21/18 4032562 | PT EVA MOD COMPLEX | 1 | 465.00 | 465.00 | 97162 GP |
| 5/22/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 5/22/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 5/22/18 4032510 | PT-THERAP EXERC 15 | 2 | 49.00 | 98.00 | 97110 GP |
| 5/30/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 5/30/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 5/30/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 5/30/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 5/31/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 5/31/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 5/31/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 5/31/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/01/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/01/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/01/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/01/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/04/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/04/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/04/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/04/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/05/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/05/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/05/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/05/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/06/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/06/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/06/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/06/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/11/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |
| 6/11/18 4032507 | PT-THERAP ACT 15 M | 1 | 53.00 | 53.00 | 97530 GP |
| 6/11/18 4032510 | PT-THERAP EXERC 15 | 1 | 49.00 | 49.00 | 97110 GP |
| 6/11/18 4032514 | PT-ULTRASOUND | 1 | 20.00 | 20.00 | 97035 GP |
| 6/12/18 4032505 | PT-MASSAGE THER 15 M | 1 | 53.00 | 53.00 | 97124 GP |

```
DEMAND BILL            LARKIN COMMUNITY HOSPITAL
                       7031 SW 62 AVE
                       SOUTH MIAMI      FL
                       33143-4701
                       305-284-7500

    PATIENT NAME       ACCOUNT NO.   ADMIT DATE  DIS. DATE       PAGE
CHINCHILLA DAVIS         806376       5/21/18     6/13/18          2


 80592  GUARANTOR NAME/ADDR.      F/C  INS. CO/PLANS           POLICY #
    CHINCHILLA DAVIS              E    AETNA LCH            W236412133
    11940 NW 16 AVE
    PRIVATE HOME
    MIAMI FL  33167


                                        AGE              DR. NAME
                                        36            BLANCO CHRISTOPHE

     CHRG CODE     DESCRIPTION       QTY  UNIT PRICE    AMOUNT    CPT CODE
--------------------------------------------------------------------------
  6/12/18 4032507 PT-THERAP ACT 15 M    1     53.00      53.00   97530 GP
  6/12/18 4032510 PT-THERAP EXERC 15    1     49.00      49.00   97110 GP
  6/12/18 4032514 PT-ULTRASOUND         1     20.00      20.00   97035 GP
  6/13/18 4032505 PT-MASSAGE THER 15 M  1     53.00      53.00   97124 GP
  6/13/18 4032507 PT-THERAP ACT 15 M    1     53.00      53.00   97530 GP
  6/13/18 4032510 PT-THERAP EXERC 15    1     49.00      49.00   97110 GP
  6/13/18 4032514 PT-ULTRASOUND         1     20.00      20.00   97035 GP


               ** SUMMARY OF CHARGES **
               ** TOTAL CHARGES     **    2385.00
               ** TOTAL PAYMENTS    **        .00
               ** TOTAL ADJUSTMENTS **    2355.00CR
               ** TOTAL AMOUNT DUE  **      30.00


PRIMARY DIAGNOSIS :   S82401      UNSPECIFIED FRACTURE OF S

SIGNATURE :          _____
TAX I.D. :           650729921
PROVIDER # :         100181
```

DEMAND BILL                    LARKIN COMMUNITY HOSPITAL
                               7031 SW 62 AVE
                               SOUTH MIAMI    FL
                               33143-4701
                               305-284-7500

PATIENT NAME              ACCOUNT NO.    ADMIT DATE  DIS. DATE          PAGE
CHINCHILLA DAVIS            814723         8/13/18    8/13/18            1

80592  GUARANTOR NAME/ADDR.        F/C    INS. CO/PLANS          POLICY #
  CHINCHILLA DAVIS                  E    AETNA LCH           W236412133
  11940 NW 16 AVE          **Not related**
  PRIVATE HOME
  MIAMI FL  33167
                                          AGE                 DR. NAME
                                           36           ARMAS EDDIE

  CHRG CODE    DESCRIPTION      QTY  UNIT PRICE      AMOUNT    CPT CODE
-------------------------------------------------------------------------
8/23/18 0000001 ADJUSTMENT                         3303.90CR
9/04/18 0000000 PAYMENT                                 .00
9/11/18 0000001 ADJUSTMENT                           50.00CR
8/13/18 4300182 TESTOSTERONETOTALSER   1    167.00    167.00    84403
8/13/18 4301659 T4 FREE                1    101.00    101.00    84439
8/13/18 4302006 VITAMIN D 125          1     20.00     20.00    82652
8/13/18 4302689 HIV-1/2 AG/AB          1    165.90    165.90    87806
8/13/18 4302694 RHEUMATOID FACTOR QU   1    150.00    150.00    86431
8/13/18 4310012 COMPRHENSIVE METABOL   1    763.00    763.00    80053
8/13/18 4310016 LIPID PANEL            1    241.00    241.00    80061
8/13/18 4310200 B12 VITAMIN            1    158.00    158.00    82607
8/13/18 4328317 URINALYSIS AUT WO/MI   1    133.00    133.00    81003
8/13/18 4330235 CBC WPLT HEMOGRAM      1    249.00    249.00    85025
8/13/18 4332519 RPR QUALITATIVE        1    101.00    101.00    86592
8/13/18 4351125 HELICOBACTER P STOOL   1    102.00    102.00    87338
8/13/18 4355055 CULT BACT WI&ID URIN   1    226.00    226.00    87088
8/13/18 4370089 FOLATE FOLIC ACID      1    161.00    161.00    82746
8/13/18 4371274 T3 TOTAL TRIIODOTHYR   1    139.00    139.00    84480
8/13/18 4371275 TSH THYROID STIMULAT   1    167.00    167.00    84443
8/13/18 4371276 T3 FREE                1    149.00    149.00    84481
8/13/18 4371377 PSA PROSTATE SPECIF    1    161.00    161.00    84153

                    ** SUMMARY OF CHARGES **
                    ** TOTAL CHARGES      **      3353.90
                    ** TOTAL PAYMENTS     **           .00
                    ** TOTAL ADJUSTMENTS  **      3353.90CR
                    ** TOTAL AMOUNT DUE   **           .00


PRIMARY DIAGNOSIS :   N400        BENIGN PROSTATIC HYPERPLA

SIGNATURE :
TAX I.D. :            650729921
PROVIDER # :          100181

DEMAND BILL

LARKIN COMMUNITY HOSPITAL
7031 SW 62 AVE
SOUTH MIAMI       FL
33143-4701
305-284-7500

PATIENT NAME
CHINCHILLA DAVIS

| ACCOUNT NO. | ADMIT DATE | DIS. DATE |
|---|---|---|
| 816572 | 8/30/18 | 8/30/18 |

PAGE
1

80592  GUARANTOR NAME/ADDR.
CHINCHILLA DAVIS
11940 NW 16 AVE
PRIVATE HOME
MIAMI FL  33167

F/C    INS. CO/PLANS
E     AETNA LCH

POLICY #
W236412133

AGE
36

DR. NAME
PERITO PAUL E MD

| CHRG CODE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT | CPT CODE |
|---|---|---|---|---|---|
| 9/05/18 0000001 | ADJUSTMENT | | | 1078.00CR | |
| 9/17/18 0000000 | PAYMENT | | | .00 | |
| 8/30/18 4155032 | CHEST PA AND LATERAL | 1 | 663.00 | 663.00 | 71046 |
| 8/30/18 4270002 | EKG | 1 | 465.00 | 465.00 | 93005 |

**Not related**

```
**  SUMMARY OF CHARGES  **
**  TOTAL CHARGES      **     1128.00
**  TOTAL PAYMENTS     **         .00
**  TOTAL ADJUSTMENTS  **     1078.00CR
**  TOTAL AMOUNT DUE   **       50.00
```

PRIMARY DIAGNOSIS :   Z01818      ENCOUNTER FOR OTHER PREPR

SIGNATURE :
TAX I.D. :          650729921
PROVIDER # :        100181

01/10/2019  2:34PM (GMT-05:00)

7500 NW 25 St. Suite 112
Miami Fl 33122
Phone: (305)264-2632
Fax: (305)266-2274

## Patient ledger

Current as of: 01/10/2019 10:57 AM

**Patient: Chinchilla, Davis (04/19/1982)**
11940 NW 16 AVE MIAMI, FL 331670000
Phone: (305) 284-7500 Cell: (786) 438-9453
Medios ID: 8012622

| DATE | DESC | CODE | POS | MOD | CHARGE | ALLOWED | DEDUCT | COPAY | TAX | PAID | WRITE OFF | PAT. BAL. | INS. BAL. |
|------|------|------|-----|-----|--------|---------|--------|-------|-----|------|-----------|-----------|-----------|
| **Progress Note(*) Claim #:22559 Ins: PODIATRY NETWORK SOLUTIONS, LLC (Christopher J Blanco, DPM)** | | | | | | | | | | | | | |
| 11/15/2018 | | 99214 | 11 | | 231.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 231.64 | 0.00 |
| 11/15/2018 | Copayment (Credit Card, ) | | | | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 15.00 | 0.00 | (15.00) | 0.00 |
| | **TOTAL** | | | | 231.64 | 0.00 | 0.00 | 15.00 | 0.00 | 15.00 | 0.00 | 216.64 | 0.00 |
| **Progress Note(*) Claim #:22982 Ins: PODIATRY NETWORK SOLUTIONS, LLC (Christopher J Blanco, DPM)** | | | | | | | | | | | | | |
| 10/29/2018 | | 99214 | 11 | 25 | 231.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 231.64 | 0.00 |
| 10/29/2018 | | 10060 | 11 | | 257.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 257.48 | 0.00 |
| 10/29/2018 | Copayment (Credit Card, ) | | | | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 15.00 | 0.00 | (15.00) | 0.00 |
| | **TOTAL** | | | | 489.12 | 0.00 | 0.00 | 15.00 | 0.00 | 15.00 | 0.00 | 474.12 | 0.00 |
| **Progress Note(*) Claim #:20844 Ins: AETNA (Christopher J Blanco, DPM)** | | | | | | | | | | | | | |
| 08/06/2018 Check #: 81824162000 07755 (09/04/2018) | | 99214 | 11 | | 116.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | 41.00 | 0.00 | 0.00 |
| 08/08/2018 Copayment (Credit Card, ) | | | | | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 | 0.00 | (50.00) | 0.00 |
| 12/17/2018 Copayment (Other) | | | | | 0.00 | 0.00 | 0.00 | (50.00) | 0.00 | (50.00) | 0.00 | 50.00 | 0.00 |
| | **TOTAL** | | | | 116.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 | 41.00 | 0.00 | 0.00 |

1 of 3 page(s)

T-08448185455

305266274

From:blanco

JAN-11-2019 03:02

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

01/10/2019  2:43PM (GMT-05:00)

**Progress Note(*) Claim #:19531 Ins: AETNA (Christopher J Blanco, DPM)**

| Date | Description | Code | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/2018 | Check #: 818192510006746 (08/01/2018) | 99214 11 24 | 116.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 | 115.00 | 0.00 | 0.00 |
| 06/14/2018 | Check #: 818192510006746 (08/01/2018) | 73610 11 | 83.00 | 23.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 23.00 | 60.00 | 0.00 | 0.00 |
| 06/14/2018 | Check #: 818192510006746 (08/01/2018) | 97110 11 | 50.00 | 23.73 | 0.00 0.00 | 0.00 | 0.00 0.00 | 23.73 | 26.27 | 0.00 | 0.00 |
| 06/14/2018 | Copayment (Credit Card,) | | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 50.00 0.00 | 50.00 | 0.00 | (50.00) | 0.00 |
| 12/17/2018 | Copayment (Other) | | 0.00 | 0.00 | 0.00 0.00 | 0.00 | (50.00) 0.00 | (50.00) | 0.00 | 50.00 | 0.00 |
| | TOTAL | | 249.00 | 46.73 | 0.00 0.00 | 0.00 | 0.00 0.00 | 46.73 | 202.27 | 0.00 | 0.00 |

**Follow Up Visit(*) Claim #:18542 Ins: AETNA (Christopher J Blanco, DPM)**

| 05/16/2018 | Check #: 818175500007137 (06/11/2018) | 73610 11 | 83.00 | 23.73 | 0.00 0.00 | 0.00 | 0.00 0.00 | 23.73 | 59.27 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2018 | Check #: 818175500007137 (06/11/2018) | 97110 11 | 50.00 | 17.71 | 0.00 0.00 | 0.00 | 0.00 0.00 | 17.71 | 32.29 | 0.00 | 0.00 |
| 05/16/2018 | Check #: 818175500007137 (06/11/2018) | 97760 11 rt | 90.00 | 34.90 | 0.00 0.00 | 0.00 | 0.00 0.00 | 34.90 | 55.10 | 60.00 | 0.00 |
| 05/16/2018 | Copayment (Credit Card,) | | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 50.00 0.00 | 50.00 | 0.00 | (50.00) | 0.00 |
| | TOTAL | | 223.00 | 76.34 | 0.00 0.00 | 0.00 | 50.00 0.00 | 126.34 | 146.66 | (50.00) | 0.00 |

**Follow Up Visit(*) Claim #:18903 Ins: AETNA (Christopher J Blanco, DPM)**

| 05/04/2018 | Check #: 818171560006368 (06/25/2018) | 73610 11 | 83.00 | 23.73 | 0.00 0.00 | 0.00 | 0.00 0.00 | 23.73 | 59.27 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/2018 | Check #: 818171560006368 (06/25/2018) | Q4038 11 58 | 90.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 | 30.00 | 0.00 | 0.00 |
| 05/04/2018 | Check #: 818171560006368 (06/25/2018) | Q4038 11 58 | 90.00 | 60.00 | 0.00 0.00 | 0.00 | 60.00 0.00 | 0.00 | 0.00 | 60.00 | 0.00 |
| 05/04/2018 | Copayment (Credit Card,) | | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 50.00 0.00 | 50.00 | 0.00 | (50.00) | 0.00 |
| | TOTAL | | 263.00 | 83.73 | 0.00 0.00 | 0.00 | 110.00 0.00 | 73.73 | 89.27 | 10.00 | 0.00 |

**External Claims(*) Claim #:18904 Ins: AETNA (Christopher J Blanco, DPM)**

| 05/04/2018 | Check #: 818171560006368 (06/25/2018) | L2116 11 KX RT | 500.00 | 485.80 | 0.00 0.00 | 0.00 | 0.00 0.00 | 485.80 | 14.20 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL | | 500.00 | 485.80 | 0.00 0.00 | 0.00 | 0.00 0.00 | 485.80 | 14.20 | 0.00 | 0.00 |

**Follow Up Visit(*) Claim #:18072 Ins: AETNA (Christopher J Blanco, DPM)**

| 04/23/2018 | Check #: 818149570005039 (07/02/2018) | 99024 11 25 | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/2018 | Check #: 818149570005039 (07/02/2018) | 29405 11 | 184.28 | 64.48 | 0.00 0.00 | 0.00 | 0.00 0.00 | 64.48 | 119.80 | 0.00 | 0.00 |
| 04/23/2018 | Check #: 818149570005039 (07/02/2018) | Q4038 11 | 45.00 | 45.00 | 0.00 0.00 | 45.00 | 0.00 0.00 | 0.00 | 0.00 | 45.00 | 0.00 |
| 04/23/2018 | Check #: 818149570005039 (07/02/2018) | 97110 11 Kx 59 | 60.00 | 23.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 23.00 | 37.00 | 0.00 | 0.00 |
| 04/23/2018 | Copayment (Credit Card,) | | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 50.00 0.00 | 50.00 | 0.00 | (50.00) | 0.00 |
| | TOTAL | | 289.28 | 132.48 | 0.00 0.00 | 45.00 | 50.00 0.00 | 137.48 | 156.80 | (5.00) | 0.00 |

**External Claims(**) (Blanco DPM, Christopher J)**

| | TOTAL | | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**External Claims(*) Claim #:17910 Ins: AETNA (Christopher J Blanco, DPM)**

| 04/17/2018 | Check #: 818136520007569 (05/21/2018) | 28615 24 22 | 1,500.00 | 660.77 | 0.00 0.00 | 0.00 | 0.00 0.00 | 660.77 | 839.23 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2018 | Check #: 818136520007569 (05/21/2018) | 20926 24 | 1,000.00 | 86.97 | 0.00 0.00 | 0.00 | 0.00 0.00 | 86.97 | 913.03 | 0.00 | 0.00 |
| 04/17/2018 | Check #: 818136520007569 (05/21/2018) | 27814 24 | 1,500.00 | 322.81 | 0.00 0.00 | 0.00 | 0.00 0.00 | 322.81 | 1,177.19 | 0.00 | 0.00 |
| | TOTAL | | 4,000.00 | 1,070.55 | 0.00 0.00 | 0.00 | 0.00 0.00 | 1,070.55 | 2,929.45 | 0.00 | 0.00 |

**Progress Note(*) Claim #:17763 Ins: AETNA (Christopher J Blanco, DPM)**

T084HB185455

30526622T4

FromBlanco

JAN-11-2019 03:14

2 of 3 page(s)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

01/10/2019  2:43PM (GMT-05:00)

3 of 3 page(s)

| Date | Code | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/12/2018 | 99203 11 25 | 238.66 | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 238.66 |
| 04/12/2018 | 73010 11 rt | 66.04 | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 66.04 |
| 04/12/2018 | 73620 11 rt | 55.80 | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 55.80 |
| 04/12/2018 | Q4037 11 | 150.00 | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| 04/12/2018 | Copayment (Credit Card) | 0.00 | 0.00 | 0.00 | 50.00 0.00 | 50.00 | 0.00 | (50.00) | 0.00 |
| 04/12/2018 | Non-covered Services (Credit Card) | 0.00 | 0.00 | 0.00 | 0.00 0.00 | 200.00 | 0.00 | (200.00) | 0.00 |
| **TOTAL** | | 510.50 | 0.00 | 0.00 | 50.00 0.00 | 250.00 | 0.00 | (250.00) | 510.50 |

**Unapplied Payments**

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/2018 | (Credit Card) | 0.00 | 0.00 | 0.00 | 0.00 0.00 | 300.00 | 0.00 | (300.00) | 0.00 |
| 05/23/2018 | (Credit Card) | 0.00 | 0.00 | 0.00 | 0.00 0.00 | 75.00 | 0.00 | (75.00) | 0.00 |
| 12/17/2018 | (Other) | 0.00 | 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | | 0.00 | 0.00 | 0.00 | 0.00 0.00 | 375.00 | 0.00 | (375.00) | 0.00 |

| **TOTAL** | 6,871.54 | 1,970.63 | 45.00 | 290.00 0.00 | 0.00 | 2,670.63 | 3,579.65 | 20.76 | 510.50 |
|---|---|---|---|---|---|---|---|---|---|

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

DEC-18-2018 03:31        From:blanco          3052662274                    To:8555050401          Page:4/5

PLEASE, MAKE CHECKS PAYABLE TO:
Christopher J Blanco DPM
7500 NW 25 ST Suite 112 COLLECTIONS
Miami, Fl 33122
305-264-2632

| ACCOUNT NUMBER | #012622 |
| GUARANTOR / PATIENT NAME | DAVIS CHINCHILLA |
| STATEMENT DATE | 12/17/2018 |
| PLEASE PAY | 20.76 |
| AMOUNT ENCLOSED | $ |

# * PATIENT STATEMENT *

Davis Chinchilla
11940 NW 16 AVE
MIAMI, FL 331870000

## medios
ehr

Powered by IOS Health Systems

- - - - - - - - - - - - - - - - - - - - - KEEP THIS PORTION FOR YOUR RECORDS - - - - - - - - - - - - - - - - - - - - -

| DATE | DESCRIPTION | CHARGE | ALLOWED | DEDUCTIBLE | COPAY | PAID | WRITEOFF | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 11/15/2018 | Progress Note (PODIATRY NETWORK SOLUTIONS, LLC) | | | | | | | |
| 11/15/2018 | 99214 | 231.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 231.64 |
| 11/15/2018 | Copayment (Credit Card, ) | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 | 0.00 | (15.00) |
| Total | | | | | | | | 216.64 |
| 10/29/2018 | Progress Note (PODIATRY NETWORK SOLUTIONS, LLC) | | | | | | | |
| 10/29/2018 | 99214 | 231.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 231.64 |
| 10/29/2018 | 10060 | 257.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 257.48 |
| 10/29/2018 | Copayment (Credit Card, ) | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 | 0.00 | (15.00) |
| Total | | | | | | | | 474.12 |
| 05/16/2018 | Follow Up Visit (AETNA) | | | | | | | |
| 05/16/2018 | 73610 | 83.00 | 23.73 | 0.00 | 0.00 | 23.73 | 59.27 | 0.00 |
| 05/16/2018 | 97110 | 50.00 | 17.71 | 0.00 | 0.00 | 17.71 | 32.29 | 0.00 |
| 05/16/2018 | 97760 | 90.00 | 34.90 | 0.00 | 0.00 | 34.90 | 55.10 | 0.00 |
| 05/16/2018 | Copayment (Credit Card, ) | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 0.00 | (50.00) |
| Total | | | | | | | | (50.00) |
| 05/04/2018 | Follow Up Visit (AETNA) | | | | | | | |
| 05/04/2018 | 73610 | 83.00 | 23.73 | 0.00 | 0.00 | 23.73 | 59.27 | 0.00 |
| 05/04/2018 | Q4038 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 |
| 05/04/2018 | Q4038 | 90.00 | 60.00 | 0.00 | 60.00 | 0.00 | 0.00 | 60.00 |
| 05/04/2018 | Copayment (Credit Card, ) | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 0.00 | (50.00) |
| Total | | | | | | | | 10.00 |
| 04/23/2018 | Follow Up Visit (AETNA) | | | | | | | |
| 04/23/2018 | 99024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/23/2018 | 29405 | 184.28 | 64.48 | 0.00 | 0.00 | 64.48 | 119.80 | 0.00 |
| 04/23/2018 | Q4038 | 45.00 | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| 04/23/2018 | 97110 | 60.00 | 23.00 | 0.00 | 0.00 | 23.00 | 37.00 | 0.00 |
| 04/23/2018 | Copayment (Credit Card, ) | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 0.00 | (50.00) |
| Total | | | | | | | | (5.00) |

1 of 2 pages

12/17/2018  2:59PM (GMT-05:00)

DCN -20190219407447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

DEC-18-2018 03:32      From:bianco          3052662274                       T08555050401                     Page:5/5

| DATE | DESCRIPTION | CHARGE | ALLOWED | DEDUCTIBLE | COPAY | PAID | WRITEOFF | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/12/2018 | Progress Note (AETNA) | | | | | | | |
| 04/12/2018 | 99203 | 238.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/12/2018 | 73010 | 66.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/12/2018 | 73620 | 55.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/12/2018 | Q4037 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/12/2018 | Copayment (Credit Card, ) | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 0.00 | (50.00) |
| 04/12/2018 | Non-covered Services (Credit Card, ) | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | (200.00) |
| Total | | | | | | | | (250.00) |
| 04/12/2018 | Unapplied Payments (Podiatry Network solutions, llc) | | | | | | | |
| 04/13/2018 | (Credit Card, ) | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | (300.00) |
| 05/23/2018 | (Credit Card, ) | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | (75.00) |
| 12/17/2018 | (Other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | | | | | | (375.00) |

**Please Pay**
20.76

**PATIENT AGING**

| CURRENT | 31-60 | 61-90 | 91-120 | 120+ | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 690.76 | 0.00 | 0.00 | (670.00) | 20.76 |

**PATIENT BALANCE SUMMARY**

| STATEMENT DATE | BALANCE |
|---|---|
| 12/17/2018 | 20.76 |

**NOTES:**

- PAY YOUR BILL ONLINE AT PAY.INSTAMED.COM
THE ABOVE BALANCE IS YOUR RESPONSIBILITY. PLEASE REMIT A PAYMENT AT YOUR EARLIEST CONVENIENCE.WE ACCEPT
MAJOR CREDIT CARDS. IF YOU HAVE QUESTIONS REGARDING THIS STATEMENT PLEASE CONTACT THE BILLING OFFICE.
THANK YOU.
CARD NAME _____ CARD NUMBER _____ EXP DATE____/_____

- YOUR ACCOUNT IS PAST DUE PAY YOUR BILL ONLINE AT PAY.INSTAMED.COM

12/17/2018   2:59PM (GMT-05:00)

DCN -20190219407047 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM

**Patient Ledger**

MIAMI BILLING SERVICES

EDDIE ARMAS MD PA

**DAVIS  CHINCHILLA (5416W)**

Responsible: Self

Primary: AETNA US HEALTHCARE (AET064)  Phone: (888) 632-3862  ID: W236412133

| | Date | | Code | Description | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| 127764 | 12/06/2017 | ARMAS | 99204 | NEW PT OV MOD COMPLEX | | $250.00 | $0.00 | $250.00 |
| 127764 | 12/21/2017 | ARMAS | PATPAY | Patient Payment - Unknown | | $0.00 | $25.00 | $225.00 |
| 127764 | 01/30/2018 | ARMAS | PIP | Primary Insurance Payment | | $0.00 | $88.93 | $136.07 |
| 127764 | 01/30/2018 | ARMAS | PIWO | Primary Insurance Write-Off | | $0.00 | $111.07 | $25.00 |

| | First Billed | Last Billed | Times Billed |
|---|---|---|---|
| Primary: | 12/22/2017 | 12/22/2017 | 1 |

| | | | | | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| Billing Total: | | | | | | $250.00 | $225.00 | $25.00 |

| | Date | | Code | Description | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| 127798 | 01/12/2018 | ARMAS | 99214 | EST PT OV MOD COMPLEX | | $130.00 | $0.00 | $130.00 |
| 127798 | 01/19/2018 | ARMAS | PATPAY | Patient Payment - Unknown | | $0.00 | $35.00 | $95.00 |
| 127798 | 03/29/2018 | ARMAS | PIP | Primary Insurance Payment | | $0.00 | $39.94 | $55.06 |
| 127798 | 03/29/2018 | ARMAS | PIWO | Primary Insurance Write-Off | | $0.00 | $40.06 | $15.00 |

| | First Billed | Last Billed | Times Billed |
|---|---|---|---|
| Primary: | 01/23/2018 | 01/23/2018 | 1 |

| | | | | | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| Billing Total: | | | | | | $130.00 | $115.00 | $15.00 |

| | Date | | Code | Description | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| 128017 | 03/13/2018 | ARMAS | 99213 | EST PT OV COMPLEX | | $100.00 | $0.00 | $100.00 |
| 128017 | 03/15/2018 | ARMAS | PATPAY | Patient Payment - Unknown | | $0.00 | $35.00 | $65.00 |
| 128017 | 04/30/2018 | ARMAS | PIP | Primary Insurance Payment | | $0.00 | $10.45 | $54.55 |
| 128017 | 04/30/2018 | ARMAS | PIWO | Primary Insurance Write-Off | | $0.00 | $39.55 | $15.00 |

| | First Billed | Last Billed | Times Billed |
|---|---|---|---|
| Primary: | 03/20/2018 | 03/20/2018 | 1 |

| | | | | | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| Billing Total: | | | | | | $100.00 | $85.00 | $15.00 |

| | Date | | Code | Description | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| 128091 | 04/04/2018 | ARMAS | 99214 | EST PT OV MOD COMPLEX | | $130.00 | $0.00 | $130.00 |
| 128091 | 05/04/2018 | ARMAS | PATPAY | Patient Payment - Unknown | | $0.00 | $35.00 | $95.00 |
| 128091 | 06/27/2018 | ARMAS | PIP | Primary Insurance Payment | | $0.00 | $39.94 | $55.06 |
| 128091 | 06/27/2018 | ARMAS | PIWO | Primary Insurance Write-Off | | $0.00 | $40.06 | $15.00 |

| | First Billed | Last Billed | Times Billed |
|---|---|---|---|
| Primary: | 05/07/2018 | 05/07/2018 | 1 |

| | | | | | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| Billing Total: | | | | | | $130.00 | $115.00 | $15.00 |

01/15/2019   9:47AM (GMT-05:00)

# Patient Ledger

## MIAMI BILLING SERVICES

### EDDIE ARMAS MD PA

| | | | |
|---|---|---|---|
| Patient Total: | | $610.00 | $540.00 | $70.00 |
| Patient Unapplied Prepayment Total | | | | $0.00 |
| | | | | |
| Provider Totals | | | | |
| EDDIE ARMAS MD | | $610.00 | $540.00 | $70.00 |
| | | | | |
| Report Totals | | $610.00 | $540.00 | $70.00 |
| Report Prepayment Totals | | | | $0.00 |

01/15/2019   9:47AM (GMT-05:00)

DCN -201902194070447 BroadSpire Receive date -2/18/2019 6:00:00 AM ACS process date -2/18/2019 6:00:00 AM